**Discover Financial Services (DFS)**                                                              **Eugene Mannacio**

### List of Purchases and Sales

| Account | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 1 | Purchase | 6/29/2023 | 150 | $117.6800 |
| Account 2 | Purchase | 6/29/2023 | 270 | $117.5400 |