# Exhibit 3

**Mansor Mustafa Jaber Discover Financial Services Loss Chart**
**Class Period: February 21, 2019 through August 14, 2023**

| Date | Description | Total |
|---|---|---|
| 6/20/2023 | Sold 4 DFS 07/21/2023 115.00 Put Options @ 3.2275* | $1,291.00 |
| 7/21/2023 | Assigned (Purchased) 400 DFS Shares @ 115 | ($46,000.00) |
| | Retained Shares | 400.00 |
| | Retained Value with $88.3124 Lookback Price | $35,327.30 |
| | **Total Loss** | ($9,381.70) |

*This transaction represents a trade in put options. Each option represents 100 shares of the underlying DFS stock. The price is the cost per share of the put option.