**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EUGENE MANNACIO, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff<br><br>    v.<br><br>DISCOVER FINANCIAL SERVICES, ROGER C. HOCHSCHILD, JOHN T. GREENE, and R. MARK GRAF,<br><br>        Defendants. | Case No.  1:23-cv-06788<br><br><u>CLASS ACTION</u><br><br>Hon. Charles P. Kocoras |

**DECLARATION OF CAROL V. GILDEN IN SUPPORT OF THE MOTION OF THE NYC FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL</u>**

I, Carol V. Gilden, declare, under penalty of perjury, the following:

1.      I am a partner of the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), counsel for class members the New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund and Teachers' Retirement System of the City of New York (collectively, the "NYC Funds" or "Movants") and proposed Liaison Counsel for the class.  I submit this Declaration in support of Movants' Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and Liaison Counsel.

2.      Attached hereto as Exhibit A is a true and correct copy of the notice published on *Globe Newswire* on September 1, 2023 in connection with the above-captioned action.

3. Attached hereto as Exhibit B is a true and correct copy of the NYC Funds' Certifications of Proposed Lead Plaintiff setting forth their relevant transactions in the common stock of Discover Financial Services ("Discover").

4. Attached hereto as Exhibit C is a chart analyzing the NYC Funds' losses from their relevant transactions in Discover stock.

5. Attached hereto as Exhibit D is a true and correct copy of the firm resume of Lieff Cabraser Heimann & Bernstein, LLP, counsel for Movants and proposed Lead Counsel for the class.

6. Attached hereto as Exhibit E is a true and correct copy of the firm resume of Cohen Milstein, proposed Liaison Counsel for the class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 31, 2023               */s/Carol V. Gilden*
      Chicago, Illinois

- 2 -