# CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Daniel R. Whitman, on behalf of the New York City Employees' Retirement System ("ERS"), hereby certify that:

1. I am Senior Counsel at the New York City Law Department and authorized to execute this Certification on behalf of ERS. I have reviewed the facts and allegations of the complaint filed in this action and ERS has authorized Lieff, Cabraser, Heimann & Bernstein, LLP to file a motion for appointment as lead plaintiff on behalf of ERS.

2. ERS did not acquire the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. ERS is willing to serve as a Lead Plaintiff either individually or as part of a group. ERS understands that a Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. ERS will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

5. ERS understands that this is not a claim form and that ERS's ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party or Lead Plaintiff.

6. All of ERS's relevant transactions involving Discover Financial Services common stock that are the subject of this action is set forth in the attached schedule.

7. During the three years prior to the date of this Certification, ERS sought to serve as a representative party for a class in the following actions: *Brazinsky v. AT&T Inc. et al.*, No. 2:23-cv-04064 (D.N.J.) (lead plaintiff motion pending); *The New York City Fire Department Pension Fund et al v. Coupang, Inc. et al.*, 1:22-cv-07309-VSB (S.D.N.Y.) (appointed lead plaintiff); and *Crews, Jr. v. Rivian Automotive, Inc. et al* . No. 2:22-cv-01524-JLS-E (C.D. Cal.) (not appointed lead plaintiff). ERS has not otherwise sought to serve or served as a representative party on behalf of a class in any other federal securities class action filed during the three years preceding this certification.

I declare under penalty of perjury, under the laws of the United States, that the information herein is accurate.

Executed this 31st day of October, 2023

Daniel R. Whitman
Senior Counsel
New York City Law Department

## SCHEDULE A

## New York City Employees' Retirement System
**Discover Financial Services (NYSE: DFS)**

Class Period: 2/21/2019 - 8/14/2023
Pre-class period holdings: 315,204

| Date | Shares Purchased | Price | Cost | Date | Shares Sold | Price | Proceeds |
|---|---|---|---|---|---|---|---|
| 8/2/2019 | 4,337 | $86.4908 | ($375,110.60) | 5/31/2019 | 8,359 | $74.5500 | $623,163.45 |
| 2/28/2020 | 5,798 | $64.7867 | ($375,633.29) | 5/31/2019 | 2,285 | $74.5500 | $170,346.75 |
| 9/18/2020 | 1,195 | $59.0300 | ($70,540.85) | 6/21/2019 | 10,774 | $78.3800 | $844,466.12 |
| 9/18/2020 | 4,708 | $59.0300 | ($277,913.24) | 9/20/2019 | 3,627 | $82.9400 | $300,823.38 |
| 5/27/2021 | 84,862 | $117.8000 | ($9,996,743.60) | 5/29/2020 | 24,413 | $48.0393 | $1,172,783.43 |
| 6/18/2021 | 28,538 | $114.1100 | ($3,256,471.18) | 6/26/2020 | 5,593 | $48.6700 | $272,211.31 |
| 7/1/2021 | 250 | $119.6900 | ($29,922.50) | 6/26/2020 | 2,541 | $48.6700 | $123,670.47 |
| 7/6/2021 | 411 | $117.6856 | ($48,368.78) | 9/1/2020 | 7,207 | $52.9700 | $381,754.79 |
| 7/7/2021 | 370 | $118.2447 | ($43,750.54) | 10/27/2020 | 6,795 | $65.2600 | $443,441.70 |
| 7/8/2021 | 399 | $115.6330 | ($46,137.57) | 11/30/2020 | 46,399 | $76.6385 | $3,555,949.76 |
| 7/9/2021 | 293 | $121.9102 | ($35,719.69) | 1/4/2021 | 3,999 | $89.6100 | $358,350.39 |
| 7/12/2021 | 264 | $126.4387 | ($33,379.82) | 2/16/2021 | 4,898 | $95.9000 | $469,718.20 |
| 7/13/2021 | 368 | $125.7222 | ($46,265.77) | 4/7/2021 | 3,742 | $98.8000 | $369,709.60 |
| 7/14/2021 | 377 | $123.7438 | ($46,651.41) | 4/21/2021 | 2,066 | $98.3269 | $203,143.38 |
| 7/15/2021 | 369 | $123.3140 | ($45,502.87) | 6/1/2021 | 3,288 | $120.8800 | $397,453.44 |
| 7/16/2021 | 189 | $121.4046 | ($22,945.47) | 6/9/2021 | 3,763 | $123.0300 | $462,961.89 |
| 7/19/2021 | 537 | $116.2882 | ($62,446.76) | 6/25/2021 | 3,092 | $123.5700 | $382,078.44 |
| 7/20/2021 | 538 | $120.6469 | ($64,908.03) | 12/13/2021 | 16,907 | $112.8500 | $1,907,954.95 |
| 8/25/2021 | 578 | $131.7900 | ($76,174.62) | 2/14/2022 | 6,376 | $124.1600 | $791,644.16 |
| 8/31/2021 | 71,421 | $128.2965 | ($9,163,064.33) | 3/2/2022 | 6,718 | $116.1200 | $780,094.16 |
| 9/2/2021 | 1,560 | $123.6010 | ($192,817.56) | 3/2/2022 | 426 | $115.9918 | $49,412.51 |
| 11/15/2021 | 8,183 | $118.2882 | ($967,952.34) | 3/18/2022 | 20,127 | $115.8400 | $2,331,511.68 |
| 11/30/2021 | 4,463 | $107.8500 | ($481,334.55) | 4/5/2022 | 8,900 | $110.7500 | $985,675.00 |
| 12/17/2021 | 11,104 | $114.1100 | ($1,267,077.44) | 11/3/2022 | 7,900 | $97.9800 | $774,042.00 |
| 12/17/2021 | 1,231 | $114.1100 | ($140,469.41) | 5/31/2023 | 2,226 | $102.7400 | $228,699.24 |
| 7/5/2022 | 389 | $97.9700 | ($38,110.33) | 9/22/2023 | 2,921 | $87.1900 | $254,681.99 |
| 7/6/2022 | 358 | $97.6800 | ($34,969.44) | | | | |
| 7/20/2022 | 509 | $109.8000 | ($55,888.20) | | | | |
| 8/9/2022 | 3,968 | $101.8800 | ($404,259.84) | | | | |
| 8/31/2022 | 6,402 | $100.4900 | ($643,336.98) | | | | |

# CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Daniel R. Whitman, on behalf of the New York City Fire Department Pension Fund ("Fire"), hereby certify that:

1.  I am Senior Counsel at the New York City Law Department and authorized to execute this Certification on behalf of Fire. I have reviewed the facts and allegations of the complaint filed in this action and Fire has authorized Lieff, Cabraser, Heimann & Bernstein, LLP to file a motion for appointment as lead plaintiff on behalf of Fire.

2.  Fire did not acquire the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.  Fire is willing to serve as a Lead Plaintiff either individually or as part of a group. Fire understands that a Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4.  Fire will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

5.  Fire understands that this is not a claim form and that Fire's ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party or Lead Plaintiff.

6.  All of Fire's relevant transactions involving Discover Financial Services common stock that are the subject of this action is set forth in the attached schedule.

7.  During the three years prior to the date of this Certification, Fire sought to serve as a representative party for a class in the following actions: *Brazinsky v. AT&T Inc. et al.*, No. 2:23-cv-04064 (D.N.J.) (lead plaintiff motion pending); *The New York City Fire Department Pension Fund et al v. Coupang, Inc. et al.*, 1:22-cv-07309-VSB (S.D.N.Y.) (appointed lead plaintiff); and *Crews, Jr. v. Rivian Automotive, Inc. et al* . No. 2:22-cv-01524-JLS-E (C.D. Cal.) (not appointed lead plaintiff). Fire has not otherwise sought to serve or served as a representative party on behalf of a class in any other federal securities class action filed during the three years preceding this certification.

I declare under penalty of perjury, under the laws of the United States, that the information herein is accurate.

