**Discover Financial Services (DFS)**
**Class Period: 2/21/2019 - 8/14/2023**
**90-day Lookback Value: $88.3983**

| Plaintiff | Date | Shares Purchased | Price | Cost | Date | Shares Sold | Price | Proceeds | Class Period Purchases Retained | Estimated LIFO Gain/(Loss)* |
|---|---|---|---|---|---|---|---|---|---|---|
| NYC Employees | | Pre-Class period holdings: 315,204 | | | | | | | | |
| NYC Employees | 8/2/2019 | 4,337 | $86.4908 | ($375,110.60) | 5/31/2019 | 8,359 | $74.5500 | $623,163.45 | | |
| NYC Employees | 2/28/2020 | 5,798 | $64.7867 | ($375,633.29) | 5/31/2019 | 2,285 | $74.5500 | $170,346.75 | | |
| NYC Employees | 9/18/2020 | 1,195 | $59.0300 | ($70,540.85) | 6/21/2019 | 10,774 | $78.3800 | $844,466.12 | | |
| NYC Employees | 9/18/2020 | 4,708 | $59.0300 | ($277,913.24) | 9/20/2019 | 3,627 | $82.9400 | $300,823.38 | | |
| NYC Employees | 5/27/2021 | 84,862 | $117.8000 | ($9,996,743.60) | 5/29/2020 | 24,413 | $48.0393 | $1,172,783.43 | | |
| NYC Employees | 6/18/2021 | 28,538 | $114.1100 | ($3,256,471.18) | 6/26/2020 | 5,593 | $48.6700 | $272,211.31 | | |
| NYC Employees | 7/1/2021 | 250 | $119.6900 | ($29,922.50) | 6/26/2020 | 2,541 | $48.6700 | $123,670.47 | | |
| NYC Employees | 7/6/2021 | 411 | $117.6856 | ($48,368.78) | 9/1/2020 | 7,207 | $52.9700 | $381,754.79 | | |
| NYC Employees | 7/7/2021 | 370 | $118.2447 | ($43,750.54) | 10/27/2020 | 6,795 | $65.2600 | $443,441.70 | | |
| NYC Employees | 7/8/2021 | 399 | $115.6330 | ($46,137.57) | 11/30/2020 | 46,399 | $76.6385 | $3,555,949.76 | | |
| NYC Employees | 7/9/2021 | 293 | $121.9102 | ($35,719.69) | 1/4/2021 | 3,999 | $89.6100 | $358,350.39 | | |
| NYC Employees | 7/12/2021 | 264 | $126.4387 | ($33,379.82) | 2/16/2021 | 4,898 | $95.9000 | $469,718.20 | | |
| NYC Employees | 7/13/2021 | 368 | $125.7222 | ($46,265.77) | 4/7/2021 | 3,742 | $98.8000 | $369,709.60 | | |
| NYC Employees | 7/14/2021 | 377 | $123.7438 | ($46,651.41) | 4/21/2021 | 2,066 | $98.3269 | $203,143.38 | | |
| NYC Employees | 7/15/2021 | 369 | $123.3140 | ($45,502.87) | 6/1/2021 | 3,288 | $120.8800 | $397,453.44 | | |
| NYC Employees | 7/16/2021 | 189 | $121.4046 | ($22,945.47) | 6/9/2021 | 3,763 | $123.0300 | $462,961.89 | | |
| NYC Employees | 7/19/2021 | 537 | $116.2882 | ($62,446.76) | 6/25/2021 | 3,092 | $123.5700 | $382,078.44 | | |
| NYC Employees | 7/20/2021 | 538 | $120.6469 | ($64,908.03) | 12/13/2021 | 16,907 | $112.8500 | $1,907,954.95 | | |
| NYC Employees | 8/25/2021 | 578 | $131.7900 | ($76,174.62) | 2/14/2022 | 6,376 | $124.1600 | $791,644.16 | | |
