**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| EUGENE MANNACIO, Individually and on Behalf of All Others Similarly Situated, | x : | Case No. 1:23-cv-06788 |
| Plaintiff, | : : : | |
| v. | : : | |
| DISCOVER FINANCIAL SERVICES, ROGER C. HOCHSCHILD, JOHN T. GREENE, and R. MARK GRAF, | : : : : | |
| Defendants. | : : : | |
| ──────────────────────────────── | x | |

**DECLARATION OF CHRISTOPHER F. MORIARTY IN SUPPORT OF THE MOTION OF KBC ASSET MANAGEMENT NV FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

I, Christopher F. Moriarty, declare as follows:

1.     I am an attorney duly licensed to practice in the State of South Carolina and admitted to the General Bar of this Court. I am a member of the law firm of Motley Rice LLC, counsel for proposed Lead Plaintiff KBC Asset Management NV ("KBC"), and proposed Lead Counsel for the putative Class in the above-captioned Action. I make this declaration in support of KBC's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached hereto are true and correct copies of the following exhibits:

Exhibit A:     KBC's sworn Certification;

Exhibit B:     Chart of KBC's Estimated Losses;

Exhibit C:     Notice of pendency of class action published in *GlobeNewswire*, a national business-oriented wire service, on September 1, 2023;

Exhibit D:     KBC Equity Fund NV's Declaration of Assignment to KBC;

Exhibit E:     Management Company Agreement Between KBC and KBC Equity Fund NV; and

Exhibit F:     Motley Rice LLC's Shareholder and Securities Fraud Resume.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of October, 2023, at Mount Pleasant, South Carolina.

*s/ Christopher F. Moriarty*
Christopher F. Moriarty

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 31, 2023.

*s/ Christopher F. Moriarty*
Christopher F. Moriarty

2