# Exhibit A

**PLAINTIFF'S CERTIFICATION**
**PURSUANT TO FEDERAL SECURITIES LAWS**

The undersigned, Chris Sterckx and Klaus Vandewalle, on behalf of KBC Asset Management NV ("KBC"), on account of its fund listed in Schedule A (the "Fund"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.      We have reviewed a complaint against Discover Financial Services ("Discover Financial").

2.      We are duly authorized to institute legal action on behalf of KBC and the Fund, including litigation against Discover Financial and any other defendants.

3.      KBC and the Fund did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.      KBC is willing to serve as lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  KBC also understands that it is subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

5.      KBC will not accept any payment for serving as a representative party beyond the Fund's *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6.      KBC has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

*In re Citigroup Securities Litigation*, No. 1:20-cv-09132 (S.D.N.Y. Dec. 29, 2020);

*Ngian v. Facebook, Inc. et al.*, No. 3:22-cv-01261 (N.D. Cal. Dec. 27, 2021);

*Leventhal v. Chegg, Inc. et al.*, No. 5:21-cv-09953 (N.D. Cal. Feb. 22, 2022);

*Plumbers and Steamfitters Local 60 Pension Trust v. Meta Platforms, Inc. et al.*, No. 4:22-cv-01470 (N.D. Cal. May 9, 2022);

*Pembroke Pines Firefighters & Police Officers Pension Fund v. Abbott Laboratories et al.*, No. 1:22-cv-04661 (N.D. Ill. Oct. 31, 2022);

*In re PayPal Holdings Inc. Securities Litigation*, No. 3:22-cv-05864 (D.N.J. Dec. 5, 2022);

*City of Warwick Retirement System v. Catalent, Inc. et al.*, No. 3:23-cv-01108 (D.N.J. Apr. 25, 2023); and

1

*Vanipenta v. SVB Financial Group et al.*, No. 3:23-cv-01097 (N.D. Cal. May 12, 2023).

7.      KBC understands that this is not a claim form, and that the Fund's ability to share in any recovery as a member of the class is unaffected by KBC's decision to serve as a representative party.

8.      Attached hereto as Schedule A is a complete listing of all transactions the Fund made during the Class Period in the security that is the subject of this litigation.  KBC will provide records of those transactions upon request.

9.      KBC is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.**

Executed this 26th., day of October, 2023.

For KBC Asset Management NV:

Chris Sterckx (Oct 26, 2023 16:15 GMT+2)                    K Vandewalle (Oct 27, 2023 07:45 GMT+2)

Chris Sterckx                                           Klaus Vandewalle
Managing Director                                       Managing Director

2

## Schedule A
### KBC Asset Management NV
### Discover Financial Services (DFS)

Class Period: 02/21/2019 - 08/14/2023

|  |  | Date | Shares | Price |
|---|---|---|---|---|
| **KBC Equity Fund** |  |  |  |  |
|  | Purchases: | 3/25/2019 | 406.00 | 69.76 |
|  |  | 7/30/2019 | 214.00 | 91.05 |
|  |  | 11/5/2019 | 91,349.00 | 83.17 |
|  |  | 11/20/2019 | 612.00 | 82.86 |
|  |  | 11/21/2019 | 87,025.00 | 82.89 |
|  |  | 11/22/2019 | 442.00 | 83.87 |
|  |  | 1/29/2020 | 1,091.00 | 75.80 |
|  |  | 2/5/2020 | 583.00 | 77.38 |
|  |  | 2/20/2020 | 46,926.00 | 75.79 |
|  |  | 2/25/2020 | 1,042.00 | 69.49 |
|  |  | 6/12/2020 | 1,554.00 | 52.99 |
|  |  | 6/12/2020 | 1,699.00 | 52.99 |
|  |  | 6/12/2020 | 1,556.00 | 52.99 |
|  |  | 6/12/2020 | 1,273.00 | 52.99 |
|  |  | 8/23/2021 | 7,519.00 | 128.44 |
|  |  | 12/3/2021 | 81,980.00 | 108.41 |
|  |  | 12/3/2021 | 82,277.00 | 108.41 |
|  |  | 12/3/2021 | 81,990.00 | 108.41 |
|  |  | 12/3/2021 | 62,455.00 | 108.41 |
|  |  | 12/7/2021 | 2,768.00 | 114.38 |
|  |  | 12/16/2021 | 282.00 | 115.72 |
|  |  | 12/16/2021 | 264.00 | 115.72 |
|  |  | 12/16/2021 | 241.00 | 115.72 |
|  |  | 12/16/2021 | 1,435.00 | 115.72 |
|  |  | 1/6/2022 | 1,442.00 | 122.82 |
|  |  | 1/6/2022 | 1,476.00 | 122.82 |
|  |  | 1/6/2022 | 1,468.00 | 122.82 |
|  |  | 1/6/2022 | 94.00 | 122.82 |
|  |  | 1/6/2022 | 1,098.00 | 122.82 |

