# Exhibit B

## Discover Financial Services (DFS)
## KBC Asset Management NV

**Class Period: 2/21/2019 - 8/14/2023**          **Hold Price: $ 88.6900**

| KBC Equity Fund | | | | |
|---|---|---|---|---|
| Transaction Type | Date | Quantity | Price[a] | Amount |
| Pre-Class Shares | | 101,940 | | |
| Sale of Pre-Class Shares | 3/21/2019 | (16,014) | $ 72.4200 | $ 1,159,733.88 |
| Purchase | 3/25/2019 | 406 | $ 69.7600 | ($ 28,322.56) |
| Sale | 3/29/2019 | (406) | $ 71.1600 | $ 28,890.96 |
| Sale of Pre-Class Shares | 3/29/2019 | (289) | $ 71.1600 | $ 20,565.24 |
| Sale of Pre-Class Shares | 4/3/2019 | (1,058) | $ 73.9800 | $ 78,270.84 |
| Sale of Pre-Class Shares | 4/8/2019 | (1,179) | $ 74.8100 | $ 88,200.99 |
| Sale of Pre-Class Shares | 4/24/2019 | (11,840) | $ 77.0200 | $ 911,916.80 |
| Sale of Pre-Class Shares | 5/9/2019 | (531) | $ 79.0000 | $ 41,949.00 |
| Sale of Pre-Class Shares | 5/13/2019 | (3,373) | $ 76.6200 | $ 258,439.26 |
| Sale of Pre-Class Shares | 5/21/2019 | (103) | $ 78.6600 | $ 8,101.98 |
| Sale of Pre-Class Shares | 5/23/2019 | (10,791) | $ 76.5500 | $ 826,051.05 |
| Sale of Pre-Class Shares | 7/5/2019 | (1,193) | $ 80.2000 | $ 95,678.60 |
| Purchase | 7/30/2019 | 214 | $ 91.0500 | ($ 19,484.70) |
| Sale | 8/7/2019 | (214) | $ 83.7700 | $ 17,926.78 |
| Sale of Pre-Class Shares | 8/7/2019 | (17,726) | $ 83.7700 | $ 1,484,907.02 |
| Sale of Pre-Class Shares | 8/22/2019 | (3,500) | $ 79.6800 | $ 278,880.00 |
| Sale of Pre-Class Shares | 9/11/2019 | (165) | $ 84.3900 | $ 13,924.35 |
| Purchase | 11/5/2019 | 91,349 | $ 83.1709 | ($ 7,597,578.54) |
| Purchase | 11/20/2019 | 612 | $ 82.8600 | ($ 50,710.32) |
| Purchase | 11/21/2019 | 87,025 | $ 82.8930 | ($ 7,213,763.33) |
| Purchase | 11/22/2019 | 442 | $ 83.8700 | ($ 37,070.54) |
| Sale | 1/13/2020 | (269) | $ 82.8800 | $ 22,294.72 |
| Purchase | 1/29/2020 | 1,091 | $ 75.8000 | ($ 82,697.80) |
| Purchase | 2/5/2020 | 583 | $ 77.3800 | ($ 45,112.54) |
| Purchase | 2/20/2020 | 46,926 | $ 75.7900 | ($ 3,556,521.54) |
| Purchase | 2/25/2020 | 1,042 | $ 69.4900 | ($ 72,408.58) |
| Sale | 2/28/2020 | (113,166) | $ 65.4915 | $ 7,411,411.09 |

| | | | | |
|---|---|---|---|---|
| Sale | 3/9/2020 | (83,557) | $ 54.7840 | $ 4,577,586.69 |
| Sale | 3/12/2020 | (32,078) | $ 44.8800 | $ 1,439,660.64 |
| Sale of Pre-Class Shares | 3/12/2020 | (27,071) | $ 44.8800 | $ 1,214,946.48 |
| Purchase | 6/12/2020 | 6,082 | $ 52.9900 | ($ 322,285.18) |
| Sale | 6/24/2020 | (6,082) | $ 50.8100 | $ 309,026.42 |
| Sale of Pre-Class Shares | 6/30/2020 | (3,372) | $ 50.0900 | $ 168,903.48 |
| Purchase | 8/23/2021 | 7,519 | $ 128.4400 | ($ 965,740.36) |
| Sale | 9/28/2021 | (7,519) | $ 129.0000 | $ 969,951.00 |
| Purchase | 12/3/2021 | 308,702 | $ 108.4139 | ($ 33,467,587.76) |
| Purchase | 12/7/2021 | 2,768 | $ 114.3800 | ($ 316,603.84) |
| Purchase | 12/16/2021 | 2,222 | $ 115.7200 | ($ 257,129.84) |
| Purchase | 1/6/2022 | 5,578 | $ 122.8200 | ($ 685,089.96) |
| Purchase | 1/11/2022 | 106 | $ 128.5800 | ($ 13,629.48) |
| Purchase | 1/14/2022 | 1,497 | $ 127.5400 | ($ 190,927.38) |
| Purchase | 1/18/2022 | 101 | $ 123.7200 | ($ 12,495.72) |
| Purchase | 1/20/2022 | 1,280 | $ 116.8000 | ($ 149,504.00) |
| Sale | 1/20/2022 | (382) | $ 116.8000 | $ 44,617.60 |
| Purchase | 1/21/2022 | 3,264 | $ 114.4500 | ($ 373,564.80) |
| Purchase | 1/27/2022 | 12,546 | $ 113.2200 | ($ 1,420,458.12) |
| Purchase | 2/1/2022 | 97 | $ 118.0200 | ($ 11,447.94) |
| Purchase | 2/3/2022 | 49 | $ 115.9400 | ($ 5,681.06) |
| Purchase | 2/10/2022 | 2,479 | $ 124.7700 | ($ 309,304.83) |
| Purchase | 2/11/2022 | 184 | $ 124.1400 | ($ 22,841.76) |
| Purchase | 2/17/2022 | 90 | $ 123.0800 | ($ 11,077.20) |
| Sale | 2/17/2022 | (3,846) | $ 123.0800 | $ 473,365.68 |
| Purchase | 2/25/2022 | 459 | $ 124.0100 | ($ 56,920.59) |
| Purchase | 3/2/2022 | 98 | $ 116.1200 | ($ 11,379.76) |
| Purchase | 3/3/2022 | 4,838 | $ 114.5700 | ($ 554,289.66) |
| Sale | 3/4/2022 | (97) | $ 110.2200 | $ 10,691.34 |
| Sale | 3/8/2022 | (27,678) | $ 103.2800 | $ 2,858,583.84 |
| Sale | 3/16/2022 | (22,600) | $ 114.1500 | $ 2,579,790.00 |
| Purchase | 4/8/2022 | 99 | $ 111.5700 | ($ 11,045.43) |
| Purchase | 4/12/2022 | 1,024 | $ 111.8300 | ($ 114,513.92) |

