# Exhibit D

## DECLARATION OF ASSIGNMENT BY KBC EQUITY FUND NV
## TO KBC ASSET MANAGEMENT NV

We, Johan Tyteca and Peter Van Vught, hereby declare as follows:

1. We are the representatives of KBC Equity Fund NV (the "Fund") and we have personal knowledge of all matters stated herein.

2. The Fund is governed by Belgian law.

3. On or about October 31, 2023, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against Discover Financial Services (the "Lawsuit").

4. KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 26th., day of October, 2023.

For KBC Equity Fund NV (Assignor):
*Signed by KBC Asset Management NV as authorized signatory for KBC Equity Fund NV pursuant to a management company agreement.


*Peter van Vught*
Peter van Vught (Oct 26, 2023 14:55 GMT+2)

_____

Peter Van Vught
Assignor


*Johan Tyteca*
Johan Tyteca (Oct 26, 2023 14:32 GMT+2)

_____

Johan Tyteca
Assignor


For KBC Management NV (Assignee):


Chris Sterckx (Oct 27, 2023 08:17 GMT+2)

_____

Chris Sterckx
Managing Director


K Vandewalle (Oct 27, 2023 07:45 GMT+2)

_____

Klaus Vandewalle
Managing Director