UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| EUGENE MANNACIO, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No. 1:23-cv-06788 Judge Charles P. Kocoras |
| Plaintiff, ) ) | CLASS ACTION |
| vs. ) ) | |
| DISCOVER FINANCIAL SERVICES, et al., ) ) | |
| Defendants. ) ) ) | |

THE TEXAS FIRE & POLICE PENSION FUNDS' RESPONSE TO COMPETING
LEAD PLAINTIFF MOTIONS

4894-4973-8641.v1

Four motions were filed by putative class members seeking appointment as lead plaintiff in the above-captioned securities class action. *See* ECF 5, 10, 13, 18. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii).

Here, while San Antonio Fire & Police Pension Fund and El Paso Firemen & Policemen's Police Fund (collectively, the "Texas Fire & Police Pension Funds") suffered over $658,000 in losses as a result of defendants' alleged wrongdoing and satisfy the Rule 23 requirements at this stage, the Texas Fire & Police Pension Funds recognize they did not suffer the greatest loss. If the Court determines that the movants with greater losses do not satisfy the PSLRA's requirements for appointment as lead plaintiff, the Texas Fire & Police Pension Funds remain ready, willing, and able to fulfill that role on behalf of the class.

DATED: November 17, 2023

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS (ILND-GB-5711)
MICHAEL ALBERT

           s/ Danielle S. Myers
         DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK A. RICHTER (IL Bar # 6310011)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 630/696-4107

- 1 -

4894-4973-8641.v1

- 2 -

Proposed Lead Counsel for Proposed Lead
Plaintiff

4894-4973-8641.v1