IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KBC ASSET MANAGEMENT N.V., NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, NEW YORK CITY POLICE PENSION FUND, and TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>DISCOVER FINANCIAL SERVICES, ROGER C. HOCHSCHILD, JOHN T. GREENE, R. MARK GRAF, MARY K. BUSH, CANDACE H. DUNCAN, JOSEPH F. EAZOR, CYNTHIA GLASSMAN, THOMAS G. MAHERAS, MICHAEL MOSKOW, DANIELA O'LEARY GILL, JOHN B. OWEN, DAVID L. RAWLINSON II, and JENNIFER L. WONG,<br><br>     Defendants. | Case No. 1:23-cv-06788<br><br>Hon. Charles P. Kocoras |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Discover Financial Services, Roger C. Hochschild, John T. Greene, R. Mark Graf, Mary K. Bush, Candace H. Duncan, Joseph F. Eazor, Daniela O'Leary Gill, Cynthia Glassman, Thomas G. Maheras, Michael Moskow, John B. Owen, David L. Rawlinson II, and Jennifer L. Wong ("Defendants") respectfully move this Court to dismiss this action on the ground that Plaintiffs have failed to satisfy the heightened pleading requirements of Rule 9(b) and the Private Securities Litigation Reform Act of 1995, and have therefore failed to state a claim upon which relief can be granted. In support of this Motion,

Defendants submit the accompanying Memorandum of Law, Declaration of Christopher M. Viapiano, and the exhibits attached thereto.

| | |
|---|---|
| Dated: March 27, 2024 | Respectfully submitted, |

SULLIVAN & CROMWELL LLP

/s/ Christopher M. Viapiano
Christopher M. Viapiano
David N. Whalen
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
Facsimile: (202) 293-6330
viapianoc@sullcrom.com
whalend@sullcrom.com

Leonid Traps
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
trapsl@sullcrom.com

*Counsel for Discover Financial Services*

        SIDLEY AUSTIN LLP

        /s/ Hille Sheppard (with consent)
---
Hille Sheppard
Christopher Lee
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
hsheppard@sidley.com
chris.lee@sidley.com

*Counsel for R. Mark Graf*

        GOODWIN PROCTER LLP

        /s/ John Barker (with consent)
---
Deborah Birnbach
John Barker
100 Northern Avenue
Boston, Massachusetts 02210
Telephone: (617) 570-1000
DBirnbach@goodwinlaw.com
JBarker@goodwinlaw.com

*Counsel for John T. Greene*

WINSTON & STRAWN LLP

/s/ Seth Farber (with consent)
Seth Farber (admitted *pro hac vice*)
Thania ("Athanasia") Charmani (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6400
SFarber@winston.com
ACharmani@winston.com

Joseph Motto
35 W Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-3728
JMotto@winston.com

*Counsel for Roger C. Hochschild*

WILLKIE FARR & GALLAGHER LLP

/s/ Todd G. Cosenza (with consent)
Todd G. Cosenza (admitted *pro hac vice*)
Charles D. Cording (admitted *pro hac vice*)
Joshua S. Levy (admitted *pro hac vice*)
Amanda M. Payne (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
tcosenza@willkie.com
ccording@willkie.com
jlevy@willkie.com
apayne@willkie.com

*Counsel for Mary K. Bush, Candace H. Duncan, Joseph F. Eazor, Daniela O'Leary Gill, Cynthia Glassman, Thomas G. Maheras, Michael Moskow, John B. Owen, David L. Rawlinson II, and Jennifer L. Wong*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2024, I caused the foregoing Defendants' Motion to Dismiss to be electronically filed via the Court's CM/ECF system, which effected service upon all counsel of record.

    /s/ Christopher M. Viapiano
    Christopher M. Viapiano