**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KBC ASSET MANAGEMENT N.V., NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, NEW YORK CITY POLICE PENSION FUND, and TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, ROGER C. HOCHSCHILD, JOHN T. GREENE, R. MARK GRAF, MARY K. BUSH, CANDACE H. DUNCAN, JOSEPH F. EAZOR, CYNTHIA GLASSMAN, THOMAS G. MAHERAS, MICHAEL MOSKOW, DANIELA O'LEARY GILL, JOHN B. OWEN, DAVID L. RAWLINSON II, and JENNIFER L. WONG,<br><br>Defendants. | Case No. 1:23-cv-06788<br><br>Hon. Charles P. Kocoras |

**DECLARATION OF CHRISTOPHER M. VIAPIANO**

I, Christopher M. Viapiano, hereby declare under penalty of perjury as follows:

1. I am a member of the General Bar of this Court and am a partner of the law firm Sullivan & Cromwell LLP, counsel to Discover Financial Services ("Discover") in the above-captioned action.

2. I respectfully submit this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (the "Amended Complaint" or "AC").

3. Attached as Exhibit 1, for the Court's convenience, is a chart prepared with the

assistance of persons working under my direction that lists the challenged statements in the Amended Complaint and the applicable bases for dismissal as set forth in the Memorandum of Law in Support of Defendants' Motion to Dismiss.

4.      Attached as Exhibit 2, for the Court's convenience, is a chart prepared with the assistance of persons working under my direction that lists the challenged forward-looking statements in the Amended Complaint and provides the corresponding cautionary language.

5.      Attached as Exhibits 3 through 39 are true and correct copies of the following documents (excerpted where indicated):

| | |
|---|---|
| Exhibit 3 | 2018 Form 10-K of Discover, filed with the Securities and Exchange Commission ("SEC") on February 20, 2019 (*see, e.g.*, AC ¶¶ 3, 98, 241-42, 283, 289-91) (excerpts). |
| Exhibit 4 | 2019 Form 10-K of Discover, filed with the SEC on February 26, 2020 (*see, e.g.*, AC ¶¶ 3, 98, 241-42, 284, 289-91, 329) (excerpts). |
| Exhibit 5 | 2020 Form 10-K of Discover, filed with the SEC on February 17, 2021 (*see, e.g.*, AC ¶¶ 3, 97-98, 241-42, 284, 289-91) (excerpts). |
| Exhibit 6 | 2021 Form 10-K of Discover, filed with the SEC on February 24, 2022 (*see, e.g.*, AC ¶¶ 1, 3, 97-98, 139, 241-42, 284, 289-91) (excerpts). |
| Exhibit 7 | 2022 Form 10-K of Discover, filed with the SEC on February 23, 2023 (*see, e.g.*, AC ¶¶ 3, 69, 97-98, 241-42, 284, 289-91, 332) (excerpts). |
| Exhibit 8 | Discover's third quarter 2020 earnings call transcript, dated October 22, 2020, from Bloomberg (*see* AC ¶ 248). |
| Exhibit 9 | Credit Suisse 22nd Annual Virtual Financial Services Forum transcript, dated February 25, 2021, from Bloomberg (*see* AC ¶ 253). |
| Exhibit 10 | 2022 Annual Meeting of Discover Shareholders transcript, dated May 19, 2022, from Bloomberg (*see* AC ¶¶ 82, 257). |
| Exhibit 11 | Barclays Global Financial Services Conference transcript, dated September 13, 2022, from Bloomberg (*see* AC ¶ 262). |
| Exhibit 12 | Goldman Sachs 2022 U.S. Financial Services Conference transcript, dated December 6, 2022, from Bloomberg (*see* AC ¶ 265). |

Exhibit 13    Credit Suisse 24th Annual Financial Services Forum transcript, dated February 14, 2023, from Bloomberg (*see* AC ¶ 267).

Exhibit 14    Letter To Shareholders in Discover's 2022 Annual Report, dated March 21, 2023, from Discover's website (*see* AC ¶¶ 6, 83, 270) (excerpts).

Exhibit 15    Discover's 2022 Annual Report, from Discover's website (*see* AC ¶¶ 65, 84, 271-72) (excerpts).

Exhibit 16    Discover's first quarter 2023 earnings call transcript, dated April 20, 2023, from FactSet Research Systems (*see* AC ¶ 274).

Exhibit 17    2023 Annual Meeting of Discover Shareholders transcript, dated May 11, 2023, from Bloomberg (*see* AC ¶ 276).

