# Exhibit 1

**EXHIBIT 1: CHALLENGED STATEMENTS IN THE AMENDED COMPLAINT[1]**

| Statement No.[2] | Amended Complaint Reference | Challenged Statement | Categories |
|---|---|---|---|
| **2018 - 2022 Form 10-Ks (Exs. 3 - 7)[3]** | | | |
| 1 - 5 | AC ¶ 242(a) | **"Our [risk management] framework is designed to be comprehensive with respect to our business units and their control and support functions, and across all risk types."**[4] (alteration in original) | • General statement regarding design of or investment in risk management and compliance[5] <br> • Immaterial as a matter of law |
| 6 - 10 | AC ¶ 242(b) | **"We structure accountability across three lines of defense along the principles of risk management execution, oversight and independent validation. . . . The principles apply across all businesses and risk types and guide the definition of specific roles and responsibilities."** (omission in original) | • General statement regarding design of or investment in risk management and compliance <br> • Immaterial as a matter of law |
| 11 - 15 | AC ¶ 242(c) | **"The CRM department sets risk management standards and policies that are consistent with the size and complexity of our business, industry practices and applicable legal and regulatory requirements."** | • General statement regarding design of or investment in risk management and compliance |

---

[1] This table categorizes the statements at issue in the Amended Complaint (Dkt. No. 74) within the categories described in Section I.A of the Memorandum of Law in Support of Defendants' Motion to Dismiss ("Mem.") regarding alleged falsity. The table also identifies the statements that are subject to dismissal for the separate and independent reason that they are immaterial as a matter of law. (Mem. § I.B.) All of the statements are subject to dismissal for the separate and independent reason that the Amended Complaint fails to plead facts giving rise to a strong inference of scienter. (*Id*. § II.)

[2] This column reflects a range where the Amended Complaint alleges that the statement appeared in multiple documents.

[3] The Amended Complaint excerpts statements from the Company's 2018 10-K and states that the excerpted language "appears in substantially similar form" in the Company's 10-Ks for 2019 through 2022, indicating in footnotes where "certain relevant language was altered" for those years. (AC ¶ 241.) The Amended Complaint alleges that Messrs. Hochschild and Graf signed the 2018 10-K, and that Messrs. Hochschild and Greene signed the 10-Ks for 2019 through 2022. (*Id*. ¶¶ 36-38, 241.)

[4] Bold text denotes the portion(s) of the statement that Plaintiffs allege was false or misleading.

[5] *See* Mem. § I.A.1.

| Statement No.[2] | Amended Complaint Reference | Challenged Statement | Categories |
|---|---|---|---|
| | | | • Immaterial as a matter of law |
| 16 - 20 | AC ¶ 242(d) | **"Our risk governance framework is implemented such that bank-level risk governance requirements are satisfied as well."** | • General statement regarding design of or investment in risk management and compliance<br>• Immaterial as a matter of law |
| 21 - 25 | AC ¶ 242(e) | **"Our Risk Committee . . . establishes a comprehensive enterprise risk management program, which includes . . . establishing and overseeing an enterprise-wide approach to risk management through the development of our Enterprise Risk Management Policy and the associated oversight framework for the identification, measurement, monitoring, management and reporting of enterprise risk . . . and . . . reviewing, on a periodic basis, our aggregate enterprise-wide risk exposures and the effectiveness of risk identification, measurement, monitoring, management and reporting policies and procedures, and related controls within the lines of business."** (omissions in original) | • General statement regarding design of or investment in risk management and compliance<br>• Immaterial as a matter of law |
| 26 - 30 | AC ¶ 242(f) | **"[T]he CEO establishes a risk management culture throughout the Company and ensures that businesses operate in accordance with this risk culture."** (alteration in original) | • General statement regarding design of or investment in risk management and compliance<br>• Immaterial as a matter of law |
| 31 - 35 | AC ¶ 242(g) | **"[T]he CRM department has enterprise risk management, corporate compliance, third-party risk management, model risk management, information security and risk and insurance management frameworks to manage potential risk that might arise within these respective areas."** (alteration in original) | • General statement regarding design of or investment in risk management and compliance<br>• Immaterial as a matter of law |
| 36 - 40 | AC ¶ 242(h) | **"The internal audit department . . . validates that risk management controls are functioning as intended by reviewing and evaluating the design and operating effectiveness of the CRM program and processes, including the independence and effectiveness of the CRM function."** (omission in original) | • General statement regarding design of or investment in risk management and compliance<br>• Immaterial as a matter of law |

