Exhibit 2

**EXHIBIT 2: FORWARD-LOOKING STATEMENTS IN AMENDED COMPLAINT[1]**

| Statement No. | Source | Challenged Statement | Cautionary Language |
|---|---|---|---|
| 62 | **February 25, 2021 Annual Credit Suisse Virtual Financial Services Forum (Ex. 9)** | "Greene was asked about Discover's guidance on expenses for 2021 and his 'views on operating efficiency, how they evolved over the last year and how we should kind of think about that going forward.' Greene responded:<br><br>'[W]hat we are going to do is manage the business efficiently. **And so by that, I mean, is a real focus on corporate cost and those dollars that aren't directly attributable to our ability to grow or our ability to grow in a compliant way. So we're a regulated financial services institution. We're going to put money into risk and compliance as we want to.'"**<br><br>(AC ¶ 253.) | "Special Note Regarding Forward-Looking Statements This annual report on Form 10-K and materials we have filed or will file with the SEC (as well as information included in our other written or oral statements) contain or will contain certain statements that are forward-looking within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are not guarantees of future performance and involve certain risks, uncertainties and assumptions that are difficult to predict. Actual outcomes and results may differ materially from those expressed in, or implied by, our forward-looking statements. . . . Possible events or factors that could cause results or performance to differ materially from those expressed in our forward-looking statements include the following:"<br><br>• "our ability to manage our credit risk, market risk, liquidity risk, operational risk, compliance and legal risk and strategic risk"; and<br>• "new lawsuits, investigations or similar matters or unanticipated developments related to current matters."<br><br>(Ex. 5 at 43-44.)<br><br>"The foregoing review of important factors should not be construed as exclusive and should be read in conjunction with the other cautionary statements that |

[1] None of the challenged forward-looking statements is alleged to have been made by Mr. Graf.

| Statement No. | Source | Challenged Statement | Cautionary Language |
|---|---|---|---|
| | | | are included in this annual report on Form 10-K. These factors expressly qualify all subsequent oral and written forward-looking statements attributable to us or persons acting on our behalf." <br><br> (*Id*. at 44.) |
| 63 | **May 19, 2022 Annual Meeting of Shareholders (Ex. 10)** | Mr. Hochschild: "To achieve our goals, we must balance agility, innovation and growth with the discipline and control required in a high-risk highly regulated industry. **Let's look at some of the things we're doing this year. Top of the list is our focus on compliance first, which means we'll continue to strengthen and fine-tune our processes and comply with all the regulations required of a large national bank."** <br><br> (AC ¶ 257.) | "I want to remind you that today's presentation contains certain forward-looking statements about the company's future financial performance and business prospects, which are subject to risks and uncertainties and speak only as of today. Factors that could cause actual results to differ materially from these forward-looking statements are set forth in the company's annual report on Form 10-K for the year ended December 31 and 2021, which is available on the company's website and the SEC's website and subsequent reports on Forms 8-K and 10-Q." <br><br> (Ex. 10 at 3.) <br><br> "Special Note Regarding Forward-Looking Statements This annual report on Form 10-K and materials we have filed or will file with the SEC (as well as information included in our other written or oral statements) contain or will contain certain statements that are forward-looking within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are not guarantees of future performance and involve certain risks, uncertainties and assumptions that are difficult to predict. Actual outcomes and results may differ materially from those expressed in, or implied by, our forward-looking statements. . . . Possible events or factors that could |

**Exhibit 2**

| Statement No. | Source | Challenged Statement | Cautionary Language |
|---|---|---|---|
|  |  |  | cause results or performance to differ materially from those expressed in our forward-looking statements include the following:"<br><br>• "our ability to manage our credit risk, market risk, liquidity risk, operational risk, compliance and legal risk and strategic risk;"<br>• "our ability to comply with regulatory requirements; and"<br>• "new lawsuits, investigations or similar matters or unanticipated developments related to current matters."<br><br>(Ex. 6 at 43-44.)<br><br>"The foregoing review of important factors should not be construed as exclusive and should be read in conjunction with the other cautionary statements that are included in this annual report on Form 10-K. These factors expressly qualify all subsequent oral and written forward-looking statements attributable to us or persons acting on our behalf."<br><br>(*Id*. at 45.) |
| 66 | **September 13, 2022 Barclays Global Financial Services Conference (Ex. 11)** | Mr. Greene: "My hope is that by the end of the year, this will be behind us, and we'll be able to resume share repurchases. Now that will be subject to the Board's review and conclusion of the work they're doing on this. **But overall, I look at this as a matter of timing, not anything greater than that.**"<br><br>(AC ¶ 262.) | "[T]hat will be subject to the Board's review and the conclusion of the work they're doing on this."<br><br>(Ex. 11 at 10.)<br><br>"Special Note Regarding Forward-Looking Statements This annual report on Form 10-K and materials we have filed or will file with the SEC (as well as information included in our other written or oral |

