# Exhibit 9

FINAL TRANSCRIPT                                                                                          2021-02-25
Discover Financial Services (DFS US Equity)

# Credit Suisse 22nd Annual Virtual Financial Services Forum

## Company Participants

- John Thomas Greene, EVP
- Moshe Ari Orenbuch, Analyst

## Presentation

### Moshe Ari Orenbuch {BIO 1497419 <GO>}

Okay. Welcome again ladies and gentlemen. Very pleased to have with us the management of Discover Financial. Discover is a company that's been able to leverage its own brand into industry-leading growth in accounts. I would say it's continued to build on its core cashback proposition over the years. Its focus on revolving borrowers rather than transactors has been a strong driver of its underlying profitability. The company has said that its brand has allowed them to grow accounts, ad accounts lower cost than others in the industry, and it is -- it has added other products, in both personal lending and student loans, to leverage that leading brand. John Greene, the CFO, is with us. He joined Discover in September 2019. He had been a CFO in a publicly traded biotech company, and then a number of CFO roles (inaudible) HSBC and other companies in the financial services industry. So this will be a fireside chat, and we're going to go straight into the Q&A.

### John Thomas Greene {BIO 18686604 <GO>}

Great. All right. Moshe, thank you for the introduction. Thanks for the opportunity to chat at your conference here. So I look forward to our discussion.

## Questions And Answers

### A - Moshe Ari Orenbuch {BIO 1497419 <GO>}

Great. Thanks, John. So here we are. We're now a couple of months into the year. Just talk to us a little bit about the health of the consumer and what that means for Discover?

### A - John Thomas Greene {BIO 18686604 <GO>}

Yes. So the consumers held up incredibly well. Our core proposition and our customer base has performed extremely well. So delinquency levels continue to fall. Payment rates remained high. New customer acquisition continues to be an area of focus. And we're, frankly, very, very pleased with our overall positioning as we closed out a really tough year, as a result of the pandemic. And launched into 2021 with some optimism regarding, frankly, the overall economy and our customer base.

### A - Moshe Ari Orenbuch  {BIO 1497419 <GO>}

Great. I alluded to this in my introduction, but Discover is one of the few actual brands, both as a network and a brand in the credit card business. And can you talk about the -- your plans from marketing from that standpoint? Like how do you think about the ability to grow at this stage? And what the cost of that might be?

### A - John Thomas Greene  {BIO 18686604 <GO>}

Yes. Great. So we're well positioned in terms of the utility card. So I'd start with our rewards program, cashback, no annual fee, relative to some of the competitors who are focused on other sorts of reward structures. So that, to me, provides an excellent opportunity for us to continue to grow and expand market share relative to our competitors. In terms of overall acceptance in the domestic acceptance is on par, at about 99%. So there's no impediment to growth from that standpoint whatsoever. Our own network, leveraging our network, gives us a unique ability to understand what's happening at a merchant level and create some interesting reward programs around that to drive incremental volumes. So overall, as we look at where the company is positioned in -- coming into 2021 and the prospects of incremental growth in the future, we feel very, very good.

Now the one thing that's happening across the economy is there's tons of liquidity. There is another round of stimulus that's likely going to happen. Savings rates are high. So that's certainly impacting loan balances. The offset to that is certainly an incredible level of credit performance. So we continue to kind of try to make sure we are positioned well and have an ability to continue to grow through new customer acquisitions largely.

### A - Moshe Ari Orenbuch  {BIO 1497419 <GO>}

So -- and on your Fourth Quarter call, you had talked about planning for higher marketing expenses this year. Is that going to be primarily focused on that new customer acquisition? And if there's any way to mention, how you're thinking about that?

### A - John Thomas Greene  {BIO 18686604 <GO>}

Yes. So it was. And how we thought about the cost base coming into 2021 was, after aggressively moving on cost in 2020, we -- what we've tried to do here is hold our corporate level cost relatively flat year-over-year, so '20 versus '21. The incremental spend would be dedicated to new customer acquisition. And frankly, the improving economy gives us an ability to target excellent prime revolver customers in an accelerated way and also hopefully drive incremental sales from our existing customer base. So the spend will be focused on new customer acquisition and some level of incremental spend on media in order to continue to drive awareness consideration and bring Discover to people's top of mind as they're thinking about which credit card to use.

