Exhibit 10

FINAL TRANSCRIPT                                                                                    2022-05-19
Discover Financial Services (DFS US Equity)

# Annual General Meeting

## Company Participants

- Efie Vainikos, Assistant Secretary
- Eric Wasserstrom, Head of IR
- Roger Hochschild, CEO, President & Director
- Thomas Maheras, Independent Chairman of the Board
- Unidentified Speaker

## Presentation

### Operator

Hello. Welcome to the 2022 Annual Meeting of Shareholders of Discover Financial Services. Please note this meeting is being recorded. It is now my pleasure to turn today's meeting over to Mr. Thomas Maheras, Chairman of the Board for Discovery Financial Services. Mr. Maheras, the floor is yours.

### Thomas Maheras  {BIO 1966775 <GO>}

Thank you. Good morning. Welcome, everyone. I would like to call the 2022 Annual Shareholders Meeting of Discover Financial Services to order. I'm Tom Maheras, Chairman of the Board, and I'll be serving as Chair of today's meeting. Welcome to all of our shareholders and guests, and thank you for joining us today. We greatly appreciate your interest in our company and your continued support. Now I will turn it over to Efie Vainikos, our Assistant Secretary, who will be serving as Secretary for this meeting.

### Efie Vainikos

Thank you, Tom. Today's virtual meeting is a live audio webcast. We believe in engaging with our shareholders, and we hope that this virtual meeting will maximize the participation of shareholders regardless of their location. Thank you very much to those who are participating today. I would like to introduce members of senior management who are participating in today's meeting: Roger Hochschild, Director and Chief Executive Officer and President; Juan Alta, Chief Legal Officer and General Counsel; John Greene, our Chief Financial Officer; and Eric Wasserstrip, Vice President, Investor Relations.

A representative from Deloitte & Touche, our independent registered public accounting firm, is also present today and will be available to answer appropriate questions during the question-and-answer session. In addition to Roger and Tom, the Board members in attendance are: Jeff Voronin, Chairman and CEO of Doragon Biosciences; Mary Bush, Chairman of Bush International and former Managing

Director of the Federal Housing Finance Board; Mario's Chair of the Nominating Governance and Public Responsibility Committee. Correct case, CEO of Aon plc.

Greg is Chair of the Compensation and Leadership Development Committee; Candace Duncan, retired Managing Partner at KPMG Joseph Eser, President and Chief Executive Officer of Clario; Cynthia Glassman, former under Secretary for Economic Affairs at the U.S. Department of Commerce and former Commissioner at the U.S. Securities and Exchange Commission. Cynthia's Chair of the Audit Committee; Michael Moskow, retired President and CEO of the Federal Reserve Bank of Chicago. Michael is Chair of the Risk Oversight Committee. David Rawlinson, President and Chief Executive Officer of Qurate Retail, Inc. Mark Tier, Managing Partner of AssetBlue Investment Group; and Jennifer Wong, Chief Operating Officer of Edit. I will now call your attention to the rules of for this meeting.

These were made available to each shareholder on the meeting website. The agenda for today's meeting can also be found on the meeting website. First, we'll consider the proposals that you are voting on proposal Roger will provide a brief update on the company. We'll then present the preliminary report of the Inspector of Elections and conclude the form's formal part of the meeting. At that point, we will hold a question-and-answer session. As noted in the rules of conduct, only shareholders of record as of the record date are permitted to vote or submit questions while participating in this meeting. You may submit questions online by clicking on the Q&A tab in the upper right corner of the meeting center screen. Participants logged into this meeting as a guest will not be able to submit questions.

We'll now report on the notice of the meeting and the proxies received. This meeting is being held pursuant to the notice of meeting. The notice of the meeting and the proxy materials were mailed by Computershare, the company's transfer agent, Beginning on April 6, 2022, to all shareholders of record as of March 21, 2022. As a result, the meeting is being held pursuant to proper notice. The annual report and proxy statement are available on the Investor Relations page of our website, and a link is provided on the meeting website. Proxies representing more than 89% out of the 282,28,098 shares of the company's outstanding stock eligible to vote have been received. I declare that a quorum is present.

