# Exhibit 11

FINAL TRANSCRIPT                                           2022-09-13
Discover Financial Services (DFS US Equity)

# Barclays Global Financial Services Conference

## Company Participants

- John Greene, EVP & CFO
- Mark DeVries, Director & Senior Research Analyst

## Other Participants

- Unidentified Participant, Analyst, Unknown

## Presentation

### Mark DeVries  {BIO 15168557 <GO>}

All right. Good morning. Thanks for joining us. Very pleased to be joined on the screen by John Greene, CFO of Discover, for a fireside chat. Just quickly on the format. I've got a number of prepared questions for John. We'll break in the middle for a little bit of the audience response. Then I'll open it up to the audience for any questions that you may have. John, thank you very much for joining us. It's a pleasure to have you here.

### John Greene  {BIO 18686604 <GO>}

Mark, great to be here. Thanks for the invitation. I appreciate it.

## Questions And Answers

### A - Mark DeVries  {BIO 15168557 <GO>}

Yes. Sure. I wanted to start off with some questions around quarterly trends and competitive conditions, and lead off with an update on recent trends around consumer spending. Sales growth has continued to be strong, and it was up 20% year-on-year in the first half. How has that trended in 3Q so far? And is there any color you can provide on growth across different categories?

### A - John Greene  {BIO 18686604 <GO>}

Sure. Yes. Thanks for the question. And again good to be here. So really as of that question is how is the consumer doing? And from what we are seeing is the consumer remains strong. We are seeing a robust amount of activity coming through the card. So as you said, Second Quarter 20% year-over-year increase in sales. We expected that to abate a bit. Through August, we were at 15.5%. So again incredibly strong performance. That's driven by a number of different factors. Some of it is the new account acquisition. There's a mild degree that's related to inflation. Then the

rest of it is just activity running through the card. So year-over-year increase in spend by our customer base.

## A - Mark DeVries {BIO 15168557 <GO>}

Excellent. Just in terms of the impact of inflation on sales, what have you seen this quarter? I think you previously mentioned inflation contributed about 200 to 300 bps of sales growth last quarter?

## A - John Greene {BIO 18686604 <GO>}

Yes. So we're still seeing that. So about 200 to 300 basis points impact from inflation. Across the other categories, pretty standard. We have seen deflationary impact from gas prices coming down from June through August. So that decrease in kind of average price per gallon is about 20%. We did see a level of consumption decrease there from June through August, consumption -- so gallons used, according to our calculation, is about 8% decline. But across the rest of our categories, we've seen robust activity. Everyday spend continues to be strong. So it also dropped about 100 basis points. Retail. Online retail, we've seen that dropped mildly, and then other categories, so think travel, a small increase there.

But overall, the activity remains strong. Inflation hasn't been a real, real big impact. due to, as I said, 200 to 300 basis points. But as we look at that and the potential impact from that, we see a nice hedge. So as sales levels go down, we expect the payment rate to also decrease, which will be positive from a loan growth standpoint. So overall, inflation, we're not seeing any meaningful impact in terms of credit. We're seeing an uptick in sales, 200 to 300 basis points. And payment rates remain robust from a historical standards standpoint.

## A - Mark DeVries {BIO 15168557 <GO>}

Okay. In addition to some of the declines you've seen in gas because of the declines in prices, in areas like travel, are you seeing any kind of signs of substitution or consumers pulling back in areas where they may be experiencing more inflation than others?

## A - John Greene {BIO 18686604 <GO>}

Mildly in the everyday category, although it's very tough to get a direct attribution on that. Certainly, fuel. No other areas to speak of.

## A - Mark DeVries {BIO 15168557 <GO>}

Okay. You just briefly touched on the payment rate, but I wanted to drill down a little more. That obviously remains elevated. Any updated thoughts on the outlook for that going forward?

## A - John Greene {BIO 18686604 <GO>}

Yes. So we released our trust data last night. What that showed was a mild increase in payment rates from July to August. We do expect that to begin to normalize

through the rest of this year and into next year. Although I'll tell you, this one has been tough to call. The consumer behavior in terms of both sales activity as well as payment rate have been super high, above expectations. We do think there is a bit of substitution impact from cash, right? So less cash being used. So if you think about consumer behavior, pre-pandemic, folks might go into a retail outlet, Starbucks or some other convenience store, and they might pay cash. And now it's contactless. They'll touch the device and execute their transactions.

