# Exhibit 12

FINAL TRANSCRIPT                                                                                               2022-12-06
Discover Financial Services (DFS US Equity)

# Goldman Sachs 2022 US Financial Services Conference

## Company Participants

- Roger Hochschild, CEO, President & Director

## Other Participants

- Unidentified Participant, Analyst, Goldman Sachs

## Presentation

### Unidentified Participant

Up next we are excited to have Discover Financial joining us once again.

Over the years, Discover has continued to execute on its strategy of being a leading direct bank, generating operating leverage and driving outsized growth, while continuing to have amongst the best credit in the industry.

Joining us once again is President and CEO Roger Hochschild.

Today's presentation is going to be fireside chat.

Good to see you again, Roger.

### Roger Hochschild  {BIO 3134527 <GO>}

Good to see you, Ryan. Thanks for having us.

## Questions And Answers

### Q - Unidentified Participant

So Roger, we've finally exited the pandemic. Company is growing at a really nice clip, 20% in card, profitability has been very solid. However, the markets are clearly concerned with what could be on the horizon. We've heard Storm Cloud, storm in the last couple of presentations. So, as you sit here today, what are the two or three key strategic priorities for Discover? And what are you most focused on right now?

### A - Roger Hochschild  {BIO 3134527 <GO>}

So, it's interesting. In terms of -- I think the market gets very caught up in timing. And we have been in a cyclical business for a long time. So, we know that a recession will

come. So, our top priority is just executing on our strategy. I think, and part of why I've never been more excited in my time at Discover, we are the best positioned bank to be the next-generation digital consumer bank. Building off our strength in cards with the broad set of award-winning products that we have, strength on both sides of the balance sheet. And so that's really top priority.

It doesn't mean we're not prepared for a downturn. And so focused on investments on that side, but also building out our capabilities. We've talked a lot about the advances we're making in data and analytics, investments in technology. And finally, but perhaps most importantly, continuing to invest in talent, where there is with our 100% U.S.-based customer service or great additions that we're bringing on to the headquarters team as well.

## Q - Unidentified Participant

Great. Now when I think back, Roger, over the last several years, right ahead of the pandemic and on a continued basis, you've been looking to make investments to improve the positioning and the awareness of the brand. Maybe just talk a little bit about where are we in that journey? What are you doing to promote awareness of the Discover brand and what it stands for.

## A - Roger Hochschild  {BIO 3134527 <GO>}

Sure. Great question. So, the Discover brand is one of the best-known and most trusted brands in consumer financial services in the U.S. but still, I would say, very much identified with our core credit card business. And so, one of our strategies prior to the pandemic was to do more to build awareness of our non-card products and specifically our deposit products. That got a bit sidetracked during the pandemic because we saw such strong deposit inflows and ended up probably more than $10 billion of excess funds. It just didn't make sense to put a lot of money against advertising deposits. I do think that's something that you'll see from us in the coming year. And again, really excited about the momentum we have with consumers.

## Q - Unidentified Participant

So maybe just flipping a little bit to the current environment. I think the last time that you spoke you noted that sales were up, I believe, low teens in October. Maybe just give us an update in terms of what you are seeing from a sales perspective. And given what we've heard from some big box retailers, any changes in terms of what consumers are spending on? And what are maybe some of the early reads on the holiday season?

## A - Roger Hochschild  {BIO 3134527 <GO>}

Sure. So, I would say it's still hard to read trends in sales because you continue to see distortions either from the pandemic or from inflation. We are seeing sales growth moderate. So, card sales were up 14% in September. That slowed to 11% in October and then now 9% for November, but still pretty robust. In terms of the holiday spending, a bit early to get a -- we saw retail sales for that Thanksgiving week and Black Friday, up 3%. And again, hard to know whether that's timing. We'll see how

FINAL TRANSCRIPT                                                                2022-12-06

Discover Financial Services (DFS US Equity)

the rest of the season plays out. We are seeing a lot of strength in the everyday spend category. So that's groceries, gasoline, drugstores and then more recent softening around retail and travel spending. But overall, I would say, our consumers are still in a good place.

## Q - Unidentified Participant

Interesting. Maybe just to pick up on some of the last comments you talked about. Markets got excited last month that inflation could be peaking, but obviously, it's still elevated. I think you've noted roughly 200, 250 basis points of impact on sales. But clearly, it's been a headwind for consumers. And I think a large part of your customer base are homeowners, which insulates them from the shelter component, but maybe just talk about how the prime revolving customer is managing at this point in the economic cycle?

