# Exhibit 13

FINAL TRANSCRIPT
Discover Financial Services (DFS US Equity)

2023-02-14

# Credit Suisse 24th Annual Financial Services Forum

## Company Participants

- John Greene, EVP & CFO
- Moshe Orenbuch, MD & Analyst

## Other Participants

- Unidentified Participant, Analyst, Unknown

## Presentation

### Moshe Orenbuch  {BIO 1497419 <GO>}

Good morning, everyone. Thanks for joining us.

We are very pleased to have with us the management of Discover Financial.

Discover has been able to leverage its leading brand to essentially build and grow its revolving credit card book faster than peers and oftentimes with less risk.

So its long history has kind of shown that, and it's a function of its proprietary network and proprietary brand. It's allowed us to add accounts at lower cost and at times, including in 2023, to introduce new products that can help expand its reach and into customers-- its customer penetration.

John Greene, the CFO, has been with us before. He joined Discover in 2019. Before that, he was CFO of a publicly traded biotech company as well as a publicly traded insurance company and divisional CFO responsibilities at a number of large financial and industrial companies.

So we look forward to the discussion, John. Welcome.

### John Greene  {BIO 18686604 <GO>}

Thanks, Moshe, appreciate it.

Let me be maybe the first to wish you Happy Valentine's Day.

## Questions And Answers

Discover Financial Services (DFS US Equity)

## A - Moshe Orenbuch {BIO 1497419 <GO>}

Oh, thank you. You actually are the first.

All right. Now that we've gotten past that-- we're a couple of months into 2023, you did issue guidance as part of your normal fourth quarter process, talked a lot already about some of these things.

But can you give us an update perhaps on how you're thinking about the health of the consumer, their ability and willingness to carry debt and maybe what you're seeing currently in the portfolio, given that you did release your portfolio metrics before this presentation.

## A - John Greene {BIO 18686604 <GO>}

Yes. I'd be happy to. So the consumer remains strong. So what we're seeing is still a robust level of activity in terms of sales and use of credit products and just overall spending. The employment data continues to be super, super strong, which is certainly a positive for lenders like us. We still see the job market being robust, so, still way more job openings than there are unemployed people. I think the ratio is about 1.9 to every single unemployed person. What we're also seeing is credit card balances as a percent of disposable income to be less than it was pre-pandemic.

So all those factors indicate that the consumer remains in a very, very solid position. We are seeing, however, the savings rates come down, the percent of balance in terms of disposable income, increasing versus where it was back 6 months ago. So we view the consumer to be in great shape, but we're also viewing it as late cycle. So for us, what that means is we're looking out over the horizon and ensuring that we're making good, conservative credit decisions that help generate capital over the long term.

## A - Moshe Orenbuch {BIO 1497419 <GO>}

So you've put out kind of a reasonably high growth expectation. I think a good chunk of that comes from your existing customer base kind of normalizing their balances and payment rates. Maybe talk a little bit about how that fits into that, and we'll talk then after about your marketing plans for this year.

## A - John Greene {BIO 18686604 <GO>}

Yes. So loan growth was extremely robust last year. So if a consumer lender grows at 20% year-over-year, you'd start to ask ourselves some questions about underwriting standards. So we've been remarkably consistent with our underwriting standards and still had that strong double-digit loan growth. So what drove that? It was new account acquisitions, a robust level of account acquisitions last year. We had certainly a high volume of sales running through the card. We also saw some payment rate normalization.

So as we look from '22 into '23, what we said is-- what's going to remain constant, what's going to change? So certainly, a component of the growth will be new account generation, likely year-over-year growth but not at the same level of growth as we saw from '21 to '22. Sales activity, we expect to continue to be strong relative to historical levels, but not at the level that we saw in '22.

Payment rate normalization-- so, still, the payment rate is about 300 basis points higher than it was at pre-pandemic level. We expect that to continue to normalize and probably end up somewhere between 100 and 150 basis points higher than where it was pre-pandemic on an ongoing basis. So all those factors are helping to drive positive loan growth in what we think will be double digits.

## A - Moshe Orenbuch {BIO 1497419 <GO>}

Right. As you kind of look out with respect to new customer acquisition, you mentioned careful underwriting practices. Talk a little bit about what you're seeing from competitors and what Discover is doing to continue to grow accounts somewhat carefully in that environment.

