# Exhibit 15



**2022** Annual Report



# Meeting Our Commitments to Customers and Regulators— Compliance Management

Everything we do starts with a focus on our customers, including the products and services we offer, the exceptional customer service we provide and managing risk to prevent issues that could impact them. Managing risk is an essential part of the way we work and requires a strong compliance management system (CMS). We have focused on three key areas to strengthen our CMS over the past few years:

- Increased management oversight through a dedicated team in compliance that monitors regulatory changes and helps assess our processes and make required changes to avoid customer harm.

- Strong compliance programs to ensure we understand and follow regulatory requirements, identify potential risks, and put in place robust, effective processes that we regularly monitor and test to be certain they are working as designed.

- Identifying and solving problems before customer harm happens, or when mistakes do occur, find the root causes, fix them quickly and prevent them from happening again.

When we know, monitor and improve our processes through strong compliance management, we enhance the customer experience and eliminate or mitigate issues before they cause customer harm.