# Exhibit 17

FINAL TRANSCRIPT
Discover Financial Services (DFS US Equity)
2023-05-11

# Annual General Meeting

## Company Participants

- Eric Wasserstrom, Head Investor Relations
- Hope Mehlman, Chief Legal Officer, General Counsel and Corporate Secretary
- Roger Hochschild, President, Chief Executive Officer & Director
- Thomas G. Maheras, Independent Chairman, Risk Oversight Committee

## Presentation

### Operator

Hello, and welcome to the 2023 Annual Meeting of Shareholders of Discover Financial Services. Please note, this meeting is being recorded. It is now my pleasure to turn today's meeting to Mr.Thomas Maheras, Board Chair for Discover Financial Services. Mr.Maheras, the floor is yours.

### Thomas G. Maheras  {BIO 1966775 <GO>}

Thank you. Good morning and welcome, everyone. I would like to call the 2023 Annual Shareholders Meeting of Discover Financial Services to order. I'm Tom Maheras, your independent Board Chair, and I'll be serving as Chair of today's meeting. Welcome to all our shareholders and guests, and thank you for joining us today.

On behalf of the Board, we greatly appreciate your continued support and investment in our company. Discover remains committed to its mission to help people, achieve brighter financial futures, and we remain committed to representing your interests. This year, Cynthia Glassman and Michael Moskow are retiring from the Board in accordance with Discover's retirement policy. We will miss their leadership and commitment, and the Board thanks them for the valuable contributions both have provided over their years of service.

Now, I will turn it over to Hope Mehlman, our Corporate Secretary, who will be serving as Secretary for this meeting.

### Hope Mehlman  {BIO 20080681 <GO>}

Thank you, Tom. Today's virtual meeting is a live is a live audio webcast. We believe in engaging with our shareholders and we hope that this virtual meeting will maximize the participation of shareholders regardless of their location. Thank you very much to those of you who are participating today.

I would like to introduce members of senior management who are participating in today's meeting. Roger Hochschild, Director and Chief Executive Officer and President; John Greene, our Chief Financial Officer; and Eric Wasserstrom, Vice President, Investor Relations. A representative from Deloitte & Touche, our independent registered public accounting firm, is also present today and will be available to answer appropriate questions during the question-and-answer session.

In addition to Roger and Tom, the Board members in attendance are Jeff Aronin, Chairman and CEO of Paragon Biosciences; Mary Bush, Chair of Bush International and Former Managing Director of the Federal Housing Finance Board. Mary is the Chair of the Nominating Governance and Public Responsibility Committee. Greg Case, CEO of Aon, PLC. Greg is the Chair of the Compensation and Leadership Development Committee. Candace Duncan, Retired Managing Partner at KPMG; Joseph Eazor, Former President and Chief Executive Officer of Clareo. Cynthia Glassman, Former Under-Secretary for Economic Affairs at the U.S. Department of Commerce and Former Commissioner at the U.S. Securities and Exchange Commission. Cynthia has served as Chair of the Audit Committee. Michael Moskow, Retired President and CEO of the Federal Reserve Bank of Chicago.

Michael has served as the Chair of the Risk Oversight Committee. Don Owen, Retired Chief Operating Officer of Regions Financial Corporation. David Rawlinson, President and Chief Executive Officer of Qurate Inc Mark Thierer, Managing Partner of AssetBlue Investment Group; and Jennifer Wong, Chief Operating Officer of Reddit. Also joining is Director Nominee, Beverley Sibblies.

I will now call your attention to the rules of conduct set forth for this meeting. These were made available to each shareholder on the meeting website. The agenda for today's meeting can also be found on the meeting website.

First, we'll consider the proposals that you are voting on. Following the presentation of the proposals, Roger will provide a brief update on the company. We will then present the preliminary report of the Inspector of Elections and conclude the formal part of the meeting. At that point, we will hold a question-and-answer session.

As noted in the rules of conduct, only shareholders of record as of the record date are permitted to vote or submit questions, while participating in this meeting. You may submit questions online by clicking the Q&A tab in the upper right corner of the meeting center screen. Participants logged into this meeting as a guest will not be able to submit questions.

I will now report on the notice of the meeting and the proxies received. This meeting is being held pursuant to the notice of the meeting. The notice of the meeting and the proxy materials were mailed by Computershare, the company's transfer agent, beginning on March 29, 2023 to all shareholders of record as of March 13, 2023. As a result, the meeting is being held pursuant being held pursuant to proper notice. The Annual Meeting and proxy statement are available on the Investor Relations page of our website and the link is provided to the meeting website. Proxies representing

FINAL TRANSCRIPT
2023-05-11
Discover Financial Services (DFS US Equity)

more than 90% of the 259,360,576 shares of the company's outstanding stock eligible to vote have been received. I declare that a quorum is present.

