# Exhibit 18

FINAL TRANSCRIPT                                                                                    2023-06-02

Discover Financial Services (DFS US Equity)

# Bernstein Strategic Decisions Conference

## Company Participants

- Roger Hochschild, Chief Executive Officer, President & Director

## Other Participants

- Brian Foran, Analyst, Autonomous Research US LP

## Presentation

### Brian Foran  {BIO 15921437 <GO>}

-- start the third day here. We're delighted to have Discover and Roger Hochschild, has been CEO of the company since 2018, been with the company overall for about 25 years now. And prior to being CEO, had a long stand as President and COO. It's been a great story. I remember the days of arguing whether there was $2 of normalized earnings' power. I think since that time, net income has tripled and the share count is half. So now we argue whether '13, '14 numbers like that are normalized, and it's a credit to Roger and the rest of the management team's focus and execution over a number of years.

I think the second straight year you've been here, and we're delighted for you taking the time out today. So to get started, I guess, kind of hard to ignore the obvious. We've had a few large banks get into some trouble. I think you were mentioned in the last conference you did, you didn't get a single question on capital or liquidity, so I might sneak one in.

## Questions And Answers

### Q - Brian Foran  {BIO 15921437 <GO>}

So clearly, the environment has changed from just a few months ago. You're luckily in an insulated place some degree, but how have conditions changed for you? What are the opportunities and challenges you see coming out of bank failures?

### A - Roger Hochschild  {BIO 3134527 <GO>}

Yes. Certainly, it's a different time in the world of banking in the U.S. than it was a couple of months ago, as you mentioned. It's interesting -- it has brought a lot more focus, I think, on underlying business models. And so as you look at some of the banks that fail, a lot of talk about liquidity and capital. What I think it points to is the weakness of their asset side. The risk they took on the deposit, on the investments were because they couldn't generate high-returning assets.

It has never been a viable banking strategy to originate jumbo mortgages and put them on your balance sheet. And so to run a profitable bank, clearly, they have to take other risks. But to your point, it has sharpen the focus on capital, on liquidity. I think it's also sharpened the focus on the regulatory process. A lot of questions and hearings around why would a bank that had the highest rating for liquidity have that rating on the day they went into receivership. And so I think you can expect a lot more regulatory focus across the whole banking industry. It will take different forms.

To your point around capital and liquidity, our strong deposit franchise with consumers, half of our depositors have been with us for more than five years. 2/3 have a lending relationship. I think we're very well positioned there to your point earlier, capital, very strong. But for us, I think that increased regulatory focus will probably come more on the compliance side as a retail bank, that's where we focus. And we have had a few issues there, in particular, in the student loan business.

But again, our model, we believe, is really well suited for these times. Everything from the deposit side, having zero exposure to commercial real estate, which I think is the next thing that a lot of people are very focused on.

## Q - Brian Foran {BIO 15921437 <GO>}

Well, let's focus on where you do have exposure, which is the consumer. Can you tell us a little bit more what you're seeing in terms of overall strength generally, but your customer base, in particular, it's clearly been exceptional credit in the past few years, but there's a lot of investor angst between releveraging, inflation, potential recession and job losses, maybe the consumer is vulnerable here. What are the puts and takes in your minds?

## A - Roger Hochschild {BIO 3134527 <GO>}

Yes. Great question. I think we -- investors get very caught up in when is the next cycle coming. And those of us who've been in the business a long time, I think, are less worried about that because you know a cycle is coming. And so we run the company sort of with conservative underwriting in good times and bad or is investing in our collection capabilities.

I would say though, so far, the consumer has held up really well. And for us, in the prime space, I think that what that reflects is the underlying strength of the job market, a lot of high-profile articles about technology layoffs, but that's really impacting a very small part of the economy. Consumers don't have the same cash flow that they had during the pandemic, but overall, are holding up pretty well.

## Q - Brian Foran {BIO 15921437 <GO>}

I mean I guess, sticking with the theme, your loan growth is running just over 20% year-over-year right now. Part of that, I should say, a result of your spend performance. I think your spend volume is about 50% higher than it was in 2019. So the franchise is bigger. Let's start with the good on that loan growth. What are the key strategies in place that is enabling that kind of momentum?

### A - Roger Hochschild {BIO 3134527 <GO>}

So it starts with underlying retail sales. And so retail sales have been very strong. To your point, our cardholder usage has been strong. It has been slowing, right? So in April, probably closer to around 4% year-over-year. Some of that reflects very challenging comps. It also is driven by new account origination. So -- and we had very strong vintages in 2021 and 2022. Combined, they're now probably around 20% of our card base and are really ramping up their spending as new accounts do. So those new account originations and sales are big drivers. The last one I'd point to, growth was really challenged during the pandemic because of a much higher payment rate.

