# Exhibit 35



DISCOVER®

# Doing the Right Thing

Code of Conduct and Business Ethics 2024

**Q**

I observed a colleague reviewing the credit reports of his friends and family. Is that appropriate?

**A**

Only specific employees are authorized to access credit reports, and even those employees may only access credit reports for specific business reasons. You should report this inappropriate action to your management, as it violates Company policies and may be harmful to the Company's reputation.

# 5.6 Protecting our consumers

The Company has a strong commitment to making financial services available to consumers and prospective consumers on a fair and consistent basis. With that, similar to the expectations the Company seeks around how we treat each other, you are required to also treat all consumers equally and with respect in the way we conduct business.

Furthermore, this commitment means that activities are conducted in a manner consistent with applicable fair and responsible banking laws and regulations and the standards outlined in the **Fair and Responsible Banking Policy**.

All Discover products and services are to be offered and extended following these standards:

- Serving any qualified applicant regardless of race, color, religion, national origin, sex (including gender identity or sexual orientation), marital status, familial status, handicap, age (provided the applicant has the legal capacity to enter into a binding contract), the fact that all or part of a consumer's or prospective consumer's income is derived from any public assistance program, or the fact that a consumer or prospective consumer has—in good faith—exercised any rights under the Consumer Credit Protection Act (each, a "prohibited basis").
- Making all Discover products (deposit and credit) and services throughout the lifecycle of the product available to consumers without discrimination on any prohibited basis.
- Encouraging all consumers (prospective or current) to complete and/or submit an application for credit or deposit product, without regard to any prohibited basis.
- Treating and servicing consumers (prospective or current) in a fair and consistent manner in all aspects of the product lifecycle.
- Assessing a consumer's ability to repay a loan in accordance with its terms, based on one or more reasonable methods appropriate to the type of loan, prior to granting credit.
- Pricing credit products and services consistent with factors that take into consideration the risk and cost of making loans, competition and marketplace strategy, and safety and soundness, and without regard to any prohibited basis.

In addition, the Company complies with federal and state laws that prohibit unfair, deceptive, or abusive acts or practices. Specifically, we are all to be committed to:

- Communicating with consumers clearly and in plain language
- Being transparent with consumers about our products and services
- Meeting all customer commitments
- Ensuring all claims are substantiated
- Monitoring complaints and taking action as necessary



- Promptly responding to any consumer complaints alleging potential fair and responsible banking concerns
- Prohibiting any unfair, deceptive, or abusive practices

## Incentive Programs

The intent of the Company's incentive compensation programs is to justly reward high-performing employees. All employees are prohibited from using business and sales practices that abuse the intent and spirit of the Company's incentive programs. Any employee, including managers, who manipulates or attempts to manipulate incentive results for personal gain at the expense of customers, other employees, or Company objectives will be subject to corrective action, up to and including separation from the Company. Employees are expressly prohibited from establishing incentive plans or practices or from otherwise offering incentives of any type whatsoever, other than those specifically allowed by the Company's incentive programs. If you become aware of unethical incentive program practices, you are expected to report any such activity to Employee Relations, or you may always report it via the Integrity Hotline.

Lastly, the Fair Credit Reporting Act contains very explicit requirements and prohibitions concerning the use of and access to consumer credit reports. Access to consumer credit reports is limited to employees specifically authorized who have a permissible purpose, and who are thoroughly trained in the proper access and use of credit reports. Any questions about the use of and access to credit bureau information should be directed to the Legal Organization or Corporate Compliance.

## 5.7 Avoiding conflicts of interest

The way we conduct ourselves in business impacts our reputation and the trust we maintain with our consumers as well as each other. By recognizing and taking preemptive steps to prevent conflicts of interest, we are demonstrating our loyalty to the Company's integrity and our determination to "Do the right thing."

With that, you are responsible for:

- Avoiding any activities, interests, or relationships that do (or may) interfere with your ability to act in the best interest of the Company.
- Not taking personal advantage of your position or authority with the Company (e.g., approving personal lending transactions or accessing personal information or credit history for oneself or a relative).
- Not engaging in conduct that is detrimental to the Company's interests or reputation in any way.
- Identifying and managing conflicts or potential conflicts in accordance with regulatory requirements and Company policies.
- Notifying Employee Relations of all outside personal or business interests ("outside activity"), which may create a conflict of interest and request approval before engaging in any such outside activities from Employee Relations.