# Exhibit 36

# DISCOVER®

## Environmental, Social, and Governance Report
(ESG)




# A message from Roger

At Discover®, we believe working to create a more equitable and sustainable world is fully aligned with all our other corporate objectives. Our core value of "Doing the Right Thing" guides our approach in all we do, from serving our customers and communities to ensuring strong governance to reducing our environmental impact. We are committed to using our full platform of jobs, products, business spend, philanthropy, and more to advance our ESG efforts, effect change, and help people achieve brighter financial futures.

### Our commitment to the environment

As a digital bank that does not offer commercial loans, we have a relatively small environmental footprint. Still, we are doing our part to conserve resources. Since 2017, we have decreased our landfill waste rate by 42% and reduced our Scope 1 and 2 greenhouse gas emissions by 29% (well on track to meet our goal of 50% reduction by 2030). We want to do more by using less and are pursuing a number of opportunities with that goal in mind.

### Our commitment to Diversity, Equity & Inclusion (DE&I) and Social Impact

We believe talent has been evenly distributed in our country, but opportunity has not—and all companies have a role to play in addressing inequity. In 2022, we exceeded U.S. and industry benchmarks for representation of women and People of Color (POC) at every management level, scored in the top 10% of all Glint clients on employee Engagement and

Inclusion,[1] and increased spend with diverse-owned businesses by 27%. In addition, the strong performance of our Chatham Customer Care Center, which will bring 1,000 jobs to Chicago's South Side by 2024, inspired our decision to move our Ohio operations to Whitehall, a growing and diverse suburb in Columbus.

### Our commitment to responsible governance

Discover holds $71 billion in direct-to-consumer deposits, has the third largest payments network in the world, and serves tens of millions of customers each day. As such, having strong governance and risk management is critical. We adhere to a rigorous Code of Conduct, have protocols in place to meet regulatory requirements, prioritize cybersecurity and data privacy to protect consumers from online attacks, and are committed to transparency, accountability, and ethical behavior in all we do.

### Looking ahead

As we present our first ESG Report, we are proud of the foundation we have built and optimistic about our future. We are pursuing ambitious, multi-year goals and are committed to being responsible corporate partners and stewards of the environment as we work to drive lasting social change. As we continue on our journey, we will look for opportunities to partner with others so we can scale faster, do more, and create a more equitable and sustainable world—one in which all people can pursue and achieve brighter financial futures.



❝We believe talent has been evenly distributed in our country, but opportunity has not—and all companies have a role to play in addressing inequity.❞

Roger Hochschild, Chief Executive Officer and President



1 Engagement as an index of the two items Discover measures (employee satisfaction and willingness to recommend as a great place to work). Discover Inclusion Index is an aggregate measure of Authenticity, Belonging, Equal Opportunity, and Team Inclusion.



# Board diversity

**Our commitment to DE&I extends to our Board**

Our Board recognizes the importance of periodic Board refreshment and maintaining a balance of tenure, diversity, skills, experience, and perspectives on the Board. The Board has adopted a mandatory retirement age policy of 75 beginning with the company's 2023 Annual Meeting.

**23%** of our Board of Directors are People of Color

**31%** of our Board of Directors are women

**50%** of our Board committees are chaired by women

# Risk management

Our enterprise-wide risk management framework, which is reviewed and approved by our Board of Directors and overseen by its Risk Oversight Committee, enables the consistent execution of risk management principles through a comprehensive set of programs. These programs are defined in formal policies and procedures and support our businesses in identifying, measuring, managing, monitoring, and reporting their risks. Independent oversight, including adherence to policy requirements, is provided by the second and third lines of defense.

Collectively, our risk management framework and supporting programs ensure our businesses are making risk-informed decisions and appropriately balancing risk and return in their activities. ESG risks, including climate-related risks, are managed in accordance with our risk management framework, and we continue to enhance processes to embed evolving ESG and climate risk considerations.

For more information about risk management, please see our 2022 Annual Report and 2023 Proxy Statement.

> "Risk management is embedded in everything we do; our unique business model and values-based culture allows us to remain focused on our customers throughout their journey, as well as meet commitments to our shareholders, communities, and fellow employees."

Kwabena Poku, Vice President, Enterprise, Operational, and Model Risk Management

