# Exhibit 39

Price History: DFS-US

| Date | Price | Open | High | Low |
|---|---|---|---|---|
| 05/02/11 | 24.67 | 24.98 | 25.00 | 24.65 |
| 05/01/12 | 34.39 | 33.99 | 34.75 | 33.85 |
| 05/01/13 | 43.85 | 43.68 | 44.19 | 43.67 |
| 05/01/14 | 56.02 | 55.76 | 56.08 | 55.32 |
| 05/01/15 | 59.31 | 58.21 | 59.37 | 58.21 |
| 05/02/16 | 56.40 | 56.51 | 56.72 | 56.08 |
| 05/01/17 | 61.97 | 62.35 | 62.63 | 61.80 |
| 05/01/18 | 70.52 | 71.09 | 71.24 | 70.07 |
| 05/01/19 | 81.10 | 81.48 | 82.03 | 81.04 |
| 05/01/20 | 41.37 | 40.79 | 41.79 | 39.91 |
| 05/03/21 | 114.64 | 115.57 | 116.01 | 112.64 |
| 05/02/22 | 113.28 | 113.28 | 113.70 | 110.59 |
| 05/01/23 | 99.61 | 103.43 | 103.43 | 99.32 |