# Exhibit 40

**Share Repurchase Information from Discover's 10-Ks and 10-Qs (2011 – 2023)**

| Year | Quantity of Shares Repurchased |
|------|-------------------------------|
| 2011 | 18,025,119 |
| 2012 | 33,889,831 |
| 2013 | 27,034,355 |
| 2014 | 24,796,614 |
| 2015 | 29,050,394 |
| 2016 | 34,043,379 |
| 2017 | 31,553,966 |
| 2018 | 27,371,072 |
| 2019 | 22,443,724 |
| 2020 | 4,433,688 |
| 2021 | 18,913,081 |
| 2022 | 21,535,253 |
| 2023 | 18,097,465 |

| Year | Value of Shares Repurchased |
|------|-----------------------------|
| 2011 | $424,649,520 |
| 2012 | $1,209,442,696 |
| 2013 | $1,272,150,600 |
| 2014 | $1,503,352,731 |
| 2015 | $1,654,791,967 |
| 2016 | $1,877,789,919 |
| 2017 | $2,054,967,193 |
| 2018 | $2,029,713,341 |
| 2019 | $1,719,774,749 |
| 2020 | $320,000,736 |
| 2021 | $2,233,151,627 |
| 2022 | $2,327,204,216 |
| 2023 | $1,900,007,250 |

