**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| KBC ASSET MANAGEMENT NV, NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY POLICE PENSION FUND, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, and TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>DISCOVER FINANCIAL SERVICES, ROGER C. HOCHSCHILD, JOHN T. GREENE, R. MARK GRAF, MARY K. BUSH, CANDACE H. DUNCAN, JOSEPH F. EAZOR, CYNTHIA GLASSMAN, THOMAS G. MAHERAS, MICHAEL MOSKOW, DANIELA O'LEARY GILL, JOHN B. OWEN, DAVID L. RAWLINSON II, and JENNIFER L. WONG,<br><br>    Defendants. | Case No.  1:23-cv-06788<br><br>CLASS ACTION<br><br>Hon. Martha M. Pacold |

**DECLARATION OF MICHAEL J. MIARMI IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

I, Michael J. Miarmi, hereby declare as follows:

1.    I am a partner at Lieff Cabraser Heimann & Bernstein, LLP, which serves as counsel for Co-Lead Plaintiffs New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, and Teachers' Retirement System of the City of New York in the above-referenced action, and as Co-Lead Counsel for the

- 1 -

proposed Class. I respectfully submit this declaration in opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. 89).

2. Attached as Exhibit 1 is a document prepared by Plaintiffs' counsel consisting primarily of a chart that lists the alleged misrepresentations identified in the Amended Complaint by category and notes, for each alleged misrepresentation, the corresponding bases for Plaintiffs' arguments that it was false or misleading when made and was material to investors.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of a Form 10-Q for the quarterly period ended March 31, 2024 filed by Discover Financial Services with the U.S. Securities and Exchange Commission on or about May 1, 2024.

I declare under penalty of perjury, under the laws of the United States, that the information in this declaration is true and accurate to the best of my knowledge.

Executed in New York, New York on May 2, 2024.

*/s/ Michael J. Miarmi*
Michael J. Miarmi

- 2 -