## EXHIBIT 1

### *FALSITY AND MATERIALITY OF STATEMENTS IDENTIFIED IN THE AMENDED COMPLAINT*[1]

- Plaintiffs' Amended Complaint (Dkt. 74, "Complaint") and Opposition to Defendants' Motion to Dismiss (Dkt. 98, "Opp'n") categorize Defendants' false and misleading statements based on three substantive areas: (1) investments in compliance, (2) risk management structure, and (3) risk management and compliance capabilities. *See* Opp'n § I.A.1-3. Plaintiffs also explain that statements Defendants characterize as "opinions" are actionable because they contradicted otherwise verifiable representations, the PSLRA's safe harbor for "forward-looking statements" does not apply to any challenged statements, and Defendants omitted material facts that rendered their statements misleading. *See id.* § I.A.4-6.

- Plaintiffs also set forth at least seven reasons why Defendants' statements were material (the chart below uses this category numbering to refer to the materiality of each of the challenged statements):

  (1) Defendants emphasized the importance of issues relating to risk management, compliance, and corporate governance;

  (2) context indicates Defendants intended investors to rely on their statements;

  (3) the statements concerned matters core to Discover's operations;

  (4) certifications attesting to the integrity of internal controls are critical to an entity subject to extensive regulation, supervision and examination (such as Discover);

  (5) Defendants knew or recklessly disregarded facts undermining their representations;

  (6) the market's strong negative reaction to the revelation of facts that undermined Defendants' misrepresentations demonstrates materiality; and

  (7) Discover's code of conduct was directly at odds with the alleged conduct. ¶¶ 319-25; Opp'n § I.B.[2]

---

[1] This exhibit responds to Defendants' Exhibit 1 (Dkt. 90-2), which purports to "categorize[] the statements at issue in the Amended Complaint within the categories described in Section I.A of [Defendants' motion to dismiss] regarding alleged falsity" and "identif[y] the statements that are subject to dismissal for the separate and independent reason that they are immaterial as a matter of law." *Id.* at 1 n.1 (citation omitted).

[2] "¶ __" refers to paragraphs of the Complaint.

| Defs' Stmt. No.[3] | Actionable Statements[4] | Reasons Why Statements Were False and Misleading When Made[5] | Reasons Why Statements Were Material |
|---|---|---|---|
| 1-5 | "*Our [risk management] framework is designed to be comprehensive* with respect to our business units and their control and support functions, and across all risk types." ¶ 242(a). | • Misrepresenting Discover's risk management structure (Opp'n § I.A.2; ¶¶ 243-46)<br><br>• Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 243-46) | (1), (2), (3), (5), (6) |
| 6-10 | "*We structure accountability across three lines of defense* along the principles of risk management execution, oversight and independent validation. . . . The principles apply across all businesses and risk types and guide the definition of specific roles and responsibilities." ¶ 242(b). | • Misrepresenting Discover's risk management structure (Opp'n § I.A.2; ¶¶ 243-46)<br><br>• Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 243-46) | (1), (2), (3), (5), (6) |
| 11-15 | "The CRM [i.e., Corporate Risk Management] department sets *risk management standards and policies that are consistent with the size and complexity of our business, industry practices and applicable legal and regulatory requirements*." ¶ 242(c). | • Misrepresenting Discover's risk management structure (Opp'n § I.A.2; ¶¶ 243-46)<br><br>• Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 243-46) | (1), (2), (3), (5), (6) |
| 16-20 | "*Our risk governance framework is implemented such that bank-level risk governance requirements are satisfied as well*." ¶ 242(d). | • Misrepresenting Discover's risk management structure (Opp'n § I.A.2; ¶¶ 243-46)<br><br>• Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 243-46) | (1), (2), (3), (5), (6) |

[3] In their Exhibit 1, Defendants organize the alleged false and misleading statements into 34 rows. For ease of reference, this chart follows the same numbering format. Plaintiffs note, however, many of the "143 statements" Defendants cite (Dkt. 90 at 5) consist of the same or substantially similar statements repeated in annual and quarterly SEC filings throughout the Class Period.

[4] As in the Complaint, Plaintiffs use bold and italics to indicate the principal portions of the statements that were false or misleading.

