# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| KBC ASSET MANAGEMENT N.V., NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, NEW YORK CITY POLICE PENSION FUND, and TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, ROGER C. HOCHSCHILD, JOHN T. GREENE, R. MARK GRAF, MARY K. BUSH, CANDACE H. DUNCAN, JOSEPH F. EAZOR, CYNTHIA GLASSMAN, THOMAS G. MAHERAS, MICHAEL MOSKOW, DANIELA O'LEARY GILL, JOHN B. OWEN, DAVID L. RAWLINSON II, and JENNIFER L. WONG,<br><br>Defendants. | Case No. 1:23-cv-06788<br><br>Hon. Martha M. Pacold |

## REPLY DECLARATION OF CHRISTOPHER M. VIAPIANO

I, Christopher M. Viapiano, hereby declare under penalty of perjury as follows:

1. I am a member of the General Bar of this Court and am a partner of the law firm Sullivan & Cromwell LLP, counsel to Discover Financial Services ("Discover") in the above-captioned action.

2. I respectfully submit this Reply Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (the "Amended Complaint" or "AC").

3. This Reply Declaration supplements the declaration I previously filed on

March 27, 2024 in support of Defendants' Motion to Dismiss (Dkt. No. 90-1), which attached

Exhibits 1 through 40.

4.      Attached as Exhibits 41 through 44 are true and correct copies of the following

documents (excerpted where indicated):

Exhibit 41      Public Company Accounting Oversight Board ("PCAOB"), AU Section 319, superseded for audits of fiscal years beginning on or after December 15, 2010 (*see* AC ¶ 89; Opp. 35) (excerpts), from https://pcaobus.org/oversight/standards/archived-standards/details/AU319.

Exhibit 42      PCAOB, Auditing Standards for Audits of Financial Statements for Fiscal Years Ending Dec. 15, 2017 through Dec. 14, 2020 (excerpts), from https://pcaobus.org/oversight/standards/auditing-standards.

Exhibit 43      PCAOB, Auditing Standards for Audits of Financial Statements for Fiscal Years Ending on Dec. 15, 2020 through Dec. 14, 2024 (excerpts), from https://pcaobus.org/oversight/standards/auditing-standards.

Exhibit 44      Committee of Sponsoring Organizations of the Treadway Commission ("COSO"), Internal Control – Integrated Framework (2013) (*see* AC ¶¶ 88, 90; Opp. 2, 35) (excerpts).


Executed on June 3, 2024
Washington, District of Columbia


                                        /s/ Christopher M. Viapiano
                                        Christopher M. Viapiano