# Exhibit 41

 Careers

 Subscribe

Home > Oversight > Standards > Archived Standards and Guidance

# AU Section 319

# Consideration of Internal Control in a Financial Statement Audit

[Superseded, effective for audits of fiscal years beginning on or after December 15, 2010. See **PCAOB Release No. 2010-004** .]

## Summary Table of Contents

**(.01-.05) Introduction**

**(.06 - .07) Definition of Internal Control**

**(.08 - .13) Relationship Between Objectives and Components**

**(.14 - .15) Application of Components to a Financial Statement Audit**

**(.16 - .20) Effect of Information Technology on Internal Control**

**(.21 - .24) Limitations of an Entity's Internal Control**

**(.25 - .61) Obtaining an Understanding of Internal Control**

**(.62 - .83) Assessing Control Risk**

**(.84 - .89) Relationship of Understanding to Assessing Control Risk**

**(.90 - .104) Evidential Matter to Support the Assessed Level of Control Risk**

**(.105 - .108) Correlation of Control Risk With Detection Risk**

**(.109) Effective Date**

**[.110] Appendix — Internal Control Components**

# Definition of Internal Control

## .06

*Internal control* is a process—effected by an entity's board of directors, management, and other personnel—designed to provide reasonable assurance regarding the achievement of objectives in the following categories: (*a*) reliability of financial reporting, (*b*) effectiveness and efficiency of operations, and (*c*) compliance with applicable laws and regulations.

## .07

Internal control consists of five interrelated components:

a. Control environment sets the tone of an organization, influencing the control consciousness of its people. It is the foundation for all other components of internal control, providing discipline and structure.

b. Risk assessment is the entity's identification and analysis of relevant risks to achievement of its objectives, forming a basis for determining how the risks should be managed.

c. Control activities are the policies and procedures that help ensure that management directives are carried out.

d. Information and communication systems support the identification, capture, and exchange of information in a form and time frame that enable people to carry out their responsibilities.

e. Monitoring is a process that assesses the quality of internal control performance over time.

# Relationship Between Objectives and Components

## .08

There is a direct relationship between objectives, which are what an entity strives to achieve, and components, which represent what is needed to achieve the objectives. In addition, internal control is relevant to the entire entity, or to any of its operating units or business functions. This relationship is depicted as follows:



## .09

Although an entity's internal control addresses objectives in each of the categories referred to in paragraph .06, not all of these objectives and related controls are relevant to an audit of the entity's financial statements. Also, although internal control is relevant to the entire entity or to any of its operating units or business functions, an understanding of internal control relevant to each of the entity's operating units and business functions may not be necessary to plan and perform an effective audit.

*[The following note is effective for audits of fiscal years ending on or after November 15, 2007. See **PCAOB Release 2007-005A** . For audits of fiscal years ending before November 15, 2007, **click here**.]*

Note: When performing an integrated audit of financial statements and internal control over financial reporting, refer to paragraphs B10 - B16 of Appendix B, *Special Topics*, of **PCAOB Auditing Standard No. 5**, *An Audit of Internal Control Over Financial Reporting That Is Integrated with An Audit of Financial Statements*, for discussion of considerations when a company has multiple locations or business units.

## Financial Reporting Objective

## .10

Generally, controls that are relevant to an audit pertain to the entity's objective of preparing financial statements for external purposes that are fairly presented in conformity with generally accepted accounting principles or a comprehensive basis of accounting other than generally accepted accounting principles. [fn 5]

## Operations and Compliance Objectives

The controls relating to operations and compliance [fn 6] objectives may be relevant to an audit if they pertain to data the auditor evaluates or uses in applying auditing procedures. For example, controls pertaining to nonfinancial data that the auditor uses in analytical procedures, such as production statistics, or pertaining to detecting noncompliance with laws and regulations that may have a direct and material effect on the financial statements, such as controls over compliance with income tax laws and regulations used to determine the income tax provision, may be relevant to an audit.

**.12**

An entity generally has controls relating to objectives that are not relevant to an audit and therefore need not be considered. For example, controls concerning compliance with health and safety regulations or concerning the effectiveness and efficiency of certain management decision-making processes (such as the appropriate price to charge for its products or whether to make expenditures for certain research and development or advertising activities), although important to the entity, ordinarily do not relate to a financial statement audit. Similarly, an entity may rely on a sophisticated system of automated controls to provide efficient and effective operations (such as a commercial airline's system of automated controls to maintain flight schedules), but these controls ordinarily would not be relevant to the financial statement audit and therefore need not be considered.

## Safeguarding of Assets

**.13**

Internal control over safeguarding of assets against unauthorized acquisition, use, or disposition may include controls relating to financial reporting and operations objectives. This relationship is depicted as follows:

–

fn * This section has been revised to reflect the amendments and conforming changes necessary due to the issuance of Statement on Auditing Standards No. 78, effective for audits of financial statements for periods beginning on or after January 1, 1997. The amendments are made to recognize the definition and description of internal control contained in *Internal Control—Integrated Framework*, published by the Committee of Sponsoring Organizations of the Treadway Commission (COSO Report). This section has also been amended to reflect the issuance of Statement on Auditing Standards No. 94, effective for audits of financial statements for periods beginning on or after June 1, 2001. Earlier application is permissible.

fn 1 Internal control *also may be referred to as internal control structure*.

fn 2 Information technology (IT) encompasses automated means of originating, processing, storing, and communicating information, and includes recording devices, communication systems, computer systems (including hardware and software components and data), and other electronic devices. An entity's use of IT may be extensive; however, the auditor is primarily interested in the entity's use of IT to initiate, record, process, and report transactions or other financial data.

fn 3 Control risk may be assessed in quantitative terms, such as percentages, or in nonquantitative terms that range, for example, from a maximum to a minimum. The term *maximum level* is used in this section to mean the greatest probability that a material misstatement that could occur in a financial statement assertion will not be prevented or detected on a timely basis by an entity's internal control.

fn 4 If the auditor is unable to obtain such evidential matter, he or she should consider the guidance in section 326, *Evidential Matter*, paragraphs .14 and .25.

fn 5 The term *comprehensive basis of accounting other than generally accepted accounting principles* is defined in section 623, *Special Reports*, paragraph .04. Hereafter, reference to generally accepted accounting principles in this section includes, where applicable, an other comprehensive basis of accounting.

fn 6 An auditor may need to consider controls relevant to compliance objectives when performing an audit in accordance with section 801, *Compliance Auditing Considerations in Audits of Governmental Entities and Recipients of Governmental Financial Assistance*.

fn 7 See section 324, *Service Organizations*, for guidance if an entity obtains services that are part of its information system from another organization.

fn 8 Paragraph 12 of the appendix [paragraph .110] defines *initiation*, *recording*, *processing*, and *reporting* as used throughout this section.

fn 9 See section 311, *Planning and Supervision*, paragraph .10.

fn 10 These assertions are discussed in section 326.