# Exhibit 44



**COSO**

Committee of Sponsoring Organizations of the Treadway Commission

# Internal Control — Integrated Framework

## Framework and Appendices

HD 70
.U5 I53
2013
[FP]
c. 2 Library 2

SULLIVAN & CROMWELL
NEW YORK

NY0000142292

May 2013

Case: 1:23-cv-06788 Document #: 99-5 Filed: 06/03/24 Page 3 of 3 PageID #:1456

Framework | Control Environment · Risk Assessment · Control Activities · Information and Communication · Monitoring Activities



It also provides flexibility in application, allowing an organization to sustain internal control across the entire entity; at a subsidiary, division, or operating unit level; or within a function relevant to the entity's operations, reporting, or compliance objectives, based on the entity's specific needs or circumstances.

## Geared to the Achievement of Objectives

The *Framework* sets forth three categories of objectives, which allow organizations to focus on separate aspects of internal control:

- *Operations Objectives*—These pertain to effectiveness and efficiency of the entity's operations, including operational and financial performance goals, and safeguarding assets against loss.

- *Reporting Objectives*—These pertain to internal and external financial and non-financial reporting and may encompass reliability, timeliness, transparency, or other terms as set forth by regulators, standard setters, or the entity's policies.

- *Compliance Objectives*—These pertain to adherence to laws and regulations to which the entity is subject.

These distinct but overlapping categories—a particular objective can fall under more than one category—address different needs and may be the direct responsibility of different individuals. The three categories also indicate what can be expected from internal control.

A system of internal control is expected to provide an organization with reasonable assurance that those objectives relating to external reporting and compliance with laws and regulations will be achieved. Achieving those objectives, which are based largely on laws, rules, regulations, or standards established by legislators, regulators, and standard setters, depends on how activities within the entity's control are performed. Generally, management and/or the board have greater discretion in setting internal reporting objectives that are not driven primarily by such external parties. However, the organization may choose to align its internal and external reporting objectives to allow internal reporting to better support the entity's external reporting.

Achievement of some operations objectives—such as a particular return on investment, market share, or maintaining safe operations—is not always within the organization's control. For instance, suppose an airline has specified an objective to depart 90% of all flights on time. Adverse weather such as hurricanes and snowstorms are external events beyond management's control that have the potential to significantly impact the achievement of that objective. For these types of operations objectives, systems of internal control can only provide reasonable assurance that management and the board are made aware, in a timely manner, of the extent to which the entity is moving toward those objectives.

Where external events are unlikely to have a significant impact on the achievement of specified operations objectives or where the organization can reasonably predict the nature and timing of external events and mitigate the impact to an acceptable level, the entity may be able to attain reasonable assurance that these objectives can