**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KBC ASSET MANAGEMENT NV, NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY POLICE PENSION FUND, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, and TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> DISCOVER FINANCIAL SERVICES, ROGER C. HOCHSCHILD, JOHN T. GREENE, R. MARK GRAF, MARY K. BUSH, CANDACE H. DUNCAN, JOSEPH F. EAZOR, CYNTHIA GLASSMAN, THOMAS G. MAHERAS, MICHAEL MOSKOW, DANIELA O'LEARY GILL, JOHN B. OWEN, DAVID L. RAWLINSON II, and JENNIFER L. WONG, <br><br> Defendants. | Case No. 1:23-cv-06788 <br><br> <u>CLASS ACTION</u> <br><br> Hon. Martha M. Pacold |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's April 23, 2024 Order (Dkt. 97), the parties to the above-captioned action hereby submit this Joint Status Report.

On March 27, 2024, Defendants jointly moved to dismiss the Amended Complaint for failure to state a claim, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act ("PSLRA"). Dkts. 89, 90. On May 2, 2024, Plaintiffs filed their opposition to the motion to dismiss. Dkt. 98. On June 3, 2024,

Defendants filed their reply. Dkt. 99. As the motion to dismiss is now fully briefed, the parties request that the Court schedule in-person oral argument on the motion at the Court's convenience. Given potential conflicts arising from pre-planned vacations or other events over the next few months, the parties respectfully request that if the Court decides to hold oral argument, it provide available dates and allow the parties then to confer and provide the Court with a mutually agreeable date.

Under the PSLRA, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss" a private securities fraud action. 15 U.S.C. § 78u-4(b)(3)(B). Accordingly, discovery in this action remains stayed pending resolution of Defendants' motion to dismiss.

Dated: June 7, 2024

**MOTLEY RICE LLC**

*/s/ Gregg S. Levin* (with consent)
Gregg S. Levin
Lance V. Oliver
William S. Norton
Joshua C. Littlejohn (*admitted pro hac vice*)
Christopher F. Moriarty
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
glevin@motleyrice.com
loliver@motleyrice.com
bnorton@motleyrice.com
cmoriarty@motleyrice.com
jlittlejohn@motleyrice.com

*Counsel for Co-Lead Plaintiff KBC Asset Management NV and Co-Lead Counsel for the proposed Class*

Respectfully submitted,

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

*/s/ Michael J. Miarmi*
Steven E. Fineman (*admitted pro hac vice*)
Daniel P. Chiplock (*admitted pro hac vice*)
Michael J. Miarmi (*admitted pro hac vice*)
Gabriel A. Panek (*admitted pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
sfineman@lchb.com
dchiplock@lchb.com
mmiarmi@lchb.com
gpanek@lchb.com

Richard M. Heimann (*admitted pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

rheimann@lchb.com

*Counsel for Co-Lead Plaintiffs New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, and Teachers' Retirement System of the City of New York, and Co-Lead Counsel for the proposed Class*

**KIRBY MCINERNEY LLP**
Anthony E. Maneiro
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Telephone: (312) 767-5180
Facsimile: (312) 757-5181
amaneiro@kmllp.com

*Local Counsel for KBC Asset Management NV*

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
IL Bar: 6185530
Telephone: (312) 357-0370
cgilden@cohenmilstein.com

*Liaison Counsel for the proposed Class*

**SULLIVAN & CROMWELL LLP**

*/s/ Christopher M. Viapiano* (with consent)
Christopher M. Viapiano
David N. Whalen
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
Facsimile: (202) 293-6330
viapianoc@sullcrom.com
whalend@sullcrom.com

Leonid Traps
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
trapsl@sullcrom.com

*Counsel for Discover Financial Services*

        **SIDLEY AUSTIN LLP**

        */s/ Hille R. Sheppard* (with consent)
        Hille R. Sheppard
        Christopher Y. Lee
        One South Dearborn
        Chicago, Illinois 60603
        Telephone: (312) 853-7000
        Facsimile: (312) 853-7036
        hsheppard@sidley.com
        chris.lee@sidley.com

        *Counsel for R. Mark Graf*


        **GOODWIN PROCTER LLP**

        */s/ John Barker* (with consent)
        Deborah Birnbach
        John Barker
        100 Northern Avenue
        Boston, Massachusetts 02210
        Telephone: (617) 570-1000
        DBirnbach@goodwinlaw.com
        JBarker@goodwinlaw.com

        *Counsel for John T. Greene*

**WINSTON & STRAWN LLP**

*/s/ Seth Farber* (with consent)
Seth Farber (admitted *pro hac vice*)
Thania ("Athanasia") Charmani (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6400
SFarber@winston.com
ACharmani@winston.com

Joseph Motto
35 W Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-3728
JMotto@winston.com

*Counsel for Roger C. Hochschild*

**WILLKIE FARR & GALLAGHER LLP**

*/s/ Todd G. Cosenza* (with consent)
Todd G. Cosenza (admitted *pro hac vice*)
Charles D. Cording (admitted *pro hac vice*)
Joshua S. Levy (admitted *pro hac vice*)
Amanda M. Payne (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
tcosenza@willkie.com
ccording@willkie.com
jlevy@willkie.com
apayne@willkie.com

*Counsel for Mary K. Bush, Candace H. Duncan, Joseph F. Eazor, Daniela O'Leary Gill, Cynthia Glassman, Thomas G. Maheras, Michael Moskow, John B. Owen, David L. Rawlinson II, and Jennifer L. Wong*