# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

New York City Employees' Retirement System, et al.

                                        Plaintiff,

v.                                               Case No.: 1:23−cv−06788

                                                      Honorable Martha M. Pacold

Discover Financial Services, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 13, 2024:

       MINUTE entry before the Honorable Martha M. Pacold: The court has reviewed the parties' joint status report, [100], which asks the court to schedule in−person oral argument on the motion at the court's convenience. The motion is taken under advisement. If the court determines that oral argument is necessary, the court will schedule the argument at a later date. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.