## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KBC ASSET MANAGEMENT NV, NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY POLICE PENSION FUND, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, and TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, ROGER C. HOCHSCHILD, JOHN T. GREENE, R. MARK GRAF, MARY K. BUSH, CANDACE H. DUNCAN, JOSEPH F. EAZOR, CYNTHIA GLASSMAN, THOMAS G. MAHERAS, MICHAEL MOSKOW, DANIELA O'LEARY GILL, JOHN B. OWEN, DAVID L. RAWLINSON II, and JENNIFER L. WONG,<br><br>Defendants. | Case No.  1:23-cv-06788<br><br>CLASS ACTION<br><br>Hon. Martha M. Pacold |

## LEAD PLAINTIFFS' MOTION FOR LEAVE TO AMEND

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and this Court's March 31, 2025 Order (Dkt. 104), Lead Plaintiffs KBC Asset Management NV and New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, and Teachers' Retirement System of the City of New York (together, "Plaintiffs") respectfully move for leave to file their [Proposed] Second Amended Class Action Complaint ("SCAC").  Plaintiffs' motion is supported by the accompanying memorandum of law as well as the Declaration of Michael J. Miarmi and attached exhibits, which consist of a copy of the SCAC (Exhibit A) and a "redline" document (Exhibit B) that shows the differences between the SCAC and the Amended Class Action Complaint filed on February 9, 2024 (Dkt. 74).

As detailed in the accompanying memorandum of law, leave to amend is warranted under Rule 15(a)(2).  Accordingly, the Court should permit Plaintiffs to file the SCAC.

Dated: May 14, 2025

Respectfully submitted,

**MOTLEY RICE LLC**

**LIEFF CABRASER HEIMANN**
**  & BERNSTEIN, LLP**

/s/ *Gregg S. Levin* (with consent)
Gregg S. Levin
Lance V. Oliver
William S. Norton
Christopher F. Moriarty
Joshua C. Littlejohn (*admitted pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
glevin@motleyrice.com
loliver@motleyrice.com
bnorton@motleyrice.com
cmoriarty@motleyrice.com
jlittlejohn@motleyrice.com

*Counsel for Co-Lead Plaintiff KBC Asset*
*Management NV and Co-Lead Counsel for*
*the proposed Class*

/s/ *Michael J. Miarmi*
Steven E. Fineman (*admitted pro hac vice*)
Daniel P. Chiplock (*admitted pro hac vice)*
Michael J. Miarmi (*admitted pro hac vice*)
Gabriel A. Panek (*admitted pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
sfineman@lchb.com
dchiplock@lchb.com
mmiarmi@lchb.com
gpanek@lchb.com

Richard M. Heimann (*admitted pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

1

rheimann@lchb.com

*Counsel for Co-Lead Plaintiffs the NYC Funds and Co-Lead Counsel for the proposed Class*

**KIRBY MCINERNEY LLP**
Anthony E. Maneiro
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Telephone: (312) 767-5180
Facsimile: (312) 757-5181
amaneiro@kmllp.com

*Local Counsel for KBC Asset Management NV*

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
IL Bar: 6185530
Telephone: (312) 357-0370
cgilden@cohenmilstein.com

*Liaison Counsel for the proposed Class*

2