**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| KBC ASSET MANAGEMENT NV, NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY POLICE PENSION FUND, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, and TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> DISCOVER FINANCIAL SERVICES, ROGER C. HOCHSCHILD, JOHN T. GREENE, R. MARK GRAF, MARY K. BUSH, CANDACE H. DUNCAN, JOSEPH F. EAZOR, CYNTHIA GLASSMAN, THOMAS G. MAHERAS, MICHAEL MOSKOW, DANIELA O'LEARY GILL, JOHN B. OWEN, DAVID L. RAWLINSON II, and JENNIFER L. WONG, <br><br> Defendants. | Case No.  1:23-cv-06788 <br><br> CLASS ACTION <br><br> Hon. Martha M. Pacold |

**DECLARATION OF MICHAEL J. MIARMI IN SUPPORT OF
LEAD PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

I, Michael J. Miarmi, hereby declare as follows:

1.     I am a partner at Lieff Cabraser Heimann & Bernstein, LLP, which serves as counsel for Co-Lead Plaintiffs New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, and Teachers' Retirement System of the City of New York in the above-referenced action, and as Co-Lead Counsel for the proposed Class.  I respectfully submit this declaration in support of Lead Plaintiffs' Motion for

- 1 -

Leave to Amend, in which they seek to file the [Proposed] Second Amended Class Action Complaint ("SCAC").

2.      Attached as Exhibit A is a copy of the SCAC.

3.      Attached as Exhibit B is a "redline" document that shows the differences between the SCAC and the Amended Class Action Complaint filed on February 9, 2024 (Dkt. 74).

I declare under penalty of perjury, under the laws of the United States, that the information in this declaration is true and accurate to the best of my knowledge.

Executed in New York, New York on May 14, 2025.

/s/ Michael J. Miarmi
Michael J. Miarmi

- 2 -