**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KBC ASSET MANAGEMENT N.V., NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, NEW YORK CITY POLICE PENSION FUND, and TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, ROGER C. HOCHSCHILD, JOHN T. GREENE, R. MARK GRAF, MARY K. BUSH, CANDACE H. DUNCAN, JOSEPH F. EAZOR, CYNTHIA GLASSMAN, THOMAS G. MAHERAS, MICHAEL MOSKOW, DANIELA O'LEARY GILL, JOHN B. OWEN, DAVID L. RAWLINSON II, and JENNIFER L. WONG,<br><br>Defendants. | Case No. 1:23-cv-06788<br><br>Hon. Martha M. Pacold |

**DECLARATION OF CHRISTOPHER M. VIAPIANO**

I, Christopher M. Viapiano, hereby declare under penalty of perjury as follows:

1. I am a member of the General Bar of this Court and am a partner of the law firm Sullivan & Cromwell LLP, counsel to Discover Financial Services ("Discover") in the above-captioned action. Capital One Financial Corp. is the successor by merger to Discover Financial Services. *See* Dkt. No. 109.

2. I respectfully submit this Declaration in support of Defendants' Opposition to Plaintiffs' Motion for Leave to Amend.

3. Attached as Exhibit 45, for the Court's convenience, is a chart prepared with the assistance of persons working under my direction that lists the challenged statements in the Proposed Second Amended Complaint ("PSAC") and the reasons why amendment is futile as set forth in Defendants' Opposition to Plaintiffs' Motion for Leave to Amend.

4. Attached as Exhibits 46 through 67 are true and correct copies of the following documents (excerpted where indicated):

Exhibit 46    2023 Form 10-K of Discover, filed with the Securities and Exchange Commission ("SEC") on February 23, 2024 (*see* PSAC ¶ 171) (excerpts).

Exhibit 47    2023 Amended Form 10-K/A of Discover, filed with the SEC on December 23, 2024 (*see*, *e.g.*, PSAC ¶¶ 7, 105, 191-92, 194, 200) (excerpts).

Exhibit 48    Q2 2023 Quarterly Report of Discover, filed on Form 10-Q with the SEC on July 28, 2023 (*see*, *e.g.*, PSAC ¶¶ 203, 205, 210, 401) (excerpts).

Exhibit 49    Q3 2023 Quarterly Report of Discover, filed on Form 10-Q with the SEC on October 26, 2023 (*see*, *e.g.*, PSAC ¶¶ 203, 205, 210) (excerpts).

Exhibit 50    Q1 2024 Quarterly Report of Discover, filed on Form 10-Q with the SEC on May 1, 2024 (*see* PSAC ¶¶ 171, 179) (excerpts).

Exhibit 51    Form 8-K of Discover, filed with the SEC on November 25, 2024 (*see* PSAC ¶ 194).

Exhibit 52    Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 450 (2025), from Thomson Reuters Checkpoint (excerpts).

Exhibit 53    FASB ASC Topic 605 (2025), from Thomson Reuters Checkpoint (*see* PSAC ¶ 196) (excerpts).

Exhibit 54    FASB ASC Topic 606 (2025), from Thomson Reuters Checkpoint (*see* PSAC ¶ 196) (excerpts).

Exhibit 55    Response Letter from Discover filed with the SEC on October 24, 2024 re: Form 10-K For the Year Ended December

31, 2023 (File No. 001-33378) (*see, e.g.*, PSAC ¶¶ 8, 108).

Exhibit 56    Response Letter from Discover filed with the SEC on November 27, 2024 re: Form 10-K For the Year Ended December 31, 2023 (File No. 001-33378) (*see, e.g.*, PSAC ¶¶ 8, 108).

Exhibit 57    Response Letter from Discover filed with the SEC on November 27, 2024 re: Form 10-K For the Year Ended December 31, 2023 (File No. 001-33378) (*see, e.g.*, PSAC ¶¶ 8, 108).

Exhibit 58    Consent Order, *In the Matter of Discover Bank*, No. FDIC-23-0014b, dated September 25, 2023 (*see, e.g.,* PSAC ¶¶ 102-04).

Exhibit 59    Amended and Restated Consent Order, Order for Restitution, and Order to Pay, *In the Matter of Discover Bank*, Nos. FDIC-23-0014b, FDIC-24-0103b, and FDIC-24-0102k, dated April 16, 2025 (*see, e.g.,* PSAC ¶¶ 7, 11, 17, 96-101, 182).

Exhibit 60    Order to Cease and Desist and Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as Amended, *In the Matter of Discover Financial Services and DFS Services LLC*, Nos. 25-004-B-HC, 25-004-B-DEO, 25-004-CMP-HC, and 25-004-CMP-DEO, dated April 18, 2025 (*see, e.g.,* PSAC ¶¶ 11, 215, 218, 224).

Exhibit 61    Discover Press Release, *Discover Financial Services Reports Second Quarter 2023 Net Income of $901 Million or $3.54 Per Diluted Share*, dated July 19, 2023, from Discover's website (*see* PSAC ¶¶ 22, 170-71).

Exhibit 62    2018 Form 10-K of Discover, filed with the SEC on February 20, 2019 (*see, e.g.,* PSAC ¶ 208) (excerpts).

Exhibit 63    2019 Form 10-K of Discover, filed with the SEC on February 26, 2020 (*see, e.g.,* PSAC ¶ 208) (excerpts).

Exhibit 64    2020 Form 10-K of Discover, filed with the SEC on February 17, 2021 (*see, e.g.,* PSAC ¶ 208) (excerpts).

Exhibit 65    2021 Form 10-K of Discover, filed with the SEC on February 24, 2022 (*see, e.g.,* PSAC ¶ 208) (excerpts).

Exhibit 66    2022 Form 10-K of Discover, filed with the SEC on February 23, 2023 (*see, e.g.,* PSAC ¶ 208) (excerpts).

Exhibit 67    Form 8-K of Discover, filed with the SEC on August 14, 2023.

Executed on June 30, 2025
Washington, D.C.

/s/ Christopher M. Viapiano
Christopher M. Viapiano