# Exhibit 45

**EXHIBIT 45: CHALLENGED STATEMENTS IN THE PROPOSED SECOND AMENDED COMPLAINT[1]**

| No.[2] | FAC ¶ | PSAC ¶ | Challenged Statement | Reason Amendment Is Futile | Source |
|---|---|---|---|---|---|
| | | | **Restated Financial Statements** | | |
| 1 - 3 | New | PSAC VI.A. ¶ 191 | "[A]udited financial statements and related footnote information as of December 31, 2023 and 2022, and for each of the three years in the period ended December 31, 2023, previously included in its Annual Report on Form 10-K filed with the [SEC] on February 23, 2024." | • Loss Causation<br>• Scienter | **Form 10-Ks for 2021, 2022, 2023**[3] |
| 4 - 6 | New | PSAC VI.A. ¶ 192(a) | "**Unaudited condensed consolidated statements of financial condition** as of March 31, 2023, June 30, 2023, and September 30, 2023" | • Loss Causation<br>• Scienter | **Form 10-Qs for 1Q 2023, 2Q 2023, and 3Q 2023** |
| 7 - 12 | New | PSAC VI.A. ¶ 192(b) | "**Unaudited condensed consolidated statements of income,** including the related statements of comprehensive income, for the three months ended March 31, 2023 and 2022, three and six months ended June 30, 2023 and 2022, and three and nine months ended September 30, 2023 and 2022" | • Loss Causation<br>• Scienter | **Form 10-Qs for 1Q 2022, 2Q 2022, 3Q 2022, 1Q 2023, 2Q 2023, and 3Q 2023** |
| 13 - 18 | New | PSAC VI.A. ¶ 192(c) | "**Unaudited condensed consolidated statements of cash flows** for the three months ended March 31, 2023 and 2022, six months ended June 30, 2023 and 2022, and nine months ended September 30, 2023 and 2022" | • Loss Causation<br>• Scienter | **Form 10-Qs for 1Q 2022, 2Q 2022, 3Q 2022, 1Q 2023, 2Q 2023, and 3Q 2023** |
| 19 - 24 | New | PSAC VI.A. ¶ 192(d) | "**Unaudited condensed consolidated statements of changes in stockholders' equity** for the three months ended March 31, 2023 and 2022, three and six months ended June 30, 2023 and 2022, and three and nine months ended September 30, 2023 and 2022" | • Loss Causation<br>• Scienter | **Form 10-Qs for 1Q 2022, 2Q 2022, 3Q 2022, 1Q 2023, 2Q 2023, and 3Q 2023** |

---

[1] Statements with gray shading were challenged in the First Amended Complaint ("FAC") and previously dismissed by the Court. Dkt. No. 104. Statements without shading are newly challenged in the Proposed Second Amended Complaint ("PSAC").

[2] This column reflects a range where the PSAC alleges that the statement appeared in multiple documents.

[3] Plaintiffs allege that this alleged misstatement appeared in Discover's 2023 Form 10-K, which was first filed on February 23, 2024, after the end of the proposed class period.

| No.[2] | FAC ¶ | PSAC ¶ | Challenged Statement | Reason Amendment Is Futile | Source |
|---|---|---|---|---|---|
| **Restated Financial Statements** | | | | | |
| 25 | New | PSAC VI.B.1. ¶ 202 | "[t]he accompanying consolidated financial statements have been prepared in **accordance with accounting principles generally accepted in the U.S. ('GAAP')"** (alteration in original) | • Loss Causation <br><br> • Scienter | **2022 Form 10-K** |
| 26 - 31 | New | PSAC VI.B.1. ¶ 203 | "[t]he accompanying condensed consolidated financial statements have been prepared **in accordance with accounting principles generally accepted in the U.S. ('GAAP') for interim financial information and with the instructions to Form 10-Q and Article 10 of Regulation S-X**." (alteration in original) | • Loss Causation <br><br> • Scienter | **Form 10-Qs for 1Q 2022, 2Q 2022, 3Q 2022, 1Q 2023, 2Q 2023, 3Q 2023** |

