# Exhibit 47

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 10-K/A**
**(Amendment No.1)**
(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the year ended December 31, 2023

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from to

**Commission File Number 001-33378**

# DISCOVER FINANCIAL SERVICES

**(Exact name of registrant as specified in its charter)**

**Delaware**
**(State or other jurisdiction of incorporation or organization)**

**36-2517428**
**(I.R.S. Employer Identification No.)**

**2500 Lake Cook Road, Riverwoods, Illinois 60015**
**(Address of principal executive offices, including zip code)**

**(224) 405-0900**
**(Registrant's telephone number, including area code)**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01 per share | DFS | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. **Yes** ☒ **No** ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. **Yes** ☐ **No** ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. **Yes** ☐ **No** ☒

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). **Yes** ☒ **No** ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | | |
|---|---|---|---|---|---|
| Large Accelerated Filer | ☒ | Accelerated Filer | ☐ | Smaller Reporting Company | ☐ |
| Non-accelerated Filer | ☐ | | | Emerging Growth Company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation of the effectiveness of its internal control over financial reporting under Section 404(b) of Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☒

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). **Yes** ☐ **No** ☒

The aggregate market value of the common equity held by non-affiliates of the registrant on the last business day of the registrant's most recently completed second fiscal quarter was approximately $29,097,770,033.

As of December 13, 2024, there were 251,226,920 shares of the registrant's Common Stock, par value $0.01 per share, outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's definitive proxy statement for its annual stockholders' meeting held on May 09, 2024 are incorporated by reference in Part III of this Form 10-K/A.

**EXPLANATORY NOTE**

Discover Financial Services (the "Company") is filing this Amendment No. 1 on Form 10-K/A (this "Form 10-K/A") to amend and restate its audited financial statements and related footnote information as of December 31, 2023 and 2022, and for each of the three years in the period ended December 31, 2023, previously included in its Annual Report on Form 10-K filed with the Securities and Exchange Commission (the "SEC") on February 23, 2024 (the "Original Report"). This Form 10-K/A, also includes restated quarterly financial information pertaining to the Company's previously issued (i) unaudited condensed consolidated statements of financial condition as of March 31, 2023, June 30, 2023, and September 30, 2023, (ii) unaudited condensed consolidated statements of income, including the related statements of comprehensive income, for the three months ended March 31, 2023 and 2022, three and six months ended June 30, 2023 and 2022, and three and nine months ended September 30, 2023 and 2022, (iii) unaudited condensed consolidated statements of cash flows for the three months ended March 31, 2023 and 2022, six months ended June 30, 2023 and 2022, and nine months ended September 30, 2023 and 2022, (iv) unaudited condensed consolidated statements of changes in stockholders' equity for the three months ended March 31, 2023 and 2022, three and six months ended June 30, 2023 and 2022, and three and nine months ended September 30, 2023 and 2022, included in each of the Company's Quarterly Reports on Form 10-Q for the quarterly periods ended March 31, 2023, June 30, 2023 and September 30, 2023. This Form 10-K/A also amends certain other Items in the Original Report, as listed in "Items Amended in this Form 10-K/A" below.

**Restatement Background**

As described in the Company's Current Report on Form 8-K filed with the SEC on November 25, 2024, on July 19, 2023, the Company disclosed that beginning in 2007, the Company incorrectly classified certain credit card accounts into its highest merchant and merchant acquirer pricing tier (the "card product misclassification"). The card product classification impacts the pricing and charging of discount and interchange revenue, and the incorrect classification of certain credit card accounts resulted in overcharges to merchants and merchant acquirers, but it did not impact cardholders. Based on information available as of June 30, 2023, the Company recognized a liability of $365 million for counterparty restitution that was accounted for as the correction of an error. The Company determined that the revenue impact was not material to the consolidated financial statements of the Company for any of the impacted periods. While it was therefore determined that it was not necessary for the Company to restate any previously issued interim or annual financial statements, the cumulative misstatement was deemed material to the three and six months ended June 30, 2023 condensed consolidated financial statements, and therefore, the Company determined that adjustment of the $365 million only through 2023 earnings was not appropriate. Accordingly, the $365 million liability (the "Initial Liability") was recorded as of June 30, 2023 with offsetting adjustments to merchant discount and interchange revenue and retained earnings, along with consequential impacts to deferred tax accruals. Comparable corrections were made for all prior periods presented in the Company's Quarterly Reports on Form 10-Q for the quarterly periods ended June 30, 2023 and September 30, 2023, and subsequently in the Original Report. As originally reported, the balance of the counterparty restitution liability as of December 31, 2023 was $375 million.

