# Exhibit 52

Checkpoint Contents
 Accounting, Audit & Corporate Finance Library
  Standards and Regulations
   FASB Codification
    Codification
     Liabilities
      450 Contingencies
       450-20 Loss Contingencies
        450-20-05 Overview and Background

---

Copyright © 2025 by Financial Accounting Foundation, Norwalk, Connecticut

# 450-20-05 Overview and Background

> **General Note:** The Overview and Background Section provides overview and background material for the guidance contained in the Subtopic. It does not provide the historical background or due process. It may contain certain material that users generally consider useful to understand the typical situations addressed by the standards. The Section does not summarize the accounting and reporting requirements.

## General

**>**

**05-1** This Subtopic provides guidance for the recognition and disclosure of a **loss contingency**.

**05-2** This Subtopic, in combination with Subtopics 450-10 and 450-30, provides general guidance regarding gain and loss contingencies. Other Topics include gain or loss contingencies related to those specific Topics. Therefore, the Contingencies Topic does not include all standards related to contingencies. While not intended to be all-inclusive, the following Relationships Sections within the Contingency Subtopics provide links to many Topic-specific contingencies:

   a.  See Section 450-10-60 for references to other standards related to uncertainties that could result in either a gain or a loss.

b. See Section 450-20-60 for references to other standards related to uncertainties that could result in a future loss.

c. See Section 450-30-60 for references to other standards related to uncertainties that could result in a future gain.

**05-3** The following are examples of loss contingencies for which links are provided in Section 450-20-60:

a. Collectibility of receivables

b. Obligations related to product warranties and product defects

c. Risk of loss from catastrophes assumed by property and casualty insurance entities including **reinsurance** entities

d. Guarantees of indebtedness of others

e. Obligations of commercial banks under standby letters of credit

f. Agreements to repurchase receivables (or to repurchase the related property) that have been sold.

## > Dealing with Uncertainty when Accounting for Losses

**05-4** Accounting standards use two primary approaches to dealing with uncertainty in loss circumstances:

a. Recognition using a probability threshold

b. Measurement using a fair value objective.

**05-5** This Subtopic deals with uncertainty by requiring a probability threshold for recognition of a loss contingency and that the amount of the loss be reasonably estimable. As noted in paragraph 450-20-30-1, when both of those recognition criteria are met, and the reasonably estimable loss is a range, it requires accrual of the amount that appears to be a better estimate than any other estimate within the range, or accrual of the minimum amount in the range if no amount within the range is a better estimate than any other amount.

**05-6** In contrast, fair value is not an estimate of the ultimate settlement amount or the present value of an estimate of the ultimate settlement amount. Uncertainty in the amount and timing of the future cash flows necessary to settle a liability and the likelihood of possible outcomes are incorporated into the measurement of the fair value of the liability. For example, a third party would charge a price to assume an uncertain liability even though the likelihood of a future sacrifice is less than **probable**. Similarly, when the likelihood of a future sacrifice is probable, the price a third party would charge to assume an obligation incorporates expectations about some future events that are less than probable. Recognizing the fair value of an obligation results in recognition of

Case: 1:23-cv-06788 Document #: 110-9 Filed: 06/30/25 Page 4 of 6 PageID #:2012

some obligations for which the likelihood of future settlement, although more than zero, is less than probable from a loss contingencies perspective.

**05-7** Because this Subtopic deals with uncertainty differently, the recognition guidance in Section 450-20-25 is inconsistent with standards in other Topics that have an objective of measuring fair value.

## > Accruals of Loss Contingencies Do Not Provide Financial Protection

**05-8** Accrual of a loss related to a **contingency** does not create or set aside funds to lessen the possible financial impact of a loss. Confusion exists between accounting accruals (sometimes referred to as accounting reserves) and the reserving or setting aside of specific assets to be used for a particular purpose or contingency. Accounting accruals are simply a method of allocating costs among accounting periods and have no effect on an entity's cash flow. Those accruals in no way protect the assets available to replace or repair uninsured property that may be lost or damaged, or to satisfy claims that are not covered by insurance, or, in the case of insurance entities, to satisfy the claims of insured parties. Accrual, in and of itself, provides no financial protection that is not available in the absence of accrual.

**05-9** An entity may choose to maintain or have access to sufficient liquid assets to replace or repair lost or damaged property or to pay claims in case a loss occurs. Alternatively, it may transfer the risk to others by purchasing insurance. The accounting standards set forth in this Subtopic do not affect the fundamental business economics of that decision. That is a financial decision, and if an entity's management decides to do neither, the presence or absence of an accrued credit balance on the balance sheet will have no effect on the consequences of that decision. Insurance or reinsurance reduces or eliminates risks and the inherent earnings fluctuations that accompany risks. Unlike insurance and reinsurance, the use of accounting reserves does not reduce or eliminate risk. The use of accounting reserves is not an alternative to insurance and reinsurance in protecting against risk. Earnings fluctuations are inherent in risk retention, and they are reported as they occur.

## > Types of Loss Contingencies

**05-10** The following are examples of loss contingencies that are discussed in this Subtopic:

    a. Injury or damage caused by products sold

    b. Risk of loss or damage of property by fire, explosion, or other hazards

    c. Actual or possible claims and assessments

    d. Threat of expropriation of assets

Case: 1:23-cv-06788 Document #: 110-9 Filed: 06/30/25 Page 5 of 6 PageID #:2013

e.  Pending or threatened litigation.

Case: 1:23-cv-06788 Document #: 110-9 Filed: 06/30/25 Page 6 of 6 PageID #:2014

END OF DOCUMENT -

© 2025 Thomson Reuters/Tax & Accounting. All Rights Reserved.