# Exhibit 53

Checkpoint Contents
  Accounting, Audit & Corporate Finance Library
    Standards and Regulations
      FASB Codification
        Codification
          Revenue
            605 Revenue Recognition
              605-10 Overall
                605-10-05 Overview and Background

---

Copyright © 2025 by Financial Accounting Foundation, Norwalk, Connecticut

# 605-10-05 Overview and Background

> **General Note:** The Overview and Background Section provides overview and background material for the guidance contained in the Subtopic. It does not provide the historical background or due process. It may contain certain material that users generally consider useful to understand the typical situations addressed by the standards. The Section does not summarize the accounting and reporting requirements.

## General

### >

**05-1** [Paragraph superseded by Accounting Standards Update No. 2014-09].

**05-2** The following two Subtopics within this Topic provide guidance on provision for losses:

a. 605-20, Revenue Recognition—Provision for Losses on Separately Priced Extended Warranty and Product Maintenance Contracts

b. 605-35, Revenue Recognition—Provision for Losses on Construction-Type and Production-Type Contracts.

**05-3** There is no **revenue** recognition guidance located in this Topic. There is revenue guidance in the following industry Subtopics for **contracts** that are not with **customers** within the scope of Topic 606 on revenue from contracts with customers. Revenue guidance is included in the following industry-specific Subtopics:

    a. 905-605, Agriculture—Revenue Recognition, for guidance on cooperatives

    b. 944-605, Financial Services—Insurance—Revenue Recognition, for guidance on insurance contracts

    c. 954-605, Health Care Entities—Revenue Recognition, for guidance on contributions from related fundraising entities and charity care

    d. 958-605, Not-for-Profit Entities—Revenue Recognition, for guidance on contributions

    e. 980-605, Regulated Operations—Revenue Recognition, for guidance on alternative revenue programs.

**05-4** This Topic also provides guidance and references for the recognition and measurement of a provision for losses for certain arrangements (that is, an onerous contract). The guidance on recognizing a provision for loss is located in the following Subtopics:

    a. 605-20, Revenue Recognition—Provision for Losses on Separately Priced Extended Warranty and Product Maintenance Contracts

    b. 605-35, Revenue Recognition—Provision for Losses on Construction-Type and Production-Type Contracts

    c. 985-605, Software—Revenue Recognition, specifically paragraph 985-605-25-7

    d. 944-605, Financial Services—Insurance—Revenue Recognition, specifically paragraph 944-605-35-7

    e. 912-20, Contractors—Federal Government—Contract Costs, specifically paragraph 912-20-45-5

    f. 954-440, Health Care Entities—Commitments, specifically on continuing care retirement communities in paragraphs 954-440-35-1 through 35-3

    g. 954-450, Health Care Entities—Contingencies, specifically on prepaid health care services in paragraphs 954-450-30-3 through 30-4

    h. 980-350, Regulated Operations—Intangibles—Goodwill and Other, specifically on long-term power sales contracts in paragraph 980-350-35-3.

Case: 1:23-cv-06788 Document #: 110-10 Filed: 06/30/25 Page 4 of 4 PageID #:2018

END OF DOCUMENT -

© 2025 Thomson Reuters/Tax & Accounting. All Rights Reserved.