# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| KBC ASSET MANAGEMENT NV, NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, NEW YORK CITY POLICE PENSION FUND, and TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> DISCOVER FINANCIAL SERVICES,[*] ROGER C. HOCHSCHILD, JOHN T. GREENE, R. MARK GRAF, MARY K. BUSH, CANDACE H. DUNCAN, JOSEPH F. EAZOR, CYNTHIA GLASSMAN, THOMAS G. MAHERAS, MICHAEL MOSKOW, DANIELA O'LEARY GILL, JOHN B. OWEN, DAVID L. RAWLINSON II, and JENNIFER L. WONG, <br><br> Defendants. | Case No. 1:23-cv-06788 <br><br> Hon. Martha M. Pacold |

## JOINT MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF FIFTEEN PAGES AND TO MODIFY THE MOTION TO DISMISS BRIEFING SCHEDULE

---

[*] Capital One Financial Corp. is the successor by merger to Discover Financial Services. *See* ECF No. 109.

Defendants Discover Financial Services, Roger C. Hochschild, John T. Greene, R. Mark Graf, Mary K. Bush, Candace H. Duncan, Joseph F. Eazor, Cynthia Glassman, Thomas G. Maheras, Michael Moskow, Daniela O'Leary Gill, John B. Owen, David L. Rawlinson II, and Jennifer L. Wong ("Defendants"), and Lead Plaintiffs (together with Defendants, the "Parties") respectfully move this Court for leave to file memoranda of law that exceed the fifteen-page limit, and to modify the briefing schedule. In support of this motion, the Parties state as follows:

1. Plaintiffs' Second Amended Complaint, filed on March 13, 2026, asserts claims under the Securities Exchange Act of 1934 against one corporate Defendant and 13 individual Defendants. Plaintiffs allege that the Defendants made numerous false or misleading statements or omissions during the class period in violation of Section 10(b) of the Exchange Act and SEC Rule 10b-5(b) promulgated thereunder; that certain Defendants engaged in a manipulative or deceptive scheme or course of conduct in violation of Section 10(b) of the Exchange Act and SEC Rule 10b-5(a) and (c) thereunder; and that certain Defendants are liable as "controlling persons" under Section 20(a) of the Exchange Act. (ECF No. 125.)

2. Pursuant to Local Rule 7.1, a brief filed in support of or in opposition to any motion may not exceed fifteen pages without prior approval of the Court.

3. Under the current schedule, the deadline for Defendants to file their motions to dismiss or other responsive pleadings is April 30, 2026; the deadline for Plaintiffs to file any response is May 29, 2026; and the deadline for Defendants to file any reply is June 19, 2026. ECF No. 124.

4. In the interest of judicial and party efficiency, Defendants anticipate jointly filing a motion to dismiss and memorandum of law in support thereof, and Lead Plaintiffs anticipate filing a joint memorandum in opposition.

5. In light of the length of the Second Amended Complaint and the nature and complexity of the claims raised, as well as the fact that the 14 Defendants anticipate consolidating their arguments into a jointly-filed brief, counsel for the Parties have conferred and mutually agree, subject to the Court's approval, that a moderate enlargement of the page limitation — to up to 35 pages for Defendants' joint opening brief and Lead Plaintiffs' joint opposition, and up to 20 pages for Defendants' joint reply — will assist the Court in evaluating the Parties' claims and arguments.

6. Courts in this District have permitted briefing of similar length in securities class actions, including for Defendants' prior motion to dismiss in this case. *See*, *e.g.*, ECF No. 87 (permitting 40-page motion to dismiss brief, 40-page opposition, and 20-page reply); *Ronge* v. *Camping World Holdings, Inc.*, No. 18-cv-7030 (N.D. Ill. May 14, 2019), ECF Nos. 96, 98 (same).

7. For the foregoing reasons, the Parties respectfully submit that good cause exists for the Court to grant leave for (i) Defendants to file a joint memorandum of law in support of their anticipated motion to dismiss not to exceed 35 pages; (ii) Lead Plaintiffs to file a joint opposition memorandum not to exceed 35 pages; and (iii) Defendants to file a joint reply memorandum not to exceed 20 pages.

8. For similar reasons, including the complexity of this case and the need to coordinate joint briefing by 14 Defendants, Defendants request, and Lead Plaintiffs do not oppose, a modest one-week extension of the deadline for Defendants to file their reply. The Parties are not requesting any extension of the deadline for Defendants to file their motion to dismiss or for Plaintiffs to file their response. This extension would provide Defendants with four weeks total

for their joint reply, which is consistent with prior schedules entered in this case. *See* ECF No. 73 (32 days for motion to dismiss reply); ECF No. 106 (30 days for motion for leave to amend reply). This is the first request for an extension related to the briefing for the forthcoming motion to dismiss the Second Amended Complaint.[1] No Party objects to this request.

