**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

New York City Employees' Retirement System, et al.

Plaintiff,

v.

Case No.: 1:23−cv−06788
Honorable Martha M. Pacold

Discover Financial Services, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 4, 2026:

MINUTE entry before the Honorable Martha M. Pacold: Oral argument on Defendants' Motion to Dismiss was held. Defendants' Motion to Dismiss [130] is taken under advisement.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.