Executed this 31st day of October, 2023 _____

Daniel R. Whitman
Senior Counsel
New York City Law Department

## SCHEDULE A

### New York City Fire Department Pension Fund
**Discover Financial Services (NYSE: DFS)**

Class Period: 2/21/2019 - 8/14/2023 Pre-class
period holdings: 52,936

| Date | Shares Purchased | Price | Cost | Date | Shares Sold | Price | Proceeds |
|---|---|---|---|---|---|---|---|
| 7/16/2019 | 949 | $80.9400 | ($76,812.06) | 6/21/2019 | 1,661 | $78.3800 | $130,189.18 |
| 8/2/2019 | 913 | $86.4908 | ($78,966.10) | 6/28/2019 | 107 | $77.5900 | $8,302.13 |
| 2/27/2020 | 735 | $66.1800 | ($48,642.30) | 6/28/2019 | 405 | $77.5900 | $31,423.95 |
| 2/28/2020 | 1,247 | $64.7867 | ($80,789.01) | 6/28/2019 | 135 | $77.5900 | $10,474.65 |
| 5/27/2021 | 18,337 | $117.8000 | ($2,160,098.60) | 12/20/2019 | 168 | $86.7000 | $14,565.60 |
| 6/18/2021 | 7,828 | $114.1100 | ($893,253.08) | 12/20/2019 | 428 | $86.7000 | $37,107.60 |
| 8/3/2021 | 82 | $126.0100 | ($10,332.82) | 3/6/2020 | 179 | $62.5800 | $11,201.82 |
| 8/31/2021 | 15,439 | $128.2965 | ($1,980,769.66) | 3/6/2020 | 1,058 | $62.5800 | $66,209.64 |
| 9/17/2021 | 106 | $123.6400 | ($13,105.84) | 5/29/2020 | 5,029 | $48.0393 | $241,589.64 |
| 10/4/2021 | 103 | $125.9800 | ($12,975.94) | 6/9/2020 | 820 | $58.8500 | $48,257.00 |
| 11/30/2021 | 545 | $107.8500 | ($58,778.25) | 10/27/2020 | 796 | $65.2600 | $51,946.96 |
| 12/17/2021 | 499 | $114.1100 | ($56,940.89) | 11/30/2020 | 9,621 | $76.6385 | $737,339.01 |
| 1/31/2022 | 84 | $115.7500 | ($9,723.00) | 12/18/2020 | 278 | $85.9900 | $23,905.22 |
| 3/18/2022 | 112 | $115.8400 | ($12,974.08) | 12/18/2020 | 388 | $85.9900 | $33,364.12 |
| 3/21/2022 | 96 | $115.3508 | ($11,073.68) | 1/14/2021 | 1,030 | $98.4300 | $101,382.90 |
| 4/1/2022 | 68 | $110.1200 | ($7,488.16) | 2/16/2021 | 766 | $95.9000 | $73,459.40 |
| 6/8/2022 | 369 | $110.3800 | ($40,730.22) | 6/1/2021 | 491 | $120.8800 | $59,352.08 |
| 6/17/2022 | 3,249 | $94.4200 | ($306,770.58) | 6/9/2021 | 631 | $123.0300 | $77,631.93 |
| 6/23/2022 | 159 | $93.0120 | ($14,788.91) | 6/25/2021 | 479 | $123.5700 | $59,190.03 |
| 8/16/2022 | 420 | $110.4700 | ($46,397.40) | 9/17/2021 | 417 | $123.6400 | $51,557.88 |
| 8/31/2022 | 529 | $100.4900 | ($53,159.21) | 9/17/2021 | 69 | $123.6400 | $8,531.16 |
| 9/20/2022 | 69 | $101.4000 | ($6,996.60) | 10/6/2021 | 443 | $126.4900 | $56,035.07 |
| 9/30/2022 | 81 | $90.9200 | ($7,364.52) | 11/4/2021 | 506 | $114.4800 | $57,926.88 |
| 10/18/2022 | 104 | $96.2900 | ($10,014.16) | 11/19/2021 | 498 | $114.3800 | $56,961.24 |
| 11/30/2022 | 693 | $108.3600 | ($75,093.48) | 12/17/2021 | 624 | $114.1100 | $71,204.64 |
| 12/16/2022 | 185 | $96.8900 | ($17,924.65) | 1/6/2022 | 459 | $122.8200 | $56,374.38 |
| 1/6/2023 | 89 | $103.0400 | ($9,170.56) | 2/14/2022 | 367 | $124.1600 | $45,566.72 |
| 2/28/2023 | 644 | $112.0000 | ($72,128.00) | 2/14/2022 | 2,400 | $124.1600 | $297,984.00 |
| 3/6/2023 | 900 | $114.0209 | ($102,618.81) | 2/15/2022 | 100 | $128.2400 | $12,824.00 |
| 3/7/2023 | 3,200 | $112.1702 | ($358,944.64) | 3/2/2022 | 2,334 | $116.1200 | $271,024.08 |
| 3/8/2023 | 2,500 | $111.3766 | ($278,441.50) | 3/18/2022 | 385 | $115.8400 | $44,598.40 |
| 3/13/2023 | 1,700 | $98.6239 | ($167,660.63) | 8/19/2022 | 767 | $106.9100 | $81,999.97 |
| 4/26/2023 | 500 | $102.0955 | ($51,047.75) | 9/16/2022 | 412 | $100.9100 | $41,574.92 |
| 4/26/2023 | 148 | $101.1800 | ($14,974.64) | 3/17/2023 | 399 | $92.2400 | $36,803.76 |
| 7/20/2023 | 1,550 | $103.8101 | ($160,905.66) | 3/17/2023 | 68 | $92.2400 | $6,272.32 |
| | | | | 4/21/2023 | 494 | $105.5200 | $52,126.88 |
| | | | | 6/9/2023 | 361 | $114.1400 | $41,204.54 |
| | | | | 6/16/2023 | 2,725 | $115.3200 | $314,247.00 |
| | | | | 6/23/2023 | 530 | $115.4200 | $61,172.60 |
| | | | | 8/1/2023 | 830 | $104.8200 | $87,000.60 |

# CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Daniel R. Whitman, on behalf of the New York City Police Pension Fund ("Police"), hereby certify that:

1. I am Senior Counsel at the New York City Law Department and authorized to execute this Certification on behalf of Police. I have reviewed the facts and allegations of the complaint filed in this action and Police has authorized Lieff, Cabraser, Heimann & Bernstein, LLP to file a motion for appointment as lead plaintiff on behalf of Police.

2. Police did not acquire the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Police is willing to serve as a Lead Plaintiff either individually or as part of a group. Police understands that a Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. Police will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

5. Police understands that this is not a claim form and that Police's ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party or Lead Plaintiff.

6. All of Police's relevant transactions involving Discover Financial Services common stock that are the subject of this action is set forth in the attached schedule.

7. During the three years prior to the date of this Certification, Police sought to serve as a representative party for a class in the following actions: *Brazinsky v. AT&T Inc. et al.*, No. 2:23-cv-04064 (D.N.J.) (lead plaintiff motion pending); *The New York City Fire Department Pension Fund et al v. Coupang, Inc. et al.*, 1:22-cv-07309-VSB (S.D.N.Y.) (appointed lead plaintiff); and *Crews, Jr. v. Rivian Automotive, Inc. et al* . No. 2:22-cv-01524-JLS-E (C.D. Cal.) (not appointed lead plaintiff). Police has not otherwise sought to serve or served as a representative party on behalf of a class in any other federal securities class action filed during the three years preceding this certification.

I declare under penalty of perjury, under the laws of the United States, that the information herein is accurate.