| NYC Employees | 8/31/2021 | 71,421 | $128.2965 | ($9,163,064.33) | 3/2/2022 | 6,718 | $116.1200 | $780,094.16 | | |
| NYC Employees | 9/2/2021 | 1,560 | $123.6010 | ($192,817.56) | 3/2/2022 | 426 | $115.9918 | $49,412.51 | | |
| NYC Employees | 11/15/2021 | 8,183 | $118.2882 | ($967,952.34) | 3/18/2022 | 20,127 | $115.8400 | $2,331,511.68 | | |
| NYC Employees | 11/30/2021 | 4,463 | $107.8500 | ($481,334.55) | 4/5/2022 | 8,900 | $110.7500 | $985,675.00 | | |
| NYC Employees | 12/17/2021 | 11,104 | $114.1100 | ($1,267,077.44) | 11/3/2022 | 7,900 | $97.9800 | $774,042.00 | | |
| NYC Employees | 12/17/2021 | 1,231 | $114.1100 | ($140,469.41) | 5/31/2023 | 2,226 | $102.7400 | $228,699.24 | | |
| NYC Employees | 7/5/2022 | 389 | $97.9700 | ($38,110.33) | 9/22/2023 | 2,921 | $87.1900 | $254,681.99 | | |
| NYC Employees | 7/6/2022 | 358 | $97.6800 | ($34,969.44) | | | | | | |
| NYC Employees | 7/20/2022 | 509 | $109.8000 | ($55,888.20) | | | | | | |
| NYC Employees | 8/9/2022 | 3,968 | $101.8800 | ($404,259.84) | | | | | | |
| NYC Employees | 8/31/2022 | 6,402 | $100.4900 | ($643,336.98) | | | | | | |

| NYC Employees | 243,969 | | ($28,343,867.00) | | 215,342 | | $18,635,742.18 | 145,287 | ($5,147,794.87) |
|---|---|---|---|---|---|---|---|---|---|
| NYC Fire | Pre-Class period holdings: 52,936 | | | | | | | | |
| | | | | | | | | | |
| NYC Fire | 7/16/2019 | 949 | $80.9400 | ($76,812.06) | 6/21/2019 | 1,661 | $78.3800 | $130,189.18 | |
| NYC Fire | 8/2/2019 | 913 | $86.4908 | ($78,966.10) | 6/28/2019 | 107 | $77.5900 | $8,302.13 | |
| NYC Fire | 2/27/2020 | 735 | $66.1800 | ($48,642.30) | 6/28/2019 | 405 | $77.5900 | $31,423.95 | |
| NYC Fire | 2/28/2020 | 1,247 | $64.7867 | ($80,789.01) | 6/28/2019 | 135 | $77.5900 | $10,474.65 | |
| NYC Fire | 5/27/2021 | 18,337 | $117.8000 | ($2,160,098.60) | 12/20/2019 | 168 | $86.7000 | $14,565.60 | |
| NYC Fire | 6/18/2021 | 7,828 | $114.1100 | ($893,253.08) | 12/20/2019 | 428 | $86.7000 | $37,107.60 | |
| NYC Fire | 8/3/2021 | 82 | $126.0100 | ($10,332.82) | 3/6/2020 | 179 | $62.5800 | $11,201.82 | |
| NYC Fire | 8/31/2021 | 15,439 | $128.2965 | ($1,980,769.66) | 3/6/2020 | 1,058 | $62.5800 | $66,209.64 | |
| NYC Fire | 9/17/2021 | 106 | $123.6400 | ($13,105.84) | 5/29/2020 | 5,029 | $48.0393 | $241,589.64 | |
| NYC Fire | 10/4/2021 | 103 | $125.9800 | ($12,975.94) | 6/9/2020 | 820 | $58.8500 | $48,257.00 | |
| NYC Fire | 11/30/2021 | 545 | $107.8500 | ($58,778.25) | 10/27/2020 | 796 | $65.2600 | $51,946.96 | |
| NYC Fire | 12/17/2021 | 499 | $114.1100 | ($56,940.89) | 11/30/2020 | 9,621 | $76.6385 | $737,339.01 | |
| NYC Fire | 1/31/2022 | 84 | $115.7500 | ($9,723.00) | 12/18/2020 | 278 | $85.9900 | $23,905.22 | |