3

| Date | Shares | Price |
|---|---|---|
| 1/11/2022 | 106.00 | 128.58 |
| 1/14/2022 | 414.00 | 127.54 |
| 1/14/2022 | 414.00 | 127.54 |
| 1/14/2022 | 414.00 | 127.54 |
| 1/14/2022 | 255.00 | 127.54 |
| 1/18/2022 | 101.00 | 123.72 |
| 1/20/2022 | 1,280.00 | 116.80 |
| 1/21/2022 | 918.00 | 114.45 |
| 1/21/2022 | 872.00 | 114.45 |
| 1/21/2022 | 835.00 | 114.45 |
| 1/21/2022 | 97.00 | 114.45 |
| 1/21/2022 | 542.00 | 114.45 |
| 1/27/2022 | 3,639.00 | 113.22 |
| 1/27/2022 | 3,551.00 | 113.22 |
| 1/27/2022 | 3,737.00 | 113.22 |
| 1/27/2022 | 1,619.00 | 113.22 |
| 2/1/2022 | 97.00 | 118.02 |
| 2/3/2022 | 49.00 | 115.94 |
| 2/10/2022 | 673.00 | 124.77 |
| 2/10/2022 | 672.00 | 124.77 |
| 2/10/2022 | 672.00 | 124.77 |
| 2/10/2022 | 462.00 | 124.77 |
| 2/11/2022 | 184.00 | 124.14 |
| 2/17/2022 | 90.00 | 123.08 |
| 2/25/2022 | 233.00 | 124.01 |
| 2/25/2022 | 226.00 | 124.01 |
| 3/2/2022 | 98.00 | 116.12 |
| 3/3/2022 | 1,473.00 | 114.57 |
| 3/3/2022 | 1,262.00 | 114.57 |
| 3/3/2022 | 1,212.00 | 114.57 |
| 3/3/2022 | 891.00 | 114.57 |
| 4/8/2022 | 99.00 | 111.57 |
| 4/12/2022 | 512.00 | 111.83 |
| 4/12/2022 | 512.00 | 111.83 |

| Date | Shares | Price |
|---|---|---|
| 4/13/2022 | 567.00 | 112.67 |
| 4/13/2022 | 570.00 | 112.67 |
| 4/21/2022 | 91.00 | 116.53 |
| 4/29/2022 | 182.00 | 112.46 |
| 4/29/2022 | 181.00 | 112.46 |
| 4/29/2022 | 512.00 | 112.46 |
| 5/3/2022 | 93.00 | 115.56 |
| 5/12/2022 | 376.00 | 101.35 |
| 5/12/2022 | 352.00 | 101.35 |
| 5/12/2022 | 223.00 | 101.35 |
| 5/24/2022 | 48.00 | 104.42 |
| 5/25/2022 | 458.00 | 107.67 |
| 6/3/2022 | 57.00 | 110.28 |
| 6/17/2022 | 70.00 | 94.42 |
| 6/21/2022 | 60.00 | 94.48 |
| 6/22/2022 | 1,103.00 | 94.02 |
| 6/22/2022 | 989.00 | 94.02 |
| 6/22/2022 | 938.00 | 94.02 |
| 6/22/2022 | 709.00 | 94.02 |
| 7/7/2022 | 58.00 | 99.68 |
| 8/2/2022 | 51.00 | 100.16 |
| 9/7/2022 | 153.00 | 99.94 |
| 9/8/2022 | 4,202.00 | 101.05 |
| 9/8/2022 | 4,586.00 | 101.05 |
| 9/8/2022 | 4,362.00 | 101.05 |
| 9/8/2022 | 2,467.00 | 101.05 |
| 9/15/2022 | 490.00 | 100.91 |
| 9/15/2022 | 256.00 | 100.91 |
| 9/19/2022 | 50.00 | 102.17 |
| 9/29/2022 | 86.00 | 91.42 |
| 10/11/2022 | 53.00 | 90.89 |
| 10/14/2022 | 699.00 | 91.20 |
| 10/14/2022 | 704.00 | 91.20 |
| 10/14/2022 | 699.00 | 91.20 |