2

| Purchase | 4/13/2022 | 1,137 | $ 112.6700 | ($ 128,105.79) |
| Purchase | 4/21/2022 | 91 | $ 116.5300 | ($ 10,604.23) |
| Purchase | 4/29/2022 | 875 | $ 112.4600 | ($ 98,402.50) |
| Purchase | 5/3/2022 | 93 | $ 115.5600 | ($ 10,747.08) |
| Purchase | 5/12/2022 | 951 | $ 101.3500 | ($ 96,383.85) |
| Purchase | 5/24/2022 | 48 | $ 104.4200 | ($ 5,012.16) |
| Purchase | 5/25/2022 | 458 | $ 107.6700 | ($ 49,312.86) |
| Purchase | 6/3/2022 | 57 | $ 110.2800 | ($ 6,285.96) |
| Purchase | 6/17/2022 | 70 | $ 94.4200 | ($ 6,609.40) |
| Purchase | 6/21/2022 | 60 | $ 94.4800 | ($ 5,668.80) |
| Purchase | 6/22/2022 | 3,739 | $ 94.0200 | ($ 351,540.78) |
| Sale | 6/30/2022 | (12,702) | $ 94.5800 | $ 1,201,355.16 |
| Purchase | 7/7/2022 | 58 | $ 99.6800 | ($ 5,781.44) |
| Sale | 7/29/2022 | (10,558) | $ 101.0000 | $ 1,066,358.00 |
| Purchase | 8/2/2022 | 51 | $ 100.1600 | ($ 5,108.16) |
| Purchase | 9/7/2022 | 153 | $ 99.9400 | ($ 15,290.82) |
| Purchase | 9/8/2022 | 15,617 | $ 101.0500 | ($ 1,578,097.85) |
| Purchase | 9/15/2022 | 746 | $ 100.9100 | ($ 75,278.86) |
| Purchase | 9/19/2022 | 50 | $ 102.1700 | ($ 5,108.50) |
| Purchase | 9/29/2022 | 86 | $ 91.4200 | ($ 7,862.12) |
| Sale | 9/29/2022 | (142,923) | $ 91.5819 | $ 13,089,159.89 |
| Purchase | 10/11/2022 | 53 | $ 90.8900 | ($ 4,817.17) |
| Purchase | 10/14/2022 | 2,102 | $ 91.2000 | ($ 191,702.40) |
| Sale | 10/31/2022 | (805) | $ 104.4600 | $ 84,090.30 |
| Sale | 11/10/2022 | (2,468) | $ 108.3200 | $ 267,333.76 |
| Sale | 12/1/2022 | (513) | $ 106.5144 | $ 54,641.89 |
| Sale | 12/1/2022 | (8,767) | $ 106.5338 | $ 933,981.82 |
| Sale | 12/1/2022 | (12,189) | $ 106.5345 | $ 1,298,549.02 |
| Sale | 12/1/2022 | (12,344) | $ 106.5351 | $ 1,315,069.27 |
| Sale | 12/1/2022 | (12,113) | $ 106.5352 | $ 1,290,460.88 |
| Purchase | 12/19/2022 | 41,674 | $ 95.1700 | ($ 3,966,114.58) |
| Sale | 12/21/2022 | (16,574) | $ 97.8000 | $ 1,620,937.20 |
| Sale | 1/5/2023 | (1,061) | $ 99.5500 | $ 105,622.55 |