Exhibit 18    Bernstein Strategic Decisions Conference transcript, dated June 2, 2023, from Bloomberg (*see* AC ¶ 280).

Exhibit 19    Q1 2019 Quarterly Report of Discover filed on Form 10-Q with the SEC on May 2, 2019 (*see* AC ¶¶ 98, 289-91) (excerpts).

Exhibit 20    Q2 2019 Quarterly Report of Discover filed on Form 10-Q with the SEC on August 1, 2019 (*see* AC ¶¶ 98, 289-91) (excerpts).

Exhibit 21    Q3 2019 Quarterly Report of Discover filed on Form 10-Q with the SEC on October 30, 2019 (*see* AC ¶¶ 98, 289-91) (excerpts).

Exhibit 22    Q1 2020 Quarterly Report of Discover filed on Form 10-Q with the SEC on April 30, 2020 (*see* AC ¶¶ 98, 289-91) (excerpts).

Exhibit 23    Q2 2020 Quarterly Report of Discover filed on Form 10-Q with the SEC on July 27, 2020 (*see* AC ¶¶ 98, 289-91) (excerpts).

Exhibit 24    Q3 2020 Quarterly Report of Discover filed on Form 10-Q with the SEC on October 26, 2020 (*see* AC ¶¶ 98, 289-91) (excerpts).

Exhibit 25    Q1 2021 Quarterly Report of Discover filed on Form 10-Q with the SEC on May 4, 2021 (*see* AC ¶¶ 98, 289-91) (excerpts).

Exhibit 26    Q2 2021 Quarterly Report of Discover filed on Form 10-Q with the SEC on July 29, 2021 (*see* AC ¶¶ 98, 289-91) (excerpts).

Exhibit 27    Q3 2021 Quarterly Report of Discover filed on Form 10-Q with the SEC on October 28, 2021 (*see* AC ¶¶ 98, 289-91) (excerpts).

Exhibit 28    Q1 2022 Quarterly Report of Discover filed on Form 10-Q with the SEC on April 28, 2022 (*see* AC ¶¶ 98, 289-91) (excerpts).

Exhibit 29    Q2 2022 Quarterly Report of Discover filed on Form 10-Q with the SEC on July 27, 2022 (*see* AC ¶¶ 98, 289-91) (excerpts).

Exhibit 30    Q3 2022 Quarterly Report of Discover filed on Form 10-Q with the SEC on October 27, 2022 (*see* AC ¶¶ 98, 289-91) (excerpts).

Exhibit 31    Q1 2023 Quarterly Report of Discover filed on Form 10-Q with the SEC on April 25, 2023 (*see* AC ¶¶ 98, 289-91) (excerpts).

Exhibit 32    Q2 2023 Quarterly Report of Discover filed on Form 10-Q with the SEC on July 28, 2023 (*see* AC ¶¶ 98, 289-91) (excerpts).

Exhibit 33    Q3 2023 Quarterly Report of Discover filed on Form 10-Q with the SEC on October 26, 2023 (*see* AC ¶¶ 98, 289-91) (excerpts).

Exhibit 34    Discover's Code of Ethics and Business Conduct, dated October 23, 2019 (*see* AC ¶ 294).

Exhibit 35    Discover's 2024 Code of Conduct and Business Ethics, from Discover's website (*see* AC ¶ 294) (excerpts).

Exhibit 36    Discover's 2022 Environmental, Social, and Governance Report, dated May 3, 2023, from Discover's website (*see* AC ¶ 295) (excerpts).

Exhibit 37    Consent Order, *In re Discover Bank et al.*, CFPB No. 2015-CFPB-0016, dated July 22, 2015 (*see* AC ¶ 403) (excerpts).

Exhibit 38    Consent Order, *In re Discover Bank et al.*, CFPB No. 2020-BCFP-0026, dated December 22, 2020 (*see* AC ¶¶ 199, 211, 403) (excerpts).

Exhibit 39    Historical price data for Discover's common stock (DFS), for the first trading day in May for the period from 2011 through 2023, from FactSet Research Systems (*see* AC ¶ 388).

6.    Attached as Exhibit 40, for the Court's convenience, is a chart prepared with the assistance of persons working under my direction that provides the annual quantity and value of share repurchases in Discover's common stock for the period from 2011 through 2023 (*see* AC ¶ 388), which was compiled from the monthly figures reported in Discover's Form 10-Ks

and 10-Qs filed with the SEC for those years, which are available from the SEC's EDGAR database.

Executed on March 27, 2024
Stowe, Vermont

/s/ Christopher M. Viapiano
Christopher M. Viapiano