**Exhibit 1**

| Statement No.[2] | Amended Complaint Reference | Challenged Statement | Categories |
|---|---|---|---|
| 41 - 45 | AC ¶ 242(i) | **"Our enterprise risk management principles are executed through a risk management framework that is based upon industry standards for managing risk and controls."** | • General statement regarding design of or investment in risk management and compliance<br>• Immaterial as a matter of law |
| 46 - 50 | AC ¶ 242(j) | **"We have policies and a defined governance structure in place to manage risks."** | • General statement regarding design of or investment in risk management and compliance<br>• Immaterial as a matter of law |
| 51 - 55 | AC ¶ 242(k) | **"In addition, we have established various policies to help govern these risks."** | • General statement regarding design of or investment in risk management and compliance<br>• Immaterial as a matter of law |
| 56 - 60 | AC ¶ 242(l) | **"Compliance risk exposures are actively and primarily managed by our business units in conjunction with our compliance department."** | • General statement regarding design of or investment in risk management and compliance<br>• Immaterial as a matter of law |
| 61 - 65 | AC ¶ 283 | "Management assessed the effectiveness of our internal control over financial reporting as of December 31, 2018[.] **In making this assessment, management used the criteria set forth in Internal Control-Integrated Framework (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on management's assessments and those criteria, management has concluded that our internal control over financial reporting was effective as of December 31, 2018[.]**" (alterations in original) | • Statement regarding financial reporting or disclosure controls[6]<br>• Immaterial as a matter of law |

[6] *See* Mem. § I.A.5.

**Exhibit 1**

| Statement No.[2] | Amended Complaint Reference | Challenged Statement | Categories |
|---|---|---|---|
|  | **October 22, 2020 3Q20 Earnings Call (Ex. 8)** |
| 66 | AC ¶ 248 | Mr. Hochschild: "So first, having been here for over 20 years, **I have to maybe disagree with the phrase chronic underinvestment. I think our investments have been appropriate. But at the beginning of the year, we saw an opportunity to invest more. And so I would characterize it that way.**" | • Opinion statement[7]<br>• Statement not about risk management or compliance[8]<br>• Immaterial as a matter of law |
|  | **February 25, 2021 Annual Credit Suisse Virtual Financial Services Forum (Ex. 9)** |
| 67 | AC ¶ 253 | "Greene was asked about Discover's guidance on expenses for 2021 and his 'views on operating efficiency, how they evolved over the last year and how we should kind of think about that going forward.' Greene responded:<br><br>'[W]hat we are going to do is manage the business efficiently. **And so by that, I mean, is a real focus on corporate cost and those dollars that aren't directly attributable to our ability to grow or our ability to grow in a compliant way. So we're a regulated financial services institution. We're going to put money into risk and compliance as we want to.**'" (alteration in original) | • General statement regarding design of or investment in risk management and compliance<br>• Forward-looking statement[9]<br>• Immaterial as a matter of law |
|  | **May 19, 2022 Annual Meeting of Shareholders (Ex. 10)** |
| 68 | AC ¶ 257 | Mr. Hochschild: "To achieve our goals, we must balance agility, innovation and growth with the discipline and control required in a high-risk highly regulated industry. **Let's look at some of the things we're doing this year. Top of the list is our focus on compliance first, which means we'll continue to strengthen and fine-tune our processes and comply with all the regulations required of a large national bank.**" | • General statement regarding design of or investment in risk management and compliance<br>• Forward-looking statement<br>• Immaterial as a matter of law |

---

[7] *See* Mem. § I.A.4.

[8] *See* Mem. § I.A.2.

[9] *See* Mem. § I.A.3.

-4-

**Exhibit 1**

| Statement No.[2] | Amended Complaint Reference | Challenged Statement | Categories |
|---|---|---|---|
|  | **September 13, 2022 Barclays Global Financial Services Conference (Ex. 11)** |
| 69 | AC ¶ 262 | Mr. Greene: "So what we said on the second quarter call . . . **we believe the financial exposure related to any matters related to the investigation was able to be absorbed within our existing expense guidance. So that was a bit of a quantification of it.**" (omission in original) | • Opinion statement |
| 70 | AC ¶ 262 | Mr. Greene: "**And we took a conservative approach as discovered us [sic]. So Discover has traditionally been conservative on accounting matters and legal matters. And we said, 'Okay, with a Board investigation going on related to the student loan servicing [consent] order items, it'd be better to hold off on share repurchase.'**" (alterations in original) | • Opinion statement<br>• Statement regarding financial reporting or disclosure controls<br>• Statement not about risk management or compliance<br>• Immaterial as a matter of law |
| 71 | AC ¶ 262 | Mr. Greene: "My hope is that by the end of the year, this will be behind us, and we'll be able to resume share repurchases. Now that will be subject to the Board's review and conclusion of the work they're doing on this. **But overall, I look at this as a matter of timing, not anything greater than that.**" | • Opinion statement<br>• Forward-looking statement<br>• Statement not about risk management or compliance |
|  | **December 6, 2022 Goldman Sachs US Financial Services Conference (Ex. 12)** |
| 72 | AC ¶ 265 | Mr. Hochschild: "In student loans, I think it's been public. We've had some compliance challenges there, **but the team is doing a lot of great work. I'm really excited about that product. We see good returns. We're the second largest originator of private student loans. It's a great way to get your product and your brand in front of the next generation of consumers. So that's a business that I'm very excited about.**" | • Opinion statement<br>• Immaterial as a matter of law |
|  | **February 14, 2023 Credit Suisse Annual Financial Services Forum (Ex. 13)** |
| 73 | AC ¶ 267 | Mr. Greene: "Yes, so, what we've historically said is we would—we had a target of 10.5% and we've been persistently higher than that. In 2022, we put forward a really, really robust plan in terms of return of capital. We are executing on that very, very well, and then we had to pause at the end of the | • Statement not about risk management or compliance |