**Exhibit 2**

| Statement No. | Source | Challenged Statement | Cautionary Language |
|---|---|---|---|
| | | | statements) contain or will contain certain statements that are forward-looking within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are not guarantees of future performance and involve certain risks, uncertainties and assumptions that are difficult to predict. Actual outcomes and results may differ materially from those expressed in, or implied by, our forward-looking statements. . . .  Possible events or factors that could cause results or performance to differ materially from those expressed in our forward-looking statements include the following:"<br><br>• "our ability to manage our credit risk, market risk, liquidity risk, operational risk, compliance and legal risk and strategic risk;"<br>• "our ability to comply with regulatory requirements; and"<br>• "new lawsuits, investigations or similar matters or unanticipated developments related to current matters."<br><br>(Ex. 6 at 43-44.)<br><br>"The foregoing review of important factors should not be construed as exclusive and should be read in conjunction with the other cautionary statements that are included in this annual report on Form 10-K. These factors expressly qualify all subsequent oral and written forward-looking statements attributable to us or persons acting on our behalf."<br><br>(*Id*. at 45.) |

-4-

**Exhibit 2**

| Statement No. | Source | Challenged Statement | Cautionary Language |
|---|---|---|---|
| 72 | **April 20, 2023 1Q23 Earnings Call (Ex. 16)** | Mr. Hochschild: "As we look to the remainder of 2023, we may adjust our outlook as conditions evolve. **We believe there is the potential for more stringent regulation.** We believe we're well positioned for more rigorous regulatory capital and liquidity requirements given our strong internal standards, **and we also continue to focus on enhancing our compliance management systems.**" <br><br>(AC ¶ 274.) | "Our discussion today contains certain forward-looking statements that are subject to risks and uncertainties that may cause actual results to differ materially. Please refer to our notices regarding forward-looking statements that appear in our first quarter earnings press release and presentation." <br><br>"[W]e may adjust our outlook as conditions evolve. We believe there is a potential for more stringent regulation." <br><br>(Ex. 16 at 2-3.) <br><br>"Special Note Regarding Forward-Looking Statements This annual report on Form 10-K and materials we have filed or will file with the SEC (as well as information included in our other written or oral statements) contain or will contain certain statements that are forward-looking within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are not guarantees of future performance and involve certain risks, uncertainties and assumptions that are difficult to predict. Actual outcomes and results may differ materially from those expressed in, or implied by, our forward-looking statements. . . . Possible events or factors that could cause results or performance to differ materially from those expressed in our forward-looking statements include the following:" <br><br>• "our ability to manage our credit risk, market risk, liquidity risk, operational risk, compliance and legal risk and strategic risk;" |

-5-

**Exhibit 2**

| Statement No. | Source | Challenged Statement | Cautionary Language |
|---|---|---|---|
| | | | • "our ability to comply with regulatory requirements; and"<br>• "new lawsuits, investigations or similar matters or unanticipated developments related to current matters."<br><br>(Ex. 7 at 42-43.)<br><br>"The foregoing review of important factors should not be construed as exclusive and should be read in conjunction with the other cautionary statements that are included in this annual report on Form 10-K. These factors expressly qualify all subsequent oral and written forward-looking statements attributable to us or persons acting on our behalf."<br><br>(*Id.* at 43.) |
| 73 | **May 11, 2023 Annual Meeting of Shareholders (Ex. 17)** | Mr. Hochschild: **"In 2023, we're focused on maturing our compliance and risk management, including strengthening our monitoring and testing and strengthening all 3 lines of defense to better identify, assess and mitigate risk."**<br><br>(AC ¶ 276.) | "I want to remind you that today's presentation contains certain forward-looking statements about the company's future financial performance and business prospects, which are subject to risks and uncertainties and speak only as of today. Factors that could cause actual results to differ materially from these forward-looking statements are set forth in the company's annual report and Form 10-K for the year-ended December 31, 2022, which is available on the company's website and the SEC's website, the company's quarterly report on Form 10-Q for the quarter ended March 31, 2023 and subsequent reports on Form 8-K."<br><br>(Ex. 17 at 4.) |

-6-

**Exhibit 2**

| Statement No. | Source | Challenged Statement | Cautionary Language |
|---|---|---|---|
| | | | "Special Note Regarding Forward-Looking Statements This annual report on Form 10-K and materials we have filed or will file with the SEC (as well as information included in our other written or oral statements) contain or will contain certain statements that are forward-looking within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are not guarantees of future performance and involve certain risks, uncertainties and assumptions that are difficult to predict. Actual outcomes and results may differ materially from those expressed in, or implied by, our forward-looking statements. . . . Possible events or factors that could cause results or performance to differ materially from those expressed in our forward-looking statements include the following:"<br><br> • "our ability to manage our credit risk, market risk, liquidity risk, operational risk, compliance and legal risk and strategic risk;"<br> • "our ability to comply with regulatory requirements; and"<br> • "new lawsuits, investigations or similar matters or unanticipated developments related to current matters."<br><br>(Ex. 7 at 42-43.)<br><br>"The foregoing review of important factors should not be construed as exclusive and should be read in conjunction with the other cautionary statements that are included in this annual report on Form 10-K. These factors expressly qualify all subsequent oral and |

-7-

**Exhibit 2**

| Statement No. | Source | Challenged Statement | Cautionary Language |
|---|---|---|---|
| | | | written forward-looking statements attributable to us or persons acting on our behalf." <br><br> (*Id*. at 43.) |

-8-

**Exhibit 2**