### A - Moshe Ari Orenbuch  {BIO 1497419 <GO>}

Right. You've partially answered my next question in the earlier response, but the guidance for modest balance growth this year, clearly, you've got the continued high payment rates and high liquidity that consumer has been maintaining. But I mean could you talk a little bit about how you see the -- or if you've gotten any insight that you'd like to share with us on how the consumers -- you think the consumer is thinking about their willingness and ability to carry debt as we go through 2021? And how -- in addition to the new customers you're going to have, like how do you think the existing customer base behaves?

## A - John Thomas Greene  {BIO 18686604 <GO>}

Yes. So when we came into the year, just to kind of refresh folks' memory, what we said was we were expecting modest balance growth subject to payment rates. We were expecting elevated payment rates. But what we've seen here, at least through January, as the payment rates come in, about 50 basis points higher than we thought it would. And if you take a look at the Trust data year-over-year, we're about 250 basis points higher than 2020 January. So that certainly has implications on the balance. What I anticipate here is with another round of stimulus, the savings rate, I think will elevate. I also think payment rates could continue to go north, creating some downward pressure on account balances. Partially offsetting that will be some -- an increase in economic activity, so higher level sales running through the cards. Then over time, likely in the second half of this year, the payment rate should abate and begin to run into normal levels. But there's a lot of things that need to happen between now and 2022 to have complete clarity on it. But certainly, broad macros are indicating higher savings rates, higher payment rates, at least through the first half of the year, and then diminishing through the second part of the year.

## A - Moshe Ari Orenbuch  {BIO 1497419 <GO>}

Got you. You also alluded to the core cashback proposition that you've enhanced with rotating categories and other sorts of things. What's been interesting during the pandemic, maybe not so surprising, is that a lot of the T&E type card offers have gone to rewards, at least temporary rewards that are more -- that are closer to cash and a lot of the new card acquisition has gone to towards cashback cards. So the consumer is certainly in favor of that. Maybe talk about how you see that in terms of the competitive environment, in terms of the Discover value proposition at this stage?

## A - John Thomas Greene  {BIO 18686604 <GO>}

Yes. So it's a question we get often in terms of kind of the competition from a reward standpoint. What I would say is the competition is there and it's persistent. To date, it hasn't been what I would call the logical, right? So in our prime revolver spot, we've been really thoughtful in terms of the categories that we believe make a meaningful difference to the value of the card and how and when people choose to use it relative to our competition. I think has positioned us very, very well from a competitive standpoint. It's allowed us to take market share in 2020. Now competitors are fluid, right? They'll make adjustments. But what I would say is we continue to be kind of very, very disciplined around the selection of categories. The utility of the card continues to be very, very high for our customer base. What we're seeing through new customer acquisition activity is when folks end up choosing

Discover and using the card, they kind of stick around and continue to use the card into the future. So we've been very pleased with how we're positioned from a reward standpoint and the -- what I say the stickiness of our customer base.

## A - Moshe Ari Orenbuch  {BIO 1497419 <GO>}

Yes. One of the things that's always struck me about the difference between Discover and the -- I guess the bounties that are being offered by some of the other players is your strategy just encourages that persistence by paying out those rewards after one year. So I would assume that you get people who self-select out that are more likely to churn and a better result -- just a better result from that. It's interesting because I always ask myself the question, why is it that no one has copied that? They copied many of the other things. I assumed it's because it works less well for them upfront. But I've always -- I don't know if you've got any thoughts on that? It's a long speech for me, but always been one of the things that's impressed me about the Discover card.

## A - John Thomas Greene  {BIO 18686604 <GO>}

Yes. So when we originate, we don't originate for kind of a 12-month period. We're thinking about kind of a two, three, 4-year origination, call it, cycle. The reward structure is such that it kind of creates that behavior that you saw, or that you just mentioned. The other thing that complements that is our customer service proposition. So we have -- we -- our customer service is all U.S.-based. We've put time, money and effort to ensure that we maintain a high level of customer service. We've come out one or two on the J.D. Power customer service award year after year. I also think that, that -- that certainly is difficult to replicate, but also creates incremental, I'll say value for our customers.

## A - Moshe Ari Orenbuch  {BIO 1497419 <GO>}

No doubt. The next thing I want to talk about a little bit is a relatively new phenomenon, but becoming very significant, and that's the buy now, pay later phenomenon. On the one hand, it could present some challenges to you. On the other hand, you recently announced a partnership with CECL. So could you talk about your approach to this?