Accordingly, the meeting is duly constituted, and we may now proceed with the business of the meeting. The polls are open for voting and will close after the items have been presented. Computershare has been appointed as the Inspector of Elections for the meeting and a representative from Computershares in attendance today. Most shareholders have already voted by proxy and your proxy votes have been tallied. If you have not voted or wish to change your vote, you may do so now by clicking on the caster voting provided online.

If previously voted by proxy and do not wish to change your boots, your vote will be cast as previously instructed and no further action is required. The first item of business to come before the meeting is the election of directors and the following 12 individuals have been properly nominated by the Board: Jeffrey Aronin, Mary Bush, Gregory Case, Candace Duncan, Joseph Eazor, Cynthia Glassman, Roger

Hochschild, TasMaHaris, Michael Moscow, David Rollinson, Mark Beer and Jennifer Wang. The Board recommends a vote for each of the directors on the ballot. The second item of business to come before the meeting is the advisory vote to approve named executive officer compensation. This proposal is discussed in the company's proxy statement, and the Board recommends approval of this proposal.

The third item of business to come before the meeting is ratification of the appointment of the company's independent registered public accounting firm, Deloitte & Touche. This proposal is discussed in the company's proxy statement, and the Board recommends approval of this proposal. That concludes the presentation of matters for shareholder consideration. The polls will remain open for a few more minutes. Now I would like to ask Roger to talk to you about Discover and how we are working to deliver value to you, our shareholders.

## Roger Hochschild  {BIO 3134527 <GO>}

Thank you, Effi. I would also like to welcome our shareholders. It's a pleasure to be with you today and I'm happy to give you an update on our business. I want to remind you that today's presentation contains certain forward-looking statements about the company's future financial performance and business prospects, which are subject to risks and uncertainties and speak only as of today. Factors that could cause actual results to differ materially from these forward-looking statements are set forth in the company's annual report on Form 10-K for the year ended December 31 and 2021, which is available on the company's website and the SEC's website and subsequent reports on Forms 8-K and 10-Q. I would like to begin with Discover's vision, mission and values because they are the foundation of everything we do as a company.

We are focused on becoming the leading digital consumer banking and payments partner helping people achieve a brighter financial future. Having principles such as these to guide our actions during times of challenge is even more essential and that's been especially true as we have navigated through the pandemic for more than two years, but we persevered and ended 2021 with strong momentum, thanks to the talent and dedication of nearly 17,000 employees across the organization who work together to help Discover continue to evolve the way we work so we can win and succeed. I'd like to share a few examples of the things we accomplished last year. I'll start with a few of our new and enhanced capabilities.

We continue to expand digital payment capabilities, including ongoing integrations with transit systems in major cities such as Chicago, New York and Dallas to enable the ease and security of tap and ride payments. In our customer care centers, we enhanced our voice recognition system to better determine the caller's intent so customers can more quickly get the help they need. We also continue to harness the power of data and analytics to make better decisions and unlock more value. One example. We used analytics and customer risk indicators to determine how soon we can make funds available after customers deposit a check.

On the operations side, we invested more in marketing, launching a new multichannel brand campaign to increase consumer awareness and consideration of Discover products. Throughout the year, we focused on improving our processes to increase efficiency, reduce mistakes and meet our promises to customers. This work helped us identify and fix and find manual processes to automate. Since technology enables all we do, we work to modernize our infrastructure, building out our cloud platform and further develop engineering skill sets and cross-functional teams. We continue to enhance our mobile app, making it easy and fast to apply for products and conduct daily banking online. And finally, about 6 weeks ago, we relaunched our Cashback Debit product. making it accessible to more consumers.

We've built upon our great foundation of no fees and cash back rewards offering new features like early pay to meet consumer needs. We'll continue rolling out more features over the coming months, and we'll begin mass marketing later this summer. The recession has already been positive, and we expect consumer interest will grow as we make this the best debit product in the industry. For our accomplishments helped us deliver strong results. Let me share a few highlights on what contributed to Discover achieving $5.4 billion of net income for the year, the highest in our history.