So we do believe the decrease in the level of cash has probably increased, certainly sales by 1% to 2%. We also think it's impacted the payment rate. So folks that normally would pay cash and pay their -- and then also have a credit card and selectively use it, are now using their credit card for almost everything. And as a result, paying that down on a transactor basis, which is elevating the payment rate. Now the quantification of that is still tough because it is evolving and consumer behavior continues to evolve. But we think maybe that, that is 100 to 200 basis points on that payment rate. So we're about 500 basis points higher than we were pre-pandemic, and it's been persistent there. We think maybe it will be 100 to 200 basis points higher on a permanent basis.

## A - Mark DeVries  {BIO 15168557 <GO>}

Okay. Just a related question on that topic. Did you see your merchants accelerate investments ongoing to contactless during the pandemic because that became -- as it became more in demand from consumers?

## A - John Greene  {BIO 18686604 <GO>}

Yes. We did see that. And virtually our entire card portfolio is contactless now. We made -- we were accelerating that investment in 2019 before the pandemic, largely because we see -- when we issue a new card, we see greater activity coming out of it. Then through the pandemic accelerated that further to make sure everyone had the contactless option. And now it's the minority when you go into merchant and you can't do a contactless transaction, 24 months ago, that wasn't the case.

## A - Mark DeVries  {BIO 15168557 <GO>}

Great. Despite the elevated payment rates, you've seen loan growth has been quite robust. You recently updated your full year guidance to low teens from high single digits at the beginning of the year. What have been the drivers of the strength? And how has that trended so far in 3Q?

## A - John Greene  {BIO 18686604 <GO>}

Yes. So we've had a great year from the standpoint of loan growth, really sticking to our core, which is targeting around that prime revolver customer segment. The specific drivers of the increase are: first, the strong account acquisitions we did last year, so in 2021. The second half of 2020, we also leaned in pretty heavy on new account targeting the upper prime segment as there is still some level of uncertainty. Then this year, we've continued to execute new account growth. So for example, Second Quarter, we were up 39% year-over-year on new accounts. So that's certainly a major contributor. The other contributor, certainly, consumer activity.

So the elevated sales levels going through. So year-over-year, consistent increases. Then, finally, the targeted acquisition strategy and the investments we've made in advanced analytics to improve our targeting and then -- which has helped. Then finally, we've made some substantial improvements to the customer journey from the time of initial offer to application to closure. That's improved the pull-through rate north of 20% on an application to a closed application. So all that's been really, really positive. I think it provides the positive momentum for the balance of this year and into next year.

## A - Mark DeVries  {BIO 15168557 <GO>}

Okay. So one question we've been getting a lot is, is this still an attractive environment to acquire new accounts just given the. (technical difficulty)

## A - John Greene  {BIO 18686604 <GO>}

May be a little bit different than certainly what we saw in the pandemic. So in the pandemic, the recession that was driven there was largely a service workers losing their jobs. Now we're in a situation where there's not enough service workers. We are seeing a high level of salary inflation across every sector. So my personal view is that as the Fed actions continue, we'll likely to see bigger organizations taking a hard look at the upper levels in the white-collar job jobs within their organization and maybe trying to make that more efficient through some level of either early retirement programs or layoffs where the service workers will continue to be in demand and in my view, unlikely to be impacted strongly by a recession.

## A - Mark DeVries  {BIO 15168557 <GO>}

Okay. That's helpful context. Has the competitive intensity changed at all over the last year? For a while, there seem to be a renewed focus by peers on cashback rewards.

## A - John Greene  {BIO 18686604 <GO>}

So we've said this comment many, many times. So the credit card industry has always been competitive. What we did see in the beginning -- the beginning of, I would say the recovery was an extreme focus around the upper prime. We saw significant kind of travel incentives and also specific cashback incentives. That has seemed to have abated a bit. So the competitive set is rational in my view. Each are targeting their traditional segments. In terms of the cashback reward model, we feel like we're really, really well placed, right? So the percent category is revolving, continue to have broad appeal to no annual fee, continues to be a differentiator. Then the customer experience, also very, very positive as well as the utility of our app and the mobile functionality that our card has. So there's competition, but we're well suited for and managing it well from my perspective.

## A - Mark DeVries  {BIO 15168557 <GO>}

Okay. Probably, staying on that topic, one of the hardest things for us as analysts to observe is what's going on behind the scenes on customer service. Are you seeing the competition kind of step up their game? I know that's always been a very meaningful point of differentiation for Discover.

### A - John Greene {BIO 18686604 <GO>}

So we are seeing certainly a lot of investment, and it's a balance between driving efficiency and driving customer service in terms of interaction. So what we're seeing is the investments in self-service continue to be strong. IDR continues to be the typical way people enter into the customer service environment. Then there's also been probably -- frankly, probably more hiring in the U.S. than internationally, just as people have kind of dealt with the implications of Covid. Now in terms of our position, we've come in historically 1 or 2 in the J.D. Power customer service survey results. We continue to make investments to improve that customer experience so that it becomes a differentiator. We view it as important to helping reduce attrition rates, which have improved as a result of that as well as some other programs that we've put in place over the past, well, 12 to 18 months.