## A - Roger Hochschild {BIO 3134527 <GO>}

Sure. So certainly, the fact that a good chunk of our base are homeowners does protect them from one of the biggest factors in inflation. But the other thing with the prime households, they have enough liquidity to manage inflation. So, it doesn't mean it's not painful and they're changing their spending categories. They're going out to eat less. They may be trading down in terms of the retailers or the grocery stores they go to, but they have liquidity to make it worse, work.

And so that's why I think you're seeing stress in the subprime and near prime issuers where those households are already tapped out, they're already shopping at Dollar General or the lower end retailers. And so can't make it work. Another, I would say, positive sign is we continue to see an elevated payment rate. It was 400 basis points over pre-pandemic levels. In November, that came into about 300 basis points, but again, still elevated and showing that good level of household liquidity.

## Q - Unidentified Participant

Roger, maybe to dig in a little bit further on that. So, I've been covering Discover for a long period of time, and I don't think I've ever seen 20-plus percent loan growth out of the company nor out of the industry. Can you maybe just talk about what is driving the growth? How has it been split between new account acquisitions and existing customers? And what do you see as really driving that going forward?

## A - Roger Hochschild {BIO 3134527 <GO>}

Yes. We're very excited about the growth we're seeing. It's split roughly 50-50 between new accounts as well as the existing portfolio. And I think some of it comes from we continued marketing through the pandemic at a level probably higher than many of our competitors. And that helped us gain share. But the brand and the product are resonating well with consumers. And I think that loan growth is still coming in an environment where we are taking some risk off the table. So, on the last call, I talked about we've trimmed back on some of the lower-end prime segments that are the ones that will be the most volatile in a downturn.

## Q - Unidentified Participant

Roger, maybe to build on a comment that you just made, I think payment rates fell 70 basis points last quarter, and they were 300 basis points -- rough 400 basis points above pre-pandemic. You just noted that there were 300 above. And I think you said that there's a chance they could stay above pre-pandemic levels. Can you maybe just talk about what your expectations are for the rate of normalization? And what could this mean for growth on the balance sheet over time?

## A - Roger Hochschild  {BIO 3134527 <GO>}

Yes. So, we would expect payment rates to continue to normalize. We have an internal debate actually as to whether or not they'll get back to pre-pandemic levels. I think you saw a migration of cash spend to credit and debit. And so that may translate into payment rates that are permanently 100 to 200 basis points higher. But we do expect it coming down to that level. And I would say it's very constructive for loan growth. Each 100-basis point decline in payment rates, if sustained, is about $4 billion to $5 billion worth of receivables. So obviously, that would provide a great tailwind going into next year.

## Q - Unidentified Participant

So maybe to bring a handful of things that you said, Roger, together. I know I see Eric sitting here. I know we get formal loan growth guidance in the early part of next year. But I guess just broadly speaking, how do you think about the trade-off between acquiring households versus managing for what could be a recession in 2023? And then second, maybe just explain why you've been comfortable growing loans at a 20% clip at this point in the cycle.

## A - Roger Hochschild  {BIO 3134527 <GO>}

Yes. So, I'd point back to one of the things I said earlier. The fact that we're growing at an attractive rate doesn't mean that we're not being prudent in managing credit. It's always been a hallmark of Discover to be disciplined and conservative in our credit management, both with new accounts and portfolio. And we are taking some risk off the table. We just feel like we're seeing very strong opportunities to put expense dollars to work to drive growth and are also seeing a return to growth with some of our non-card products as well.

## Q - Unidentified Participant

And we'll touch on some of those noncard products in a bit. So, markets are clearly worried about a recession, and I'm curious on what are your expectations if we do see a downturn? What does it mean for Discover's performance? What does the playbook look like? If you have a shallower versus a deeper recession in terms of acquiring customers and as well as managing growth in costs?

## A - Roger Hochschild  {BIO 3134527 <GO>}

That was a good stream about eight questions. So, I'll see if I can cover some of the...

### Q - Unidentified Participant

So, let's take the first one. What does the recession mean for Discover's and performance, and we'll break it down here.

### A - Roger Hochschild  {BIO 3134527 <GO>}

So, I would say it depends on the type of recession. But in general, consumer lending is a cyclical business. And so, to the extent unemployment increases, that puts stress on our customers, and you'll see delinquencies and charge-off rise. But we have a very robust business model. If you look at our NIM, which is running around 11%, that creates a lot of opportunity for loss absorption. And as I said, we are disciplined in terms of our underwriting and have been taking some risk off the table.