## A - John Greene {BIO 18686604 <GO>}

Yes. So the competitive environment remains, what I'll say, consistent from what we saw in the fourth quarter of '22. So certainly, formidable competitors out there. What we're seeing in our segment, which is that prime revolver segment, is behavior that is not abnormal-- so, competitive. But, we feel our value proposition in terms of no annual fee, cash back, customer service and the digital capabilities that we're offering, help continue to differentiate. In terms of new account acquisition, we continue to see significant opportunity to generate positive new account, both in the card and personal loan space. So we're pleased with our position right now.

## A - Moshe Orenbuch {BIO 1497419 <GO>}

Got it. Anything-- I mean, you've had a very stable position in the rewards space. Your proposition has been consistent, well received. Any changes that you're seeing out there from that-- in the competitive environment that would cause you to do things differently or still steady as it goes?

## A - John Greene {BIO 18686604 <GO>}

The space is competitive. So the super-prime area tends to be the most competitive. Where we target, in that prime revolver segment, I would say, status quo in terms of rewards competitiveness. So we finished the year '22 at a rewards rate, I think at 1.41%. We expect 2 to 4 basis points of rewards inflation. We did make a couple of tweaks to the program. So historically, we have pre-announced 4 quarters of the 5% categories, and what we did this year is we announced the first quarter and then we'll update it quarterly.

The reason we made that change is to optimize around the reward offerings and be able to, hopefully, put the right merchants out there so that we can attract a high level of appetite in terms of the usage of the 5% category, a high level of value for the 5% category, both real and perceived. Then, we continue to look at the analytics

on those categories to ensure that not only were we picking up a level of sales on those 5% categories, but also on other categories outside of the 5% categories for the people that are using the card. And by doing that analytics, we are, I think, overall reducing the pace of rewards inflation, while creating a lot of value for our customer base.

### A - Moshe Orenbuch  {BIO 1497419 <GO>}

So the guidance that you gave for credit losses, it was a fairly significant increase on a year-over-year basis. I guess, to some degree, it's-- we're sitting here in the middle of February, and things are probably, from a macro standpoint, a little better. Could you talk a little bit about your thoughts on that guidance in light of where we are today and maybe drill down for us a little bit in the performance of various vintages that you had called out in terms of that?

### A - John Greene  {BIO 18686604 <GO>}

Yes. Happy to. So the reserve guidance was formulated based on probably 3 factors. One, (inaudible) of what we thought was going to happen. Two, was what we're seeing in in the portfolio in terms of normalization. The third piece had to do with the seasoning of the newer vintages. When we came out, the initial sense was that seasoning wasn't anticipated, and certainly, we put on $20 billion worth of assets in 2022. Those accounts are going to season through into '23, into '24.

Effectively, what we shared was a view of the first 6 months, what was likely going to happen, and that's largely determined based on initial reads on roll rates. Then, beyond that, beyond that 6 months, we use analytical models in order to make a determination of where we see the credit losses to go.

So what we're seeing is the normalization and seasoning of the portfolio, both the '21 and '22 vintages as well as normalization of those vintages prior to 2021. The expectation is today that the pace of change will decrease in the second half of the year. So if you think about a loss curve that is moving north and then bending over into the second half of the year -- still moving north, but at a lesser extent month-over-month.

### A - Moshe Orenbuch  {BIO 1497419 <GO>}

One of the big topics in the industry, perhaps not as big for Discover as for some others, though, is the recent proposal by the CFPB to cap late fees on credit cards. Could you talk about your level of engagement or concern with this proposal and any actions that you're planning to take with, and in response to it?

### A - John Greene  {BIO 18686604 <GO>}

Well, certainly, the proposal that came out, we were aware that there was some work to develop it, and as we look at it, in terms of Discover's model. So we market ourselves as no fee cashback product, right? So we do charge late fees certainly, but it's not a large piece of our revenue base. So as-- to put it in context, Discover's late fees somewhere between 3.5% and 4% of overall revenue. So much less significant than some other players.

The other thing that's important to keep in mind is, from a Discover customer standpoint, first incidence of a late fee is automatically waived. The second instance, if a customer calls in, typically waived. So you're talking about 3 customer contacts before actually late fee is imposed upon the customers, and we view that as a deterrent to not paying. So what we hope is that there's a proper recognition of the cost to serve, as well as the deterrent factor as this proposed regulation gets ultimately codified.

Now there's some work in industry groups to make sure there's balance on it, and we're participating with those industry groups.