Accordingly, the meeting is duly constituted and we may now proceed to the business of the meeting. The polls are now open for voting and will close after the items have been presented. Computershare has been appointed as the Inspector of Elections for the meeting and a representative from Computershare is in attendance today. Most shareholders have already voted by proxy, and your proxy vote has been tallied. If you've not voted or wish to change your vote, you may do so now by clicking on the cast your vote link provided online. If you have previously voted by proxy and do not wish to change your vote, your vote will be cast as previously instructed and no further action is required.

The first item to come -- the first item of business to come before the meeting is the election of directors. The following 12 individuals have been properly nominated by the Board. Jeffrey Aronin, Mary Bush, Gregory Case, Candace Duncan, Joseph Eazor, Roger Hochschild, Thomas Maheras, John Owen, David Rawlinson, Beverley Sibblies, Mark Theirer, and Jennifer Wong. The Board recommends a vote for each of the directors on the ballot.

The second item of business to come before the meeting is the advisory vote to approve named executive officer compensation. This proposal is discussed in the company's proxy statement and the Board recommends approval of this proposal.

The third item of business to come before the meeting is the advisory vote to approve the frequency of the future advisory votes on named executive officer compensation. This proposal is discussed in the company's proxy statement and the Board recommends approval of the frequency period of one year.

The fourth item of business to come before the meeting is the approval of the company's 2023 Omnibus Incentive Plan. This proposal is discussed in the company's proxy statement and the Board recommends approval of this proposal.

The fifth item to come before the meeting is the ratification of the appointment of the company's independent registered public accounting firm, Deloitte & Touche. This proposal is discussed in the company's proxy statement and the Board recommends approval of this proposal.

That concludes the presentation and Maheras for shareholder consideration. The polls will remain open for a few more minutes.

Now, I'd like to ask Roger to talk to you about Discover and how we are working to deliver value to you.

## Roger Hochschild  {BIO 3134527 <GO>}

Thank you, Hope. I'd also like to welcome our shareholders. It's a pleasure to be with you today and I'm happy to give you an update on our business. I want to remind you that today's presentation contains certain forward-looking statements about the company's future financial performance and business prospects, which are subject to risks and uncertainties and speak only as of today.

Factors that could cause actual results to differ materially from these forward-looking statements are set forth in the company's annual report and Form 10-K for the year-ended December 31, 2022, which is available on the company's website and the SEC's website, the company's quarterly report on Form 10-Q for the quarter ended March 31, 2023 and subsequent reports on Form 8-K. I'd like to begin with Discover's vision, mission, and values, which are the foundation of our company and guide our approach in all we do.

Our vision is to be the leading consumer bank and payments partner with a mission to help people achieve brighter financial futures. We are committed to doing the right thing at all times. Our values are central to our success and help deliver another strong year. Discover is one of the largest digital banks, offer in the United States, offering a broad array of products, including credit cards, student loans, personal loans, home loans, and deposit products. Some of our key enhancements last year included launching a new free online privacy protection benefit, which helped more than 3 million customers remove more than 30 million personal records from select people search websites.

We expanded instant credit to give customers immediate access to spending power. We relaunched an enhanced cashback debit account featuring 1% cashback on debit transactions, unveiled a new personal loans website to provide an optimized user experience and incorporating ADA best practices, and we continue to prioritize contactless technology enabling a tap on mobile feature allowing merchants to accept contactless payments on their smart devices.

In 2022, we achieved a net income of $4.4 billion or $15.50 per diluted share and drove growth across our business. We grew new card accounts and total loan receivables by 23% and 20% respectively and maintained our disciplined approach to underwriting and credit management. Our net charge off rate was 1.8%, customer deposits grew 14%, and Diners Club International grew 29%, benefiting from rising international travel. We've grown global acceptance to 70 million acceptance points and established new partner relationships in Europe, South America and Asia. In addition, we achieved 31% return on equity and 39% efficiency ratio. We also repurchased $2.4 billion in common stock, increased our dividend by 20% and will look to sustain attractive levels of capital return to our shareholders well into the future.

Discover entered 2023 with strong momentum and is well-positioned to become the leading consumer DFS bank and payments partner. We have a trusted brand and a large, loyal customer base. We have a winning business model, 100% consumer focused, fully digital and we have our own proprietary payments network, the third largest in

the world in terms of merchant acceptance. We've invested significantly in data and analytics, and are making key advancements in technology.