And so we have seen continued normalization of the card payment rate. It's now probably around 200 basis points higher than it was pre-pandemic. But as that comes in, that's very constructive. And then the last thing I'd point to is really strong demand for the personal loan and home equity products. The personal loan product for us is largely used for debt consolidation, with rates having gone up, a lot of consumers are thinking about, okay, I now want to consolidate my highway credit cards. So we're seeing pretty much record levels of demand for both those products.

### Q - Brian Foran {BIO 15921437 <GO>}

And I guess, if I think about 2Q, we'll probably see a spread of credit card issuer spend anywhere from low single digits on the low side to maybe 10-ish percent on the high side. When you kind of look at your 4% today, is it mainly under-indexing to travel and entertainment as you kind of look? Or is there any kind of like broader weakness in your consumer base?

### A - Roger Hochschild {BIO 3134527 <GO>}

So you will see those issuers that have more of a spend-based model, the ones that go after the high-end transactors. So Amex obviously, Chase has more of that business. They tend to outperform on the sales side or is this a lend-driven model. And so we focus more on loan growth. But I think you will see more strength in those T&E-focused players on the sales side versus a core prime lender like us.

### Q - Brian Foran {BIO 15921437 <GO>}

And then maybe just touching on the personal loan and HELOC because they don't get as much attention. So I guess on personal loans first, we went through a period of euphoria, let's call it. There were a lot of new entrants, a lot of fintechs, a lot of people without track records in that space a year or two ago. As you see this volume come in, has competition receded enough that you feel like you're getting good applicants, good underwriting, good margins, where would you put the competitive cycle in that personal loan space?

### A - Roger Hochschild {BIO 3134527 <GO>}

Yes. So first, I'd say, we have always been very disciplined in the underwriting. So even in the most intense competition, we're willing to let business go. And this is a product we launched before the financial crisis. So we've seen it through some very

challenging cycles. A lot of those players were much broader spectrum lenders. Our average FICO in the personal loan space is somewhere around 750.

So very conservative underwriting, tighter than the card side. Certainly, you've seen a reduction in supply. Marcus pulled entirely out of it and some of the nonbank players that had nonbank funding or are seeing challenges in terms of the funding side and have cutback on their origination. So a bit of help on the competitive side, but I think it really reflects consumer demand. During the pandemic, demand for both balance transfers and personal loans really cut back. And I think what happened is people were paying down their cards so quickly.

Rates were so low that they didn't think about restructuring with rates higher, with payment rates down. And then finally, on the home equity, I would say we only do loans. We don't do any HELOCs and underwrite that pretty much on an unsecured basis, so very conservative there. And what you're seeing and you've read about the trend, right, people can't do a cash-out refi because their mortgage is so low, right? They can't even afford to move because of the difference between their current mortgage and what they pay. So a lot of them are focused on if they want to take out equity, they'll get a smaller home equity loan or to fund renovations. And so that's part of what's driving our demand for the home equity loans.

## Q - Brian Foran  {BIO 15921437 <GO>}

In the home equity, maybe, a, if you could just remind us the size right now, I think it's 1%, 2% of loans is fairly small, but how big could that get? And any sense roughly of the economics, is it comparable to the other products? Is it a little lower in terms of returns for lower risk? How do you think about the returns on home equity?

## A - Roger Hochschild  {BIO 3134527 <GO>}

So we shoot for a return, an ROE above 15% for all of our lending products. The returns are very challenged in the early years, given sort of CECL and the reserves you have to put up upfront for those loans. As you point out, it's a small business, and I don't expect it ever to be a huge business, but it's an attractive product that we can cross-sell to our base.

## Q - Brian Foran  {BIO 15921437 <GO>}

And then going back to just the overall level of loan growth, I mean, the common angst among investors is you're growing too fast into a recession. And I shouldn't say it's specific to you, a lot of issuers are around the same loan growth level. It's not unique to discover. What would be your response to people who worry about that risk?

## A - Roger Hochschild  {BIO 3134527 <GO>}

One of the things we've seen through past cycles, if you start cutting back too early, you can leave a lot of good business on the table. And what we've tried to do is stay more consistent in our marketing than many of our peers. The accounts that you book either previous to or during a recession can turn out to be very profitable

vintages. So I would agree with the view that it would be a bad time to be loosening credit.

And as we've talked previously, we are tightening credit at the margin but we still feel very good about the new accounts we're booking. And again, we're not using current loss rates. We're using sort of a through-the-cycle loss rate as we think about the vintage profitability we'll achieve.