[5] In addition to the reasons summarized below, Plaintiffs allege the relevant Defendant(s) made each statement knowing or recklessly disregarding it was false or misleading.

| 21-25 | "Our Risk Committee . . . establishes a *comprehensive enterprise risk management program*, which includes . . . establishing and overseeing an enterprise-wide approach to risk management through the development of our Enterprise Risk Management Policy and the associated oversight framework for the identification, measurement, monitoring, management and reporting of enterprise risk . . . and . . . reviewing, on a periodic basis, our aggregate enterprise-wide risk exposures and the effectiveness of risk identification, measurement, monitoring, management and reporting policies and procedures, and related controls within the lines of business." ¶ 242(e). | • Misrepresenting Discover's risk management structure (Opp'n § I.A.2; ¶¶ 243-46) <br><br> • Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 243-46) | (1), (2), (3), (5), (6) |
|---|---|---|---|
| 26-30 | "[T]he *CEO establishes a risk management culture throughout the Company and ensures that businesses operate in accordance with this risk culture*." ¶ 242(f). | • Misrepresenting Discover's risk management structure (Opp'n § I.A.2; ¶¶ 243-46) <br><br> • Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 243-46) | (1), (2), (3), (5), (6) |
| 31-35 | "[T]he *CRM department has enterprise risk management, corporate compliance, third-party risk management, model risk management, information security and risk and insurance management frameworks to manage potential risk that might arise within these respective areas*." ¶ 242(g). | • Misrepresenting Discover's risk management structure (Opp'n § I.A.2; ¶¶ 243-46) <br><br> • Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 243-46) | (1), (2), (3), (5), (6) |
| 36-40 | "The internal audit department . . . validates that *risk management controls are functioning as intended* by reviewing and evaluating the design and operating effectiveness of the CRM program and processes, including the independence and effectiveness of the CRM function." ¶ 242(h). | • Misrepresenting Discover's risk management structure (Opp'n § I.A.2; ¶¶ 243-46) <br><br> • Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 243-46) | (1), (2), (3), (5), (6) |
| 41-45 | "*Our enterprise risk management principles are executed through a risk management framework that is based upon industry standards for managing risk and controls*." ¶ 242(*i*). | • Misrepresenting Discover's risk management structure (Opp'n § I.A.2; ¶¶ 243-46) <br><br> • Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 243-46) | (1), (2), (3), (5), (6) |

| 46-50 | "*We have policies and a defined governance structure in place to manage risks*." ¶ 242(j). | • Misrepresenting Discover's risk management structure (Opp'n § I.A.2; ¶¶ 243-46) <br><br> • Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 243-46) | (1), (2), (3), (5), (6) |
|---|---|---|---|
| 51-55 | "In addition, *we have established various policies to help govern these risks*." ¶ 242(k). | • Misrepresenting Discover's risk management structure (Opp'n § I.A.2; ¶¶ 243-46) <br><br> • Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 243-46) | (1), (2), (3), (5), (6) |
| 56-60 | "*Compliance risk exposures are actively and primarily managed* by our business units in conjunction with our compliance department." ¶ 242(l). | • Misrepresenting Discover's risk management structure (Opp'n § I.A.2; ¶¶ 243-46) <br><br> • Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 243-46) | (1), (2), (3), (5), (6) |
| 61-65 | "*Management assessed the effectiveness of our internal control over financial reporting as of December 31, 2018[.] In making this assessment, management used the criteria set forth in Internal Control-Integrated Framework (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission [i.e., "COSO"]. Based on management's assessments and those criteria, management has concluded that our internal control over financial reporting was effective* as of December 31, 2018[.]" ¶ 283. | • Misrepresenting Discover's risk management structure (Opp'n § I.A.2; ¶¶ 285-87) <br><br> • Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 285-87) | (1), (2), (3), (4), (5), (6) |