| No. | FAC ¶ | PSAC ¶ | Challenged Statement | Reason Amendment Is Futile | Source |
|---|---|---|---|---|---|
| **Typical Transaction Fee Statement** | | | | | |
| 32 - 36 | New | PSAC VI.B.3. ¶ 208 | "[c]ontractually defined per-transaction fee amounts typically apply to each type of transaction processed and are recognized as revenue at the time each transaction is captured for settlement" (alteration in original) | • Not False or Misleading<br>• Scienter | **Form 10-Ks for 2018, 2019, 2020, 2021, 2022** |

| No. | FAC ¶ | PSAC ¶ | Challenged Statement | Reason Amendment Is Futile | Source |
|---|---|---|---|---|---|
| | | | **Statements Allegedly Regarding the Design of or Investment in Risk Management and Compliance** | | |
| 37 | AC ¶ 248 | PSAC VII.B.1. ¶ 277 | Mr. Hochschild: "So first, having been here for over 20 years, **I have to maybe disagree with the phrase chronic underinvestment. I think our investments have been appropriate**. But at the beginning of the year, we saw an opportunity to invest more. And so I would characterize it that way." | • Not False or Misleading / Opinion<br>• Scienter | **October 22, 2020 3Q20 Earnings Call[4]** |
| 38 | AC ¶ 253 | PSAC VII.B.1. ¶ 282 | "Greene was asked about Discover's guidance on expenses for 2021 and his 'views on operating efficiency, how they evolved over the last year and how we should kind of think about that going forward.' Greene responded:<br><br>'[W]hat we are going to do is manage the business efficiently. **And so by that, I mean, is a real focus on corporate cost and those dollars that aren't directly attributable to our ability to grow or our ability to grow in a compliant way. So we're a regulated financial services institution. We're going to put money into risk and compliance as we want to.**'" (alteration in original) | • Not False or Misleading<br>• Forward-looking statement<br>• Immaterial as a matter of law<br>• Scienter | **February 25, 2021 Annual Credit Suisse Virtual Financial Services Forum** |
| 39 | AC ¶ 257 | PSAC VI.B.6. ¶ 221; VII.B.2. ¶ 286 | "Hochschild—pointing to 'some of the things we're doing this year'—emphasized that '[t]op of the list is our focus on compliance first, which means **we'll continue to strengthen and fine-tune our processes and comply with all the regulations required of a large national bank**.'" (alteration in original) | • Not False or Misleading<br>• Forward-looking statement<br>• Immaterial as a matter of law<br>• Scienter | **May 19, 2022 Annual Meeting of Shareholders** |
| 40 | AC ¶ 271 | PSAC VI.B.6. ¶ 228; VII.B.2. ¶ 291 | "Discover noted it '**focused on three key areas to strengthen our CMS over the past few years**,' including '**strong compliance programs to ensure we understand and follow regulatory requirements, identify potential risks, and put in place robust, effective processes that we regularly monitor and test to be certain they are working as designed**.'" | • Not False or Misleading<br>• Immaterial as a matter of law<br>• Scienter | **2022 Annual Report** |

---

[4] The Court has recognized that this statement—contrary to Plaintiffs' assertion—is not about compliance and risk management. *See* Dkt. No. 104 at 29 (October 22, 2020 statement by Hochschild that "our investments have been appropriate" "did not specifically address Discover investments in compliance," but rather "was talking about Discover's overall financial and business outlook").

| No. | FAC ¶ | PSAC ¶ | Challenged Statement | Reason Amendment Is Futile | Source |
|---|---|---|---|---|---|
|  | **Statements Allegedly Regarding the Design of or Investment in Risk Management and Compliance** | | | | |
| 41 | AC ¶ 271 | PSAC VII.B.2. ¶ 291 | "Discover noted it '**focused on three key areas to strengthen our CMS over the past few years**,' including . . . '**[i]dentifying and solving problems before customer harm happens, or when mistakes do occur, find the root causes, fix them quickly and prevent them from happening again.**'" (alterations in original) | • Not False or Misleading<br>• Immaterial as a matter of law<br>• Scienter | **2022 Annual Report** |
| 42 | AC ¶ 270 | PSAC VII.B.2. ¶ 291 | "Hochschild emphasized that the Company '**invested significantly in key areas of our business**' to, among other things, '**strengthen compliance**.'" | • Not False or Misleading<br>• Immaterial as a matter of law<br>• Scienter | **March 21, 2023 Letter to Shareholders (2022 Annual Report)** |
| 43 | AC ¶ 267 | PSAC VII.B.3. ¶ 293 | Mr. Greene: "Yes, so, what we've historically said is we would—we had a target of 10.5% and we've been persistently higher than that. In 2022, we put forward a really, really robust plan in terms of return of capital. We are executing on that very, very well, and then we had to pause at the end of the second quarter into the third quarter. **Fortunately, we got that behind us.** At the end of the year, I believe we had $2.8 billion remaining on our authorization, and the plan is to execute on that authorization in the first quarter of '23 and into the second quarter of '23. Then, we'll share a proposal with our Board. The expectation is that we'll continue to maintain our capital allocation priorities. So first, investment in organic growth; second, return excess capital to shareholders; and then third, if there's some sort of bolt-on M&A, we'll look at it. But no major changes in the priorities." | • Not False or Misleading<br>• Scienter | **February 14, 2023 Credit Suisse Annual Financial Services Forum**[5] |