On February 19, 2024, the Company and Capital One Financial Corporation ("Capital One") jointly announced that they entered into an agreement and plan of merger pursuant to which the companies will combine in an all-stock transaction (the "Merger").

In the Company's Quarterly Report on Form 10-Q for the quarterly period ended March 31, 2024, the Company disclosed that it had determined to increase its counterparty restitution liability to $1.2 billion (the "Liability Increase") through a charge to other expense for the three months ended March 31, 2024, to reflect the total amount the Company then expected was probable to be disbursed in relation to the card product misclassification. The Company determined the Liability Increase was appropriate based on its experience through that date with remediation efforts, discussions through the first quarter of 2024 with its regulators, Board of Directors and other stakeholders, the pending Merger, which was approved by the Company's Board of Directors during the quarter, and a desire to advance resolution of the matter more quickly to mitigate risk.

As part of the review of the Company's historical financial statements by the Staff of the Division of Corporation Finance and the Office of the Chief Accountant of the SEC (the "Staff") undertaken in connection with the Staff's review of the Registration Statement on Form S-4 filed by Capital One in connection with the Merger (and the preliminary joint proxy statement/prospectus contained therein) (the "Registration Statement"), the Staff provided comments to the Company relating to the Company's accounting approach for the card product misclassification. The Staff disagreed with the Company's application of revenue recognition guidance under Accounting Standards Codification ("ASC")

Topics 605, *Revenue Recognition*, and 606, *Revenue from Contracts with Customers,* in connection with the Company's measurement of the revenue error and recording of the Initial Liability as of June 30, 2023.

Following discussions with the Staff, management concluded that it was appropriate to correct the revenue error related to the card product misclassification using the maximum amount agreed to be paid by the Company in restitution in respect of the card product misclassification (excluding interest, legal fees and other concessions) (the "Alternative Approach"). Upon recognizing the revenue error correction under the Alternative Approach, the Company will have restated cumulative discount and interchange revenue by a total of approximately $992 million as of June 30, 2023, and $1,047 million as of December 31, 2023. The cumulative revenue error resulting from the card product misclassification will be corrected by reclassifying these amounts from revenue (including through adjustments to retained earnings) to a refund liability consistent with ASC 606-10-32-10.

On November 25, 2024, the Audit Committee of the Board of Directors of the Company (the "Audit Committee"), acting on the recommendation of management, and after discussion with Deloitte & Touche LLP ("Deloitte"), the Company's independent registered public accounting firm, concluded that (i) the Company's audited financial statements as of December 31, 2023 and 2022, and for each of the three years in the period ended December 31, 2023 included in the Original Report and (ii) the Company's unaudited condensed consolidated financial statements included in the Company's Quarterly Reports on Form 10-Q previously filed with the SEC for the quarterly periods ended March 31, 2023, June 30, 2023, and September 30, 2023, should no longer be relied upon and should be restated to reflect the Alternative Approach. These periods are presented in this Form 10-K/A to reflect the Alternative Approach as described above. Accordingly, any previously issued or filed reports, press releases, earnings releases and investor presentations or other communications describing the Company's consolidated or condensed consolidated financial statements and other related financial information covering the periods described herein should no longer be relied upon. The Audit Committee also concluded that Deloitte's report on the consolidated financial statements as of December 31, 2023 and 2022, and for each of the three years in the period ended December 31, 2023, in the Original Report should no longer be relied upon.

In connection with the restatement, the Company has identified three material weaknesses in its internal control over financial reporting. The Audit Committee concluded that management's report on the effectiveness of internal control over financial reporting as of December 31, 2023 and Deloitte's report on the effectiveness of internal control over financial reporting as of December 31, 2023, should no longer be relied upon. Management has also concluded that the Company's disclosure controls and procedures were not effective as a December 31, 2023, because of these material weaknesses in its internal control over financial reporting. For a discussion of management's evaluation of our disclosure controls and procedures and the material weaknesses identified, see "Item 9A - Controls and Procedures" of this Form 10-K/A.