9. For the foregoing reasons, the Parties respectfully request that the Court modify the briefing schedule as follows:

| Event | Original Deadline | Proposed Deadline |
| --- | --- | --- |
| Defendants shall file their motion to dismiss | April 30, 2026 | April 30, 2026 (No Change) |
| Plaintiffs shall file any response | May 29, 2026 | May 29, 2026 (No Change) |
| Defendants shall file any reply | June 19, 2026 | June 26, 2026 |

---

[1] The Parties have previously sought extensions related to other deadlines on two occasions. On November 6, 2023, Defendants received an extension of time to respond to the original complaint filed in this case pending the appointment of lead plaintiffs pursuant to the PSLRA. ECF Nos. 26, 42. On January 23, 2024, Plaintiffs received an extension of time to file their first Amended Complaint. ECF Nos. 72, 73.

Dated:  April 15, 2026

Respectfully submitted,

MOTLEY RICE LLC

/s/ Lance V. Oliver (with consent)

Lance V. Oliver
William S. Norton
Joshua C. Littlejohn (admitted *pro hac vice*)
Christopher F. Moriarty
Gregg S. Levin
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
loliver@motleyrice.com
bnorton@motleyrice.com
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com
glevin@motleyrice.com

*Counsel for Co-Lead Plaintiff KBC Asset Management NV and Co-Lead Counsel for the Class*

KIRBY MCINERNEY LLP

Anthony E. Maneiro
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Telephone: (312) 767-5180
Facsimile: (312) 757-5181
amaneiro@kmllp.com

*Local Counsel for KBC Asset Management NV*

- 4 -

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP

/s/ Michael J. Miarmi (with consent)

Steven E. Fineman (admitted *pro hac vice*)
Daniel P. Chiplock (admitted *pro hac vice*)
Michael J. Miarmi (admitted *pro hac vice*)
Gabriel A. Panek (admitted *pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
sfineman@lchb.com
dchiplock@lchb.com
mmiarmi@lchb.com
gpanek@lchb.com

Richard M. Heimann (admitted *pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
rheimann@lchb.com

*Counsel for Co-Lead Plaintiffs the NYC Funds and Co-Lead Counsel for the proposed Class*

COHEN MILSTEIN SELLERS
& TOLL PLLC

Carol V. Gilden
200 S. Wacker Dr., Suite 2375
Chicago, IL 60606
IL Bar: 6185530
Telephone: (312) 357-0370
cgilden@cohenmilstein.com

*Liaison Counsel for the proposed Class*

SULLIVAN & CROMWELL LLP

/s/ Christopher M. Viapiano
Christopher M. Viapiano
David N. Whalen
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
Facsimile: (202) 293-6330
viapianoc@sullcrom.com
whalend@sullcrom.com

Leonid Traps
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
trapsl@sullcrom.com

*Counsel for Discover Financial Services*

SIDLEY AUSTIN LLP

/s/ Hille Sheppard (with consent)
Hille Sheppard
Christopher Lee
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
hsheppard@sidley.com
chris.lee@sidley.com

*Counsel for R. Mark Graf*

GOODWIN PROCTER LLP

/s/ John Barker (with consent)

Deborah Birnbach
John Barker
100 Northern Avenue
Boston, Massachusetts 02210
Telephone: (617) 570-1000
DBirnbach@goodwinlaw.com
JBarker@goodwinlaw.com

*Counsel for John T. Greene*


HAYNES AND BOONE, LLP

/s/ Seth C. Farber (with consent)

Seth C. Farber (admitted *pro hac vice*)
Morgan Houghtlin
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 659-7300
Seth.Farber@haynesboone.com
Morgan.Houghtlin@haynesboone.com


WINSTON & STRAWN LLP

Athanasia ("Thania") Charmani (admitted
*pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6400
ACharmani@winston.com

Joseph Motto
300 N. LaSalle Dr., Suite 4400
Chicago, Illinois 60654
Telephone: (312) 558-3728
JMotto@winston.com

*Counsel for Roger C. Hochschild*

WILLKIE FARR & GALLAGHER LLP

/s/ Todd G. Cosenza (with consent)

Todd G. Cosenza (admitted *pro hac vice*)
Charles D. Cording (admitted *pro hac vice*)
Joshua S. Levy (admitted *pro hac vice*)
Amanda M. Payne (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
tcosenza@willkie.com
ccording@willkie.com
jlevy@willkie.com
apayne@willkie.com

*Counsel for Mary K. Bush, Candace H. Duncan, Joseph F. Eazor, Daniela O'Leary Gill, Cynthia Glassman, Thomas G. Maheras, Michael Moskow, John B. Owen, David L. Rawlinson II, and Jennifer L. Wong*

- 8 -

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 15, 2026, I caused the foregoing Joint Motion for Leave to File Briefs in Excess of Fifteen Pages and to Modify the Motion to Dismiss Briefing Schedule to be electronically filed via the Court's CM/ECF system, which effected service upon all counsel of record.

/s/ Christopher M. Viapiano
Christopher M. Viapiano