Executed this 31st day of October, 2023

Daniel R. Whitman
Senior Counsel
New York City Law Department

## SCHEDULE A

### New York City Police Pension Fund
**Discover Financial Services (NYSE: DFS)**

Class Period: 2/21/2019 - 8/14/2023
Pre-class period holdings: 174,459

| Date | Shares Purchased | Price | Cost | Date | Shares Sold | Price | Proceeds |
|---|---|---|---|---|---|---|---|
| 2/28/2019 | 3,674 | $71.5974 | ($263,048.85) | 5/31/2019 | 423 | $74.5500 | $31,534.65 |
| 3/25/2019 | 3,696 | $69.8502 | ($258,166.34) | 5/31/2019 | 1,550 | $74.5500 | $115,552.50 |
| 2/28/2020 | 4,058 | $64.7867 | ($262,904.43) | 6/21/2019 | 6,556 | $78.3800 | $513,859.28 |
| 5/27/2021 | 58,215 | $117.8000 | ($6,857,727.00) | 6/28/2019 | 381 | $77.5900 | $29,561.79 |
| 6/18/2021 | 22,310 | $114.1100 | ($2,545,794.10) | 6/28/2019 | 483 | $77.5900 | $37,475.97 |
| 7/1/2021 | 127 | $119.6900 | ($15,200.63) | 6/28/2019 | 1,450 | $77.5900 | $112,505.50 |
| 8/25/2021 | 170 | $131.7900 | ($22,404.30) | 2/20/2020 | 1,125 | $75.7900 | $85,263.75 |
| 8/31/2021 | 49,662 | $128.2965 | ($6,371,460.78) | 2/20/2020 | 1,124 | $75.7900 | $85,187.96 |
| 9/15/2021 | 1,164 | $123.2674 | ($143,483.25) | 5/29/2020 | 16,798 | $48.0393 | $806,964.16 |
| 9/17/2021 | 257 | $123.6400 | ($31,775.48) | 11/30/2020 | 32,681 | $76.6385 | $2,504,622.82 |
| 10/4/2021 | 174 | $125.9800 | ($21,920.52) | 1/4/2021 | 2,958 | $89.6100 | $265,066.38 |
| 12/14/2021 | 155 | $115.5300 | ($17,907.15) | 4/21/2021 | 1,446 | $98.3233 | $142,175.49 |
| 12/17/2021 | 1,372 | $114.1100 | ($156,558.92) | 6/1/2021 | 1,792 | $120.8800 | $216,616.96 |
| 1/31/2022 | 150 | $115.7500 | ($17,362.50) | 6/9/2021 | 1,657 | $123.0300 | $203,860.71 |
| 2/14/2022 | 224 | $124.1600 | ($27,811.84) | 6/25/2021 | 1,751 | $123.5700 | $216,371.07 |
| 2/28/2022 | 2,360 | $123.4400 | ($291,318.40) | 9/22/2021 | 1,709 | $124.6200 | $212,975.58 |
| 3/18/2022 | 276 | $115.8400 | ($31,971.84) | 10/4/2021 | 1,626 | $125.9800 | $204,843.48 |
| 3/21/2022 | 197 | $115.3511 | ($22,724.17) | 10/26/2021 | 1,709 | $123.0200 | $210,241.18 |
| 5/19/2022 | 167 | $104.0800 | ($17,381.36) | 11/11/2021 | 1,789 | $118.5000 | $211,996.50 |
| 6/17/2022 | 9,211 | $94.4200 | ($869,702.62) | 12/17/2021 | 1,828 | $114.1100 | $208,593.08 |
| 6/21/2022 | 159 | $96.4925 | ($15,342.31) | 2/14/2022 | 1,529 | $124.1600 | $189,840.64 |
| 7/6/2022 | 328 | $97.6800 | ($32,039.04) | 3/18/2022 | 1,651 | $115.8400 | $191,251.84 |
| 9/20/2022 | 157 | $101.4000 | ($15,919.80) | 4/5/2022 | 3,713 | $110.7500 | $411,214.75 |
| 9/30/2022 | 201 | $90.9200 | ($18,274.92) | 4/5/2022 | 1,634 | $110.7500 | $180,965.50 |
| 10/11/2022 | 310 | $90.8900 | ($28,175.90) | 4/5/2022 | 6,500 | $110.7500 | $719,875.00 |
| 11/30/2022 | 1,497 | $108.3600 | ($162,214.92) | 4/21/2022 | 6,204 | $116.5300 | $722,952.12 |
| 12/16/2022 | 536 | $96.8900 | ($51,933.04) | 6/24/2022 | 1,015 | $99.1700 | $100,657.55 |
| 1/6/2023 | 261 | $103.0400 | ($26,893.44) | 6/24/2022 | 646 | $99.1700 | $64,063.82 |
| 2/28/2023 | 1,400 | $112.0000 | ($156,800.00) | 8/5/2022 | 16,300 | $102.3500 | $1,668,305.00 |
| 3/6/2023 | 3,200 | $114.0209 | ($364,866.88) | 8/19/2022 | 2,048 | $106.9100 | $218,951.68 |
| 3/7/2023 | 11,050 | $112.1702 | ($1,239,480.71) | 9/16/2022 | 1,377 | $100.9100 | $138,953.07 |
| 3/8/2023 | 8,600 | $111.3766 | ($957,838.76) | 11/4/2022 | 1,278 | $99.8500 | $127,608.30 |
| 3/13/2023 | 5,900 | $98.6239 | ($581,881.01) | 3/17/2023 | 222 | $92.2400 | $20,477.28 |
| 4/10/2023 | 165 | $98.1700 | ($16,198.05) | 3/27/2023 | 1,853 | $94.3900 | $174,904.67 |
| 4/26/2023 | 1,500 | $102.0955 | ($153,143.25) | 4/21/2023 | 2,349 | $105.5200 | $247,866.48 |
| 7/20/2023 | 5,650 | $103.8101 | ($586,527.07) | 6/9/2023 | 2,150 | $114.1400 | $245,401.00 |
| | | | | 6/16/2023 | 7,387 | $115.3200 | $851,868.84 |
| | | | | 6/23/2023 | 2,179 | $115.4200 | $251,500.18 |
| | | | | 7/21/2023 | 1,271 | $105.1100 | $133,594.81 |

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Daniel R. Whitman, on behalf of the Teachers' Retirement System of the City of New York ("Teachers"), hereby certify that:

1. I am Senior Counsel at the New York City Law Department and authorized to execute this Certification on behalf of Teachers. I have reviewed the facts and allegations of the complaint filed in this action and Teachers has authorized Lieff, Cabraser, Heimann & Bernstein, LLP to file a motion for appointment as lead plaintiff on behalf of Teachers.