| NYC Fire | 3/18/2022 | 112 | $115.8400 | ($12,974.08) | 12/18/2020 | 388 | $85.9900 | $33,364.12 | |
| NYC Fire | 3/21/2022 | 96 | $115.3508 | ($11,073.68) | 1/14/2021 | 1,030 | $98.4300 | $101,382.90 | |
| NYC Fire | 4/1/2022 | 68 | $110.1200 | ($7,488.16) | 2/16/2021 | 766 | $95.9000 | $73,459.40 | |
| NYC Fire | 6/8/2022 | 369 | $110.3800 | ($40,730.22) | 6/1/2021 | 491 | $120.8800 | $59,352.08 | |
| NYC Fire | 6/17/2022 | 3,249 | $94.4200 | ($306,770.58) | 6/9/2021 | 631 | $123.0300 | $77,631.93 | |
| NYC Fire | 6/23/2022 | 159 | $93.0120 | ($14,788.91) | 6/25/2021 | 479 | $123.5700 | $59,190.03 | |
| NYC Fire | 8/16/2022 | 420 | $110.4700 | ($46,397.40) | 9/17/2021 | 417 | $123.6400 | $51,557.88 | |
| NYC Fire | 8/31/2022 | 529 | $100.4900 | ($53,159.21) | 9/17/2021 | 69 | $123.6400 | $8,531.16 | |
| NYC Fire | 9/20/2022 | 69 | $101.4000 | ($6,996.60) | 10/6/2021 | 443 | $126.4900 | $56,035.07 | |
| NYC Fire | 9/30/2022 | 81 | $90.9200 | ($7,364.52) | 11/4/2021 | 506 | $114.4800 | $57,926.88 | |
| NYC Fire | 10/18/2022 | 104 | $96.2900 | ($10,014.16) | 11/19/2021 | 498 | $114.3800 | $56,961.24 | |
| NYC Fire | 11/30/2022 | 693 | $108.3600 | ($75,093.48) | 12/17/2021 | 624 | $114.1100 | $71,204.64 | |
| NYC Fire | 12/16/2022 | 185 | $96.8900 | ($17,924.65) | 1/6/2022 | 459 | $122.8200 | $56,374.38 | |
| NYC Fire | 1/6/2023 | 89 | $103.0400 | ($9,170.56) | 2/14/2022 | 367 | $124.1600 | $45,566.72 | |
| NYC Fire | 2/28/2023 | 644 | $112.0000 | ($72,128.00) | 2/14/2022 | 2,400 | $124.1600 | $297,984.00 | |
| NYC Fire | 3/6/2023 | 900 | $114.0209 | ($102,618.81) | 2/15/2022 | 100 | $128.2400 | $12,824.00 | |
| NYC Fire | 3/7/2023 | 3,200 | $112.1702 | ($358,944.64) | 3/2/2022 | 2,334 | $116.1200 | $271,024.08 | |
| NYC Fire | 3/8/2023 | 2,500 | $111.3766 | ($278,441.50) | 3/18/2022 | 385 | $115.8400 | $44,598.40 | |
| NYC Fire | 3/13/2023 | 1,700 | $98.6239 | ($167,660.63) | 8/19/2022 | 767 | $106.9100 | $81,999.97 | |
| NYC Fire | 4/26/2023 | 500 | $102.0955 | ($51,047.75) | 9/16/2022 | 412 | $100.9100 | $41,574.92 | |
| NYC Fire | 4/26/2023 | 148 | $101.1800 | ($14,974.64) | 3/17/2023 | 399 | $92.2400 | $36,803.76 | |
| NYC Fire | 7/20/2023 | 1,550 | $103.8101 | ($160,905.66) | 3/17/2023 | 68 | $92.2400 | $6,272.32 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NYC Fire | | | | 4/21/2023 | 494 | $105.5200 | $52,126.88 |
| NYC Fire | | | | 6/9/2023 | 361 | $114.1400 | $41,204.54 |
| NYC Fire | | | | 6/16/2023 | 2,725 | $115.3200 | $314,247.00 |
| NYC Fire | | | | 6/23/2023 | 530 | $115.4200 | $61,172.60 |