| Date | Shares | Price |
|---|---|---|
| 12/19/2022 | 10,583.00 | 95.17 |
| 12/19/2022 | 12,282.00 | 95.17 |
| 12/19/2022 | 10,249.00 | 95.17 |
| 12/19/2022 | 8,560.00 | 95.17 |
| 1/19/2023 | 411.00 | 101.90 |
| 1/19/2023 | 219.00 | 101.90 |
| 1/26/2023 | 320.00 | 114.69 |
| 1/26/2023 | 291.00 | 114.69 |
| 1/31/2023 | 403.00 | 116.73 |
| 1/31/2023 | 607.00 | 116.73 |
| 2/3/2023 | 159.00 | 119.00 |
| 2/9/2023 | 374.00 | 114.53 |
| 2/17/2023 | 26,765.00 | 111.18 |
| 2/21/2023 | 1,640.00 | 109.13 |
| 2/23/2023 | 715.00 | 110.70 |
| 3/2/2023 | 278.00 | 112.37 |
| 3/2/2023 | 1,284.00 | 112.37 |
| 3/2/2023 | 1,302.00 | 112.37 |
| 3/2/2023 | 1,129.00 | 112.37 |
| 3/2/2023 | 1,496.00 | 112.37 |
| 3/2/2023 | 440.00 | 112.37 |
| 3/10/2023 | 477.00 | 102.14 |
| 4/6/2023 | 285.00 | 97.02 |
| 5/11/2023 | 13,451.00 | 95.83 |
| 5/11/2023 | 3,787.00 | 95.83 |
| 6/9/2023 | 53,714.00 | 114.01 |
| 6/23/2023 | 22,944.00 | 115.02 |
| 6/28/2023 | 336.00 | 117.41 |
| 6/28/2023 | 1,119.00 | 117.41 |
| 6/28/2023 | 1,172.00 | 117.41 |
| 6/28/2023 | 1,198.00 | 117.41 |
| 6/28/2023 | 928.00 | 117.41 |
| 6/28/2023 | 187.00 | 117.41 |
| 7/6/2023 | 7,935.00 | 115.64 |

| | Date | Shares | Price |
|---|---|---|---|
| | 7/6/2023 | 8,292.00 | 115.64 |
| | 7/6/2023 | 9,086.00 | 115.64 |
| | 7/6/2023 | 9,503.00 | 115.64 |
| | 7/6/2023 | 7,635.00 | 115.64 |
| | 7/6/2023 | 9,460.00 | 115.64 |
| | 7/6/2023 | 8,180.00 | 115.64 |
| | 7/6/2023 | 7,126.00 | 115.64 |
| | 7/20/2023 | 259.00 | 102.45 |
| | 7/20/2023 | 332.00 | 102.45 |
| | 7/20/2023 | 716.00 | 102.45 |
| | 7/20/2023 | 369.00 | 102.45 |
| | 7/20/2023 | 444.00 | 102.45 |
| | 7/20/2023 | 259.00 | 102.45 |
| | 7/31/2023 | 815.00 | 105.55 |
| Sales: | 3/21/2019 | -2,753.00 | 72.42 |
| | 3/21/2019 | -13,261.00 | 72.42 |
| | 3/29/2019 | -695.00 | 71.16 |
| | 4/3/2019 | -1,058.00 | 73.98 |
| | 4/8/2019 | -1,179.00 | 74.81 |
| | 4/24/2019 | -11,840.00 | 77.02 |
| | 5/9/2019 | -531.00 | 79.00 |
| | 5/13/2019 | -3,373.00 | 76.62 |
| | 5/21/2019 | -103.00 | 78.66 |
| | 5/23/2019 | -10,791.00 | 76.55 |
| | 7/5/2019 | -1,193.00 | 80.20 |
| | 8/7/2019 | -17,940.00 | 83.77 |
| | 8/22/2019 | -3,500.00 | 79.68 |
| | 9/11/2019 | -165.00 | 84.39 |
| | 1/13/2020 | -269.00 | 82.88 |
| | 2/28/2020 | -113,166.00 | 65.49 |
| | 3/9/2020 | -65,208.00 | 54.78 |
| | 3/9/2020 | -18,349.00 | 54.78 |
| | 3/12/2020 | -2,919.00 | 44.88 |
| | 3/12/2020 | -56,230.00 | 44.88 |