3

| | | | | |
|---|---|---|---|---|
| Sale | 1/13/2023 | (461) | $ 107.2000 | $ 49,419.20 |
| Purchase | 1/19/2023 | 630 | $ 101.9000 | ($ 64,197.00) |
| Sale | 1/19/2023 | (574) | $ 101.9000 | $ 58,490.60 |
| Purchase | 1/26/2023 | 611 | $ 114.6900 | ($ 70,075.59) |
| Purchase | 1/31/2023 | 1,010 | $ 116.7300 | ($ 117,897.30) |
| Purchase | 2/3/2023 | 159 | $ 119.0000 | ($ 18,921.00) |
| Purchase | 2/9/2023 | 374 | $ 114.5300 | ($ 42,834.22) |
| Purchase | 2/17/2023 | 26,765 | $ 111.1800 | ($ 2,975,732.70) |
| Purchase | 2/21/2023 | 1,640 | $ 109.1300 | ($ 178,973.20) |
| Purchase | 2/23/2023 | 715 | $ 110.7000 | ($ 79,150.50) |
| Purchase | 3/2/2023 | 5,929 | $ 112.3700 | ($ 666,241.73) |
| Purchase | 3/10/2023 | 477 | $ 102.1400 | ($ 48,720.78) |
| Sale | 3/16/2023 | (265) | $ 95.4800 | $ 25,302.20 |
| Sale | 3/23/2023 | (741) | $ 93.5700 | $ 69,335.37 |
| Purchase | 4/6/2023 | 285 | $ 97.0200 | ($ 27,650.70) |
| Sale | 4/27/2023 | (2,052) | $ 101.9900 | $ 209,283.48 |
| Purchase | 5/11/2023 | 17,238 | $ 95.8300 | ($ 1,651,917.54) |
| Sale | 5/11/2023 | (3,950) | $ 95.8300 | $ 378,528.50 |
| Sale | 5/23/2023 | (146) | $ 101.9000 | $ 14,877.40 |
| Sale | 5/24/2023 | (149) | $ 99.4200 | $ 14,813.58 |
| Sale | 5/25/2023 | (163) | $ 99.8800 | $ 16,280.44 |
| Sale | 6/1/2023 | (52) | $ 105.3300 | $ 5,477.16 |
| Purchase | 6/9/2023 | 53,714 | $ 114.0112 | ($ 6,123,997.60) |
| Purchase | 6/23/2023 | 22,944 | $ 115.0152 | ($ 2,638,908.75) |
| Purchase | 6/28/2023 | 4,940 | $ 117.4100 | ($ 580,005.40) |
| Purchase | 7/6/2023 | 67,217 | $ 115.6400 | ($ 7,772,973.88) |
| Purchase | 7/20/2023 | 2,379 | $ 102.4500 | ($ 243,728.55) |
| Purchase | 7/31/2023 | 815 | $ 105.5500 | ($ 86,023.25) |
| *Lookback Period Purchase* | *8/23/2023* | *1,548* | *$ 88.5900* | *($ 137,137.32)* |
| *Sale of Shares Purchased in Lookback Period* | *8/23/2023* | *(1,548)* | *$ 88.5900* | *$ 137,137.32* |
| *Sale of Class Shares in Lookback Period* | *8/23/2023* | *(167)* | *$ 91.2243* | *$ 15,234.46* |
| *Lookback Period Purchase* | *10/18/2023* | *1,232* | *$ 91.8500* | *($ 113,159.20)* |
| **Net Proceeds of Transactions** | | | | **($ 44,070,575.14)** |

| | |
|---|---|
| Value of 327,152 retained shares @ $ 88.6900 per share | $ 29,015,110.88 |
| (Loss)/Gain for KBC Equity Fund[b] | ($ 15,055,464.26) |

[a] Any shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sale price and the average closing price from the end of the class period to the date of the sale.

[b] Losses calculated on a last-in first-out (LIFO) basis.

Discover Financial Services (DFS)
KBC Asset Management NV

**Class Period: 2/21/2019 - 8/14/2023**

| KBC Equity Fund | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transaction Type | Date | Quantity | Price | Amount | Drop on 7/21/2022 of $9.80 / sh. Hold price: $99.72[a] | Drop on 7/20/2023 of $19.40 / sh. Hold price: $93.78[a] | Drop on 8/15/2023 of $9.69 / sh. Hold price: $88.54[a] | Loss |
| Pre-Class Shares | | 101,940 | | | | | | |
| Sale of Pre-Class Shares | 3/21/2019 | (16,014) | $ 72.4200 | $ 1,159,733.88 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Purchase | 3/25/2019 | 406 | $ 69.7600 | ($ 28,322.56) | Sold 406 on 3/29/2019 before drop | Sold 406 on 3/29/2019 before drop | Sold 406 on 3/29/2019 before drop | $ 0.00 |