**Exhibit 1**

| Statement No.[2] | Amended Complaint Reference | Challenged Statement | Categories |
|---|---|---|---|
| | | second quarter into the third quarter. **Fortunately, we got that behind us.** At the end of the year, I believe we had $2.8 billion remaining on our authorization, and the plan is to execute on that authorization in the first quarter of '23 and into the second quarter of '23. Then, we'll share a proposal with our Board. The expectation is that we'll continue to maintain our capital allocation priorities. So first, investment in organic growth; second, return excess capital to shareholders; and then third, if there's some sort of bolt-on M&A, we'll look at it. But no major changes in the priorities." | |
|  | | **March 21, 2023 Letter to Shareholders (Ex. 14)** | |
| 74 | AC ¶ 270 | "Hochschild emphasized that the Company '**invested significantly in key areas of our business**' to, among other things, '**strengthen compliance.**'" | • General statement regarding design of or investment in risk management and compliance<br>• Immaterial as a matter of law |
| | | **2022 Annual Report (Ex. 15)** | |
| 75 | AC ¶ 271 | "Discover noted it '**focused on three key areas to strengthen our CMS over the past few years**,' including":<br>• "**Strong compliance programs to ensure we understand and follow regulatory requirements, identify potential risks, and put in place robust, effective processes that we regularly monitor and test to be certain they are working as designed**"; and<br>• "**Identifying and solving problems before customer harm happens, or when mistakes do occur, find the root causes, fix them quickly and prevent them from happening again.**" | • General statement regarding design of or investment in risk management and compliance<br>• Immaterial as a matter of law |
| 76 | AC ¶ 272 | "When we know, monitor and improve our processes through strong compliance management, we enhance the customer experience and eliminate or mitigate issues **before** they cause customer harm." | • General statement regarding design of or investment in risk management and compliance<br>• Immaterial as a matter of law |

-6-

**Exhibit 1**

| Statement No.[2] | Amended Complaint Reference | Challenged Statement | Categories |
|---|---|---|---|
|  | **April 20, 2023 1Q23 Earnings Call (Ex. 16)** |
| 77 | AC ¶ 274 | Mr. Hochschild: "As we look to the remainder of 2023, we may adjust our outlook as conditions evolve. **We believe there is the potential for more stringent regulation.** We believe we're well positioned for more rigorous regulatory capital and liquidity requirements given our strong internal standards, **and we also continue to focus on enhancing our compliance management systems.**" | • General statement regarding design of or investment in risk management and compliance<br>• Forward-looking statement<br>• Opinion statement<br>• Immaterial as a matter of law |
|  | **May 11, 2023 Annual Meeting of Shareholders (Ex. 17)** |
| 78 | AC ¶ 276 | Mr. Hochschild: "**In 2023, we're focused on maturing our compliance and risk management, including strengthening our monitoring and testing and strengthening all 3 lines of defense to better identify, assess and mitigate risk.**" | • General statement regarding design of or investment in risk management and compliance<br>• Forward-looking statement<br>• Immaterial as a matter of law |
|  | **June 2, 2023 Bernstein Annual Strategic Decisions Conference (Ex. 18)** |
| 79 | AC ¶ 280 | Mr. Hochschild: "And so our spending on compliance and risk management is up roughly $250 million a year from 2019. **It reflects that compliance is our top priority. And so an area we need to make sure we continue to invest.** In terms of the puts and takes and how that translates into overall expense levels, it's a bit hard to say.<br><br>And so John [Greene] talked at the last call about there being some upward pressure on that range. Part of it will also depend on the economy because if conditions deteriorate, you tend to cut back on marketing, and so there's an offsetting savings on the expense side. So we'll probably provide an update on the next call as we get more clarity towards the back half of the year. **But obviously continuing to make those investments on the compliance side**, but also on building capabilities that will continue to let us succeed." (alteration in original) | • General statement regarding design of or investment in risk management and compliance<br>• Immaterial as a matter of law |