## A - John Thomas Greene  {BIO 18686604 <GO>}

Yes. So we've been watching it. We're not dismissive of it whatsoever. We think that there's some utility for a segment of the consumers that are out there. Now what I can say definitively is we haven't seen any impacts from the buy now, pay later entrants in terms of impacting our card balances or our personal loan balances. So in terms of personal loans, our targeted customers, or kind of average ticket size, is somewhere between 15,000 and 20,000, so a different market segment than the buy now, pay later and, frankly, different underwriting process completely. Now you could say okay well, is it going to impact your car then? And there's -- I think there's a proposition there that makes sense for certain customers. But when they're trying to buy a specific item, or happen to be a little bit short of cash, but what -- the behavior that we're seeing is they'll use that optionality, but then continue to use their card for everything else.

So we look at it as a -- almost as a feature. We're going to spend some time, money and effort to make a determination on whether or not that's going to be an incremental offering for Discover or not. But right now, I think the utility of our card, in terms of the things we just talked about, cashback, no annual fee, makes a heck of a lot of sense. In terms of CECL, the idea of running some of these new entrants through our network and allowing them to kind of reach a customer set and allowing us to share some network economics, I think makes perfect sense. It's a good partnership. We'll look to do some more of that in the future for sure.

## A - Moshe Ari Orenbuch  {BIO 1497419 <GO>}

I was also intrigued on the Fourth Quarter call when the company was asked the question about, has it impacted your ability to grow cards with the younger consumers? And I think it was Roger that pointed out that the Discover student loan brand has been a big help in terms of getting the brand in front of that. I've noticed that you've done significant amounts of marketing into that segment. So it's clearly been an area that has not suffered in this -- at this stage and is still working well. You kind of left off the last one on the network side, maybe. Any plans in 2021? You've actually entered quite a few international partnerships. Are there plans for others in 2021? Are there ways to broaden the office transactions in the U.S. like the CECL partnership? Are there other things that we should be watching for?

## A - John Thomas Greene  {BIO 18686604 <GO>}

Yes. So we -- two parts to that question, and I'll hit the second part first. So in terms of kind of the B2 billion relationships, we have a team that's dedicated to kind of growing those relationships profitably. Now the economics of those are such, and the competitive landscape is such, that high-volume new customers, the network economics, are relatively thin on those, which is fine because the cost to serve is very, very thin on that.

In terms of the international expansion, in terms of net to nets and other relationships to broaden international acceptance, we continue to do that. In 2020, we had 5 new relationships. We'll continue -- and that -- but that was in the face of a tough year from kind of getting out there and talking to folks in Europe. In 2021, our expectation is that we'll continue to go down that path and expand international acceptance at a constant measured pace.

## A - Moshe Ari Orenbuch  {BIO 1497419 <GO>}

Got you. Okay. Maybe shifting -- actually, a question did come in on the card. We've sort of talked about this, but maybe you could expand a little bit. The question is, how successful are you in winning new customers? In other words, is -- not just what the growth rate is, but are you winning more? Is that something like -- do you track like how you're -- are you winning more than in 2019 or 2020?

## A - John Thomas Greene  {BIO 18686604 <GO>}

Well 2 different things. So as the macros improve, the customer base will improve, right? Our lens in terms of what customers we're going to target will expand just by the nature of the credit environment. So not a direct answer to the question, but I

wanted to provide some perspective on that to the listeners. In terms of how we're winning, how we're competing. So we take a look at, okay what will we define as the upper funnel. So how many customers we target and we reach out to, and then how through the funnel, ultimately, do -- how many do we ultimately bring onto our books? And we've been tracking that. Our performance through 2020 was actually remarkably strong. I think we benefited from some pullbacks, frankly, that some of our competitors did.

Then in 2021, we feel like the targeted marketing that we'll do, the advanced analytics that we've deployed to help us target more precisely, will help us win a greater share. Then going back to the utility of our offering continues to make a difference to potential customers. So last year, we certainly won more. As I look forward to 2021, I'm hoping that trend continues.

## A - Moshe Ari Orenbuch  {BIO 1497419 <GO>}

Got you. Moving to the other lending businesses that you're in the personal loans and student. Kind of a good segue because you talked about competitors pulling back, and that's -- those -- both of those areas are probably even better examples of that than in the credit card business. You moved into the number2 position in student in the past few quarters and have been taking share, both in personal lending as well. I mean can you talk a little bit about how you see those -- how they see those businesses evolving? And anything else that you'd like to add with respect to those?

## A - John Thomas Greene  {BIO 18686604 <GO>}

Great. Sure. So I'll start with student loans, and I'll talk about personal loans. So 2020, in terms of a market share standpoint, we had our best year, our largest market share gain in almost 10 years, which was a great result. Rightly, it's a credit to the team and our offering. In a year that certainly wells pulled back, but also a lot of fresh management decided to take a gap year rather than go through a remote learning experience. So in terms of our positioning, we continue to be real on-campus focused on getting the Discover name and brand out there. We've done -- we had a great peak origination season. I believe that, as we come into the peak origination season in 2021, we're well positioned.