We returned to loan growth during the second half of 2021, seeing a 4% increase for the year. Contributing factors included investments we made in new core account acquisition as the economic recovery unfolded as well as a return to in-person learning, which increased organic student loans. Meanwhile, as interest in contactless debit and digital transactions continue to expand, our Pulse debit business experienced a 17% increase in ecommerce transactions which greatly contributed to the 21% growth in total payments volume. Reflecting our strong results, diluted earnings per share was $17.83 and return on equity was 43%, both of which benefited from our investment in Marketo.

We continue to demonstrate our commitment of returning capital to shareholders and recently announced a new $4.2 billion share repurchase program and increased our common stock dividend to $0.60 per share. Now I'd like to talk about another big undertaking in 2021 to work to launch our first new customer care center in more than 20 years. In March of last year, we announced our decision to open a new customer care center in Chicago's chattel neighborhood to bring 1,000 jobs to the south side community by 2024.

Beyond creating quality job opportunities for residents, we wanted to meet Discover's future growth demands through a wealth of untapped talent. Today we have 255 Chatham employees and 85% live within 5 miles of the center, which means employees don't have long commutes and can spend more quality time with their family. This year, we will hire 400 more employees. In the first several months of operations, the center has been exceeding commerce satisfaction goals and performing at an industry-leading level. beyond call center positions, we're adding 5 technology teams and expanding opportunities for our Chatham employees to grow their career with Discover.

To make it easier to continue their education, we recently launched a fully paid college degree program with Chicago State University, which is close to our center. Chatham has helped us change the way we work, including how we approach recruiting, hiring and training, how we develop community partnerships and how we choose local vendors and suppliers, all with a more intentional focus on diversity, equity and inclusion. Chatham is an important part of our social commitment bringing jobs to urban areas where they are most needed, but Discover has also undertaken many environmental and governance efforts.

On the environmental front, we're doing a number of things to protect our planet -- like reducing our energy footprint. In the area of governance, we're working to operate responsibly, which includes continuing to enhance our cybersecurity efforts. This year, we developed an environmental, social and governance mission which is our commitment to help build a sustainable and equitable world while demonstrating the highest standards of ethical behavior and corporate governance. And for the first time, we published an ESG at a glance report to highlight the work we're doing.

We also named our ESG Chief Officer direct our efforts and put standards in place. We're making strong progress, but there is more for us to do, and I look forward to highlighting our future accomplishments in these important areas. Speaking of accomplishments, I'd like to share some of the recognition we received last year. Our focus on the customer, along with our continued investments in technology and our emphasis on workplace quality led to many awards from third parties, including a tie for first place in the 2021 J.D. Power Consumer Lending customer satisfaction study for personal loans.

Just last week, we learned we ranked number one in checking and number two in savings in the 2022 J.D. Power U.S. Direct Banking Satisfaction Study. Through the years, we've won a number of J.D. Power awards for the credit card -- for credit card satisfaction. So we're pleased to see the same degree of satisfaction with our banking products. On the innovation front, for the fourth year in a row, Discover was recognized as a future Edge 50 award winner, most recently for our self-service platform, which detects data anomalies using pattern matching in real time, and Discover received Great Place to Work awards at each of our locations in 2021 based on employee responses to external surveys.

We were also named the Best Place to Work for LGBTQ Equality for the eighth consecutive year and received recognition from Vault for being a top internship program. Now I'd like to focus on the year ahead and where we want to go. Discover strives to become the leading digital consumer bank, helping people spend smarter, manage that better and save more so that they can have a brighter financial future. We compete with a unique business model, 100% consumer-focused, direct and digital and leveraging our proprietary payments network. We proudly serve a broad market, giving all our customers the same great experience and meeting them wherever they are on their financial journey.

We offer bank products that are easy to use, good value and help you when you need it. We lead the industry with practical, innovative features and the best customer experience. To achieve our goals, we must balance agility, innovation and growth with the discipline and control required in a high-risk regulated industry. We also need to relentlessly focus on our customers and better serving them, which will make the Discover brand the most trusted in financial services. and we must continuously improve our capabilities and how we work across each part of our business with a particular focus on technology, analytics, marketing and talent management. Let's look at some of the things we're doing this year.