### A - Mark DeVries {BIO 15168557 <GO>}

Okay. Turning to your guidance on marketing. Coming in the your -- was that it would be around 2019 levels, is that still your expectation?

### A - John Greene {BIO 18686604 <GO>}

Yes. So yes, 2019, we spent just about $900 million in marketing. I think it was $890 million. So we're around it to $900 million. We do expect it to be north of 2019, and the reason being is we see great opportunity to drive profitable, high-returning growth.

### A - Mark DeVries {BIO 15168557 <GO>}

Okay. Great. Why don't I pause here in terms of the audience response questions. If those of you out there are willing to participate, please pick up the controller in front of you and register your response. If we could queue up the questions, please.

### A - John Greene {BIO 18686604 <GO>}

And the lights are bright enough. I can't see who's asking.

### A - Mark DeVries {BIO 15168557 <GO>}

What factor do you view as most likely to determine whether Discover outperforms over the next year? One, better-than-expected loan growth; two, upside to NIM; three, stable credit; four, resumption of buybacks; and five, other?

### A - John Greene {BIO 18686604 <GO>}

Great question. So there's probably number six is what I would answer, which would be all of the above would be important, but interesting number three, credit. That makes perfect sense, right? So we're a lender, and the credit environment is going to be the driver to the P&L. And we've been really, really happy with what the book has done. So we've seen the card charge-off rate dropped for four successive months, which when we were talking about normalization, that is surprising. The other piece is delinquencies, while normalizing. They're normalizing more slowly than we

expected. So overall, good credit performance. I would agree a good vote there on number three.

## A - Mark DeVries  {BIO 15168557 <GO>}

Yes. This is entirely consistent with the other consumer lenders. We've had -- even American Express, I think it came in close to 50%. Next question, please. What do you view as the biggest risk to shares, lower-than-expected loan growth; two, NIM pressure; three, normalizing credit, four, higher-than-expected OpEx; five, others?

## A - John Greene  {BIO 18686604 <GO>}

I'll wait for the answer this time.

## A - Mark DeVries  {BIO 15168557 <GO>}

Okay. So 17% actually said lower-than-expected loan growth. A little different than the prior response, but that's interesting. Okay. Next question, please. Over the next year, would you expect your position in Discover to: one, increase; two, decrease; three, remain the same?

## A - John Greene  {BIO 18686604 <GO>}

This could be a function of my commentary.

## A - Mark DeVries  {BIO 15168557 <GO>}

So mostly remained the same. It looks like there's some work to do here.

## A - John Greene  {BIO 18686604 <GO>}

Right. I'm going to do my best here.

## A - Mark DeVries  {BIO 15168557 <GO>}

All right. Let me -- I'm going to open it up to the audience at this point for any questions. If not, I'm happy to keep going (inaudible)

## Q - Unidentified Participant

I was hoping you could update us on your thoughts around the loan loss reserve and how you're approaching it as we're evolving into the future here? Specifically, what are some of the assumptions that are going into your CECL loan loss reserve? And how are they changing?

## A - John Greene  {BIO 18686604 <GO>}

Great. Yes. Thanks for that question. So we've started the process literally this week and for the next 2 weeks, but I'll give you the broad thinking on that. So the first piece is the portfolio performance continues to be super strong and better than we initially modeled. Second is the macro environment remains uncertain. My view is from where we were Second Quarter to where we are today not dramatic changes,

right? We knew the Fed was going to take dramatic actions. We knew inflation was going to be problematic in terms of the level of growth, but not a large driver to credit losses for Discover. Then what we're seeing is robust loan growth. So we will put those together and then do kind of a life alone assumption in accordance with the CECL guidance.

And my expectation is that we're going to see some level of normalization on credit, which largely, at this point, feels like we've inappropriately captured it in the Second Quarter, but we'll update all our assumptions, and adjusted for the robust loan growth that we're seeing and then come out with a number. But people want to go back to CECL day 1, which was at about 6.1%. We're still materially higher than that. While that's not a benchmark for us, we do look at the credit environment as fairly similar in terms of late cycle, late cycle in 2019 prepandemic, late cycle today but our book is performing much better. So we'll go through the process. And my view is there will be a level of growth in terms of loan balance and perhaps some decreases in overall reserve rate. Yes

## Q - Unidentified Participant

Unemployment rate has always been a critical assumption in card or unsecured credit loss forecasting. What -- could you comment on what your -- what the internal assumption or the thinking around that is over the next, say 12 months?