### Q - Unidentified Participant

And then you referenced there's a difference between a shallow and a more deep recession. So how does the difference between the two change your appetite to acquire customers, manage growth and also manage costs?

### A - Roger Hochschild  {BIO 3134527 <GO>}

Yes. So, we will continue to acquire customers through virtually any type of recession. And so, through the financial crisis, we kept marketing, we kept booking new accounts. And the vintages you book during a downturn tend to be some of the most profitable vintages as you look back over time. So, we'll continue that marketing but are continuously making decisions, both on new account criteria across every segment that we book, but also with our portfolio in terms of line increases and activation stimulation as well as pricing decisions.

And so that's really done on an ongoing basis. We look at our portfolio based on geography. We look at pre-delinquency characteristics in terms of when people are making payments, how much payments they're making. And again, that process, I would say, is just an ongoing part of managing unsecured lending.

### Q - Unidentified Participant

And I know we'll get into credit shortly, but you'd mentioned geography and pre-charter any discernible changes that you've seen thus far as you look at the portfolio?

### A - Roger Hochschild  {BIO 3134527 <GO>}

No. In fact, as delinquencies have been normalizing, they're virtually an identical track that we've had sort of planned in the fall of last year. So even with all the changes in terms of interest rates, inflation, expectations, you've seen the higher risk segments really pretty much normalize and get back to pre-pandemic levels, whereas the lower-risk segments still have a bit of a way to go.

## Q - Unidentified Participant

Could (inaudible). So, Roger, maybe to talk a little bit about the competitive environment. We've seen a slight uptick in upfront bonuses. We've heard about others continue to lean in. The cash back market seems to be competitive, but I would call it controlled at this point. Maybe just talk about what you're seeing competitively on your signature Cashback product where you're the industry leader. And how is this impacting competition on the rewards front?

## A - Roger Hochschild {BIO 3134527 <GO>}

Yes. So, the card business is really always very competitive. And so there may be subtle ebbs and flows, but given the returns and the number of big banks that are looking to put money to work, I would say, it remains competitive. Some of the, I would say, most frenzied rewards competition, whether it's in the rates that are paid on rewards or the upfront bonuses are in that high-end transactor segment, where we don't really play or target. Our product competes very well in terms of the cash back structure, the doubling cash back the first year.

And so, we haven't had to make any structural changes in our product. As I look at November, new accounts were up 20% year-over-year, and that's kind of compounding on 20% and we're achieving that with roughly the same cost per account. And so that's really fighting through two headwinds. One, the incremental accounts usually are significantly more expensive than average. And second, as you tighten credit, you cut out some of your lower-cost most responsive accounts. Yet with all that, our cost per prime account is virtually flat to the prior year.

## Q - Unidentified Participant

And then just bringing that together, what does all that mean for your expectation for rewards on a go-forward basis?

## A - Roger Hochschild {BIO 3134527 <GO>}

We talked about a modest increase of one to two basis points a year based on sort of a structural change in terms of how customers are shifting from older products to new products within our portfolio. Beyond that, we don't have any expectations that we'll have to pay more in rewards.

## Q - Unidentified Participant

So, Roger, since becoming CEO, I believe it was four years ago, one of the big initiatives has been to expand the network and the relevance of your payment segment. We've seen tech and fintech valuations come down a lot in the past year. And I'm wondering, does this change your view at all of inorganic opportunities at all? And if so, what would be the areas of priority where you would like to expand?

## A - Roger Hochschild {BIO 3134527 <GO>}

So, the payment segment has been the source of really our two largest and, I think, really great acquisitions. If you think about Pulse that got us into the debit space as

well as Diners Club that shifted us from being a North American network to now the third largest global network in terms of merchant acceptance. But even with payments valuations coming in, they still seem pretty expensive. I know everyone here will probably have their own views on that.

And so, we've had more success inorganically through partnerships as well as smaller equity investments. I think we're likely to continue that strategy more than acquisitions, but that doesn't mean we don't have a very robust business development effort out there that's looking not just in the U.S. but on the payment side, globally in terms of assets that could fit.

## Q - Unidentified Participant

(Inaudible) you're still seeing more opportunities for network partnerships and the like?