## A - Moshe Orenbuch  {BIO 1497419 <GO>}

You mentioned seeing better demand from the consumer-- the installment portfolio as well. You're one of, I think, one of the higher quality kind of portfolios that's out there. So maybe talk a little bit about that. I would assume that some of your competitors probably had less funding in advance and other things. Talk a little bit about how you see the competitive environment there?

## A - John Greene  {BIO 18686604 <GO>}

Yes. So the personal loan space competitive environment has actually weakened a bit. So it's less competitive than what we saw certainly a year ago, and that's certainly a positive for Discover. So we originate in that prime area-- as interest rates are increasing, we're seeing increased demand for a debt consolidation product, which positions us very, very well.

So in terms of that debt consolidation, when we originate to those prime customers, 70% of the loan balance needs to fund directly to the debtors-- or to their creditors. So what that does is it actually gives our customers a lower overall payment and improves credit performance and the ability to pay repay us. So we think we're in a great spot in terms of having a relevant offering in a rising rate environment.

## A - Moshe Orenbuch  {BIO 1497419 <GO>}

A similar type of question on student lending-- add to it the kind of twist that the federal government is doing all sorts of things, they're trying to get federal loan forgiveness, which doesn't apply to your portfolio. At the same time, whether that may or may not go forward, but they're also trying to do some things to limit borrowers' repayment-- income-based kind of repayment, to expand that significantly. Can you talk about how you think that may affect Discover's growth in student lending?

## A - John Greene  {BIO 18686604 <GO>}

Yes. So historically, we've grown that product between 3% and 5% a year annually on the organic portfolio. Over the last 3 years, since the pandemic actually, the enrollments and colleges actually declined about 7%. So what we're seeing is growth in the portfolio despite a smaller marketplace. Now, our product typically comes in behind the federal programs, and it's largely cosigned. So on the underground portfolio, 90% are cosigned, all with prime customers or largely by prime customers.

So it positions us very, very well in terms of the ability to get repaid even in the face of some uncertainty as a result of the federal program. So we'll see how things evolve, whether or not there's any potential moral hazard on the back end of this, which, its frankly too early to make a determination. But, in terms of the underwriting quality, super good. And growth, we don't want it to become a larger percent of the portfolio than it has been historically. So we'll continue to market and allocate capital in that way.

## A - Moshe Orenbuch  {BIO 1497419 <GO>}

Got it. One of the things I alluded to in the introduction is your ability to launch new products, and you did say that you were planning to relaunch the Cashback Debit product this year. Can you talk a little bit about the benefits to Discover from that? What have you learned so far, and what refinements have you made to that product?

## A - John Greene  {BIO 18686604 <GO>}

Yes. We're really excited about the product. So the initial offer was met with a great response. We had a high volume of applications coming in, and there was also a higher level of fraud coming in than what we expected. The product features were actually put in place to position us well over the long term versus some of the fintech competitors that were offering savings and checking products.

Essentially, what it did was we created both a product with great features that allows us to enjoy debit interchange revenue and then actually pass some of that back on to our customers while creating a first-class digital experience. So upon the relaunch, we're really, really hopeful that it will ultimately create an entirely new set of customers that over time-- can become customers that will also be able to lend profitably to. So touch wood, we're really excited about it, and initial indications were positive.

## A - Moshe Orenbuch  {BIO 1497419 <GO>}

Great. Let's talk a little bit about capital. You paused your capital return for a portion of 2022. You then restarted it. Discuss how you think about that targeted capital levels? Are there issues, given where we are in this current economic environment? How do you see those targeted capital levels evolving over time?

## A - John Greene  {BIO 18686604 <GO>}

Yes. So what we've historically said is we would-- we had a target of 10.5% and we've been persistently higher than that. In 2022, we put forward a really, really robust plan in terms of return of capital. We are executing on that very, very well, and then we had to pause at the end of the second quarter into the third quarter. Fortunately, we got that behind us. At the end of the year, I believe we had $2.8 billion remaining on our authorization, and the plan is to execute on that authorization in the first quarter of '23 and into the second quarter of '23. Then, we'll share a proposal with our Board.

The expectation is that we'll continue to maintain our capital allocation priorities. So first, investment in organic growth. Second, return excess capital to shareholders.

Then third, if there's some sort of bolt-on M&A, we'll look at it. But, no major changes in the priorities.