In 2023, we're focused on maturing our compliance and risk management, including strengthening our monitoring and testing, and strengthening all three lines of defense to better identify, assess, and mitigate risk. We're accelerating growth by driving awareness of the products and features we offer. We'll also continue to improve our mobile-first experience and enhance existing products to ensure they meet consumers' changing needs.

We want to increase technology productivity and expand the impact of data and analytics, including creating highly personalized, in-the-moment interactions with customers and prospects who use our website or mobile app. We're focusing on talent and improving the way we work by bringing more jobs to Chicago through our Chatham Customer Care Center, which will bring 1,000 jobs to Chicago's South side by 2024; and AARC@606, our Advanced Analytics Resource Center, which will help us attract top data and analytics talent for years to come.

We remain committed to diversity, equity and fostering an inclusive culture where all employees are respected, valued and enjoy the freedom to be themselves. And we're reducing costs and improving efficiency to free up more funds for investment. We had a strong first quarter in 2023 as our value proposition continues to resonate with consumers. Our total revenue was $3.8 billion, up 29% from a year ago, and we recorded $1.6 billion in PBTR, profit before taxes and reserves, a 15% increase over 2022. Total loans increased 21% year-over-year, reflecting stable sales growth, new account growth and strong loan originations.

Our net sales grew 9% over last year with the largest spend increase in the service category. Our net charge off rate was 2.7%, up 111 basis points from last year. For context, the charge off rate in Q4 2022 was 2.1%, and in 2022, Discover experienced record low charge offs. Total network volume was up 9% and we reported a net income of $1 billion translating into earnings per share of $3.58.

We had an especially strong Q1 given the uncertainty in the broader economic client. In addition to continued inflation and rising interest rates, 3 of the 30 largest banks in the United States have now failed. It's clear our business model with balanced funding and robust capital levels provides a competitive advantage and we're well-positioned for continued success.

Operating with a strong base of capital, liquidity and funding ensures we can reliably and consistently grow our business. We manage our capital to standards well above regulatory and use rigorous stress tests to inform how much liquidity we hold, funding most of our loan assets with stable cost-effective deposits from our large and diverse base of customers. More than half of our balances have been with us for at least five years, and nearly two-thirds also have a lending relationship with Discover.

In -- 2022 brought a series of macroeconomic challenges, but Discover still had one of the best years in company history. As we continue into 2023, we will adjust as economic conditions evolve. We believe our earnings power, investments in technology and analytics, and the strength of our balance sheet will yield strong returns and help support our strategy of becoming the leading consumer bank.

We're also committed to driving lasting change in our communities, and I encourage you to read our ESG report, which came out yesterday and details our commitment to social change, environmental sustainability and responsible governance.

With that, I want to thank our employees for their hard work and dedication in delivering another fantastic year. I want to thank our shareholders for their continued confidence in Discover, and I want to thank our Board of Directors for their guidance and support, including our outgoing directors.

And with that, I'll turn it back to Hope.

### Hope Mehlman  {BIO 20080681 <GO>}

Thank you, Roger. The polls are now closed. The next agenda item is the preliminary report of the Inspector of Elections, which indicates that each director nominee has received at least the majority of the votes cast in favor of each director nominee, and that proposals 2 through 5 have also received at least the majority of the votes cast in favor of each proposal. We will file a report with the Securities and Exchange Commission on Form 8-K, containing the final tally in the next few days.

Tom, that summarizes the preliminary report of the Inspector of Elections.

### Thomas G. Maheras  {BIO 1966775 <GO>}

Thank you, Hope. This concludes the formal part of our shareholder meeting. The annual meeting is now officially adjourned. I will now turn the meeting over to Eric Wasserstrom, Vice President of Investor Relations, so that we may proceed with the question-and-answer session.

## Questions And Answers

### Operator

(Question And Answer)

### A - Eric Wasserstrom  {BIO 3626772 <GO>}

Thank you, Tom. Please note that we will answer as many questions from shareholders as time allows. As noted earlier, if you logged into this meeting as a guest, you will not be able to submit questions. Shareholders of record may submit questions online by clicking on the Q&A tab in the upper right corner of the meeting center screen. We'll now pause to aggregate questions.

Receiving none, to which we have not already committed a response, Hope, I will turn the floor back to you.

### A - Hope Mehlman  {BIO 20080681 <GO>}

As there are no questions, this concludes our question-and-answer session. We appreciate you joining us today, and thank you for your continued support.

## Operator

This concludes the meeting. You may now disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*