## Q - Brian Foran  {BIO 15921437 <GO>}

And that tightening of underwriting at least gets a lot of focus. So maybe to start, could you give us an example or two, when you talk about tightening around the margins, what would be like a type of action you're taking right now?

## A - Roger Hochschild  {BIO 3134527 <GO>}

Yes. So on the new account side, it can be the credit lines we're giving out in the prime space. It can also be cutting out marketing to some of the segments at the lower end of prime that will be most volatile during the downturn, some of the thin files, for example. And then also on the portfolio side. So the amount and frequency of line increases that we do for existing accounts as well.

## Q - Brian Foran  {BIO 15921437 <GO>}

And then when you think about what it would take to tighten underwriting more meaningfully, what are the guideposts you watch for? What are the key signs in your mind that would say, okay, now it's the time to take a little bit more significant action?

## A - Roger Hochschild  {BIO 3134527 <GO>}

Yes. It is a continuous process. We're always looking at all of the variables and information we use in underwriting. Sometimes it's really just swapping in and swapping out different populations. It is also sometimes we'll have a directional move in terms of loosening or tightening. It really will be more clarity around where the economy is going. And in particular, to the extent we see rising unemployment and impacts the job market, that's probably what would get us to start tightening even more.

## Q - Brian Foran  {BIO 15921437 <GO>}

And I think on the call, you also mentioned marketing channels that you're focusing more and less on now. I think if I remember right, it's kind of like a little bit more preapproved, a little bit more internal marketing, a little bit less third-party, an aggregator. Can you just kind of flesh out that discussion a little bit? What are you seeing there? What's driving that shift?

## A - Roger Hochschild  {BIO 3134527 <GO>}

Yes. The same customers -- different channels have different distributions. And so even someone who looks the same, the channel they come in can be predictive. So we have shifted to your point more towards preapproved where we can control the

universe that our offers are going to. And then also some of the changes we make are on the pricing side. So to the extent we see the risk that is a little higher, but it's still a customer we're willing to bring on. We may charge them 100 basis points more to make sure that we're getting the right risk-adjusted return for that customer.

### Q - Brian Foran  {BIO 15921437 <GO>}

Maybe shifting gears a little bit to competition. What are you seeing right now? Where is competition rational, anywhere you highlight competition is getting a little over skis?

### A - Roger Hochschild  {BIO 3134527 <GO>}

The card business is virtually always very competitive. You look at the returns, you look at the number of, I'd say, big sophisticated players. And so it's a fact of life in the 25 years I've been at Discover other than sort of the depths of a recession, when many banks are dealing with issues elsewhere in their portfolio and have to cut back. Competition has been its most intense in the high-end transactor segment.

That's where you sometimes see those $300, $400, even $500 rewards offerings. That's not a place we play. And our value proposition of rewards, Double Cashback but also great service, great digital assets and then the differentiation of the Discover brand, we're seeing that continue to perform well in the marketplace. The one area where I would say, almost irrational competition is coming in, which is something I've never seen before is in the deposit space.

And I think that's because for a lot of banks, they feel like they just cannot show declining deposits. So they will hit the brokered market. They have started aggressive offers outside of their footprint. I think for many, it's challenging because if you're branch-based, you don't necessarily have the product set or the pricing, but we are seeing a lot of competition in the deposit space in a different way than I've seen before.

### Q - Brian Foran  {BIO 15921437 <GO>}

And maybe just following up on that, it's interesting, I've certainly observed the same thing but new and several of the other credit card companies still seem to be pricing 4%, give or take, a little below for some, it's slightly above for others. It kind of implies a beta that is similar to what you guys always talk about, 70% to 80% type beta for online deposits. So I mean, is it just that you have other funding channels available? Or how can Discover keep deposit pricing where it is in the face of that somewhat irrational competition?

### A - Roger Hochschild  {BIO 3134527 <GO>}

So if you look at the first quarter, we had all-time record inflows into deposits. And there really were two patterns. For the beginning part of the quarter, most of those flows were coming from the largest branch banks. And I think if you think about the direct players because we have lower costs, we can compete more on rate. You don't have the expenses of the branch infrastructure and then for us, we also have the broader value proposition, right, winning J.D. Power awards for savings as well as

our checking products. When rates are low, the difference between the direct market and say, the branch market, branches are at 5 basis points, direct could be at 40, right?

Once those start gapping out and getting to 3%, all of a sudden, it's a much more powerful incentive for people to move their money from their branch bank. And so those were the flows we were seeing in the early part of the quarter. In the back part of the quarter, obviously, we benefited from the flight to quality and people looking for a brand that they could trust. And so those combined, I think the branch banks have a long way to go from their current 6 basis points before they start driving competition in the direct market even higher than we are now. So even with all this competition, I still feel pretty good about the betas and where our net interest margin is positioned for the remainder of the year.