| | | | |
|---|---|---|---|
| 66 | [**Hochschild:**] "So first, having been here for over 20 years, *I have to maybe disagree with the phrase chronic underinvestment. I think our investments have been appropriate*. But at the beginning of the year, we saw an opportunity to invest more. And so I would characterize it that way." ¶ 248. | <ul><li>Misrepresenting Discover's investments in compliance (Opp'n § I.A.1; ¶¶ 249-52)[6]</li><li>Statement contradicted otherwise verifiable representations (Opp'n § I.A.4; ¶¶ 249-52)</li></ul> | (1), (2), (3), (5), (6) |
| 67 | "Greene was asked about Discover's guidance on expenses for 2021 and his 'views on operating efficiency, how they evolved over the last year and how we should kind of think about that going forward.' Greene responded: '[W]hat we are going to do is manage the business efficiently. And so by that, I mean, is a real focus on corporate cost and *those dollars that aren't directly attributable to our ability to grow or our ability to grow in a compliant way. So we're a regulated financial services institution. We're going to put money into risk and compliance as we want to*.'" ¶ 253. | <ul><li>Misrepresenting Discover's investments in compliance (Opp'n § I.A.1; ¶¶ 254-56)</li><li>No meaningful cautionary language (Opp'n § I.A.5; ¶¶ 326-34)</li></ul> | (1), (2), (3), (5), (6) |
| 68 | [**Hochschild:**] "To achieve our goals, we must balance agility, innovation and growth with the discipline and control required in a high-risk highly regulated industry. Let's look at some of the things we're doing this year. *Top of the list is our focus on compliance first, which means we'll continue to strengthen and fine-tune our processes and comply with all the regulations required of a large national bank*." ¶ 257. | <ul><li>Misrepresenting Discover's investments in compliance (Opp'n § I.A.1; ¶¶ 258-61)</li><li>Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 258-61)</li><li>Not a forward-looking statement and no meaningful cautionary language (Opp'n § I.A.5; ¶¶ 326-34)</li></ul> | (1), (2), (3), (5), (6) |
| 69 | [**Greene:**] "So what we said on the second quarter call . . . *we believe the financial exposure related to any matters related to the investigation was able to be absorbed within our existing expense guidance*. So that was a bit of a quantification of it." ¶ 262. | <ul><li>Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 263-64)</li><li>Statement contradicted otherwise verifiable representations (Opp'n § I.A.4; ¶¶ 263-64)</li></ul> | (1), (2), (3), (5), (6) |

---

[6] On a motion to dismiss, Defendants cannot recharacterize the Complaint to assert this statement was "not about risk management or compliance." *Compare* Dkt. 90-2 (Viapiano Ex. 1) at 4, *with* Opp'n at 9.

| 70 | [**Greene:**] "And we took a conservative approach as discovered us [*sic*]. ***So Discover has traditionally been conservative on accounting matters and legal matters.*** And we said, 'Okay, with a Board investigation going on related to the student loan servicing [consent] order items, it'd be better to hold off on share repurchase.'" ¶ 262. | • Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 263-64)[7]<br><br>• Statement contradicted otherwise verifiable representations (Opp'n § I.A.4; ¶¶ 263-64) | (1), (2), (3), (5), (6) |
| --- | --- | --- | --- |
| 71 | [**Greene:**] "My hope is that by the end of the year, this will be behind us, and we'll be able to resume share repurchases. Now that will be subject to the Board's review and conclusion of the work they're doing on this. ***But overall, I look at this as a matter of timing, not anything greater than that***." ¶ 262. | • Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 263-64)[8]<br><br>• Statement contradicted otherwise verifiable representations (Opp'n § I.A.4; ¶¶ 263-64)<br><br>• No meaningful cautionary language (Opp'n § I.A.5; ¶¶ 326-34) | (1), (2), (3), (5), (6) |
| 72 | [**Hochschild:**] "*In student loans, I think it's been public. We've had some compliance challenges there, but the team is doing a lot of great work. I'm really excited about that product. We see good returns.* We're the second largest originator of private student loans. It's a great way to get your product and your brand in front of the next generation of consumers. So that's a business that I'm very excited about." ¶ 265. | • Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶ 266)<br><br>• Statement contradicted otherwise verifiable representations (Opp'n § I.A.4; ¶ 266) | (1), (2), (3), (5), (6) |

---

[7] On a motion to dismiss, Defendants cannot recharacterize the Complaint to assert this statement was "not about risk management or compliance." *Compare* Dkt. 90-2 (Viapiano Ex. 1) at 5, *with* Opp'n at 9.