---

[5] The Court has recognized that this statement—contrary to Plaintiffs' assertion—is not about compliance and risk management. *See* Dkt. No. 104 at 24 ("Greene did not say that Discover's student-loans-related compliance issues are 'behind us'; he said that Discover's share buyback suspension was 'behind us.'").

| No. | FAC ¶ | PSAC ¶ | Challenged Statement | Reason Amendment Is Futile | Source |
|---|---|---|---|---|---|
| | | | **Statements Allegedly Regarding the Design of or Investment in Risk Management and Compliance** | | |
| 44 - 48 | AC ¶ 242(c) | PSAC VI.B.5. ¶ 217(a) | "**The CRM department sets risk management standards and policies that are consistent with the size and complexity of our business, industry practices and applicable legal and regulatory requirements.**" | • Not False or Misleading<br>• Immaterial as a matter of law<br>• Scienter | **Form 10-Ks for 2018, 2019, 2020, 2021, 2022**[6] |
| 49 - 53 | AC ¶ 242(d) | PSAC VI.B.5. ¶ 217(b) | "**Our risk governance framework is implemented such that bank-level risk governance requirements are satisfied as well.**" | • Not False or Misleading<br>• Immaterial as a matter of law<br>• Scienter | **Form 10-Ks for 2018, 2019, 2020, 2021, 2022** |
| 54 - 58 | AC ¶ 242(i) | PSAC VI.B.5. ¶ 217(c) | "**Our enterprise risk management principles are executed through a risk management framework that is based upon industry standards for managing risk and controls.**" | • Not False or Misleading<br>• Immaterial as a matter of law<br>• Scienter | **Form 10-Ks for 2018, 2019, 2020, 2021, 2022** |
| 59 | AC ¶ 294 | PSAC VI.B.6. ¶ 222 | "**The Company complies with both the letter and the spirit of fair and responsible banking laws**" (Oct, 23, 2019 version) | • Not False or Misleading<br>• Immaterial as a matter of law<br>• Scienter | **Code of Conduct for 2019** |
| 60 | AC ¶ 294 | PSAC VI.B.6. ¶ 222 | "**[T]he Company complies with federal and state laws that prohibit unfair, deceptive, or abusive acts or practices**" (alteration in original) (2024 version) | • Not False or Misleading<br>• Immaterial as a matter of law<br>• Scienter | **Code of Conduct for 2024** |

[6] The PSAC excerpts statements from Discover's 2018 10-K and states that the excerpted language "appear[s] in substantially similar form" in Discover's 10-Ks for 2019 through 2022, indicating in footnotes where "certain relevant language was altered" for those years. (PSAC ¶ 216 n.130.) The PSAC alleges that Messrs. Hochschild and Graf signed the 2018 10-K, and that Messrs. Hochschild and Greene signed the 10-Ks for 2019 through 2022. (*Id.* ¶¶ 50-52.)