**Items Amended in this Form 10-K/A**

This Form 10-K/A presents the Original Report, amended and restated in its entirety, with modifications as necessary to reflect the aforementioned restatement. The following items have been amended to reflect the restatement:

- Part I, Item 1A. Risk Factors
- Part II, Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations
- Part II, Item 8. Financial Statements and Supplementary Data
- Part II, Item 9A. Controls and Procedures

In addition, in accordance with applicable SEC rules, this Form 10-K/A includes new certifications required by Sections 302 and 906 of the Sarbanes-Oxley Act of 2002 from our principal executive officer and our principal financial officer dated as of the filing date of this Form 10-K/A.

Except as described above, this Form 10-K/A does not amend, update or change any other items or disclosures in the Original Report and does not purport to reflect any information or events subsequent to the filing of the Original Report. As such, this Form 10-K/A speaks only as of the date the Original Report was filed, and we have not undertaken herein to amend, supplement or update any information contained in the Original Report to give effect to any subsequent events. Among other things, forward-looking statements made in the Original Report have not been revised to reflect events, results or developments that occurred or facts that became known to us after the date of the filing of the Original Report. Accordingly, this Form 10-K/A should be read in conjunction with our filings made with the SEC subsequent to the filing of the Original Report, including any amendments to those filings.

The restatements are more fully described in Note 1: Background and Basis of Presentation and Note 26: Restatement of Annual Financial Statements of the notes to the consolidated financial statements included herein.

Table of Contents

**Item 9. Changes in and Disagreements with Accountants on Accounting and Financial Disclosure**

None.

**Item 9A. Controls and Procedures**

**Evaluation of Disclosure Controls and Procedures (Restated)**

Under the supervision and with the participation of our management, including our Chief Executive Officer ("CEO") and Chief Financial Officer ("CFO"), we conducted an evaluation of the effectiveness of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) of the Securities Exchange Act of 1934, as amended (the "Exchange Act")), which are designed to ensure that information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified by the SEC's rules and forms. Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that information required to be disclosed by us in the reports that we file or submit under the Exchange Act is accumulated and communicated to our management, including our CEO and CFO, as appropriate to allow timely decisions regarding required disclosure.

At the time our original Annual Report on Form 10-K for the year ended December 31, 2023 was filed on February 23, 2024, our CEO and CFO concluded that our disclosure controls and procedures were effective as of December 31, 2023. Subsequent to the original evaluation, our interim CEO and CFO concluded that the Company's disclosure controls and procedures were not effective as of December 31, 2023 due to the material weaknesses noted below that led to the restatement of the Company's consolidated historical financial statements. For additional information see the Explanatory Note in this Form 10-K/A.

Notwithstanding the conclusion by our interim CEO and CFO that our disclosure controls and procedures were not effective as of December 31, 2023, and notwithstanding the material weaknesses in our internal control over financial reporting described below, our interim CEO and CFO have concluded that the consolidated financial statements and related financial information included in this Annual Report on Form 10-K/A fairly present in all material respects our financial condition, results of operations and cash flows as of the dates presented, and for the periods ended on such dates, in conformity with GAAP.

**Management's Report on Internal Control over Financial Reporting (Restated)**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting (as such term is defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the Company. Our internal control over financial reporting is designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements in accordance with generally accepted accounting principles. There are inherent limitations to the effectiveness of any system of internal control over financial reporting. These limitations include the possibility of human error, the circumvention or overriding of the system and reasonable resource constraints. Because of its inherent limitations, our internal control over financial reporting may not prevent or detect misstatements. Projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions or that the degree of compliance with policies or procedures may deteriorate.

Management assessed the effectiveness of our internal control over financial reporting as of December 31, 2023. In making this assessment, management used the criteria set forth in *Internal Control - Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission ("COSO"). Based on our evaluation under these criteria, in connection with the preparation of our Annual Report on Form 10-K/A for the period ended December 31, 2023, we identified material weaknesses in our internal control over financial reporting that led to a material misstatement of the Company's consolidated financial statements. Based upon the existence of these material weaknesses, we concluded we did not maintain effective internal control over financial reporting as of the end of the period covered by this report.