2. Teachers did not acquire the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Teachers is willing to serve as a Lead Plaintiff either individually or as part of a group. Teachers understands that a Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. Teachers will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

5. Teachers understands that this is not a claim form and that Teachers' ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party or Lead Plaintiff.

6. All of Teachers' relevant transactions involving Discover Financial Services common stock that are the subject of this action is set forth in the attached schedule.

7. During the three years prior to the date of this Certification, Teachers sought to serve as a representative party for a class in the following actions: *Brazinsky v. AT&T Inc. et al.*, No. 2:23-cv-04064 (D.N.J.) (lead plaintiff motion pending); *The New York City Fire Department Pension Fund et al v. Coupang, Inc. et al.*, 1:22-cv-07309-VSB (S.D.N.Y.) (appointed lead plaintiff); and *Crews, Jr. v. Rivian Automotive, Inc. et al* . No. 2:22-cv-01524-JLS-E (C.D. Cal.) (not appointed lead plaintiff). Teachers has not otherwise sought to serve or served as a representative party on behalf of a class in any other federal securities class action filed during the three years preceding this certification.

I declare under penalty of perjury, under the laws of the United States, that the information herein is accurate.

Executed this 31st day of October , 2023

Daniel R. Whitman
Senior Counsel
New York City Law Department

## SCHEDULE A

### Teachers' Retirement System of the City of New York
**Discover Financial Services (NYSE: DFS)**

Class Period: 2/21/2019 - 8/14/2023
Pre-class period holdings: 246,692

| Date | Shares Purchased | Price | Cost | Date | Shares Sold | Price | Proceeds |
|---|---|---|---|---|---|---|---|
| 5/12/2020 | 9,905 | $39.2000 | ($388,276.00) | 6/28/2019 | 865 | $77.5900 | $67,115.35 |
| 7/6/2021 | 3,286 | $117.6856 | ($386,714.88) | 6/28/2019 | 3,293 | $77.5900 | $255,503.87 |
| 7/7/2021 | 2,957 | $118.2447 | ($349,649.58) | 6/28/2019 | 1,097 | $77.5900 | $85,116.23 |
| 7/8/2021 | 3,194 | $115.6330 | ($369,331.80) | 12/20/2019 | 1,455 | $86.7000 | $126,148.50 |
| 7/9/2021 | 2,342 | $121.9102 | ($285,513.69) | 12/20/2019 | 3,720 | $86.7000 | $322,524.00 |
| 7/12/2021 | 2,108 | $126.4387 | ($266,532.78) | 4/27/2020 | 10,628 | $37.4400 | $397,912.32 |
| 7/13/2021 | 2,941 | $125.7222 | ($369,748.99) | 6/1/2020 | 8,743 | $49.8400 | $435,751.12 |
| 7/14/2021 | 3,014 | $123.7438 | ($372,963.81) | 10/27/2020 | 7,016 | $65.2600 | $457,864.16 |
| 7/15/2021 | 2,629 | $123.3140 | ($324,192.51) | 1/14/2021 | 5,349 | $98.4300 | $526,502.07 |
| 7/16/2021 | 1,558 | $121.4046 | ($189,148.37) | 4/7/2021 | 5,354 | $98.8000 | $528,975.20 |
| 7/19/2021 | 4,415 | $116.2882 | ($513,412.40) | 6/1/2021 | 5,242 | $120.8800 | $633,652.96 |
| 7/20/2021 | 4,414 | $120.6469 | ($532,535.42) | 6/9/2021 | 4,247 | $123.0300 | $522,508.41 |
| 3/6/2023 | 3,400 | $114.0209 | ($387,671.06) | 6/25/2021 | 4,429 | $123.5700 | $547,291.53 |
| 3/7/2023 | 11,800 | $112.1702 | ($1,323,608.36) | 10/13/2021 | 41,709 | $123.0400 | $5,131,875.36 |
| 3/8/2023 | 9,200 | $111.3766 | ($1,024,664.72) | 3/18/2022 | 27,210 | $115.8400 | $3,152,006.40 |
| 3/13/2023 | 6,250 | $98.6239 | ($616,399.38) | 9/16/2022 | 24,088 | $100.9100 | $2,430,720.08 |
| 4/26/2023 | 1,700 | $102.0955 | ($173,562.35) | | | | |
| 7/20/2023 | 5,950 | $103.8101 | ($617,670.10) | | | | |