| NYC Fire | | | | 8/1/2023 | 830 | $104.8200 | $87,000.60 |
| **NYC Fire** | **64,232** | | **($7,307,855.39)** | | **39,658** | | **$3,569,883.90** | **43,599** | **($1,278,919.68)** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NYC Police | Pre-Class period holdings: 174,459 | | | | | | |
| | | | | | | | |
| NYC Police | 2/28/2019 | 3,674 | $71.5974 | ($263,048.85) | 5/31/2019 | 423 | $74.5500 | $31,534.65 |
| NYC Police | 3/25/2019 | 3,696 | $69.8502 | ($258,166.34) | 5/31/2019 | 1,550 | $74.5500 | $115,552.50 |
| NYC Police | 2/28/2020 | 4,058 | $64.7867 | ($262,904.43) | 6/21/2019 | 6,556 | $78.3800 | $513,859.28 |
| NYC Police | 5/27/2021 | 58,215 | $117.8000 | ($6,857,727.00) | 6/28/2019 | 381 | $77.5900 | $29,561.79 |
| NYC Police | 6/18/2021 | 22,310 | $114.1100 | ($2,545,794.10) | 6/28/2019 | 483 | $77.5900 | $37,475.97 |
| NYC Police | 7/1/2021 | 127 | $119.6900 | ($15,200.63) | 6/28/2019 | 1,450 | $77.5900 | $112,505.50 |
| NYC Police | 8/25/2021 | 170 | $131.7900 | ($22,404.30) | 2/20/2020 | 1,125 | $75.7900 | $85,263.75 |
| NYC Police | 8/31/2021 | 49,662 | $128.2965 | ($6,371,460.78) | 2/20/2020 | 1,124 | $75.7900 | $85,187.96 |
| NYC Police | 9/15/2021 | 1,164 | $123.2674 | ($143,483.25) | 5/29/2020 | 16,798 | $48.0393 | $806,964.16 |
| NYC Police | 9/17/2021 | 257 | $123.6400 | ($31,775.48) | 11/30/2020 | 32,681 | $76.6385 | $2,504,622.82 |
| NYC Police | 10/4/2021 | 174 | $125.9800 | ($21,920.52) | 1/4/2021 | 2,958 | $89.6100 | $265,066.38 |
| NYC Police | 12/14/2021 | 155 | $115.5300 | ($17,907.15) | 4/21/2021 | 1,446 | $98.3233 | $142,175.49 |
| NYC Police | 12/17/2021 | 1,372 | $114.1100 | ($156,558.92) | 6/1/2021 | 1,792 | $120.8800 | $216,616.96 |
| NYC Police | 1/31/2022 | 150 | $115.7500 | ($17,362.50) | 6/9/2021 | 1,657 | $123.0300 | $203,860.71 |
| NYC Police | 2/14/2022 | 224 | $124.1600 | ($27,811.84) | 6/25/2021 | 1,751 | $123.5700 | $216,371.07 |
| NYC Police | 2/28/2022 | 2,360 | $123.4400 | ($291,318.40) | 9/22/2021 | 1,709 | $124.6200 | $212,975.58 |
| NYC Police | 3/18/2022 | 276 | $115.8400 | ($31,971.84) | 10/4/2021 | 1,626 | $125.9800 | $204,843.48 |
| NYC Police | 3/21/2022 | 197 | $115.3511 | ($22,724.17) | 10/26/2021 | 1,709 | $123.0200 | $210,241.18 |
| NYC Police | 5/19/2022 | 167 | $104.0800 | ($17,381.36) | 11/11/2021 | 1,789 | $118.5000 | $211,996.50 |
| NYC Police | 6/17/2022 | 9,211 | $94.4200 | ($869,702.62) | 12/17/2021 | 1,828 | $114.1100 | $208,593.08 |
| NYC Police | 6/21/2022 | 159 | $96.4925 | ($15,342.31) | 2/14/2022 | 1,529 | $124.1600 | $189,840.64 |