| Date | Shares | Price |
|---|---|---|
| 6/24/2020 | -1,554.00 | 50.81 |
| 6/24/2020 | -1,699.00 | 50.81 |
| 6/24/2020 | -1,556.00 | 50.81 |
| 6/24/2020 | -1,273.00 | 50.81 |
| 6/30/2020 | -3,372.00 | 50.09 |
| 9/28/2021 | -7,519.00 | 129.00 |
| 1/20/2022 | -191.00 | 116.80 |
| 1/20/2022 | -191.00 | 116.80 |
| 2/17/2022 | -1,080.00 | 123.08 |
| 2/17/2022 | -1,069.00 | 123.08 |
| 2/17/2022 | -1,096.00 | 123.08 |
| 2/17/2022 | -601.00 | 123.08 |
| 3/4/2022 | -97.00 | 110.22 |
| 3/8/2022 | -7,371.00 | 103.28 |
| 3/8/2022 | -7,279.00 | 103.28 |
| 3/8/2022 | -7,321.00 | 103.28 |
| 3/8/2022 | -5,707.00 | 103.28 |
| 3/16/2022 | -6,006.00 | 114.15 |
| 3/16/2022 | -6,019.00 | 114.15 |
| 3/16/2022 | -6,029.00 | 114.15 |
| 3/16/2022 | -4,546.00 | 114.15 |
| 6/30/2022 | -3,241.00 | 94.58 |
| 6/30/2022 | -3,152.00 | 94.58 |
| 6/30/2022 | -3,152.00 | 94.58 |
| 6/30/2022 | -3,157.00 | 94.58 |
| 7/29/2022 | -3,018.00 | 101.00 |
| 7/29/2022 | -2,989.00 | 101.00 |
| 7/29/2022 | -3,022.00 | 101.00 |
| 7/29/2022 | -1,529.00 | 101.00 |
| 9/29/2022 | -37,837.00 | 91.58 |
| 9/29/2022 | -38,353.00 | 91.58 |
| 9/29/2022 | -37,706.00 | 91.58 |
| 9/29/2022 | -29,027.00 | 91.58 |
| 10/31/2022 | -805.00 | 104.46 |

8

| Date | Shares | Price |
|---|---|---|
| 11/10/2022 | -665.00 | 108.32 |
| 11/10/2022 | -505.00 | 108.32 |
| 11/10/2022 | -505.00 | 108.32 |
| 11/10/2022 | -793.00 | 108.32 |
| 12/1/2022 | -12,189.00 | 106.53 |
| 12/1/2022 | -12,113.00 | 106.54 |
| 12/1/2022 | -12,344.00 | 106.54 |
| 12/1/2022 | -513.00 | 106.51 |
| 12/1/2022 | -8,767.00 | 106.53 |
| 12/21/2022 | -4,282.00 | 97.80 |
| 12/21/2022 | -4,314.00 | 97.80 |
| 12/21/2022 | -4,282.00 | 97.80 |
| 12/21/2022 | -476.00 | 97.80 |
| 12/21/2022 | -3,220.00 | 97.80 |
| 1/5/2023 | -319.00 | 99.55 |
| 1/5/2023 | -266.00 | 99.55 |
| 1/5/2023 | -319.00 | 99.55 |
| 1/5/2023 | -157.00 | 99.55 |
| 1/13/2023 | -204.00 | 107.20 |
| 1/13/2023 | -257.00 | 107.20 |
| 1/19/2023 | -340.00 | 101.90 |
| 1/19/2023 | -234.00 | 101.90 |
| 3/16/2023 | -265.00 | 95.48 |
| 3/23/2023 | -741.00 | 93.57 |
| 4/27/2023 | -286.00 | 101.99 |
| 4/27/2023 | -713.00 | 101.99 |
| 4/27/2023 | -302.00 | 101.99 |
| 4/27/2023 | -751.00 | 101.99 |
| 5/11/2023 | -3,950.00 | 95.83 |
| 5/23/2023 | -146.00 | 101.90 |
| 5/24/2023 | -149.00 | 99.42 |
| 5/25/2023 | -163.00 | 99.88 |
| 6/1/2023 | -52.00 | 105.33 |