| Sale | 3/29/2019 | (406) | $ 71.1600 | $ 28,890.96 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Sale of Pre-Class Shares | 3/29/2019 | (289) | $ 71.1600 | $ 20,565.24 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Sale of Pre-Class Shares | 4/3/2019 | (1,058) | $ 73.9800 | $ 78,270.84 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Sale of Pre-Class Shares | 4/8/2019 | (1,179) | $ 74.8100 | $ 88,200.99 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Sale of Pre-Class Shares | 4/24/2019 | (11,840) | $ 77.0200 | $ 911,916.80 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Sale of Pre-Class Shares | 5/9/2019 | (531) | $ 79.0000 | $ 41,949.00 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Sale of Pre-Class Shares | 5/13/2019 | (3,373) | $ 76.6200 | $ 258,439.26 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Sale of Pre-Class Shares | 5/21/2019 | (103) | $ 78.6600 | $ 8,101.98 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Sale of Pre-Class Shares | 5/23/2019 | (10,791) | $ 76.5500 | $ 826,051.05 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Sale of Pre-Class Shares | 7/5/2019 | (1,193) | $ 80.2000 | $ 95,678.60 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Purchase | 7/30/2019 | 214 | $ 91.0500 | ($ 19,484.70) | Sold 214 on 8/7/2019 before drop | Sold 214 on 8/7/2019 before drop | Sold 214 on 8/7/2019 before drop | $ 0.00 |
| Sale | 8/7/2019 | (214) | $ 83.7700 | $ 17,926.78 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Sale of Pre-Class Shares | 8/7/2019 | (17,726) | $ 83.7700 | $ 1,484,907.02 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Sale of Pre-Class Shares | 8/22/2019 | (3,500) | $ 79.6800 | $ 278,880.00 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Sale of Pre-Class Shares | 9/11/2019 | (165) | $ 84.3900 | $ 13,924.35 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Purchase | 11/5/2019 | 91,349 | $ 83.1709 | ($ 7,597,578.54) | Sold 59,271 on 3/9/2020 before drop Sold 32,078 on 3/12/2020 before drop | Sold 59,271 on 3/9/2020 before drop Sold 32,078 on 3/12/2020 before drop | Sold 59,271 on 3/9/2020 before drop Sold 32,078 on 3/12/2020 before drop | $ 0.00 |
| Purchase | 11/20/2019 | 612 | $ 82.8600 | ($ 50,710.32) | Sold 612 on 3/9/2020 before drop | Sold 612 on 3/9/2020 before drop | Sold 612 on 3/9/2020 before drop | $ 0.00 |
| Purchase | 11/21/2019 | 87,025 | $ 82.8930 | ($ 7,213,763.33) | Sold 63,351 on 2/28/2020 before drop Sold 23,674 on 3/9/2020 before drop | Sold 63,351 on 2/28/2020 before drop Sold 23,674 on 3/9/2020 before drop | Sold 63,351 on 2/28/2020 before drop Sold 23,674 on 3/9/2020 before drop | $ 0.00 |
| Purchase | 11/22/2019 | 442 | $ 83.8700 | ($ 37,070.54) | Sold 269 on 1/13/2020 before drop Sold 173 on 2/28/2020 before drop | Sold 269 on 1/13/2020 before drop Sold 173 on 2/28/2020 before drop | Sold 269 on 1/13/2020 before drop Sold 173 on 2/28/2020 before drop | $ 0.00 |
| Sale | 1/13/2020 | (269) | $ 82.8800 | $ 22,294.72 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Purchase | 1/29/2020 | 1,091 | $ 75.8000 | ($ 82,697.80) | Sold 1,091 on 2/28/2020 before drop | Sold 1,091 on 2/28/2020 before drop | Sold 1,091 on 2/28/2020 before drop | $ 0.00 |
| Purchase | 2/5/2020 | 583 | $ 77.3800 | ($ 45,112.54) | Sold 583 on 2/28/2020 before drop | Sold 583 on 2/28/2020 before drop | Sold 583 on 2/28/2020 before drop | $ 0.00 |
| Purchase | 2/20/2020 | 46,926 | $ 75.7900 | ($ 3,556,521.54) | Sold 46,926 on 2/28/2020 before drop | Sold 46,926 on 2/28/2020 before drop | Sold 46,926 on 2/28/2020 before drop | $ 0.00 |
| Purchase | 2/25/2020 | 1,042 | $ 69.4900 | ($ 72,408.58) | Sold 1,042 on 2/28/2020 before drop | Sold 1,042 on 2/28/2020 before drop | Sold 1,042 on 2/28/2020 before drop | $ 0.00 |
| Sale | 2/28/2020 | (113,166) | $ 65.4915 | $ 7,411,411.09 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |

6

| Type | Date | Shares | Price | Amount | Detail 1 | Detail 2 | Detail 3 | Amount 2 |
|---|---|---|---|---|---|---|---|---|
| Sale | 3/9/2020 | (83,557) | $ 54.7840 | $ 4,577,586.69 | Sale before drop | Sale before drop | Sale before drop | |
| Sale | 3/12/2020 | (32,078) | $ 44.8800 | $ 1,439,660.64 | Sale before drop | Sale before drop | Sale before drop | |
| Sale of Pre-Class Shares | 3/12/2020 | (27,071) | $ 44.8800 | $ 1,214,946.48 | Sale before drop | Sale before drop | Sale before drop | |
| Purchase | 6/12/2020 | 6,082 | $ 52.9900 | ($ 322,285.18) | Sold 6,082 on 6/24/2020 before drop | Sold 6,082 on 6/24/2020 before drop | Sold 6,082 on 6/24/2020 before drop | $ 0.00 |
| Sale | 6/24/2020 | (6,082) | $ 50.8100 | $ 309,026.42 | Sale before drop | Sale before drop | Sale before drop | |
| Sale of Pre-Class Shares | 6/30/2020 | (3,372) | $ 50.0900 | $ 168,903.48 | Sale before drop | Sale before drop | Sale before drop | |
| Purchase | 8/23/2021 | 7,519 | $ 128.4400 | ($ 965,740.36) | Sold 7,519 on 9/28/2021 before drop | Sold 7,519 on 9/28/2021 before drop | Sold 7,519 on 9/28/2021 before drop | $ 0.00 |
| Sale | 9/28/2021 | (7,519) | $ 129.0000 | $ 969,951.00 | Sale before drop | Sale before drop | Sale before drop | |
| Purchase | 12/3/2021 | 308,702 | $ 108.4139 | ($ 33,467,587.76) | Sold 16,947 on 3/16/2022 before drop<br>Sold 4,000 on 6/30/2022 before drop<br>Sold 10,500 on 7/29/2022 for ($ 7.41) loss / sh.<br>Sold 126,220 on 9/29/2022 for ($ 7.09) loss / sh.<br>Held 151,035 sh. for ($ 8.69) loss / sh. | Sold 16,947 on 3/16/2022 before drop<br>Sold 4,000 on 6/30/2022 before drop<br>Sold 10,500 on 7/29/2022 before drop<br>Sold 126,220 on 9/29/2022 before drop<br>Sold 1,118 on 11/10/2022 before drop<br>Sold 513 on 12/1/2022 before drop<br>Sold 8,767 on 12/1/2022 before drop<br>Sold 12,189 on 12/1/2022 before drop<br>Sold 12,344 on 12/1/2022 before drop<br>Sold 12,113 on 12/1/2022 before drop<br>Held 103,991 sh. for ($ 14.63) loss / sh. | Sold 16,947 on 3/16/2022 before drop<br>Sold 4,000 on 6/30/2022 before drop<br>Sold 10,500 on 7/29/2022 before drop<br>Sold 126,220 on 9/29/2022 before drop<br>Sold 1,118 on 11/10/2022 before drop<br>Sold 513 on 12/1/2022 before drop<br>Sold 8,767 on 12/1/2022 before drop<br>Sold 12,189 on 12/1/2022 before drop<br>Sold 12,344 on 12/1/2022 before drop<br>Sold 12,113 on 12/1/2022 before drop<br>Held 103,991 sh. for ($ 9.69) loss / sh. | ($ 4,814,765.19) |
| Purchase | 12/7/2021 | 2,768 | $ 114.3800 | ($ 316,603.84) | Sold 2,768 on 3/16/2022 before drop | Sold 2,768 on 3/16/2022 before drop | Sold 2,768 on 3/16/2022 before drop | $ 0.00 |
| Purchase | 12/16/2021 | 2,222 | $ 115.7200 | ($ 257,129.84) | Sold 2,222 on 3/16/2022 before drop | Sold 2,222 on 3/16/2022 before drop | Sold 2,222 on 3/16/2022 before drop | $ 0.00 |
| Purchase | 1/6/2022 | 5,578 | $ 122.8200 | ($ 685,089.96) | Sold 4,915 on 3/8/2022 before drop<br>Sold 663 on 3/16/2022 before drop | Sold 4,915 on 3/8/2022 before drop<br>Sold 663 on 3/16/2022 before drop | Sold 4,915 on 3/8/2022 before drop<br>Sold 663 on 3/16/2022 before drop | $ 0.00 |
| Purchase | 1/11/2022 | 106 | $ 128.5800 | ($ 13,629.48) | Sold 106 on 3/8/2022 before drop | Sold 106 on 3/8/2022 before drop | Sold 106 on 3/8/2022 before drop | $ 0.00 |
| Purchase | 1/14/2022 | 1,497 | $ 127.5400 | ($ 190,927.38) | Sold 1,497 on 3/8/2022 before drop | Sold 1,497 on 3/8/2022 before drop | Sold 1,497 on 3/8/2022 before drop | $ 0.00 |
| Purchase | 1/18/2022 | 101 | $ 123.7200 | ($ 12,495.72) | Sold 101 on 3/8/2022 before drop | Sold 101 on 3/8/2022 before drop | Sold 101 on 3/8/2022 before drop | $ 0.00 |
| Purchase | 1/20/2022 | 1,280 | $ 116.8000 | ($ 149,504.00) | Sold 382 on 1/20/2022 before drop<br>Sold 898 on 3/8/2022 before drop | Sold 382 on 1/20/2022 before drop<br>Sold 898 on 3/8/2022 before drop | Sold 382 on 1/20/2022 before drop<br>Sold 898 on 3/8/2022 before drop | $ 0.00 |
| Sale | 1/20/2022 | (382) | $ 116.8000 | $ 44,617.60 | Sale before drop | Sale before drop | Sale before drop | |
| Purchase | 1/21/2022 | 3,264 | $ 114.4500 | ($ 373,564.80) | Sold 3,264 on 3/8/2022 before drop | Sold 3,264 on 3/8/2022 before drop | Sold 3,264 on 3/8/2022 before drop | $ 0.00 |
| Purchase | 1/27/2022 | 12,546 | $ 113.2200 | ($ 1,420,458.12) | Sold 947 on 2/17/2022 before drop<br>Sold 11,599 on 3/8/2022 before drop | Sold 947 on 2/17/2022 before drop<br>Sold 11,599 on 3/8/2022 before drop | Sold 947 on 2/17/2022 before drop<br>Sold 11,599 on 3/8/2022 before drop | $ 0.00 |
| Purchase | 2/1/2022 | 97 | $ 118.0200 | ($ 11,447.94) | Sold 97 on 2/17/2022 before drop | Sold 97 on 2/17/2022 before drop | Sold 97 on 2/17/2022 before drop | $ 0.00 |
| Purchase | 2/3/2022 | 49 | $ 115.9400 | ($ 5,681.06) | Sold 49 on 2/17/2022 before drop | Sold 49 on 2/17/2022 before drop | Sold 49 on 2/17/2022 before drop | $ 0.00 |
| Purchase | 2/10/2022 | 2,479 | $ 124.7700 | ($ 309,304.83) | Sold 2,479 on 2/17/2022 before drop | Sold 2,479 on 2/17/2022 before drop | Sold 2,479 on 2/17/2022 before drop | $ 0.00 |
| Purchase | 2/11/2022 | 184 | $ 124.1400 | ($ 22,841.76) | Sold 184 on 2/17/2022 before drop | Sold 184 on 2/17/2022 before drop | Sold 184 on 2/17/2022 before drop | $ 0.00 |
| Purchase | 2/17/2022 | 90 | $ 123.0800 | ($ 11,077.20) | Sold 90 on 2/17/2022 before drop | Sold 90 on 2/17/2022 before drop | Sold 90 on 2/17/2022 before drop | $ 0.00 |
| Sale | 2/17/2022 | (3,846) | $ 123.0800 | $ 473,365.68 | Sale before drop | Sale before drop | Sale before drop | |
| Purchase | 2/25/2022 | 459 | $ 124.0100 | ($ 56,920.59) | Sold 459 on 3/8/2022 before drop | Sold 459 on 3/8/2022 before drop | Sold 459 on 3/8/2022 before drop | $ 0.00 |
| Purchase | 3/2/2022 | 98 | $ 116.1200 | ($ 11,379.76) | Sold 98 on 3/8/2022 before drop | Sold 98 on 3/8/2022 before drop | Sold 98 on 3/8/2022 before drop | $ 0.00 |
| Purchase | 3/3/2022 | 4,838 | $ 114.5700 | ($ 554,289.66) | Sold 97 on 3/4/2022 before drop<br>Sold 4,741 on 3/8/2022 before drop | Sold 97 on 3/4/2022 before drop<br>Sold 4,741 on 3/8/2022 before drop | Sold 97 on 3/4/2022 before drop<br>Sold 4,741 on 3/8/2022 before drop | $ 0.00 |