**Exhibit 1**

| Statement No.[2] | Amended Complaint Reference | Challenged Statement | Categories |
|---|---|---|---|
| | | **SOX Certifications in 2018 - 2022 Form 10-Ks (Exs. 3 - 7) and 10-Qs (Exs. 19 - 33)[10]** | |
| 80 - 99 | AC ¶ 289 | "In each of those Form 10-Ks and Form 10-Qs, the Officer Defendants certified that based on their knowledge": <br>• **"[T]his report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report";** and <br>• **"[T]he financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of [Discover] as of, and for, the periods presented in this report."** (last alteration in original) | • Statement regarding financial reporting or disclosure controls <br>• Opinion statement |
| 100 - 119 | AC ¶ 290 | "The Officer Defendants further certified that they": <br>• **"Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to [Discover], including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared";** <br>• **"Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles";** | • Statement regarding financial reporting or disclosure controls <br>• Opinion statement |

---

[10] The Amended Complaint challenges these statements for each of the Company's 10-Ks and 10-Qs during the Class Period. (AC ¶ 98.) The Amended Complaint alleges that Messrs. Hochschild and Graf signed the SOX certifications for the 2018 10-K and Q1 and Q2 2019 Forms 10-Q; and that Messrs. Hochschild and Greene signed the other SOX certifications for Discover's 10-Ks and 10-Qs "throughout the remainder of the Class Period." (*Id.* ¶ 288 n.154.)

**Exhibit 1**

| Statement No.[2] | Amended Complaint Reference | Challenged Statement | Categories |
|---|---|---|---|
| | | • "**Evaluated the effectiveness of [Discover]'s disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation**"; and<br>• "**Disclosed in this report any change in [Discover]'s internal control over financial reporting that occurred during [Discover]'s most recent fiscal quarter (the [Company]'s fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the [Company]'s internal control over financial reporting.**" (alterations in original) | |
| 120 - 139 | AC ¶ 291 | "The Officer Defendants represented that they 'disclosed, based on [their] most recent evaluation of [ICFR], to [Discover]'s auditors and the audit committee of [Discover]'s board of directors (or persons performing the equivalent functions)'":<br>• "**All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect [Discover]'s ability to record, process, summarize and report financial information**"; and<br>• "**Any fraud, whether or not material, that involves management or other employees who have a significant role in [Discover]'s internal control over financial reporting.**" (alterations in original) | • Statement regarding financial reporting or disclosure controls<br>• Opinion statement |
| **Code of Conduct for 2019 (Ex. 34) and 2024 (Ex. 35)** | | | |
| 140 | AC ¶ 294 | "**The Company complies with both the letter and the spirit of fair and responsible banking laws**" (Oct, 23, 2019 version) | • General statement regarding design of or investment in risk management and compliance<br>• Immaterial as a matter of law |
| 141 | AC ¶ 294 | "**[T]he Company complies with federal and state laws that prohibit unfair, deceptive, or abusive acts or practices**" (alteration in original) (2024 version) | • General statement regarding design of or investment in risk management and compliance |

**Exhibit 1**

| Statement No.[2] | Amended Complaint Reference | Challenged Statement | Categories |
|---|---|---|---|
| | | | • Immaterial as a matter of law |
| **2022 Environmental, Social and Governance Report (Ex. 36)** | | | |
| 142 | AC ¶ 295 | "**[H]aving strong governance and risk management is critical.  We adhere to a rigorous Code of Conduct, have protocols in place to meet regulatory requirements**, prioritize cybersecurity and data privacy to protect consumers from online attacks, and are committed to transparency, accountability, and ethical behavior in all we do." (alteration in original) | • General statement regarding design of or investment in risk management and compliance<br>• Opinion statement<br>• Immaterial as a matter of law |
| 143 | AC ¶ 295 | "**Our enterprise-wide risk management framework . . . enables the consistent execution of risk management principles through a comprehensive set of programs.**  These programs are defined in formal policies and procedures and support our businesses in identifying, measuring, managing, monitoring, and reporting their risks. Independent oversight, including adherence to policy requirements, is provided by the second and third lines of defense."  (omission in original) | • General statement regarding design of or investment in risk management and compliance<br>• Immaterial as a matter of law |

-10-

**Exhibit 1**