Our credit decisioning took a longer-term outlook because our view at the time was that the pandemic would be a shorter-term duration versus the typical student lending arrangement is somewhere between 7 and 10 years, maybe 10-plus years. So from that standpoint, I think our thinking helped us in terms of originations and new customer acquisition. We also used that customer base as an ability to cross-sell and target into our card business, and that's worked very, very well. So student lending, despite some of the concerns with the potential policy changes, price student lending business is going to be an important piece of our overall business. But we're not looking to make it an outsized piece of Discover, rather complementary to our card offering. Now we can grow and take share, we're going to do that. Personal -- on the personal loans side of the business, so about $7 billion of assets there.

We pulled back pretty substantially at the onset of the pandemic. I think we overcorrected, and we talked about it on our Fourth Quarter call that we're opening up. We're going to continue to take a look at opportunities to be able to grow profitably there. We're going to be -- remain vigilant on our underwriting, and employment verification certainly before we fund loans. But as the economy improves, we feel like there's a great product there, there's cross-sell opportunity, about 75% of those relationships have a card as well, which is a good thing. And frankly, it buoys our overall credit performance across multiple products when we have multiple relationships.

## A - Moshe Ari Orenbuch  {BIO 1497419 <GO>}

Got you. You talked a little bit about expenses earlier. I think when you had kind of laid this out, in terms of the guidance for 2021, it was the idea that most of the kind of controllable or nondiscretionary types of expenses should be flattish, maybe some of them down even, and then kind of putting the money into the growth-oriented marketing type expenses. Could you talk about your views on operating efficiency? How they evolved over the last year? And how we should kind of think about that going forward?

## A - John Thomas Greene  {BIO 18686604 <GO>}

Yes. So we -- you saw that our efficiency ratio actually increased from '18 into '19, and then '20 also kind of increased. What we're looking at, on a normalized basis, is improving efficiency ratio. So high payment rates will impact revenue and therefore, impact efficiency ratio. We're not going to manage specifically to efficiency ratio, but what we are going to do is manage the business efficiently. So by that, I mean is a real focus on corporate cost. Those dollars that aren't directly attributable to our ability to grow or our ability to grow in a compliant way. So we're regulated financial services institution. We're going to put money into risk and compliance as we want. But the other G&A functions, we're going to try to through operation. We've got a program, call it, operational effectiveness, that we are going to focus on, both process and headcount, in order to ensure that as we move forward and hit a period of growth that we're not having to scale up the G&A functions as we're growing the top line. Now that will, in turn, create positive operating leverage as well as an improvement in the efficiency ratio over time. With -- the pandemic was the start of it, and we're going to continue through '21 into '22, and thereby freeing up money to put on to top line growth initiatives.

## A - Moshe Ari Orenbuch  {BIO 1497419 <GO>}

Right. So just to kind of restate this. Because clearly, 2020 started out with an expectation that it was a kind of normal, maybe late cycle type of year. You had one set of expectations, you guys acted swiftly during 2020 to reduce the expense levels. You're planning in 2021 and certainly makes little sense to think about it in 2021, purely on an efficiency ratio, because the revenue side is likely to be weaker at a minimum in the first half of the year. But again I guess I just want to make clear because I think there had been some confusion even when we talked to investors after the earnings call, that ongoing, post-2021, you would certainly be targeting, or maybe targeting is too strong a word, but the business should be generating improving efficiency ratio?

### A - John Thomas Greene  {BIO 18686604 <GO>}

Yes. Yes. No, no, no. I mean that's -- this conversation we've had internally, that's a conversation we've had with our Board, and we're going to do that.

### A - Moshe Ari Orenbuch  {BIO 1497419 <GO>}

Good. All right. Can we talk a little bit about capital? You did announce a buyback level. It is -- it's welcome after nearly one year of not being able to do any. But how do you think about the right level over time? And is it part of the way you think about, like an EPS growth kind of formula?