Top of the list is our focus on compliance first, which means we'll continue to strengthen and fine-tune our processes and comply with all the regulations required of a large national bank. To accelerate growth, will drive awareness about the products and features we offer with both our card and non-card products to attract new customers. We'll continue to improve upon our mobile-first experience, making it integrated across all product lines and will enhance our existing products to ensure they meet consumers' changing needs. To manage charge-offs, we'll continue to monitor and manage credit. Charge-off rates are historically low right now, but we do expect them to go up next year.

Meanwhile, we're building credit models so we can see which customers are struggling and engage with them sooner to make payments, and we'll continue to work on reducing fraud. To drive efficiencies, we'll continue our focus on giving customers more self-service options and we'll find additional ways to reduce costs to free up more funds for investment. To strengthen our foundation, we'll continue to work on capabilities we'll keep discovered at the leading edge, including efforts to make our processes more efficient. Our business technology teams will continue to simplify our architecture, which will increase our speed and reduce technology investments.

Since people are at the core of all we do, we'll accelerate our focus on attracting and retaining high-quality diverse talent across Discover. To grow our payments business, we'll continue the momentum we have as more types of payments shift to digital we'll need to do that work ourselves, whether it's designing transit pilots, payment programs integrated in cars or other opportunities. Our goal is to make sure discover and discover debit card members have a great experience and that we fully leverage our proprietary payments network. Now let's look at how we're doing so far this year. Our First Quarter of 2022 was strong.

Our value proposition continues to resonate with customers, helping us to grow sales, increase new accounts and accelerate loan growth. Here are some of the details. Total loans increased 8% year-over-year with core loans growing 10%. Organic student loans increased 4% from last year, benefiting from a return to in-person learning. And personal loans originations were up 21%. Card sales are 23% growth over last year with increases across all spend categories. 2021 credit losses were the lowest in Discover's history and remained very low in the First Quarter of 2022 at 1.61%. We don't expect net charge-off rates to rise significantly this year.

Total network volume was up 9%, with a 22% increase in Diners Club volume, which reflects an improvement in global travel and entertainment spending. Our revenues were up $2.9 billion in earnings per share was $4.22. 2021 was another demanding year, but I'm confident that we are well positioned to manage through challenge and continue our path to growth. We have a loyal customer base, committed and capable employees and a strong financial foundation to build from as we look to deliver long-term value to our customers and shareholders. With that, I want to thank our employees for their hard work and dedication, and I want to thank you, our shareholders and our Board of Directors for your continued confidence in Discover. And now I'll turn it back over to Effi.

## Efie Vainikos

The polls are now closed. The next agenda item is the preliminary report of the Inspector of Elections, which indicates that not less than 89% of shares voting for or against the director nominees have voted for each of the director nominees. Aprogently, 95% of shares represented at this meeting have voted for the advisory vote to approve named executive officer compensation. Approximately 98% of the shares represented at this meeting have voted to ratify the appointment of Deloitte & Touche LLP as the company's independent registered public accounting firm. We will file a report with the SEC containing the final tally in the next few days. Tom, that summarizes the preliminary report of the Inspector of Election.

## Thomas Maheras  {BIO 1966775 <GO>}

Thank you, Effi. This concludes the formal part of our shareholder meeting. The Annual Meeting is now officially adjourned.

# Questions And Answers

### A - Thomas Maheras  {BIO 1966775 <GO>}

I will now turn the meeting over to Eric Wasserstrom, Vice President of Investor Relations at Discover so that we may proceed with the question-and-answer session.

### A - Eric Wasserstrom  {BIO 3626772 <GO>}

Thank you, Tom. Please note that we will answer as many questions from shareholders as time allowed. (Operator Instructions) Receiving none, I will turn the call back to Erin.

### A - Unidentified Speaker

That concludes our question and answer session. We appreciate you joining us today. Thank you for your continued support.

### Operator

This concludes the meeting. You may now disconnect.

Discover Financial Services (DFS US Equity)

2022-05-19

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*