## A - John Greene  {BIO 18686604 <GO>}

Yes. So I tried to touch upon that in terms of my description, in terms of employment levels over and how we're likely to see more white collar loss, if we do hit a recession. So I don't expect unemployment levels to go up more than 300 basis points over the next 12 months. I think it'd be remarkable. And if they do, my sense is there would be disproportionate impact on kind of the upper levels of the income bands, not necessarily specific to where Discover's typical customers are, which is prime revolver average earnings per cardholder somewhere between $80,000 and $100,000.

## Q - Unidentified Participant

A 2-part question also on credit. The extraordinary loan growth that you and other competitors have seen on the surface, it would ordinarily worry us, right, because that usually leads to problems down the road. But then you look at the payment rates, and the payment rates have been so high. I mean we're all aware of the liquidity that's been out there, but many of us have thought that the liquidity has been drying up. So what's enabling those very high payment rates out there across your clientele? Then the second part, follows that after.

## A - John Greene  {BIO 18686604 <GO>}

Okay. So we find it remarkable to tell you the truth. Certainly, there's an element of who we're lending to, right? That prime revolver. These aren't super high net worth people. These are people that have over a long period of time, have figured out how to manage their money and pay their obligations, and that's why they're in that prime area. So I believe a combination of our customer targeting seasoned book. So

basically, the tougher credits fall out. Then the third component is salary inflation. They've appropriately been able to manage their credit exposures.

## Q - Unidentified Participant

Okay. Got you. Then the second part is, you may have already answered it. But it's one thing when you look at commercial lenders, and they tell us that they've changed the way they underwrite. They're much better underwriters than, say 10 or 12 years ago. On the consumer front, we hear that, too, that we're underwriting better. But hey, look, at the end of the day somebody loses their job, they're going to probably default good percentage that was default on their credit card loans. I mean at the end of the day you're still going to -- we're still going to have a cycle here. So I think that's some of the -- maybe this is more of a statement than a question. But still going to see credit losses go a lot higher. Could you comment on that?

## A - John Greene  {BIO 18686604 <GO>}

Yes. So you're right. So it doesn't matter what your models say. If you lose your job, there's a death, there's a divorce or there's health issues, that creates financial challenges for families and individuals and other sorts of challenges, certainly. So those -- unfortunately, those 4 items are part of life. What I think is helping Discover is certainly a significant investment in analytics. Now all of our competitors are saying the same thing. The second piece that I think is important, and it's not always broadly known, is that customer service model, I think does make a difference in terms of how they're treated when they come into a call center.

Then the third element is certainly our targeting that prime revolver segment, I think has added some beneficial ability to our book and to our credit over the past couple of years and into the future.

Mark DeVries, Barclays Bank PLC, Research Division - Director & Senior Research Analyst 40 Nothing else, so I'll continue on. Another credit-related question. I think you improved the full year guide twice this year and most recently to 1.9% to 2.1%. How is that tracking so far in the Third Quarter?

So well, we expect we'll be at the lower end and perhaps maybe slightly lower than that from a charge-off standpoint. I mentioned the card trends over the past four months. That's been positive and the pace of normalization has been part lower than we expected. So I'm feeling really good about the position of the book as we close out 2022.

## A - Mark DeVries  {BIO 15168557 <GO>}

Okay. So we just spent some time on reserving, but how are you factoring in kind of the macro uncertainty in the current reserve levels?

## A - John Greene  {BIO 18686604 <GO>}

Actually pretty consistent with how we factored in the Second Quarter. So not a lot has changed. The inflation numbers were a little bit higher than expectations.

Inflation isn't a big driver. Then we'll go through that process. But overall, I'm positive. I don't want to over-index on this, but I'm positive on the credit environment as we're seeing it both from a consumer standpoint as well as how our book is performing.

## A - Mark DeVries  {BIO 15168557 <GO>}

Okay. And how reliant are you on third-party estimates around the economy? Anything else that may drive your reserve levels?

## A - John Greene  {BIO 18686604 <GO>}

Yes. So we have an internal economist. We also use 3 different service providers. Then collectively, we'll sit down. We'll review the outputs from the service providers and make a call on what we see as most reasonable.

## A - Mark DeVries  {BIO 15168557 <GO>}

Okay. Got it. Then just a slightly different way of asking a question around kind of the CECL reserves, but your reserve ratio was 6.8% versus 6.1% day 1. How should we think about kind of the differences between then and today and what's driving that disparity?