## A - Roger Hochschild  {BIO 3134527 <GO>}

Yes. We're seeing great opportunities on the network partnership side. And those have been an important source of growth because there are a lot of local sort of single country networks out there that know they need global acceptance that can't keep up with the investments in terms of an EMV spec, and so we can license our bin ranges, license our technology, provide their connectivity. It's a relatively inexpensive way for us to build acceptance, but then we also capture that outbound volume. So, a unique strategy to discover and something we're very focused on continuing.

## Q - Unidentified Participant

We talked about capital in terms of inorganic opportunities. When I think about your capital sitting at almost 14%, well in excess of the 10.5% target. You recently announced that the internal investigation regarding student loan services has been completed. You're now resuming repurchases. I think you have over $4 billion of authorization through the middle of next year. Can you maybe just talk a little bit about the capital allocation priorities from here? And how do you think about managing down to that 10.5% level by 24% or 25% as you've noted versus holding some dry powder for a potential downturn?

## A - Roger Hochschild  {BIO 3134527 <GO>}

Sure. So, the top way we want to deploy capital is for organic growth. But even as we're growing at 20%, given the returns we earn, we continue to generate excess capital. And so, we then focus on returning that to our shareholders in the form of the dividend, but also the buybacks. And so, to your point, we have that $4.2 billion authorization outstanding through roughly the middle of next year. There's about $3.4 billion remaining on that. So, we will continue to execute. And our focus is on probably over a couple of years, getting to that 10.5% target CET1 ratio. That ratio though, I would say, incorporates the stress buffer so that I would not expect that to change in a recessionary environment and for that to have a significant impact on our return of capital to shareholders.

## Q - Unidentified Participant

Now just to drill a little bit deeper. How do you think -- well, I understand the fact it is a ready fact then how do you think about the decision between leveraging capital via buyback and potentially holding up or there could be some further opportunities to do things inorganically.

## A - Roger Hochschild  {BIO 3134527 <GO>}

Given the rate at which we generate capital, I have a hard time imagining that we would sort of set aside and slow down our buybacks to keep dry powder for acquisitions. We just are pretty confident in our ability to build and get into the banking products we want. On the payment side, I talked about the valuations. So, I doubt we will hold capital in reserve for potential future acquisitions.

## Q - Unidentified Participant

That (inaudible). So, Roger, you recently took the expense guide up slightly to reflect higher headcount, as you talked about to support servicing as well as overall inflationary environment. Maybe just talk a little bit about what are some of the key investments that are being made across the organization. And given the revenue tailwinds you have into '23, how do you think about accelerating investments versus driving greater operating leverage?

## A - Roger Hochschild  {BIO 3134527 <GO>}

We think about investments as something that needs to be justified and try and manage the business in a thrifty way in all environments, even on where revenues and loans are growing as strongly as they are now. And so, we set aggressive expense targets for all of our overhead functions. That doesn't mean we won't continue to invest on the technology side as well as the build-out of our advanced analytics. Certainly, 20% loan growth will drive investments in customer service to handle all that growth.

And you will see an impact on expenses as sort of the annualization of what we've grown this year impacts 2023. But overall, we've talked about an efficiency ratio in the high 30s. I think the revenue growth that we're seeing now should be very constructive for that efficiency ratio. And again, we tend to invest when the time is right, when we see a good return as opposed to shifting it based on how much revenue we may have in a specific period.

## Q - Unidentified Participant

Got it. So, you've made significant investments in account analytics, which has improved acquisition targeting. You've increased pull-through rates by over 20%. We've heard about others maybe starting to pull back on marketing. So, can you maybe just talk about how you're approaching marketing given the uncertain environment? And what are your acquisition models telling you right now in terms of increasing or slowing acquisitions?

### A - Roger Hochschild {BIO 3134527 <GO>}

Yes. To some of the points I made earlier, we're seeing great opportunities to put money to work and leveraging those advanced analytics. So, I believe that's a big factor in how we're able to hold cost per account flat even as we book more accounts, tightened credit and it remains a very competitive environment. And so, we'll look at the environment. But again, I am excited about what I'm seeing, how well the Discover brand and products are resonating in the marketplace. And the analytic benefits we're seeing are not just on the marketing side. We're seeing them on the credit side. We're seeing in the fraud management side. And I think to the extent we do have a downturn, a lot of our focus has been better analytics around our collection strategies, and I think that will continue to serve us well.

### Q - Unidentified Participant

So, Roger, as we shift and talk a little bit about credit, you've mentioned in the past that Discover uses a through-the-cycle underwriting approach. Can you just talk about what that actually means practically?