### A - Moshe Orenbuch  {BIO 1497419 <GO>}

Since you mentioned M&A, do you think of that more as portfolios? Do you think of it more as small companies with capabilities? What do you think is the more likely use of some portion of that excess capital?

### A - John Greene  {BIO 18686604 <GO>}

So we've been able to generate a high-level organic growth through our normal channels. So it's highly unlikely that there would be any allocation of capital towards a portfolio purchase. So if there's some capability in the payments area, that would be the area we would go at first.

### A - Moshe Orenbuch  {BIO 1497419 <GO>}

Got it. I've got some more, but why don't we see if there are questions in the room, and then I'll go back to mine at some point. (Operator Instructions)

One of the things that's been interesting about this cycle is, obviously, the growth rate of assets has been strong, and that has required a high level of funding, and it's caused deposit competition to be probably a little hotter, particularly for online banks perhaps than some might have thought. Can you talk to us about where we are in that now? How do you feel about where your deposit pricing has been? And then we'll talk a little bit about your net interest margin as well.

### A - John Greene  {BIO 18686604 <GO>}

Right. So we certainly did see in the first three quarters of '22, a greater and competitive intensity for deposits than certainly any time in the previous-- go back 10 years. That was driven by the robust level of consumer asset growth across the industry. What we began to see in the fourth quarter was the pace of rate changes slowing, and that has continued into the first actually 1.5 months of 2023. We do expect the pace of rate changes to-- there will be certainly a correlation to the Fed rate hike cycles. But, certainly, the aggressiveness by which folks were changing prices, I think, will dissipate further in 2023. So that's certainly beneficial from an overall funding cost.

We think our deposit offerings are in great shape in terms of a great digital experience-- very, very competitive rates. Then, also when you look at kind of the brick-and-mortar banks, certainly, there's enough disparity between what our offering and those offerings that it creates an attractive flow, which will further dampen their pressure to increase deposit rates. A matter of fact, as we looked at our flows in the fourth quarter of 2022, 60% came from the top 4 brick-and-mortar institutions. So further proof that the differentiation is making a difference.

### A - Moshe Orenbuch  {BIO 1497419 <GO>}

Right, and you're actually one of the few kind of card issuers that's had a positive net interest margin outlook during this rising rate environment, and it continues into at least the early part of 2023. Can you talk a little bit about what-- maybe, is there something you've done a little differently on the funding side? What gives you that confidence that's going to continue?

## A - John Greene  {BIO 18686604 <GO>}

Well, certainly, over the past 3, 4 years, we did a lot of work on our our funding stack. So taking meaningful steps to have 70% to 80% of our assets funded through deposits. We were well on the way to hitting the lower end of that target, and then we had incredible loan growth in '22 that put that funding rate in the lower to mid 60s. We continue to believe that that's the right course, and we're going to continue to execute on that. The other sources of funding, certainly-- broker CDs, we increased the balances-- or broker deposits, excuse me-- we increased the balances there by about $10 billion last year.

That becomes a very, very good outlet for us in terms of being able to not lock in to fixed forms of funding and use the broker CD channels as a way to ebb and flow with the needs of the balance sheet. It's frankly, a very, very cost-effective way to do that. Then, certainly, the ABS, we came back into the ABS market pretty strong last year, generating or originating about $5 billion of ABS transactions for people to invest in. So certainly, multitude of funding sources with the primary focus on that deposit franchise that I just talked about.

## A - Moshe Orenbuch  {BIO 1497419 <GO>}

So we talked a little bit before about your kind of marketing approach into 2023. Can we talk a little bit about the expense side of that? Obviously, you're still able to add new accounts in the credit card, you're relaunching the cashback debit. Talk about your plans. You've said-- I think, the public comments said double-digit increase in marketing spend. Just talk a little bit about what's driving that? What would it take for you to rethink that and pull it back if things didn't go the way you thought?

## A - John Greene  {BIO 18686604 <GO>}

So the primary driver of the increase is the opportunities we see. So we still see opportunities to generate positive new accounts that will be highly capital generative. So that's number one. Number two, is certainly deposit marketing and continue to focus on that. Number three, the cashback debit and putting the right level of new customer acquisition as well as broader messaging around that product will be important. Then, finally, we're going to continue with the broad brand messages in terms of no annual fee, cashback.

You might have seen some of the ads on our online security feature that we added-- at three, that's frankly a differentiator versus other card companies. So those sorts of messages will be important. Then, the NHL sponsorship and big 10 sponsorship programs will continue to be in place. So a marketing program that's focused on customer acquisition as well as increasing overall consideration and product awareness.