## Q - Brian Foran  {BIO 15921437 <GO>}

And then maybe rounding out the deposit discussion you've been kind of steadily building out some checking capabilities. Can you just remind us where that stands?

## A - Roger Hochschild  {BIO 3134527 <GO>}

Sure. So we launched our Cashback checking product last year. We launched it and really excited because it's the only product in the market where you get 1% cash back on your debit spending. And there, we're leveraging the fact that we are exempt from the Durbin interchange caps because we have our own proprietary network. And so we're the only bank over $10 billion that sees that higher revenue stream from debit transactions and can invest that in rewards.

So very distinctive product. We started seeing higher levels of fraud that we wanted that were impacting the customer experience, so we pulled back. We've now sort of done a soft launch. So the product is now out there and available. We're happy with what we're seeing. Plan on gradually ramping up the marketing and probably support it with mass media towards the back half of the year. And I'm really excited about this product. I think over time, it can be another very significant entry point into the Discover franchise.

I think checking accounts were the one thing people still wanted to go into the branch for and I think the pandemic broke that model. And so people are now much more comfortable having a direct player for checking. So we're really excited about the potential of that product.

## Q - Brian Foran  {BIO 15921437 <GO>}

Maybe just shift gears to credit. I think the initial guide you gave this year was 3.5% to 3.9% on losses. Definitely a little sticker shock for some when it came out, but I think it's become clear. The whole industry is kind of seeing that same ramp in losses. And I should say, you tightened the high end of the range slightly in April. When you look at the rest of the year and out into next, any thoughts on how losses are evolving, what are the guideposts we should watch in terms of when

delinquencies might start peaking out and maybe mix in some of the vintage season discussion that you've pointed to as the driver for that increase in losses.

## A - Roger Hochschild  {BIO 3134527 <GO>}

Yes. Got about five or six questions.

## Q - Brian Foran  {BIO 15921437 <GO>}

I had it written down and I forgot to read it. I actually wrote down a different question.

## A - Roger Hochschild  {BIO 3134527 <GO>}

I'll see if I get to all of the --

## Q - Brian Foran  {BIO 15921437 <GO>}

And then I'll ask the question I actually wrote down.

## A - Roger Hochschild  {BIO 3134527 <GO>}

So in terms of losses, they are continuing to normalize very much in line with our expectations. When we started the year, we have pretty good insight into the first 6 months because those accounts are already delinquent. And so you can just model the roll rates and then less insight in the back 6 months. So traditionally, we'll give a bit of a broader range. And then as the year goes through, narrow that range. We still expect peak losses to occur in 2024. And there are a couple of factors. I talked about the size of those 2021 and '22 vintages compared to the ones prior that will flow through and drive up losses. And then there is the continued normalization. But I would say still virtually perfectly in line with what we were forecasting when we put our plan together last fall.

## Q - Brian Foran  {BIO 15921437 <GO>}

And would you like to articulate what those peak losses would be?

## A - Roger Hochschild  {BIO 3134527 <GO>}

No, I would not.

## Q - Brian Foran  {BIO 15921437 <GO>}

I guess the -- hopefully, this is fair. Chase did come out, it was 2 weeks ago now and say they expect their '25 losses to be higher than '24 even in a steady-state economy. The way you're looking at the world, you would say '24 is the peak for you, again, absent unemployment cycles. But in a steady-state economy, '24 would be the peak and then '25 would not be a further peak.

## A - Roger Hochschild  {BIO 3134527 <GO>}

Yes. Every portfolio will have different dynamics. We still think we'll see the peak in 2024. It won't necessarily be a short peak, i.e. sort of top tick a number and then come crashing down. But depending on what happens with the economy, obviously, that could change. The one thing I'll speculate they may have been a little slower to reopen credit post pandemic. And so their big vintages are a little further out than ours. And we'll peak a little later, but hard to tell. I mean, again, I have -- they tend to do a pretty good job on the underwriting side, too.

## Q - Brian Foran  {BIO 15921437 <GO>}

And then maybe one investor debate that's kind of coming up more is just thinking through the right time period to peg normalized losses too. And obviously, we went through a nice period from 2011 through 2019 where there were fits and starts, but losses were generally very low throughout the period. The average loss rate prior to the financial crisis was higher for you and the whole industry. When you kind of think the 2025 and beyond period, what is normal, do you peg more to that 2010s decade or more to that kind of '95 through 2005 period or somewhere in between?