[8] On a motion to dismiss, Defendants cannot recharacterize the Complaint to assert this statement was "not about risk management or compliance." *Compare* Dkt. 90-2 (Viapiano Ex. 1) at 5, *with* Opp'n at 9.

| 73 | [**Greene:**] "Yes, so, what we've historically said is we would—we had a target of 10.5% and we've been persistently higher than that. In 2022, we put forward a really, really robust plan in terms of return of capital. ***We are executing on that very, very well***, and then we had to pause at the end of the second quarter into the third quarter. ***Fortunately, we got that behind us***. At the end of the year, I believe we had $2.8 billion remaining on our authorization, and the plan is to execute on that authorization in the first quarter of '23 and into the second quarter of '23. Then, we'll share a proposal with our Board. The expectation is that we'll continue to maintain our capital allocation priorities. So first, investment in organic growth; second, return excess capital to shareholders; and then third, if there's some sort of bolt-on M&A, we'll look at it. But no major changes in the priorities." ¶ 267. | • Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 268-69)[9] | (1), (2), (3), (5), (6) |
|---|---|---|---|
| 74 | In his letter to shareholders accompanying Discover's 2022 Annual Report, "Hochschild emphasized that ***the Company [had] 'invested significantly in key areas of our business' to, among other things, 'strengthen compliance.'*** " ¶ 270. | • Misrepresenting Discover's investments in compliance (Opp'n § I.A.1; ¶ 273)<br><br>• Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶ 273) | (1), (2), (3), (5), (6) |
| 75 | "In the 2022 Annual Report, Discover noted it 'focused on three key areas to strengthen our CMS [i.e., compliance management system] over the past few years,' including":<br><br>• "***Strong compliance programs to ensure we understand and follow regulatory requirements***, identify potential risks, and put in place robust, effective processes that we regularly monitor and test to be certain they are working as designed"; and<br><br>• "Identifying and solving problems before customer harm happens, or when mistakes do occur, find the root causes, fix them quickly and prevent them from happening again." ¶ 271. | • Misrepresenting Discover's investments in compliance (Opp'n § I.A.1; ¶ 273)<br><br>• Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶ 273) | (1), (2), (3), (5), (6) |

---

[9] On a motion to dismiss, Defendants cannot recharacterize the Complaint to assert this statement was "not about risk management or compliance." *Compare* Dkt. 90-2 (Viapiano Ex. 1) at 5, *with* Opp'n at 9.

| 76 | "When we know, monitor and improve our processes *through strong compliance management, we enhance the customer experience and eliminate or mitigate issues before they cause customer harm*." ¶ 272. | • Misrepresenting Discover's investments in compliance (Opp'n § I.A.1; ¶ 273)<br><br>• Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶ 273) | (1), (2), (3), (5), (6) |
|---|---|---|---|
| 77 | [**Hochschild:**] "As we look to the remainder of 2023, we may adjust our outlook as conditions evolve. *We believe there is the potential for more stringent regulation.* We believe we're well positioned for more rigorous regulatory capital and liquidity requirements given our strong internal standards, and *we also continue to focus on enhancing our compliance management systems*." ¶ 274. | • Misrepresenting Discover's investments in compliance (Opp'n § I.A.1; ¶ 275)<br><br>• Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶ 275)<br><br>• Statement contradicted otherwise verifiable representations (Opp'n § I.A.4; ¶ 275)<br><br>• Not a forward-looking statement and no meaningful cautionary language (Opp'n § I.A.5; ¶¶ 326-34) | (1), (2), (3), (5), (6) |
| 78 | [**Hochschild:**] "In 2023, *we're focused on maturing our compliance and risk management, including strengthening our monitoring and testing and strengthening all 3 lines of defense to better identify, assess and mitigate risk*." ¶ 276. | • Misrepresenting Discover's investments in compliance (Opp'n § I.A.1; ¶¶ 277-79)<br><br>• Misrepresenting Discover's risk management structure (Opp'n § I.A.2; ¶¶ 277-79)<br><br>• Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 277-79)<br><br>• Not a forward-looking statement and no meaningful cautionary language (Opp'n § I.A.5; ¶¶ 326-34) | (1), (2), (3), (5), (6) |