| No. | FAC ¶ | PSAC ¶ | Challenged Statement | Reason Amendment Is Futile | Source |
|---|---|---|---|---|---|
| | | | **SOX Certifications and Related Statements[7]** | | |
| 61 - 67 | New | PSAC VI.B.2. ¶ 205 | "[t]he information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company."  (alteration in original) | • Not False or Misleading / Opinion<br><br>• Scienter | **2022 Form 10-K**<br><br>**Form 10-Qs for 1Q 2022, 2Q 2022, 3Q 2022, 1Q 2023, 2Q 2023, and 3Q 2023** |
| 68 | AC ¶ 289 | PSAC VI.B.2. ¶ 206 | **"Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report**." | • Not False or Misleading / Opinion<br><br>• Scienter | **2022 Form 10-K** |
| 69 | AC ¶ 289 | PSAC VI.B.2. ¶ 206 | **"Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of [Discover] as of, and for, the periods presented in this report**."  (alteration in original) | • Not False or Misleading / Opinion<br><br>• Scienter | **2022 Form 10-K** |

---

[7] Plaintiffs allege that Defendants Hochschild and Greene made the SOX attestations in the Form 10-Qs for 1Q 2022, 2Q 2022, 3Q 2022, 1Q 2023, and 2Q 2023, and that Greene made the attestations in the Form 10-Q for 3Q 2023.  (PSAC ¶ 205.)  Plaintiffs allege that Hochschild and Greene made the attestations in the 2022 Form 10-K.  (PSAC ¶¶ 205-06.)

| No. | FAC ¶ | PSAC ¶ | Challenged Statement | Reason Amendment Is Futile | Source |
|---|---|---|---|---|---|
|  | **SOX Certifications and Related Statements[7]** | | | | |
| 70 - 89 | AC ¶ 290 | PSAC VI.B.4. ¶ 210 | "the Officer Defendants certified that they were 'responsible for establishing and maintaining disclosure controls and procedures' and 'internal control over financial reporting,' as defined in applicable SEC rules, and that they:" <ul><li>"**Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles**"; and</li><li>"**Disclosed in this report any change in [Discover]'s internal control over financial reporting that occurred during [Discover]'s most recent fiscal quarter (the [Company]'s fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the [Company]'s internal control over financial reporting.**" (alterations in original)</li></ul> | <ul><li>Not False or Misleading / Opinion</li><li>Scienter</li></ul> | **Form 10-Ks for 2018, 2019, 2020, 2021, 2022** <br><br> **Form 10-Qs for Q1 2019, Q2 2019, Q3 2019, Q1 2020, Q2 2020, Q3 2020, Q1 2021, Q2 2021, Q3 2021, Q1 2022, Q2 2022, Q3 2022,Q1 2023, Q2 2023, Q3 2023** |
| 90 - 109 | AC ¶ 291 | PSAC VI.B.4. ¶ 211 | "the Officer Defendants represented that they 'disclosed, based on [their] most recent evaluation of [ICFR], to [Discover]'s auditors and the audit committee of [Discover]'s board of directors (or persons performing the equivalent functions)':" <ul><li>"**All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect [Discover]'s ability to record, process, summarize and report financial information**"; and</li><li>"**Any fraud, whether or not material, that involves management or other employees who have a significant role in [Discover]'s internal control over financial reporting.**" (alterations in original)</li></ul> | <ul><li>Not False or Misleading / Opinion</li><li>Scienter</li></ul> | **Form 10-Ks for 2018, 2019, 2020, 2021, 2022** <br><br> **Form 10-Qs for Q1 2019, Q2 2019, Q3 2019, Q1 2020, Q2 2020, Q3 2020, Q1 2021, Q2 2021, Q3 2021, Q1 2022, Q2 2022, Q3 2022,Q1 2023, Q2 2023, Q3 2023** |

| No. | FAC ¶ | PSAC ¶ | Challenged Statement | Reason Amendment Is Futile | Source |
|---|---|---|---|---|---|
| **SOX Certifications and Related Statements[7]** | | | | | |
| 110 - 114 | AC ¶ 283 | PSAC VI.B.4. ¶ 209 | "management 'assessed the effectiveness of [Discover's] internal control over financial reporting' as of each annual reporting period and in making that assessment, 'used the criteria set forth in' COSO 2013. The Company further represented that '[b]ased on management's assessments and those criteria, management has concluded that our internal control over financial reporting **was effective** as of December 31, [2018, 2019, 2020, 2021, and 2022]." (alterations in original) | • Not False or Misleading<br><br>• Scienter | **Form 10-Ks for 2018, 2019, 2020, 2021, 2022** |