A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement in the Company's annual or interim financial statements will not be prevented or detected on a timely basis.

Table of Contents

*Control environment*

Based on certain criteria established in the COSO framework, the Company did not maintain an effective control environment, as the Company did not demonstrate an appropriate commitment to integrity and ethical values, specifically in the approach to evaluating and addressing the card product misclassification, and this control deficiency constitutes a material weakness. The material weakness in the control environment persisted for an extended period of time. This control environment material weakness contributed to the other weaknesses within our system of internal control over financial reporting at the control activity level.

*Card Product Misclassification*

The following control deficiencies constitute material weaknesses, either individually or in aggregate:

- The Company did not have controls designed or implemented to ensure that Discover Bank-issued credit cards were placed in appropriate merchant and merchant acquirer pricing tiers ("pricing tiers"), which in turn led to inaccurate revenue recognition.

- In quantifying the historical revenue error and associated card product misclassification refund liability, the Company selected a methodology which the Staff believed to be, and the Company ultimately accepted as, a misapplication of GAAP.

The effectiveness of our internal control over financial reporting as of December 31, 2023, has been audited by Deloitte & Touche LLP, an independent registered public accounting firm, and the firm's report on this matter is included in Item 8 of this Annual Report on Form 10-K/A.

**Remediation Plan and Status**

The material weaknesses cannot be considered remediated until applicable controls have been designed, implemented, have operated for a sufficient period of time and management has concluded, through testing, that these controls are operating effectively. Although we have not remediated these control deficiencies as of December 31, 2023, management, under the oversight of the Audit Committee, has made and continues to make progress towards remediation.

*Control environment*

As of December 31, 2023, the Company is continuing its remediation efforts to reemphasize our commitment to integrity and ethical values in our control environment, including the following activities:

- The Company appointed new individuals in key roles including the Chief Executive Officer and other leadership roles.

- The Company appointed a new Head of Ethics and Conduct who is responsible for the oversight of an enterprise-wide Ethics and Conduct Program to establish clear expectations in desired behavior.

- The Board approved an updated consolidated Code of Conduct and Business Ethics applicable to all employees and directors. In addition, the Board approved a new code of Ethics for Senior Financial Officers, which emphasized the importance of ethics and compliance and the expectation that the Company's leaders set the tone at the top.

- The Company is in the process of creating a new Escalation Policy that will set escalation principles, will describe the types of matters that should be escalated and will address various escalation paths, including up to the Board.

- The Company is in the process of updating the Issue Management Policy and related standard to identify, escalate and remediate issues timely.

- The Audit Committee plans to make improvements to the Integrity Hotline Policy in order to emphasize the Board and management's support and expectation of ethical employee conduct.

Table of Contents

*Card Product Misclassification*

Management has taken and will continue to take steps to ensure the identified control deficiencies will be remediated through the implementation of the following internal control activities:

- To address the deficiency related to the control gap in the tiering of Discover Bank-issued credit cards, we designed and implemented a combination of manual and automated controls to mitigate the risk that credit cards are placed in incorrect pricing tiers. Additionally, the Company plans to implement additional controls over tiering of credit cards, including monitoring controls.

- The deficiency related to the misapplication of GAAP is specific to the historical quantification of revenue and refund liability associated with the card product misclassification. To address the related deficiency, in concert with the amendments of the Company's historical financial statements, management executed an additional instance of the control and selected a methodology which we believe is in accordance with GAAP.

**Changes in Internal Control over Financial Reporting**

Other than as outlined above, there have been no changes in our internal control over financial reporting (as such term is defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) that occurred during the period covered by this report that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

## Item 9B. Other Information

**Insider Trading Arrangements**

During the period covered by this report, none of the Company's directors or executive officers has adopted or terminated a Rule 10b5-1 trading arrangement or a non-Rule 10b5-1 trading arrangement (each as defined in Item 408 of Regulation S-K under the Securities Exchange Act of 1934, as amended).

## Item 9C. Disclosure Regarding Foreign Jurisdictions that Prevent Inspections

Not applicable.