| NYC Police | 7/6/2022 | 328 | $97.6800 | ($32,039.04) | 3/18/2022 | 1,651 | $115.8400 | $191,251.84 |
| NYC Police | 9/20/2022 | 157 | $101.4000 | ($15,919.80) | 4/5/2022 | 3,713 | $110.7500 | $411,214.75 |
| NYC Police | 9/30/2022 | 201 | $90.9200 | ($18,274.92) | 4/5/2022 | 1,634 | $110.7500 | $180,965.50 |
| NYC Police | 10/11/2022 | 310 | $90.8900 | ($28,175.90) | 4/5/2022 | 6,500 | $110.7500 | $719,875.00 |
| NYC Police | 11/30/2022 | 1,497 | $108.3600 | ($162,214.92) | 4/21/2022 | 6,204 | $116.5300 | $722,952.12 |
| NYC Police | 12/16/2022 | 536 | $96.8900 | ($51,933.04) | 6/24/2022 | 1,015 | $99.1700 | $100,657.55 |
| NYC Police | 1/6/2023 | 261 | $103.0400 | ($26,893.44) | 6/24/2022 | 646 | $99.1700 | $64,063.82 |
| NYC Police | 2/28/2023 | 1,400 | $112.0000 | ($156,800.00) | 8/5/2022 | 16,300 | $102.3500 | $1,668,305.00 |
| NYC Police | 3/6/2023 | 3,200 | $114.0209 | ($364,866.88) | 8/19/2022 | 2,048 | $106.9100 | $218,951.68 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NYC Police | 3/7/2023 | 11,050 | $112.1702 | ($1,239,480.71) | 9/16/2022 | 1,377 | $100.9100 | $138,953.07 | | |
| NYC Police | 3/8/2023 | 8,600 | $111.3766 | ($957,838.76) | 11/4/2022 | 1,278 | $99.8500 | $127,608.30 | | |
| NYC Police | 3/13/2023 | 5,900 | $98.6239 | ($581,881.01) | 3/17/2023 | 222 | $92.2400 | $20,477.28 | | |
| NYC Police | 4/10/2023 | 165 | $98.1700 | ($16,198.05) | 3/27/2023 | 1,853 | $94.3900 | $174,904.67 | | |
| NYC Police | 4/26/2023 | 1,500 | $102.0955 | ($153,143.25) | 4/21/2023 | 2,349 | $105.5200 | $247,866.48 | | |
| NYC Police | 7/20/2023 | 5,650 | $103.8101 | ($586,527.07) | 6/9/2023 | 2,150 | $114.1400 | $245,401.00 | | |
| NYC Police | | | | | 6/16/2023 | 7,387 | $115.3200 | $851,868.84 | | |
| NYC Police | | | | | 6/23/2023 | 2,179 | $115.4200 | $251,500.18 | | |
| NYC Police | | | | | 7/21/2023 | 1,271 | $105.1100 | $133,594.81 | | |
| **NYC Police** | | **198,533** | | **($22,654,153.57)** | | **142,142** | | **$13,075,521.34** | **111,938** | **($3,648,222.36)** |
| | | | | | | | | | | |
| NYC Teachers | | Pre-Class period holdings: 246,692 | | | | | | | | |
| | | | | | | | | | | |
| NYC Teachers | 5/12/2020 | 9,905 | $39.2000 | ($388,276.00) | 6/28/2019 | 865 | $77.5900 | $67,115.35 | | |
| NYC Teachers | 7/6/2021 | 3,286 | $117.6856 | ($386,714.88) | 6/28/2019 | 3,293 | $77.5900 | $255,503.87 | | |
| NYC Teachers | 7/7/2021 | 2,957 | $118.2447 | ($349,649.58) | 6/28/2019 | 1,097 | $77.5900 | $85,116.23 | | |
| NYC Teachers | 7/8/2021 | 3,194 | $115.6330 | ($369,331.80) | 12/20/2019 | 1,455 | $86.7000 | $126,148.50 | | |