7

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sale | 3/4/2022 | (97) | $ 110.2200 | $ 10,691.34 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Sale | 3/8/2022 | (27,678) | $ 103.2800 | $ 2,858,583.84 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Sale | 3/16/2022 | (22,600) | $ 114.1500 | $ 2,579,790.00 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Purchase | 4/8/2022 | 99 | $ 111.5700 | ($ 11,045.43) | Sold 99 on 6/30/2022 before drop | Sold 99 on 6/30/2022 before drop | Sold 99 on 6/30/2022 before drop | $ 0.00 |
| Purchase | 4/12/2022 | 1,024 | $ 111.8300 | ($ 114,513.92) | Sold 1,024 on 6/30/2022 before drop | Sold 1,024 on 6/30/2022 before drop | Sold 1,024 on 6/30/2022 before drop | $ 0.00 |
| Purchase | 4/13/2022 | 1,137 | $ 112.6700 | ($ 128,105.79) | Sold 1,137 on 6/30/2022 before drop | Sold 1,137 on 6/30/2022 before drop | Sold 1,137 on 6/30/2022 before drop | $ 0.00 |
| Purchase | 4/21/2022 | 91 | $ 116.5300 | ($ 10,604.23) | Sold 91 on 6/30/2022 before drop | Sold 91 on 6/30/2022 before drop | Sold 91 on 6/30/2022 before drop | $ 0.00 |
| Purchase | 4/29/2022 | 875 | $ 112.4600 | ($ 98,402.50) | Sold 875 on 6/30/2022 before drop | Sold 875 on 6/30/2022 before drop | Sold 875 on 6/30/2022 before drop | $ 0.00 |
| Purchase | 5/3/2022 | 93 | $ 115.5600 | ($ 10,747.08) | Sold 93 on 6/30/2022 before drop | Sold 93 on 6/30/2022 before drop | Sold 93 on 6/30/2022 before drop | $ 0.00 |
| Purchase | 5/12/2022 | 951 | $ 101.3500 | ($ 96,383.85) | Sold 951 on 6/30/2022 before drop | Sold 951 on 6/30/2022 before drop | Sold 951 on 6/30/2022 before drop | $ 0.00 |
| Purchase | 5/24/2022 | 48 | $ 104.4200 | ($ 5,012.16) | Sold 48 on 6/30/2022 before drop | Sold 48 on 6/30/2022 before drop | Sold 48 on 6/30/2022 before drop | $ 0.00 |
| Purchase | 5/25/2022 | 458 | $ 107.6700 | ($ 49,312.86) | Sold 458 on 6/30/2022 before drop | Sold 458 on 6/30/2022 before drop | Sold 458 on 6/30/2022 before drop | $ 0.00 |
| Purchase | 6/3/2022 | 57 | $ 110.2800 | ($ 6,285.96) | Sold 57 on 6/30/2022 before drop | Sold 57 on 6/30/2022 before drop | Sold 57 on 6/30/2022 before drop | $ 0.00 |
| Purchase | 6/17/2022 | 70 | $ 94.4200 | ($ 6,609.40) | Sold 70 on 6/30/2022 before drop | Sold 70 on 6/30/2022 before drop | Sold 70 on 6/30/2022 before drop | $ 0.00 |
| Purchase | 6/21/2022 | 60 | $ 94.4800 | ($ 5,668.80) | Sold 60 on 6/30/2022 before drop | Sold 60 on 6/30/2022 before drop | Sold 60 on 6/30/2022 before drop | $ 0.00 |
| Purchase | 6/22/2022 | 3,739 | $ 94.0200 | ($ 351,540.78) | Sold 3,739 on 6/30/2022 before drop | Sold 3,739 on 6/30/2022 before drop | Sold 3,739 on 6/30/2022 before drop | $ 0.00 |
| Sale | 6/30/2022 | (12,702) | $ 94.5800 | $ 1,201,355.16 | *Sale before drop* | *Sale before drop* | *Sale before drop* | |
| Purchase | 7/7/2022 | 58 | $ 99.6800 | ($ 5,781.44) | Sold 58 on 7/29/2022 for no loss | Sold 58 on 7/29/2022 before drop | Sold 58 on 7/29/2022 before drop | $ 0.00 |
| Sale | 7/29/2022 | (10,558) | $ 101.0000 | $ 1,066,358.00 | *Sale in lookback period* | *Sale before drop* | *Sale before drop* | |
| Purchase | 8/2/2022 | 51 | $ 100.1600 | ($ 5,108.16) | *Purchase after drop* | Sold 51 on 9/29/2022 before drop | Sold 51 on 9/29/2022 before drop | $ 0.00 |
| Purchase | 9/7/2022 | 153 | $ 99.9400 | ($ 15,290.82) | *Purchase after drop* | Sold 153 on 9/29/2022 before drop | Sold 153 on 9/29/2022 before drop | $ 0.00 |
| Purchase | 9/8/2022 | 15,617 | $ 101.0500 | ($ 1,578,097.85) | *Purchase after drop* | Sold 15,617 on 9/29/2022 before drop | Sold 15,617 on 9/29/2022 before drop | $ 0.00 |
| Purchase | 9/15/2022 | 746 | $ 100.9100 | ($ 75,278.86) | *Purchase after drop* | Sold 746 on 9/29/2022 before drop | Sold 746 on 9/29/2022 before drop | $ 0.00 |
| Purchase | 9/19/2022 | 50 | $ 102.1700 | ($ 5,108.50) | *Purchase after drop* | Sold 50 on 9/29/2022 before drop | Sold 50 on 9/29/2022 before drop | $ 0.00 |