### A - John Thomas Greene  {BIO 18686604 <GO>}

Yes. So we think about it as how are we going to allocate capital? So what are our priorities? And historically, we've allocated capital towards growth, then return capital to shareholders, and third, to bolt-on acquisitions or investments. There's no change on that. The business is highly capital generative. So that means that it provides us an opportunity to create capital and then redistribute it. Our $1.1 billion buyback that we announced for 2021 was, I'll say we were -- as we typically are, prudent and conservative given the environment. Now as we look at credit for the balance of this year, all our metrics are positive, right? So delinquency levels are low, charge-off levels are low, the concerns we had about the shift of unemployment from service workers to white collar, when we look at the labor -- Department of Labor statistics, we're not seeing anything in that data that would indicate that, that is happening.

Then when we look at our own portfolio, we're not seeing anything that would happen there. So the implication there is that multiple implications, but first is on reserves and how we think about reserve levels. Second is what we think about growth. Then the third implication is how we think about the ability to return capital to shareholders. Now we'll continue to kind of try to manage through each of those and ensure that distributions to shareholders makes sense relative to our targeted capital level of 10.5%.

### A - Moshe Ari Orenbuch  {BIO 1497419 <GO>}

Right. I'm not going to ask you, are your reserves adequate? Because the answer to that is always yes. In both directions, they're the right amount. But it does sound like that the -- as some of the overall macro uncertainty decreases, the fundamental performance of the portfolio is better than what's contained in that -- what's in that reserve. It's that kind of macro level uncertainty, I guess that's -- and to the extent you can, I mean are there guideposts from a timing standpoint? Would it be the reaction to the next round of stimulus? What are the sorts of things we could look at that would lead us towards reducing that uncertainty?

### A - John Thomas Greene  {BIO 18686604 <GO>}

Yes. The -- certainly, the credit performance is one piece. And as I just mentioned, super positive. The broad macros, actually -- they improved from the time we determine what our appropriate reserve levels would be, to the time we actually

FINAL TRANSCRIPT

Discover Financial Services (DFS US Equity)

2021-02-25

even came out with our earnings information. So the unemployment assumption that we used was about 8%. I think when we released earnings, unemployment was in the 7s, I think maybe 7.1 or so. And as we look towards the macros and unprojected unemployment levels, we see that it could be as low as 5% according to some economists. So that would be an important consideration. So no pivot from service -- service workers to white collar, so that's a positive. Portfolio performance is a positive. Broad macros is a positive. There is still a level of uncertainty. A lot of people were impacted by this pandemic in incredible ways. So we are going to be conservative on the way down, if appropriate. When I say on the way down, I don't want to be explicit that something is going to happen when we're not at that point. But all indications are that reserve levels and overall life of loan losses will be lower than what we anticipated when we were at 12/31.

## A - Moshe Ari Orenbuch  {BIO 1497419 <GO>}

Okay. Any update on the checking product? That's been something that Discover is a little bit of an advantage in over some of the other online banks. Any update there that you could share with us?

## A - John Thomas Greene  {BIO 18686604 <GO>}

Yes. We continue to kind of market that and are doing a measured rollout. I think as the funding situation changes, we'll get more aggressive with that. Certainly, there's some work on broad market checking product that we're considering. We'll -- the service would have to be a digital service orientation versus a full touch to make that work. But we're putting some time and effort behind that to understand the economics and what a build would cost to do that. Then ultimately, the rollout.

## A - Moshe Ari Orenbuch  {BIO 1497419 <GO>}

We're nearing the end of our time. Maybe just to kind of wrap it up. If you kind of take it all in, obviously you're -- the company did a tremendous job getting through the past 11 or so months. What learnings have you kind of achieved? And what things have you -- are there things you'll be doing differently, perhaps better, as a result of what you've learned over the last year?

## A - John Thomas Greene  {BIO 18686604 <GO>}

Yes. So internally the speed of decision-making that we went through, as the pandemic hit, was actually incredible. What we've tried to do is learn from that and make quicker decisions. I think that has helped us as we've tried to determine or made some determinations on what the outlook would be for 2021, how we position the business, how we position the cost base and how we would think about credit and turning credit back on. So certainly, some learnings there. The other learning is that you may think things are predictable, but they're not, right? I mean it's been really, really hard to forecast credit performance, balances, reserve levels. So we're going to continue to be conservative on those sorts of things, but also test multiple different scenarios and options to make sure that our decisions are as good as they possibly can be in a period of uncertainty.

## A - Moshe Ari Orenbuch  {BIO 1497419 <GO>}

Well that's been -- it's certainly worked well. I think we're nearly out of time. So just wanted to thank you, John, for participating. Thank everyone who joined us today. So thanks. We'll talk soon -- hopefully in person.

## A - John Thomas Greene  {BIO 18686604 <GO>}

Yes. I look forward to that. Thanks for tuning in. Appreciate it. Bye, bye.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*