## A - John Greene  {BIO 18686604 <GO>}

Yes. So pandemic and timing be short on that button. So CECL day 1, we are implementing -- and our view at the time was it was late cycle. There was a new accounting matter. We wanted to be fully compliant with GAAP, and then also ensure that we weren't overly or inadvertently aggressive on any of our collection assumptions or cash flow assumptions on the portfolio. As we came through the pandemic, the quality of our lending book actually increased. So the average FICO bands increased by about -- or FICO increased by about 30 points.

We also reduced the amount of non-prime in the book. Now we've gone back to our, call it, 2019 origination kind of targeting. So what -- I guess what is different is and what is the same, first, what is saying (inaudible) late cycle. Second is in terms of what's different is we've got a better understanding of the portfolio and how CECL -- our CECL models and how they operate. Third is the credit quality book is better. Fourth is the payment rate is higher, which indicates that, for me, a more sustained creditworthiness of the overall portfolio.

## A - Mark DeVries  {BIO 15168557 <GO>}

Got it. Okay. Switching topics. I wanted to touch on the suspension of the share repurchase program and the internal investigation. I'm assuming you're pretty limited in what you can say but is there any update you can provide there? And if not, just remind people kind of what you've been able to say so far.

## A - John Greene  {BIO 18686604 <GO>}

Yes. I'll give an update on that. So what we said on the Second Quarter call, and it was spread throughout our script and through the Q&A, but in essence, it was that the Board authorization on the share repurchase remains intact. That second was that we only intended to resume buybacks as soon as we could. We then also said, we believe the financial exposure related to any matters related to the investigation was able to be absorbed within our existing expense guidance. So that was a bit of a quantification of it. We also talked about our SEB and our results from our stress test that actually improved, and that's based on a qualitative and quantitative assessment. We said that we were still targeting that 10.5%.

So in summary, you string those together and you say Okay we understand the financial exposure. We understand that there's still a commitment to do share repurchase. Now the question is, timing and what -- why did you actually do it? So it became a matter of security lots. So we, at the end of every quarter, filed a 10b5-1. In that 10b5-1, we announced our intentions in terms of repurchasing shares. As officers of the company, if there's information that we haven't shared with the public market that we view as potentially being material, you're precluded from entering in the 10b5-1.

And we took a conservative approach as discovered us. So Discover has traditionally been conservative on accounting matters and legal matters. We said, Okay with a Board investigation going on related to the student loan servicing intent to order items, it'd be better to hold off on share repurchase. My hope is that by the end of the year, this will be behind us, and we'll be able to resume share repurchases. Now that will be subject to the Board's review and conclusion of the work they're doing on this. But overall, I look at this as a matter of timing, not anything greater than that.

## A - Mark DeVries  {BIO 15168557 <GO>}

Okay. That's really helpful. Turning to student lending. Is there anything notable this year about demand or competition in the space? And is there any kind of impact to your business from the Biden administration's recent efforts to forgive some federal student loans?

## A - John Greene  {BIO 18686604 <GO>}

Yes. So I'll start with the last part of that question first. So we -- we're a private lender. Our typical customer has as a public loan. So the impact of forgiveness of up to $20,000 of those loans is that there will be additional cash available to be able to pay the private student loan. So we think there will be, if anything, a mild positive impact in terms of overall collections from the Biden administration student loan program.

In terms of what's been happening in the business, so we're -- we've just completed peak season. We're rolling up kind of the results of that. We did take a stance where we decided we wanted to not be the lowest price in the market. So we increased our pricing relative to the consumers -- to some other competitors rather. We do expect that will have some impact on volume this year. And from our perspective, that's fine as we're sorting out the servicing issue.

### A - Mark DeVries {BIO 15168557 <GO>}

Okay. One last quick question for you. On the personal loan business, inflected back to growth last quarter, how are you thinking about that business right now given the competitive and kind of macro conditions?

### A - John Greene {BIO 18686604 <GO>}

Yes. So the interest rate environment has actually been helpful for that, right? So there was -- in that low rate environment, there were frankly, a lot of competitors across every credit spectrum, introducing personal loans. We've seen some pullback on that. We've also appropriately increased price on that over the past, call it, three months. So we expect that product to continue to be positive from a return standpoint, and we expect that we'll see growth there.

### A - Mark DeVries {BIO 15168557 <GO>}

Okay. Great. Well I think we'll end on that note. Please join me in thanking John for all of his thoughts.

### A - John Greene {BIO 18686604 <GO>}

Yes. Thank you.

### A - Mark DeVries {BIO 15168557 <GO>}

Appreciate it.

### A - John Greene {BIO 18686604 <GO>}

Appreciate it.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*