### A - Roger Hochschild {BIO 3134527 <GO>}

Yes. So, when we talk about through the cycle, we use a normalized loss rate that includes downturns as opposed to the credit losses we may be seeing at that time. And so that's what keeps us marketing, I would say, on a more continuous basis as opposed to putting a lot of money to work in good times, really cutting back in bad times. You think about 10% unemployment, which would be catastrophic. 90% of people are still employed and maybe looking for a better credit card than the one they have now, and hopefully, that better credit card will be Discover.

And so, I would say the combination of that through the cycle approach as well as just being traditionally a bit more conservative than others in terms of who we book, how we do line assignment, sort of a low and grow strategy in the card space. I think that's what's allowed us to continue to outperform, but also keep investing through downturns.

### Q - Unidentified Participant

And to come back to something that you talked about before, you talked about on the third quarter call marginally tightening underwriting on the lower end. Can you maybe just get a little bit more prescriptive what were the actual types of things that you are tightening? What led to the decision? And are you anticipating any further tightening from here? What would you need to see for us to start making -- to start tightening closer in the traditional prime space?

### A - Roger Hochschild {BIO 3134527 <GO>}

Yes. So, in terms of the tightening that we did, we know how every account we book will perform during a downturn. And so, for those segments that would be most volatile in a downturn, we made some cuts. So, the lower end of prime, as you think about it for our new accounts. To the extent we do feel like we are closer to a downturn or start seeing signs of stress within our portfolio. There are a whole series

of actions we take, whether it's changing the pricing and the offers on the promotional side, reducing the pace and size of line increases, whether they're proactive or the ones requested by consumers.

So, a whole series of levers that we use. As you think about our different product segments, we tend to make the most significant changes to credit policy on the personal loan side because those will be most volatile in the downturn. Cards are really in the middle. And then student loans tend to have the lease changes in credit policy partially because over 80% are cosigned by the parents. So average FICO there of around 770. But also, those students will be graduating two, three years from now into a very different economic environment. So, it doesn't make sense to make as dramatic changes.

## Q - Unidentified Participant

Got it. So, the -- maybe talk a little bit about credit. So, the pace of credit normalization has been much slower than I think you and some peers had initially expected, right? You started the year at 24% to 26%. I think we're in the 1.8% to 1.9% range now. However, we have started to see delinquencies picking up in recent months, so that you alluded to earlier, it's been in line with your expectations. Maybe just talk about what you're seeing across the portfolio. Where is the softening coming from? And what are your expectations for the pace of normalization for here?

## A - Roger Hochschild  {BIO 3134527 <GO>}

Yes. So, the normalization has occurred faster in, I would call, the higher risk segments within the card base. And so that's part of why I think you're seeing different issuers have different experiences based on how much subprime lending they do. And so constructive for us as a prime lender. We do expect the normalization to be largely complete next year in terms of the other segments within our card book.

## Q - Unidentified Participant

And I'm assuming that normalization is assuming the base case for the economy. And obviously, unemployment being the biggest driver of your losses -- maybe just talk about the sensitivity of your credit portfolio today, the changes in unemployment. And if we get back to (inaudible) up 150, 200 basis points, what do you think that means for the performance of Discover's credit?

## A - Roger Hochschild  {BIO 3134527 <GO>}

Yes. It's hard to draw a direct correlation between any specific unemployment level and what our charge-offs would be. I mean I think the pandemic was a great lesson in that, right, where unemployment rent to almost unbelievable levels, yet between the fact that a lot of that unemployment was entry-level, retail, hospitality, restaurant. And so, there wasn't a big overlap with our base as well as the amount of government support, you saw virtually no move or even a reduction in charge-offs. So, I actually am probably more constructive than many on the job market.

You're seeing a lot of high-profile headlines around layoffs in the technology sector. But if you look at the latest jobs report, very robust. I think the combination of the number of people who left the job market during the pandemic and seem not to be returning as well as other trends such as onshoring of manufacturing. I feel pretty good about the at least near-term future for employment. And again, unemployment is the biggest driver of losses for a prime card issuer.

## Q - Unidentified Participant

So, you -- earlier on, you referenced collections. Obviously, we haven't seen a downturn or true downturn in a long period of time. But maybe just talk about how the analytics and technology have changed the way you approach collections? And what could that mean if we hit a downturn.