### A - Moshe Orenbuch  {BIO 1497419 <GO>}

Great. We'll take one last go around the room.

(Operator Instructions) We got one right here.

### Q - Unidentified Participant

Thanks for explaining the mix of funding. What scenarios of the rate curve will make you change your view by that mix? So I can see these are very convenient now if you don't want to lock term funding. But again, after the CPI number, we've taken one rate cut again. So can you guide us depending on how you see the path of rates, how your mix of funding would look like?

### A - John Greene  {BIO 18686604 <GO>}

Yes, great question. So specific to deposit pricing-- we haven't inverted our price curve at this point. We're looking to do that on the longer tenured CDs, which-- that way, we won't be locked into more expensive funding as the increasing rate cycle dissipates, which we think will likely be late '23 and into '24.

So that's the first approach. Then, the other piece in terms of rates is aligning our marketing with any potential rate changes allows us to be less aggressive in terms of rate increases-- that will be important for us. In terms of the funding of the balance sheet, we're asset-sensitive right now. We've taken some steps to make our company less asset-sensitive. We're going to continue to take those steps through 2023 and then continue to keep an eye on the forward curves and Fed actions in the overall economy.

### A - Moshe Orenbuch  {BIO 1497419 <GO>}

Just to follow up on that-- it would seem that you got savings rates and others that you could move down in response to-- if the Fed were to-- if that were to happen in late 2023 or in 2024, I would imagine that by then, the deposit pricing environment would probably be a little less intensive. So how do you think about the margin in a declining rate environment?

### A - John Greene  {BIO 18686604 <GO>}

We'll certainly cross that bridge when we get there. But, it will be predicated on a couple of different factors. Certainly, funding needs will be number one. Competitive dynamics will be number two. When we went through the last rate decrease cycle, we were more aggressive than Discover had historically been in terms of moving down.

The reason being is we felt very, very comfortable that making those changes would not impact our ability to generate funding. Frankly, this ties back to my original comment on deposit pricing. There's enough disparity between us and the brick-and-mortar banks that we feel like there's still a great offering there for consumers.

FINAL TRANSCRIPT                                                                                                                     2023-02-14
Discover Financial Services (DFS US Equity)

### A - Moshe Orenbuch {BIO 1497419 <GO>}

The last major topic that I want to talk about a little bit-- we talked a little bit about marketing expenses, talk about the rest of the expense base. You've talked many, many times about the steps that Discover is taking to invest in certain areas of analytics and other things that have helped you maintain and increase that competitive advantage. Can you talk about how much of that is going on and the context of your overall non-marketing expense guidance?

### A - John Greene {BIO 18686604 <GO>}

So Discover historically has been disciplined around its allocation of expense dollars. I've spent the past 3.5 years talking about that and also internally helping with the team to kind of refine our thinking around that. As we looked at 2022, we saw an opportunity to invest for long-term and medium-term profitable growth on top of years of near record or record profits. So as we look at 2023, we felt, certainly, like the opportunity to continue to invest to build capabilities was there.

Some of the specific investments that we've made have been focused on reducing customer attrition. So having kind of triggered offers in order to prevent attrition and drive the card to top of the wallet. We've invested in collection analytics, we've invested in new customer targeting, we've launched Instant Credit, which makes credit available as soon as the customer opens an account. Then, we've also made improvements in terms of the flow, from application to offering a card. All those have helped make a difference in terms of the customer experience or the customer value that we enjoy. We're going to continue to do that.

In 2022, we also, in the back half of the year, we increased the number of FTEs, full-time equivalence people, both in the collection and customer service but also in headquarters. What we'll see in '23 is the impact, especially in the first half, when you do comparisons quarter-over-quarter, certainly, salary and wage growth will be higher than it has been historically.

We expect that to dissipate and reduce relative to-- on a percentage basis in the second half of the year as the comparisons are there. But, the overall point is we're going to continue to remain disciplined. We see opportunities to invest to build capabilities. We've talked about in the past, creating more dollars available to fund growth and less in headquarters, and that will remain a focus of ours today and going forward.

### A - Moshe Orenbuch {BIO 1497419 <GO>}

Got it. With that, please join me in thanking John for his time this morning.

Thank you, John.

### A - John Greene {BIO 18686604 <GO>}

Thank you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*