## A - Roger Hochschild  {BIO 3134527 <GO>}

So I think post financial crisis, I do believe the CARD Act and the changes it forced on issuers really structurally brought down what the normalized loss rate is for a prime lender. And it has to -- the model was you would sort of say you've got an 8.9% fixed rate. And then if people were literally 1 day late, you could jump that to 29.9% [ph]. And so that drove cash flow shock for households. And so the industry shifted to that same person now when they apply, their card will start at 18.9%, say. And so that's a governing factor, I think, on how much debt people take on. And so it doesn't really get talked about that much but that's probably brought losses down so that, that post-financial crisis period, it was a boom economy. So I wouldn't just take that number, but it's probably a little more indicative than the prefinancial crisis.

## Q - Brian Foran  {BIO 15921437 <GO>}

Maybe on reserving CECL, everyone's favorite topic, one argument is it all kind of pull forward the provisioning in this cycle and we'll get to normalized P&Ls quicker? The other is when you go into a recession, you always have to assume things are going to get worse. How do you assume things are going to be better? It's just not the way psychology works. How do you think about it? Do you think of CECL as pulling the cycle forward and you've got a reserve 7% now, I think? So it's very high? Or do you think it's a little bit more mixed in terms of its impact?

## A - Roger Hochschild  {BIO 3134527 <GO>}

It is -- this is a conversation we have a lot. I think it's still challenging for people to wrap their heads around just how different CECL is versus the old methodology of incurred. Because you're reserving for the life of loan, if losses go up according to your expectations, you won't see the reserve rate change because you've already reserved for that increase. And so that -- you could read into that, we've seen our losses move up, but our reserve rate has not changed meaningfully for the last couple of quarters.

And so you can take away, there's a lot of underlying modeling at the loan level that goes into this, but that, that's what we had expected. You can even start getting situations where losses will go up, but reserves will go down if something changes in terms of the forecast that's out there. And so the way I think about it, is the new methodology, what matters is sort of the area under the loss curve, not the next 12 months.

And so something that shifts that loss curve in a month, out a month is not going to change your reserve as much as it used to because it's about that sum of losses versus something that makes you think that it will be a quicker recovery. That's the type of thing that will drive reserve, I would say.

## Q - Brian Foran  {BIO 15921437 <GO>}

And I should say, as a program note in theory, we have an online system to submit questions, although I only see a spinning little dial. So feel free to e-mail me questions at bforan@autonomous.com, and those who use the phone, one I know an investor did ask me on the way in to ask you, and it's related to credit student loans, student loans coming back online. I guess it's really two things for you. One, any credit impacts, how you're thinking about how you've modeled for that. And then two, you are a big student lender on the private side. So thoughts on the impact of the business there.

## A - Roger Hochschild  {BIO 3134527 <GO>}

We don't see a huge impact on the business. Obviously, this has been something that's been coming for quite a while, kept getting delayed. First, I'd say there'll be a bit of a positive on the payment rate because a lot of students because they didn't have to pay their federal loans had accelerated their payment on the private loan and the vast majority of our customers will have both federal and private loans.

We, in fact, encourage them to take federal loans out before taking private loans. So there may be a very small impact on losses, but I would say nothing significant. And keep in mind, for undergrads, over 90% of those are cosigned by the parent and so we take a very conservative underwriting approach to our private student loans. It could not be more different than the federal student loan program. So for example, we do not do for profit schools, we do not do two-year schools. And again, that book, we underwrite to the lowest loss rate of all of our products.

## Q - Brian Foran  {BIO 15921437 <GO>}

And I guess some people would be worried that the payment shock of bringing direct loans back online could impact credit on card, on personal loans, other products. How do you think about that risk?

## A - Roger Hochschild  {BIO 3134527 <GO>}

There are always a lot of puts and takes. I think at the lowest end segments, any disruption to household cash flow causes issues. And so that's what you saw with inflation, right? A lot of our prime customers could manage inflation. They would trade down. So you don't go to Whole Foods, you go to Aldi, right? You don't go out

to dinner as much, you got chicken instead of steak. At the lower end, these are people who already were going to Dollar General and didn't have anywhere to go. So I think at the subprime segments, you will see cash flow challenges. We do not expect a significant impact across our book.

## Q - Brian Foran  {BIO 15921437 <GO>}

Maybe expenses for a minute. Coming into '23, you indicated that operating expenses would be up 10% or a little below this year. 1Q '23 was higher than that. I think you kind of said there might be some upside risk to the outlook. Can you talk through where you see the incremental dollars going, the need to invest? And any thoughts on the guidance on expenses from here?

## A - Roger Hochschild  {BIO 3134527 <GO>}

Yes. So for us, the biggest driver of expenses is headcount, right? We've been investing in people, both for the technology side. But as I talked about in the first question on the compliance side as well. And so our spending on compliance and risk management is up roughly $250 million a year from 2019. It reflects that compliance is our top priority. And so an area we need to make sure we continue to invest. In terms of the puts and takes and how that translates into overall expense levels, it's a bit hard to say.