| 79 | [**Hochschild:**] "And so our spending on compliance and risk management is up roughly $250 million a year from 2019. *It reflects that compliance is our top priority*. *And so an area we need to make sure we continue to inves*t. In terms of the puts and takes and how that translates into overall expense levels, it's a bit hard to say.<br><br>And so John [Greene] talked at the last call about there being some upward pressure on that range. Part of it will also depend on the economy because if conditions deteriorate, you tend to cut back on marketing, and so there's an offsetting savings on the expense side. So we'll probably provide an update on the next call as we get more clarity towards the back half of the year. But *obviously continuing to make those investments on the compliance side, but also on building capabilities that will continue to let us succeed*." ¶ 280. | • Misrepresenting Discover's investments in compliance (Opp'n § I.A.1; ¶ 281)<br><br>• Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶ 281) | (1), (2), (3), (5), (6) |
|---|---|---|---|
| 80-99 | "In each of those Form 10-Ks and Form 10-Qs, the Officer Defendants certified that based on their knowledge":<br><br>• *"[T]his report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report"*; and<br><br>• "[T]he financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of [Discover] as of, and for, the periods presented in this report." ¶ 289. | • Misrepresenting Discover's risk management structure (Opp'n § I.A.2; ¶¶ 292-93)<br><br>• Statement contradicted otherwise verifiable representations (Opp'n § I.A.4; ¶¶ 292-93) | (1), (2), (3), (4), (5), (6) |

| 100-119 | "The Officer Defendants further certified that they": <br><br> • "Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to [Discover], including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared"; <br><br> • "Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles"; <br><br> • "Evaluated the effectiveness of [Discover]'s disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation"; and <br><br> • "Disclosed in this report any change in [Discover]'s internal control over financial reporting that occurred during [Discover]'s most recent fiscal quarter (the [Company]'s fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the [Company]'s internal control over financial reporting." ¶ 290. | • Misrepresenting Discover's risk management structure (Opp'n § I.A.2; ¶¶ 292-93) <br><br> • Statement contradicted otherwise verifiable representations (Opp'n § I.A.4; ¶¶ 292-93) | (1), (2), (3), (4), (5), (6) |
| 120-139 | "[T]he Officer Defendants represented that they 'disclosed, based on [their] most recent evaluation of [ICFR], to [Discover]'s auditors and the audit committee of [Discover]'s board of directors (or persons performing the equivalent functions)'": <br><br> • ***"All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect [Discover]'s ability to record, process, summarize and report financial information"***; and <br><br> • ***"Any fraud, whether or not material, that involves management or other employees who have a significant role in [Discover]'s internal control over financial reporting."*** ¶ 291. | • Misrepresenting Discover's risk management structure (Opp'n § I.A.2; ¶¶ 292-93) <br><br> • Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 292-93) <br><br> • Statement contradicted otherwise verifiable representations (Opp'n § I.A.4; ¶¶ 292-93) | (1), (2), (3), (4), (5), (6) |

| 140 | "*The Company complies with both the letter and the spirit of fair and responsible banking laws.*" ¶ 294. | • Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 296-98) | (1), (2), (3), (5), (6), (7) |
|---|---|---|---|
| 141 | "*[T]he Company complies with federal and state laws that prohibit unfair, deceptive, or abusive acts or practices.*" ¶ 294. | • Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 296-98) | (1), (2), (3), (5), (6), (7) |
| 142 | "[H]aving strong governance and risk management is critical. *We adhere to a rigorous Code of Conduct, have protocols in place to meet regulatory requirements*, prioritize cybersecurity and data privacy to protect consumers from online attacks, and are committed to transparency, accountability, and ethical behavior in all we do." ¶ 295. | • Misrepresenting Discover's risk management and compliance capabilities (Opp'n § I.A.3; ¶¶ 296-98) | (1), (2), (3), (5), (6), (7) |
| 143 | "*Our enterprise-wide risk management framework . . . enables the consistent execution of risk management principles through a comprehensive set of programs*. These programs are defined in formal policies and procedures and support our businesses in identifying, measuring, managing, monitoring, and reporting their risks. *Independent oversight, including adherence to policy requirements, is provided by the second and third lines of defense.*" ¶ 295. | • Misrepresenting Discover's risk management structure (Opp'n § I.A.2; ¶¶ 296-98) | (1), (2), (3), (5), (6), (7) |