| NYC Teachers | 7/9/2021 | 2,342 | $121.9102 | ($285,513.69) | 12/20/2019 | 3,720 | $86.7000 | $322,524.00 | | |
| NYC Teachers | 7/12/2021 | 2,108 | $126.4387 | ($266,532.78) | 4/27/2020 | 10,628 | $37.4400 | $397,912.32 | | |
| NYC Teachers | 7/13/2021 | 2,941 | $125.7222 | ($369,748.99) | 6/1/2020 | 8,743 | $49.8400 | $435,751.12 | | |
| NYC Teachers | 7/14/2021 | 3,014 | $123.7438 | ($372,963.81) | 10/27/2020 | 7,016 | $65.2600 | $457,864.16 | | |
| NYC Teachers | 7/15/2021 | 2,629 | $123.3140 | ($324,192.51) | 1/14/2021 | 5,349 | $98.4300 | $526,502.07 | | |
| NYC Teachers | 7/16/2021 | 1,558 | $121.4046 | ($189,148.37) | 4/7/2021 | 5,354 | $98.8000 | $528,975.20 | | |
| NYC Teachers | 7/19/2021 | 4,415 | $116.2882 | ($513,412.40) | 6/1/2021 | 5,242 | $120.8800 | $633,652.96 | | |
| NYC Teachers | 7/20/2021 | 4,414 | $120.6469 | ($532,535.42) | 6/9/2021 | 4,247 | $123.0300 | $522,508.41 | | |
| NYC Teachers | 3/6/2023 | 3,400 | $114.0209 | ($387,671.06) | 6/25/2021 | 4,429 | $123.5700 | $547,291.53 | | |
| NYC Teachers | 3/7/2023 | 11,800 | $112.1702 | ($1,323,608.36) | 10/13/2021 | 41,709 | $123.0400 | $5,131,875.36 | | |
| NYC Teachers | 3/8/2023 | 9,200 | $111.3766 | ($1,024,664.72) | 3/18/2022 | 27,210 | $115.8400 | $3,152,006.40 | | |
| NYC Teachers | 3/13/2023 | 6,250 | $98.6239 | ($616,399.38) | 9/16/2022 | 24,088 | $100.9100 | $2,430,720.08 | | |
| NYC Teachers | 4/26/2023 | 1,700 | $102.0955 | ($173,562.35) | | | | | | |
| NYC Teachers | 7/20/2023 | 5,950 | $103.8101 | ($617,670.10) | | | | | | |
| **NYC Teachers** | | **81,063** | | **($8,491,596.19)** | | **154,445** | | **$15,621,467.56** | **38,300** | **($551,508.46)** |

**Summary**

| Plaintiff | Class Period Shares Purchased | Class Period Cost | Class Period Shares Sold | Class Period Proceeds | Class Period Purchases Retained | Estimated Gain/(Loss)* |
|---|---|---|---|---|---|---|
| NYC Employees | 243,969 | ($28,343,867.00) | 212,421 | $18,381,060.19 | 145,287 | ($5,147,794.87) |
| NYC Fire | 64,232 | ($7,307,855.39) | 39,658 | $3,569,883.90 | 43,599 | ($1,278,919.68) |
| NYC Police | 198,533 | ($22,654,153.57) | 142,142 | $13,075,521.34 | 111,938 | ($3,648,222.36) |
| NYC Teachers | 81,063 | ($8,491,596.19) | 154,445 | $15,621,467.56 | 38,300 | ($551,508.46) |
| | | | | **Total** | **339,124** | **($10,626,445.36)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 days after the end of the class period. The price used as of 10/30/2023 is $88.3983.

*Shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sales price and the average closing price from the end of the class period through the date of the sale.