| Purchase | 9/29/2022 | 86 | $ 91.4200 | ($ 7,862.12) | *Purchase after drop* | Sold 86 on 9/29/2022 before drop | Sold 86 on 9/29/2022 before drop | $ 0.00 |
| Sale | 9/29/2022 | (142,923) | $ 91.5819 | $ 13,089,159.89 | *Sale in lookback period* | *Sale before drop* | *Sale before drop* | |
| Purchase | 10/11/2022 | 53 | $ 90.8900 | ($ 4,817.17) | *Purchase after drop* | Sold 53 on 11/10/2022 before drop | Sold 53 on 11/10/2022 before drop | $ 0.00 |
| Purchase | 10/14/2022 | 2,102 | $ 91.2000 | ($ 191,702.40) | *Purchase after drop* | Sold 805 on 10/31/2022 before drop Sold 1,297 on 11/10/2022 before drop | Sold 805 on 10/31/2022 before drop Sold 1,297 on 11/10/2022 before drop | $ 0.00 |
| Sale | 10/31/2022 | (805) | $ 104.4600 | $ 84,090.30 | | *Sale before drop* | *Sale before drop* | |
| Sale | 11/10/2022 | (2,468) | $ 108.3200 | $ 267,333.76 | | *Sale before drop* | *Sale before drop* | |
| Sale | 12/1/2022 | (513) | $ 106.5144 | $ 54,641.89 | | *Sale before drop* | *Sale before drop* | |
| Sale | 12/1/2022 | (8,767) | $ 106.5338 | $ 933,981.82 | | *Sale before drop* | *Sale before drop* | |
| Sale | 12/1/2022 | (12,189) | $ 106.5345 | $ 1,298,549.02 | | *Sale before drop* | *Sale before drop* | |
| Sale | 12/1/2022 | (12,344) | $ 106.5351 | $ 1,315,069.27 | | *Sale before drop* | *Sale before drop* | |
| Sale | 12/1/2022 | (12,113) | $ 106.5352 | $ 1,290,460.88 | | *Sale before drop* | *Sale before drop* | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Purchase | 12/19/2022 | 41,674 | $ 95.1700 | ($ 3,966,114.58) | | Sold 16,574 on 12/21/2022 before drop<br>Sold 1,061 on 1/5/2023 before drop<br>Sold 461 on 1/13/2023 before drop<br>Held 23,578 sh. for ($ 1.39) loss / sh. | Sold 16,574 on 12/21/2022 before drop<br>Sold 1,061 on 1/5/2023 before drop<br>Sold 461 on 1/13/2023 before drop<br>Held 23,578 sh. for ($ 6.63) loss / sh. | ($ 189,143.15) |
| Sale | 12/21/2022 | (16,574) | $ 97.8000 | $ 1,620,937.20 | | Sale before drop | Sale before drop | |
| Sale | 1/5/2023 | (1,061) | $ 99.5500 | $ 105,622.55 | | Sale before drop | Sale before drop | |
| Sale | 1/13/2023 | (461) | $ 107.2000 | $ 49,419.20 | | Sale before drop | Sale before drop | |
| Purchase | 1/19/2023 | 630 | $ 101.9000 | ($ 64,197.00) | | Sold 574 on 1/19/2023 before drop<br>Held 56 sh. for ($ 8.12) loss / sh. | Sold 574 on 1/19/2023 before drop<br>Held 56 sh. for ($ 9.69) loss / sh. | ($ 997.21) |
| Sale | 1/19/2023 | (574) | $ 101.9000 | $ 58,490.60 | | Sale before drop | Sale before drop | |
| Purchase | 1/26/2023 | 611 | $ 114.6900 | ($ 70,075.59) | | Held 611 sh. for ($ 19.40) loss / sh. | Held 611 sh. for ($ 9.69) loss / sh. | ($ 17,773.99) |
| Purchase | 1/31/2023 | 1,010 | $ 116.7300 | ($ 117,897.30) | | Held 1,010 sh. for ($ 19.40) loss / sh. | Held 1,010 sh. for ($ 9.69) loss / sh. | ($ 29,380.90) |
| Purchase | 2/3/2023 | 159 | $ 119.0000 | ($ 18,921.00) | | Held 159 sh. for ($ 19.40) loss / sh. | Held 159 sh. for ($ 9.69) loss / sh. | ($ 4,625.31) |
| Purchase | 2/9/2023 | 374 | $ 114.5300 | ($ 42,834.22) | | Held 374 sh. for ($ 19.40) loss / sh. | Held 374 sh. for ($ 9.69) loss / sh. | ($ 10,879.66) |
| Purchase | 2/17/2023 | 26,765 | $ 111.1800 | ($ 2,975,732.70) | | Held 26,765 sh. for ($ 17.40) loss / sh. | Held 26,765 sh. for ($ 9.69) loss / sh. | ($ 724,991.63) |
| Purchase | 2/21/2023 | 1,640 | $ 109.1300 | ($ 178,973.20) | | Held 1,640 sh. for ($ 15.35) loss / sh. | Held 1,640 sh. for ($ 9.69) loss / sh. | ($ 41,061.17) |
| Purchase | 2/23/2023 | 715 | $ 110.7000 | ($ 79,150.50) | | Held 715 sh. for ($ 16.92) loss / sh. | Held 715 sh. for ($ 9.69) loss / sh. | ($ 19,024.22) |
| Purchase | 3/2/2023 | 5,929 | $ 112.3700 | ($ 666,241.73) | | Sold 529 on 3/23/2023 before drop<br>Sold 1,767 on 4/27/2023 before drop<br>Held 3,633 sh. for ($ 18.59) loss / sh. | Sold 529 on 3/23/2023 before drop<br>Sold 1,767 on 4/27/2023 before drop<br>Held 3,633 sh. for ($ 9.69) loss / sh. | ($ 102,731.44) |