## A - Roger Hochschild  {BIO 3134527 <GO>}

Yes. Great question. So as with everything, big migration and collections towards digital channels, and it's very effective. Many people who are in a challenging situation actually don't want to talk to anyone about it. But if you provide them with tools and options online, they will engage. So, it's been a big focus of ours as well as advanced analytics, being able to identify earlier on, so 30-day delinquency even current, which are the customers that are more likely to charge off versus which ones are sloppy payers, that enables radically different collection strategies. And maybe the last piece continuing to leverage our great workforce out there. As I said before, 100% U.S.-based, but we also do all of our collections. So, all activity prior to charge-off with our own people in-house, and we think that creates a fundamentally better customer experience but also lower loss given the fall.

## Q - Unidentified Participant

So, Roger, since I've known you, you've been the President of the company and the CEO, I don't think you've ever been the CFO, but going to make you put on your CFO hat for a minute or two here. So, when we look at your allowance today, it's above day one so despite better credit. Can you just explain why that's the case?

## A - Roger Hochschild  {BIO 3134527 <GO>}

I'll channel my inner John Green for you here. So, there is nothing magic about that day one number. I think sometimes when we talk to investors out there, this strange gravitational pull, and you'll get back to day one. It reflects a certain portfolio and a certain set of economic conditions. And unless you match those exactly, you're not going to go there. So, we feel good about the level of reserves we have. We forecast for a range of economic scenarios. I think if you look at the last quarter, you can see that the build was almost entirely due to the growth in loans as opposed to a change in assumptions. And so those are some of the factors that go into it.

## Q - Unidentified Participant

Maybe to switch to talk about some of your other businesses. So personal loans are now growing double digits. Student has remained in the single-digit range. Maybe just talk about what you're seeing in those businesses? Is it the right time to be

growing personal given where we are in the economy? And what are you thinking about for the student loan business as we think about the next 12 months ahead?

## A - Roger Hochschild  {BIO 3134527 <GO>}

Yes. So personal loans is a very challenging business. And it is really all about underwriting. That's where we've deployed our most leading-edge analytics and are seeing great performance. So, we're confident in the loans we're booking on. But again, that also is there where we will make the fastest and most dramatic changes to credit policy. It's a great environment for first loans. The vast majority of our loans are used for debt consolidation, average ticket of about $19,000. And with rates going up, a lot of consumers are now looking to consolidate their credit card debt and bring it to a lower rate. So really excited about returning to growth there.

The business you did mention, home equity is also seeing very strong demand because given where mortgage rates are, people are really unable or unwilling to do cash out refis. And so strong demand for second mortgage home equity products, which is where we play. In student loans, I think it's been public. We've had some compliance challenges there, but the team is doing a lot of great work. I'm really excited about that product. We see good returns. We're the second largest originator of private student loans. It's a great way to get your product and your brand in front of the next generation of consumers. So that's a business that I'm very excited about.

## Q - Unidentified Participant

Maybe two more questions for me in the last two minutes here, Roger. So earlier, you talked about the desire to invest in some deposit products. When we're thinking about funding going ahead, you talked about growing $10 billion during the pandemic. What are some of the investments you're looking to make in the funding strategy? And how does that help drive growth across the Discover platform?

## A - Roger Hochschild  {BIO 3134527 <GO>}

So, the biggest one is our debit account. Really excited about that. We launched it this year, pulled back on the marketing because of the amount of fraud we were seeing. The financial impact of that was manageable, but it caused us to deteriorate service levels, which wasn't something we want to do. And so, we'll be relaunch that product next year with some more advanced capabilities. I'm really excited that can provide a brand-new entry point into the Discover franchise. And that cash back on debit, leveraging our proprietary debit network is a real differentiator in the marketplace. So that's probably the biggest thing going on, on the funding side.

## Q - Unidentified Participant

Maybe one last question for me that I always like to close with. So, stock relatively has done very well, probably not where you'd like it to be. And I guess, as you're speaking to investors, is it just all about the cyclicality? What do you think investors are missing still at this point about the Discover story?

## A - Roger Hochschild {BIO 3134527 <GO>}

I think they can sometimes get overwhelmed with sort of fear of what may happen in the next couple of months or six months as opposed to, I think, thinking about the longer term. And we always try and manage the company for the longer term, and that's how we hope to create value for our owners. So, I would just encourage everyone to take that longer-term perspective.

## Q - Unidentified Participant

Great. Well please join me in thanking Roger.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*