And so John talked at the last call about there being some upward pressure on that range. Part of it will also depend on the economy because if conditions deteriorate, you tend to cut back on marketing, and so there's an offsetting savings on the expense side. So we'll probably provide an update on the next call as we get more clarity towards the back half of the year. But obviously continuing to make those investments on the compliance side, but also on building capabilities that will continue to let us succeed.

## Q - Brian Foran  {BIO 15921437 <GO>}

Maybe dovetailing to that, I mean the investments you make today are going to be the growth drivers for tomorrow. So what are two or three things you're excited about investing in today?

## A - Roger Hochschild  {BIO 3134527 <GO>}

So this will sound strange. I'm excited about investing in compliance. Some of the investments you make because they translate into efficiencies going forward. And one of the things we always pride ourselves is our efficiency ratio, but I think there's still room in the long term to improve. And so the more that we can standardize processes, simplify, automate what is manual, it not only reduces risk, right, but it makes us more efficient over time. The other area that we talked a lot about is on the data and analytics side.

I think we were an earlier mover in terms of having the Head of Data and Analytics as a direct report to CEO. This is not so much the large language models, but more traditional uses of machine learning and AI. You think about our business, everything is model-based, whether it's the fraud detection, whether it's credit and

underwriting, marketing, personalization. And so we think that's an area that's almost redefining scale, right? Those companies and banks that are unable to keep up on the data and analytics side will be fundamentally uncompetitive in unsecured lending businesses.

## Q - Brian Foran  {BIO 15921437 <GO>}

Maybe on AI, certainly a buzzword. We had an AI lunch yesterday, there were about 1,000 people watching the Photoshop presentation. So I was trying to figure out what was going on. I felt like it was another planet. You've talked about investing in data analytics for years now. I remember when you were first bringing it up, I was kind of scratching my head. When you think about AI broadly, you mentioned machine learning, specifically it's maybe a little bit more relevant. Can you give us an example, maybe backward-looking, so you don't have to talk about forward-looking, what's going to help like what's a success story? What's a tangible thing people can point to and say, look, there are investments in data analytics, machine learning at Discover have produced?

## A - Roger Hochschild  {BIO 3134527 <GO>}

Yes. So I'll pick two. There's an industry model that everyone uses for fraud in terms of identifying patterns. I won't name their name. We wrote our own model, and it outperformed by a significant measure. So not only are we saving the money in fraud, declining fewer good transactions, but we're actually saving the operating expense of having to pay for a third-party model.

Personal loan underwriting is one of the areas where we deployed some of our advanced analytics, that business is different than card. You can't manage your credit risk over time. You make one credit decision, the money goes out the door and you better have made it right. And so we saw significant increases, improvements in performance there as we rolled out the next generation of models.

And there are particular challenges at using AI and machine learning in lending from a fair credit standpoint, both in terms of avoiding discrimination but also being able to provide the reason that you're declining somewhat. And then a traditional regression-based model that's a lot easier. You can point to the factors that drove that decline. So we are, I think, truly at the leading edge of explainable AI and using it in a regulated credit underwriting space.

## Q - Brian Foran  {BIO 15921437 <GO>}

Capital. You are in the size range that's on deck for more regulation post SVB and FRC. In fairness, as you're putting out very little to do with your business model. But as we look at that potential for reregulation cycle, I guess a regulation limited to capital, just reregulation broadly, what are the regulatory changes you're watching, which ones would or would not be meaningful for Discover?

## A - Roger Hochschild  {BIO 3134527 <GO>}

So hard to predict what regulatory changes may come. So far, the -- from what we can see, it's -- given that red cap is not really the constraint in terms of our capital

management, most of it is more around process and additional, I would say, work, we will have to do in terms of modeling around capital as well as liquidity. We think there will be a greater appreciation and a rethinking of deposit stability. And someone with an insured deposit base that's broadly distributed around consumers and that is -- holds up in both low and high rate environments will show well in liquidity modeling.

So we haven't really seen anything that will have an overwhelming impact on us. And keep in mind, we just announced $2.5 billion of buyback over the next 5 quarters, dividend now up to $0.70. So returning capital to our investors, and you mentioned this upfront is a key part of how we look at our business.

## Q - Brian Foran  {BIO 15921437 <GO>}

And maybe on that, and I did mention at the outset, I mean it is pretty stunning when you look at the share count over time. It's down 50%. I think it's actually over 50% since the IPO, but let's just call it 50%. You've been very consistent. As you mentioned, you have the capital plan. We have seen a lot of other lenders and banks pull back on their buyback or even remove it. Anything on the horizon that would make you rethink the size or pacing of the buyback or is this said the issue goes?