| Purchase | 3/10/2023 | 477 | $ 102.1400 | ($ 48,720.78) | | Sold 265 on 3/16/2023 before drop<br>Sold 212 on 3/23/2023 before drop | Sold 265 on 3/16/2023 before drop<br>Sold 212 on 3/23/2023 before drop | $ 0.00 |
| Sale | 3/16/2023 | (265) | $ 95.4800 | $ 25,302.20 | | Sale before drop | Sale before drop | |
| Sale | 3/23/2023 | (741) | $ 93.5700 | $ 69,335.37 | | Sale before drop | Sale before drop | |
| Purchase | 4/6/2023 | 285 | $ 97.0200 | ($ 27,650.70) | | Sold 285 on 4/27/2023 before drop | Sold 285 on 4/27/2023 before drop | $ 0.00 |
| Sale | 4/27/2023 | (2,052) | $ 101.9900 | $ 209,283.48 | | Sale before drop | Sale before drop | |
| Purchase | 5/11/2023 | 17,238 | $ 95.8300 | ($ 1,651,917.54) | | Sold 3,950 on 5/11/2023 before drop<br>Sold 146 on 5/23/2023 before drop<br>Sold 149 on 5/24/2023 before drop<br>Sold 163 on 5/25/2023 before drop<br>Sold 52 on 6/1/2023 before drop<br>Held 12,778 sh. for ($ 2.05) loss / sh. | Sold 3,950 on 5/11/2023 before drop<br>Sold 146 on 5/23/2023 before drop<br>Sold 149 on 5/24/2023 before drop<br>Sold 163 on 5/25/2023 before drop<br>Sold 52 on 6/1/2023 before drop<br>Held 12,778 sh. for ($ 7.29) loss / sh. | ($ 119,372.31) |
| Sale | 5/11/2023 | (3,950) | $ 95.8300 | $ 378,528.50 | | Sale before drop | Sale before drop | |
| Sale | 5/23/2023 | (146) | $ 101.9000 | $ 14,877.40 | | Sale before drop | Sale before drop | |
| Sale | 5/24/2023 | (149) | $ 99.4200 | $ 14,813.58 | | Sale before drop | Sale before drop | |
| Sale | 5/25/2023 | (163) | $ 99.8800 | $ 16,280.44 | | Sale before drop | Sale before drop | |
| Sale | 6/1/2023 | (52) | $ 105.3300 | $ 5,477.16 | | Sale before drop | Sale before drop | |
| Purchase | 6/9/2023 | 53,714 | $ 114.0112 | ($ 6,123,997.60) | | Held 53,714 sh. for ($ 19.40) loss / sh. | Held 53,714 sh. for ($ 9.69) loss / sh. | ($ 1,562,540.26) |
| Purchase | 6/23/2023 | 22,944 | $ 115.0152 | ($ 2,638,908.75) | | Held 22,944 sh. for ($ 19.40) loss / sh. | Held 22,944 sh. for ($ 9.69) loss / sh. | ($ 667,440.96) |
| Purchase | 6/28/2023 | 4,940 | $ 117.4100 | ($ 580,005.40) | | Held 4,940 sh. for ($ 19.40) loss / sh. | Held 4,940 sh. for ($ 9.69) loss / sh. | ($ 143,704.60) |
| Purchase | 7/6/2023 | 67,217 | $ 115.6400 | ($ 7,772,973.88) | | Held 67,217 sh. for ($ 19.40) loss / sh. | Held 67,217 sh. for ($ 9.69) loss / sh. | ($ 1,955,342.53) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Purchase | 7/20/2023 | 2,379 | $ 102.4500 | ($ 243,728.55) | | Held 2,379 sh. for ($ 9.69) loss / sh. | ($ 23,052.51) |
| Purchase | 7/31/2023 | 815 | $ 105.5500 | ($ 86,023.25) | Purchase after drop | Sold 167 on 8/23/2023 for ($ 9.69) loss / sh. Held 648 sh. for ($ 9.69) loss / sh. | ($ 7,897.35) |
| *Post-Class Period Purchase* | *8/23/2023* | *1,548* | *$ 88.5900* | *($ 137,137.32)* | *Purchase after drop* | *Purchase after drop* | |
| *Post-Class Period Sale* | *8/23/2023* | *(1,715)* | *$ 88.5900* | *$ 151,931.85* | *Sale in lookback period* | *Sale in lookback period* | |
| *Post-Class Period Purchase* | *10/18/2023* | *1,232* | *$ 91.8500* | *($ 113,159.20)* | | *Purchase after drop* | |
| **(Loss)/Gain for KBC Equity Fund** | | | | **287,813 sh. affected | ($ 2,285,579.12)** | **324,125 sh. affected | ($ 5,080,068.56)** | **327,319 sh. affected | ($ 3,069,076.72)** | **($ 10,434,724.40)** |

[a] Sales are matched to purchases on a last-in first-out (LIFO) basis. For shares sold during the 90 days following an alleged disclosure (*i.e.*, the lookback period), the loss per share is the lesser of the alleged drop on the disclosure date and the difference between the purchase price and the sale price. The sale price is deemed to be the higher between the actual sale price and the running average close price from the disclosure date at issue to the date of the sale. For held shares, the loss per share is the lesser of the alleged drop on the disclosure date and the difference between the purchase price and the hold price.