## A - Roger Hochschild  {BIO 3134527 <GO>}

For us, I think the differences with some of those other banks, first, just in terms of our capital position; second, potentially some of the losses they are seeing in their investment portfolios, in their commercial real estate operations that don't really match our business model. So we, right now, are very focused on continuing to return capital to our shareholders.

## Q - Brian Foran  {BIO 15921437 <GO>}

Great. Well, my e-mail call has worked. So I'm going to -- I'm not surfing the Internet here. I'm looking at questions. So maybe let's start on late fees. I'll say at the outset for context for everyone, while it's 10% of industry revenue. I think it's 3% or 4% for Discover, certainly under-indexed, and you've done things like waiving the first late fee as part of that. But just how are you thinking about late fees evolving in terms of the rule actually happening or not happening? And then any thoughts on impacts to your business or the industry. Will there be changes in lending to certain segments where there will be the ability to reprice elsewhere, just broad thoughts on late fees?

## A - Roger Hochschild  {BIO 3134527 <GO>}

Yes. You made the key point, which saves me time around the overall percent of revenues. First thing I'd say, it is manageable. And so we will look at some pricing adjustments at the margin. But to your point, we are not a fee-heavy model. And so wherever the outcome will be, I think it is hard to predict. There likely will be litigation because for some of the subprime players, right, late fees are a huge portion of their income.

And they may even need to rethink big aspects of their business models because there also are limits in terms of how much they can raise rates. It will be challenging

to shift to annual fee structure. So I think you will see very aggressive challenges from both the store card issuers and the subprime issuers who have a lot at stake. But for us -- to the extent that it's a level playing field, given the percent of revenues, it will be manageable no matter what the outcome is.

## Q - Brian Foran {BIO 15921437 <GO>}

And maybe one follow-up. I mean a lot of people in the industry point to the late fee as a deterrent as a way to keep the consumer from bouncing in and out of delinquency, hurting their credit score and things like that. What are your thoughts, you think that's a valid argument for the industry? Do you think the late fee is kind of a stick that keeps the consumer on track?

## A - Roger Hochschild {BIO 3134527 <GO>}

Yes, right. We would not charge a fee to our customers that we didn't think was fair. But I think part of that is we also believe in waiving the first one, so that's a part of our card products because everyone can make a mistake. And then we have more liberal policies for waiving subsequent ones as well, especially for customers who are struggling. So even at the same late fee level, there may be differences in issuers and how they approach it. But again, we feel good about the pricing and the product we offer now, but also we'll be flexible and change if needed.

## Q - Brian Foran {BIO 15921437 <GO>}

Maybe going to cyclical risks around unemployment. I mean, we all kind of know unemployment is a key driver and card losses move with it over time. But what specifically would you watch at this point in the cycle? Is it unemployment claims? Is it inflows to new unemployment and early unemployment? Is it job openings on the other side? How quickly can someone find a job within unemployment is the key triggers you're watching for the cycle right now?

## A - Roger Hochschild {BIO 3134527 <GO>}

Yes. I mean, it really comes down to unemployment claims as well as how quickly people can find a job. And that's what disrupts household cash flow. There are some caveats. I think what we saw in the pandemic is a huge increase in unemployment, but because it was largely entry-level retail, entry-level hospitality, it didn't overlap with our base. So we've tried to be more careful of -- it's really unemployment for our customers as well as how quickly they can regain their jobs, but those are some of the primary things we'll be focused on.

## Q - Brian Foran {BIO 15921437 <GO>}

Maybe shifting gears to market share. When you're measuring market share, what do you focus on most, spend, lend, accounts, something else? And what do you think is a reasonable medium- to long-term target and ambition for market share for Discover?

## A - Roger Hochschild {BIO 3134527 <GO>}

So we focus most on lend, right? Ours is a lend-based model, I think we set specific goals around market share. We look for within our disciplined underwriting process is to grow as quickly as we can. Obviously, we have the capital to support organic growth, that is our first preference in using capital, but to where you went earlier, we generate more capital than we can use on organic growth.

And so that's why we focus on the dividend and the buyback. But I don't think we've set specific goals around gaining market share. But obviously, we have been gaining market share on the loan front. In particular, with the student segment and young adults, and so that will be a continued area of focus.

## Q - Brian Foran  {BIO 15921437 <GO>}

And then maybe in a similar vein, you've always had a very focused business model. You've always entered new markets and products and very measured in low-risk ways. When you look at the landscape today, are there any additional products or market segments you'd like to be in?

## A - Roger Hochschild  {BIO 3134527 <GO>}

No, look, there are no easy businesses out there. And I think it's important. A lot of people will say, well, gosh, you guys should get into brokerage and cross-sell that. Right? You don't casually enter into competition against Morgan Stanley, E*TRADE and Fidelity and Schwab, in a market with very, very challenging pricing. And so I think we have a lot of opportunity within our existing products to gain share.

On the deposit side, the last research I saw about 5 out of 6 customers in our target segment don't even know we offer deposit products. And so a lot of room to grow with what we have. And I think part of why we've been successful is to be very, very focused on many fewer businesses than your average bank.

## Q - Brian Foran  {BIO 15921437 <GO>}

So this one, I guess, is a little bit of a pushback on charge-offs. Charge-offs are now above 2019 levels, and that's before real consumer weakness, unemployment recession. How does credit quality not meaningfully deteriorate from here? What are you doing to avoid this?

## A - Roger Hochschild  {BIO 3134527 <GO>}

Great question. So we do expect credit to deteriorate from here. And if you look at our -- where we think the range of losses will be for the year, you could see it. We do expect it to peak. You do have some differences in terms of the size of vintages hitting peak loss. And so you were coming from some very small vintages in terms of 2020, for example versus significantly larger ones in '21 and '22.

So those are some of the dynamics. I think it's also important not just to focus on a single variable, right? So our profitability is a combination of the net interest margin losses and expenses and we balance all of those. So it's a question of pricing appropriately for the losses that you expect to see as well.

FINAL TRANSCRIPT                                                                                    2023-06-02
Discover Financial Services (DFS US Equity)

## Q - Brian Foran {BIO 15921437 <GO>}

So I have one last one. There's one last investor one. I'll do a last call. We've got about five minutes left. So from the investor side, you mentioned the efficiency ratio can go down from here over the long term. Can you just clarify the level? I guess they were asking to say down from the 38% that you've always talked about is kind of through the cycle, you can see that improving?

## A - Roger Hochschild {BIO 3134527 <GO>}

Yes. I do think over time, right, AI and machine learning, we'll see benefits, right? I was at a meeting with Microsoft. They talked about linking ChatGPT to GitHub and starting to see 30% plus engineering productivity as that matures. So it will take a while for some of this to hit the place. But we're not going to be satisfied at any level. And of course, hopefully, as we gain scale, that will drive further efficiencies, right? A lot of things like data and analytics, technology, some of your support functions tend to be more fixed costs.

We do expect -- the compliance investments that we're making, they will continue for a while, but over time, drive further efficiencies. The ratio may change, though, based on how much we're doing in marketing. So we also look at sort of our nonmarketing expense ratio as something we want to drive down on a more sustainable basis.

## Q - Brian Foran {BIO 15921437 <GO>}

And you're saying that would leave room to do more marketing where you're just saying that through-the-cycle marketing will fluctuate on a different path?

## A - Roger Hochschild {BIO 3134527 <GO>}

We tend not to sort of market until we hit an expense ratio. We market until we think we don't have the opportunity to put more money to work. So it would leave money either to market or to bring just to the bottom line.

## Q - Brian Foran {BIO 15921437 <GO>}

Okay. I guess the last one, I think when you started in the credit card industry, it was probably a 16p. Now sadly, it's 6p. As I mentioned, you shrank the share count consistently. You've grown net income consistently. You put up 25%, even 30% ROEs through the cycle. I'm assuming you think Discover stock is worth more than it currently trades for. Please let me know if I should stop now. When you talk to investors, the case for investing in Discover at these multiples, what would be the key things you point out?

## A - Roger Hochschild {BIO 3134527 <GO>}

Yes. So I think we sometimes get caught up in that fear of the next cycle, which is always out there because there always will be a next cycle and consumer lending, unsecured lending is a bit of a cyclical business. But the through-the-cycle returns, if done well, are extraordinary. And I think we've shown that over a sustained period of time. I see Discover the best position to be the leading direct bank.

If you look at the strength and the leading positions we have in card and personal loans and student loans, award-winning products on the deposit side as well and then the structural advantage of having our own proprietary network. One of the most well-known trusted brands and then strong positions around technology, data and analytics and unmatched voice customer service, which is still very important.

So the assets to be the leading digital bank, I think, is pretty compelling. So we'll be out here telling our story. I am always long Discover. And so I'll have to worry about it at entry point. But I do think it's that short-term thinking around where we are in the cycle that sometimes distracts investors.

## Q - Brian Foran  {BIO 15921437 <GO>}

Great. I want to thank you for taking the time today. Thank you, everyone, for joining and for submitting questions.

## A - Roger Hochschild  {BIO 3134527 <GO>}

Thank you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*